**Certification Pursuant to Federal Securities Laws**

1. I, Jacob W. Craven, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against SunPower Corp. ("SunPower" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not transact in SunPower Corp. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4. I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: SunPower securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. Attached hereto as Exhibit 1 is a list of all of my transactions in SunPower Corp. securities during the Class Period, as specified in the Complaint.

6. During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7. I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10 / 26 / 2023

*Jacob W. Craven*

Jacob W. Craven

# Exhibit 1

Doc ID: 8bf6c5fa8f773aa5109ca689d5ce5228b3ee64b5

| Date | Transaction | Shares | Price |
| --- | --- | --- | --- |
| 03/28/23 | Bought | 200 | $ 12.16 |
| 05/03/23 | Bought | 300 | $ 11.87 |
| 05/03/23 | Bought | 500 | $ 11.86 |
| 05/11/23 | Bought | 500 | $ 10.83 |
| 05/11/23 | Bought | 500 | $ 10.83 |
| 05/19/23 | Bought | 500 | $ 10.15 |
| 05/19/23 | Bought | 500 | $ 10.15 |
| 05/19/23 | Bought | 500 | $  9.50 |
| 06/20/23 | Sold | -500 | $ 10.50 |
| 06/22/23 | Sold | -500 | $ 10.52 |
| 06/22/23 | Sold | -500 | $ 10.52 |
| 06/22/23 | Sold | -500 | $ 10.52 |
| 07/17/23 | Sold | -500 | $ 10.84 |
| 07/17/23 | Sold | -500 | $ 10.83 |