KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email:    khenderson@wsgr.com
          dsavage@wsgr.com

*Attorneys for Defendants*
*SunPower Corporation,*
*Peter Faricy, Guthrie Dundas, and*
*Elizabeth Eby*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB W. CRAVEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SUNPOWER CORPORATION, PETER FARICY, GUTHRIE DUNDAS, and ELIZABETH EBY, <br><br> Defendants. | Case No. 3:23-cv-05544-RFL <br><br> **DECLARATION OF DYLAN G. SAVAGE IN SUPPORT OF STIPULATION AND PROPOSED ORDER ACCEPTING SERVICE, SETTING SCHEDULE FOR FURTHER PROCEEDINGS, AND VACATING JOINT CASE MANAGEMENT STATEMENT DEADLINE AND RELATED DEADLINES** |

I, Dylan G. Savage, declare:

1. I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati P.C., counsel for defendants SunPower Corporation, Peter Faricy, Guthrie Dundas, and Elizabeth Eby (collectively, "Defendants"), and am licensed to practice law in the State of California and admitted to practice before this Court. I have personal knowledge of the facts set forth herein and, if called as a witness, could testify thereto.

2. On October 27, 2023, Plaintiff Jacob W. Craven ("Plaintiff") commenced the above-captioned action against Defendants, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Rule 10b-5 promulgated thereunder (ECF No. 1).

3. On October 27, 2023, the Court issued an Order scheduling an Initial Case Management Conference for January 25, 2024 at 10:00 a.m. and setting associated deadlines pursuant to the Federal Rules of Civil Procedure, the Civil Local Rules, and the Alternative Dispute Resolution Local Rules (ECF No. 6).

4. The PSLRA provides a procedure for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3).

5. On October 27, 2023, Plaintiff caused the notice required by the PSLRA to be published and therefore the deadline to file motions for the appointment of lead plaintiff and lead counsel is December 26, 2023 (ECF No. 7).

6. On November 27, 2023, the Court issued an order reassigning the case to the Honorable Rita F. Lin, stating that all Case Management Conference dates were vacated and would be reset by the Court, and setting a Joint Case Management Statement deadline of December 11, 2023 (ECF No. 8).

7. The Parties have conferred and anticipate that the Court-appointed lead plaintiff will file an amended complaint and that Defendants will file motion(s) to dismiss.

8. An amended complaint would render any response to the currently pending complaint moot.

-1-

SAVAGE DECLARATION                                                    CASE NO. 3:23-cv-05544-RFL

9.     The PSLRA provides that discovery shall be stayed during the pendency of any motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B).

10.    No prior requests for extensions of these deadlines have been made.

11.    The Parties have conferred and agree that, because the pleadings are not yet set and in light of the PSLRA's discovery stay, good cause exists (1) to find that Defendants should not be required to respond to a complaint in this case until after lead plaintiff and lead counsel have been appointed and have filed an amended complaint, and (2) to vacate the Joint Case Management Statement deadline and related deadlines to be reset after the Court has ruled on Defendants' anticipated motion to dismiss.

12.    Under the Stipulation and Proposed Order filed with this Declaration, Defendants would accept service of the summons and complaint in this action without waiving any rights or defenses, except as to sufficiency of service.  Further, Defendants would not need to respond to the current complaint.  Within fourteen (14) days of entry of an order appointing lead plaintiff and lead counsel, the Court-appointed lead plaintiff and Defendants would confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto.

13.    If granted, the Stipulation and Proposed Order would also vacate the deadline of December 11, 2023 for submitting a Joint Case Management Statement, to be reset after the Court has ruled on Defendants' anticipated motion to dismiss.  Any case management conference would not be reset until after the Court has ruled on Defendants' anticipated motion to dismiss.  All other discovery-related deadlines and ADR compliance-related deadlines would also be vacated until after the Court has ruled on Defendants' anticipated motion to dismiss.

14.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of December, in San Francisco, CA.

By: */s/ Dylan G. Savage*
Dylan G. Savage

-2-

SAVAGE DECLARATION                                    CASE NO. 3:23-cv-05544-RFL