# Exhibit 1

Case 3:23-cv-05544-RFL    Document 16-1    Filed 12/06/23    Page 2 of 4



**BLOCK & LEVITON LLP**    SunPower Corp. Sued By Block & Leviton LLP for Securit...  ☰



# SunPower Corp. Sued By Block & Leviton LLP for Securities Law Violations

October 27, 2023 12:20 ET| Source: **Block & Leviton LLP**    [Follow]

**Share**







BOSTON, Oct. 27, 2023 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against SunPower Corp. (NASDAQ: SPWR) and certain of its executives, for securities fraud. The complaint was brought in United States District Court for the Northern District of California and is captioned *Craven v. SunPower Corp.*, *et al*., No. 23-cv-05544 (N.D. Cal.) and is brought on behalf of investors that incurred damages on their purchases in SunPower Corp. securities between March 9, 2023 and October 24, 2023, inclusive.

A class has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

Investors who purchased SunPower Corp. shares between March 9, 2023 and October 24, 2023 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or to visit our website for information on the case.

The deadline to seek appointment as lead plaintiff is December 26, 2023.

**What is this all about?**

## Company Profile

Block & Leviton LLP

Website:
https://www.blockes

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript



financial reporting and that the Company would be restating certain previously issued financial statements for fiscal year 2022 and the first two quarters of 2023.

SunPower explained that it had overstated the value of consignment inventory of certain microinverter components, causing it to understate the associated cost of revenue.

On this news, SunPower's stock price fell 18.1% on October 25, 2023, on unusually high trading volume.

Throughout the Class Period, Defendants made materially false and/or misleading statements and failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants misled investors by failing to disclose that: (1) due to a material weakness in its internal control over financial reporting, the Company had inaccurately reported cost of revenue and inventory metrics; (2) as a result of the foregoing the Company was reasonably likely to incur significant charges to restate prior reporting; and (3) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or acquired SunPower Corp. shares between March 9, 2023 and October 24, 2023 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at [cases@blockleviton.com](mailto:cases@blockleviton.com), or visit our [website](). The deadline to seek appointment as lead plaintiff is December 26, 2023.

Block & Leviton is widely regarded as one of the leading securities class action firms in the country. We have obtained, and are dedicated to obtaining significant recoveries on behalf of defrauded investors through active litigation in the federal courts across the country. Many of the nation's top institutional investors hire us to represent their interests. You can learn more about us at our website, [www.blockleviton.com](http://www.blockleviton.com), or call (617) 398-5600 or email [cases@blockleviton.com](mailto:cases@blockleviton.com) with any questions.

This notice may constitute attorney advertising.

Case 3:23-cv-05544-RFL　　Document 16-1　　Filed 12/06/23　　Page 4 of 4



**SunPower Corp. Sued By Block & Leviton LLP for Securit…**



260 Franklin St., Suite 1860

Boston, MA 02110

Phone: (617) 398-5600

Email: cases@blockleviton.com

SOURCE: Block & Leviton LLP

www.blockleviton.com

---

## Tags

SunPower　　SPWR　　solar panel　　material weakness

restate financial　　internal controls　　consignment inventory

microinverter　　class action　　Class Action

# Recommended Reading

October 25, 2023 11:01 ET

Source:　Block & Leviton LLP

**SunPower Investigated by Block & Leviton For Potential Securities Law Violations; Investors Who Have Lost Money Are Encouraged to Contact…**

BOSTON, Oct. 25, 2023 (GLOBE NEWSWIRE) -- Block & Leviton is investigating SunPower Corp. (NASDAQ: SPWR) for potential securities law violations. Investors who have lost money in their SunPower…

BLOCK & LEVITON LLP

October 17, 2023 12:00 ET

Source:　Block & Leviton LLP

**R1 RCM Investigated by Block & Leviton For Potential Securities Law Violations; Investors Who Have Lost Money Are Encouraged to Contact the…**

BOSTON, Oct. 17, 2023 (GLOBE NEWSWIRE) -- Block & Leviton is investigating R1 RCM, Inc. (NASDAQ: RCM) for potential securities law violations. Investors who have lost money in their R1 RCM, Inc.…

BLOCK & LEVITON LLP

# Explore