# Exhibit 3

**SunPower Loss Chart**
**between March 9, 2023 and October 24, 2023**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 4.465526 |
| Preston A. Ross | 4/26/2023 | 2500 | ($12.67) | ($31,675.00) | | | | | 11300 | $50,460.45 | ($92,683.51) | |
| | 4/26/2023 | 2500 | ($12.57) | ($31,425.00) | | | | | | | | |
| | 4/26/3023 | 3800 | ($12.63) | ($47,993.96) | | | | | | | | |
| | 5/1/2023 | 2500 | ($12.82) | ($32,050.00) | | | | | | | | |
| | | 11300 | | ($143,143.96) | | | | | | | | |