Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email: reed@hbsslaw.com
Email: lucasg@hbsslaw.com

*Attorneys for Movant Ozlem Yetim*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB W. CRAVEN, Individually on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, PETER FARICY, GUTHRIE DUNDAS, and ELIZABETH EBY,<br><br>Defendants. | Case No. 3:23-cv-05544-RFL<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT OZLEM YETIM AS LEAD PLAINTIFF, AND APPROVE HIS SELECTION OF LEAD COUNSEL**<br><br>Date: Tuesday, January 30, 2024<br>Time: 10:00 a.m.<br>Courtroom: 15, 18th Floor<br>Judge:  Rita F. Lin<br><br>**ORAL ARGUMENT REQUESTED** |
| MATTHEW SIMPSON, Individually on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, PETER FARICY, GUTHRIE DUNDAS, and ELIZABETH EBY,<br><br>Defendants. | Case No. 3:23-cv-06302-RFL |

GILMORE DECL. ISO MOT. TO CONSOL. REL. CASES. APPT. LEAD PL. AND APPROVE LEAD COUNSEL
Case No. 3:23-cv-05544-RFL
011213-11/2410346 V1

I, Lucas E. Gilmore, declare as follows:

1.    I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Ozlem Yetim ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Motion to Consolidate Related Actions, Appoint Movant as Lead Plaintiff and Approve Movant's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Movant's sworn Certification;

Exhibit B:    Chart of Movant's estimated losses;

Exhibit C:    Notice of pendency of class action published in *Globe Newswire*, a national business-oriented wire service, on October 27, 2023;

Exhibit D:    Hagens Berman's firm résumé; and

Exhibit E:    Movant's Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of December 2023, at San Diego, California.

/s/ Lucas E. Gilmore
LUCAS E. GILMORE

- 1 -

GILMORE DECL. ISO MOT. TO CONSOL. REL. CASES. APPT. LEAD PL. AND APPROVE LEAD COUNSEL
Case No. 3:23-cv-05544-RFL
011213-11/2410346 V1