# Exhibit B

**Loss Analysis for Ozlem Yetim - SunPower Corporation (SPWR)**
**Class Period 03/09/23 - 10/24/23**

| | Date | Shares | **PURCHASES** Share Price | Amount Paid | | Date | Shares | **SALES** Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Held** | | | | | | | | | |
| **Class Period** | 05/01/23 | 5,508 | $12.8500 | $70,777.80 | | | | | |
| **Purchases** | 07/25/23 | 5,000 | $11.3000 | $56,500.00 | | | | | |
| | 07/25/23 | 5,000 | $11.2100 | $56,050.00 | | | | | |
| | 08/01/23 | 5,000 | $9.8000 | $49,000.00 | | | | | |
| | 08/04/23 | 5,000 | $8.8500 | $44,250.00 | | | | | |
| **Post Class Purchases** | | | | | **Post Class Sales** | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Shares Acquired in CP** | 25,508 | **Total Amt. Paid in CP** | $276,577.80 | **Total Shares Sold in CP** | 0 | **Total Amt. Sold in CP** $0.00 |
| | | | | **Post CP Shares Sold** | 0 | **Post CP Amount Sold** $0.00 |
| | | | | **Total Shares Sold to Current** | 0 | **Total Amt. Sold to Current** $0.00 **ALTERNATIVE** |

**Actual Net Shares Acquired in CP** 25,508 **(CP Retained Shares)**

**Net Amount Paid in CP** $276,577.80
**Net Amount Paid in CP Minus Sold to Current Date** $276,577.80 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**
**Net Shares Acquired in CP (CP Retained Shares)** 25,508 **Automatically 0 if Negative**
**Net Shares Acquired During Class Period Held to Current Date** 25,508 **Automatically 0 if Negative (ALTERNATIVE)**

**90-Day Mean Share Price after last Day of CP** $4.48

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $114,258.04
**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $114,258.04 **ALTERNATIVE**
**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** $162,319.76 **ALTERNATIVE**

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** $162,319.76
**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** $162,319.76 **ALTERNATIVE**