POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*Bezeyem Lemou and Proposed Lead*
*Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB W. CRAVEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUNPOWER CORPORATION, PETER FARICY, GUTHRIE DUNDAS, and ELIZABETH EBY,<br><br>Defendants. | Case No.: 3:23-cv-05544-RFL<br><br>DECLARATION OF JENNIFER PAFITI, ESQ. IN SUPPORT OF MOTION OF BEZEYEM LEMOU FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Date:  January 30, 2024<br>Time:  10:00 a.m.<br>Judge:  Hon. Rita F. Lin<br>Courtroom:  15 – 18th Floor |
| MATTHEW SIMPSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, PETER FARICY, GUTHRIE DUNDAS, and ELIZABETH EBY,<br><br>Defendants. | Case No.: 3:23-cv-06302-RFL<br><br><u>CLASS ACTION</u> |

DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD COUNSEL - 3:23-cv-05544-RFL; 3:23-cv-06302-RFL

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Bezeyem Lemou ("Lemou"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Lemou's motion for consolidation of the above-captioned related actions ("Related Actions"), appointment as Lead Plaintiff for the Class in the Related Actions, and approval of Lemou's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A:    Chart setting forth Lemou's financial interest in this litigation;
>
> Exhibit B:    Press release published via *Globe Newswire* on October 27, 2023, announcing the pendency of the first-filed of the Related Actions;
>
> Exhibit C:    Shareholder Certification executed by Lemou;
>
> Exhibit D:    Declaration executed by Lemou; and
>
> Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 26, 2023.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

1
DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - 3:23-cv-05544-RFL; 3:23-cv-06302-RFL

## PROOF OF SERVICE

I hereby certify that on December 26, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - 3:23-cv-05544-RFL; 3:23-cv-06302-RFL