# EXHIBIT A

**SunPower Corporation (SPWR)**
**Class Period: March 9, 2023 to October 24, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 7/26/2023 Corrective Shares Retained | 59-Days* Mean Price $4.4719 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bezeyem Lemou | 7/18/2023 | 119,600 | $11.6100 | ($1,388,556) | 7/19/2023 | (363) | $11.5600 | $4,196 | | | |
| Bezeyem Lemou | | | | | 8/7/2023 | (119,237) | $8.5200 | $1,015,899 | | | |
| **Bezeyem Lemou** | | **119,600** | | **($1,388,556)** | | **(119,600)** | | **$1,020,096** | **119,237** | **$0** | **($368,460)** |

*Avg Closing Prices from October 25, 2023 to December 22, 2023