KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email:    khenderson@wsgr.com
          dsavage@wsgr.com

*Attorneys for Defendants*
*SunPower Corporation,*
*Peter Faricy, Guthrie Dundas, and*
*Elizabeth Eby*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JACOB W. CRAVEN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SUNPOWER CORPORATION, PETER FARICY, GUTHRIE DUNDAS, and ELIZABETH EBY,<br><br>        Defendants. | Case No. 3:23-cv-05544-RFL<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO CONSOLIDATION AND LEAD PLAINTIFF AND LEAD COUNSEL MOTIONS**<br><br><u>CLASS ACTION</u><br><br>Hearing Date: January 30, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Rita F. Lin<br>Courtroom: 15, 18th Floor |
| MATTHEW SIMPSON, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SUNPOWER CORPORATION, PETER FARICY, GUTHRIE DUNDAS, and ELIZABETH EBY,<br><br>        Defendants. | Case No. 3:23-cv-06302-RFL<br><br><u>CLASS ACTION</u> |

DEFENDANTS' STATEMENT OF NON-OPP.    CASE NOS. 3:23-cv-05544-RFL; 3:23-cv-06302-RFL

Pursuant to N.D. Cal. Civ. L.R. 7-3, Defendants SunPower Corporation, Peter Faricy, Guthrie Dundas, and Elizabeth Eby (collectively, "Defendants") hereby submit this Statement of Non-Opposition as to the motions seeking consolidation of the above-captioned actions and appointment of lead plaintiff and/or selection of lead counsel. *See* ECF Nos. 15-26. Defendants agree that the above-captioned actions should be consolidated. Defendants take no position as to who should be appointed lead plaintiff or lead counsel.

Defendants, however, do not concede that this litigation should be certified as a class action or that any of the proposed lead plaintiffs are proper class representatives. Defendants accordingly reserve the right to challenge class certification pursuant to Fed. R. Civ. P. 23 following discovery, and do not waive, but expressly preserve, any and all defenses available to them.

Dated: January 9, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Dylan G. Savage*
    Dylan G. Savage

*Attorneys for Defendants*
*SunPower Corporation, Peter Faricy,*
*Guthrie Dundas, and Elizabeth Eby*