1 | KATHERINE L. HENDERSON, State Bar No. 242676
2 | DYLAN G. SAVAGE, State Bar No. 310452
  | WILSON SONSINI GOODRICH & ROSATI, P.C.
3 | One Market Plaza
  | Spear Tower, Suite 3300
4 | San Francisco, CA 94105-1126
  | Telephone: (415) 947-2000
5 | Facsimile: (866) 974-7329
  | Email: khenderson@wsgr.com
6 |        dsavage@wsgr.com

7 | JOHN I. KARIN (*pro hac vice*)
8 | WILSON SONSINI GOODRICH & ROSATI, P.C.
  | 1301 Avenue of the Americas, 40th Floor
9 | New York, NY 10019
  | Telephone: (212) 999-5800
10 | Facsimile: (866) 974-7329
   | Email: jkarin@wsgr.com
11

12 | *Attorneys for Defendants*
   | *SunPower Corporation,*
13 | *Peter Faricy, and Elizabeth Eby*

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE SUNPOWER CORPORATION SECURITIES LITIGATION | Case No.: 3:23-cv-05544-RFL |
|---|---|
| | CLASS ACTION |
| This Document Relates to: | DEFENDANTS' STATEMENT OF RECENT DECISION |
| ALL ACTIONS | |

In accordance with N.D. Cal. Civil Local Rule 7-3(d)(2), Defendants SunPower Corporation, Peter Faricy, and Elizabeth Eby (together, "Defendants") respectfully submit this Statement of Recent Decision in support of their Motion to Dismiss Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 58). Attached hereto as Exhibit A is *Jaszczyszyn v. SunPower Corporation*, 2024 U.S. Dist. LEXIS 126193 (N.D. Cal. July 17, 2024).

Dated: July 23, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Katherine L. Henderson*
    Katherine L. Henderson

*Attorneys for Defendants SunPower Corporation, Peter Faricy, and Elizabeth Eby*