KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: khenderson@wsgr.com
　　　　dsavage@wsgr.com

JOHN I. KARIN (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jkarin@wsgr.com

*Attorneys for Defendants*
*SunPower Corporation,*
*Peter Faricy, and Elizabeth Eby*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 3:23-cv-05544-RFL<br><br>CLASS ACTION<br><br>SUGGESTION OF BANKRUPTCY FOR SUNPOWER CORPORATION AND NOTICE OF AUTOMATIC STAY OF PROCEEDINGS |

Suggestion of Bankruptcy
and Notice of Automatic Stay
　　　　　　　　　　　　　　　　　　　　　Case No.: 3:23-cv-05544-RFL

**PLEASE TAKE NOTICE** that, on August 5, 2024, SunPower Corporation (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101—1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtor's chapter 11 case is pending before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge. A copy of the voluntary petition of the Debtor, SunPower Corporation (Case No. 24-11649), is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, upon the filing of the Debtor's voluntary petition, an injunction is placed into effect which stays, among other things, the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtor that was, or could have been, commenced before the commencement of the chapter 11 case or any act to obtain possession of or exercise control over property of the estate.

Dated: August 7, 2024                    Respectfully submitted,

                                         WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation

                                         By: /s/ Katherine L. Henderson
                                             Katherine L. Henderson

                                         *Attorneys for Defendants SunPower*
                                         *Corporation, Peter Faricy, and Elizabeth Eby*

Suggestion of Bankruptcy
and Notice of Automatic Stay            -2-            Case No.: 3:23-cv-05544-RFL