POMERANTZ LLP
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
Austin P. Van
(*pro hac vice*)
Samantha Daniels
(*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
avan@pomlaw.com
sdaniels@pomlaw.com

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE SUNPOWER CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>*ALL ACTIONS* | Case No.:  3:23-cv-05544-RFL<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SUNPOWER** |
|---|---|

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no Defendant in the above-captioned action *In re SunPower Corporation Securities Litigation*, No. 3:23:cv-05544-RFL, brought before the United States District Court for the Northern District of California, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Bezeyem Lemou and Daniel Suarez hereby voluntarily dismiss the above-captioned action, without prejudice, as to Defendant SunPower Corporation *only*. Plaintiffs Bezeyem Lemou and Daniel Suarez do *not* dismiss the above-captioned action as to

1

individual defendants Peter Faricy and Elizabeth Eby and will continue to prosecute this action against those individual defendants.

| | |
|---|---|
| Dated: August 12, 2024 | Respectfully submitted, |
| | **POMERANTZ LLP** |
| | */s/ Austin P. Van* |
| | Austin P. Van<br>(*pro hac vice*)<br>Samantha Daniels<br>(*pro hac vice*)<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (917) 463-1044<br>jalieberman@pomlaw.com<br>avan@pomlaw.com<br>sdaniels@pomlaw.com |
| | Jennifer Pafiti (SBN 282790)<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, California 90024<br>Telephone: (310) 405-7190<br>jpafiti@pomlaw.com |
| | *Counsel for Plaintiffs* |
| | PORTNOY LAW FIRM<br>Lesley F. Portnoy, Esq.<br>1800 Century Park East, Suite 600<br>Los Angeles, California 90067<br>Telephone: (310) 692-8883<br>lesley@portnoylaw.com |
| | *Additional Counsel for Bezeyem Lemou* |