UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SECURITIES LITIGATION | Case No.:  3:23-cv-05544-RFL |
| This Document Relates to: | **CLASS ACTION** |
| *ALL ACTIONS* | PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND FILING AN AMENDED COMPLAINT |
| GABRIEL RODRIGUES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>PETER FARICY, THOMAS WERNER, AND ELIZABETH EBY,<br><br>Defendants. | Case No.: 5:24-cv-04896<br><br>**CLASS ACTION** |

**WHEREAS**, the Court has considered the motion for Consolidation,

**IT IS HEREBY ORDERED THAT**:

1.      These above captioned actions shall be referred to herein as the "Consolidated Action."  This Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court that relates to the same subject matter as in the Consolidated Action.

2.      Plaintiffs shall be permitted to file a second consolidated amended complaint.

**IT IS SO ORDERED.**

DATED:  _____

_____

THE HONORABLE RITA F. LIN
UNITED STATES DISTRICT JUDGE