PASKOWITZ LAW FIRM PC
Laurence D. Paskowitz
(admitted *pro hac vice* in 5:24-cv-04896-RFL)
97-45 Queens Blvd., Ste. 1202
Rego Park, New York 11374
Telephone: (212) 685-0969
Facsimile: (718) 275-1338
lpaskowitz@pasklaw.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE SUNPOWER CORPORATION SECURITIES LITIGATION** | **Case No.:  3:23-cv-05544-RFL** |
| **GABRIEL RODRIGUES,** | |
| **Plaintiff,** | **Case No.:  5:24-cv-04896-RFL** |
| **v.** | |
| **PETER FARICY, et al.,** | **NON-OPPOSITION OF PLAINTIFF RODRIGUES TO PENDING MOTIONS TO CONSOLIDATE AND TO FILE AN AMENDED COMPLAINT** |
| **Defendants.** | |

Gabriel Rodrigues, Plaintiff in Case No. 5:24-cv-04896-RFL, respectfully expresses his support both for the Motion to Consolidate the pending related class actions and for the filing of a Second Consolidated Amended Complaint ("Motion") (Dkt. No. 66).

As detailed in that Motion, *Rodrigues* and the prior pending class action, Case No. 3:23-cv-05544-RFL (the "Initial Class Action"), considerably overlap in terms of allegations, evidence, and witnesses.  Dkt. No. 66, pp. 8-13.[1]  The basic difference between them is that *Rodrigues* pleads a

---

[1] On August 21, 2024, this Court granted Lead Plaintiff's unopposed Motion for Administrative Relief to deem these cases related (Dkt. No. 70).

longer "Class Period", but that is only because *Rodriques* sets forth the final chapter of a story already told in the Initial Class Action. Dkt. No. 66, pp. 5-6, 9. *Rodrigues*, in essence, asserts not a "new" alleged fraud, but a continuation of (and further concealment of) the fraud asserted in the Initial Class Action. *Id.*

Plaintiff Rodrigues and his counsel support the existing Lead Plaintiff and Lead Counsel continuing in those roles, and respectfully submit that any other result would be wasteful, inefficient, and contrary to the best interests of the affected investors. Dkt. No. 66, pp. 10-13.

Respectfully submitted,

PASKOWITZ LAW FIRM PC

/s/Laurence D. Paskowitz
Laurence D. Paskowitz
97-45 Queens Blvd., Ste. 1202
Rego Park, New York 11374
Telephone: (212) 685-0969
Facsimile: (718) 275-1338
lpaskowitz@pasklaw.com

(Admitted *Pro Hac Vice*)

David N. Lake, State Bar No. 180775
**LAW OFFICES OF DAVID N. LAKE,
A PROFESSIONAL CORPORATION**
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Tel: (818) 788-5100
Fax: (818) 479-9990
Email: david@lakelawpc.com

Dated August 27, 2024

## **PROOF OF SERVICE**

I hereby certify that on August 27, 2024 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Laurence D. Paskowitz*
Laurence D. Paskowitz

INTERESTED PARTY'S  NOTICE OF APPEARANCE