KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: khenderson@wsgr.com
        dsavage@wsgr.com

JOHN I. KARIN (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jkarin@wsgr.com

*Attorneys for Defendants Peter Faricy and Elizabeth Eby*
*in Case No.: 3:23-cv-05544-RFL and for*
*Defendants Peter Faricy, Elizabeth Eby,*
*and Thomas Werner in Case No.: 5:24-cv-04896-RFL*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SECURITIES LITIGATION | Case No.: 3:23-cv-05544-RFL |
| | CLASS ACTION |
| This Document Relates to: | |
| *ALL ACTIONS* | |
| GABRIEL RODRIGUES, Individually and on Behalf of All Others Similarly Situated, | Case No.: 5:24-cv-04896-RFL |
| | CLASS ACTION |
| Plaintiff, | |
| v. | DECLARATION OF DYLAN G. SAVAGE IN SUPPORT OF DEFENDANTS' STATEMENT OF NON OPPOSITION AND OPPOSITION TO PLAINTIFF'S MOTION FOR CONSOLIDATION AND TO SUBMIT CONSOLIDATED SECOND AMENDED COMPLAINT |
| PETER FARICY, THOMAS WERNER, AND ELIZABETH EBY, | |
| Defendants. | |
| | Hearing Date: September 17, 2024 |
| | Hearing Time: 10:00 a.m. Dept.: Courtroom 15, 18th Floor Judge: Hon. Rita F. Lin |

Savage Declaration ISO Defendants' Statement re Consolidation and Amendment
Case Nos.: 3:23-cv-05544-RFL; 5:24-cv-04896-RLF

I, Dylan G. Savage, hereby declare as follows:

1.    I am an attorney duly admitted to practice law in the State of California.  I practice at the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation.  I am counsel for Defendants Peter Faricy and Elizabeth Eby in Case No.: 3:23-cv-05544-RFL and for Defendants Peter Faricy, Elizabeth Eby, and Thomas Werner in Case No.: 5:24-cv-04896-RFL (collectively, "Defendants").  I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify completely as to the matters set forth herein.

2.    I submit this declaration in support of Defendants' Statement of Non Opposition and Opposition to Plaintiff's Motion for Consolidation and to Submit Consolidated Second Amended Complaint ("Defendants' Statement").  True and correct copies of the following exhibits cited in Defendants' Statement are attached hereto as follows:

3.    Attached hereto as **Exhibit 1** is a true and correct copy of an email thread between counsel for Defendants and counsel for Lead Plaintiff Bezeyem Lemou, dated August 5, 2024.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of Gabriel Rodrigues' Section 220 Demand on SunPower Corporation, dated June 17, 2024.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of SunPower Corporation's Response Letter to Mr. Rodrigues' Section 220 Demand, dated July 12, 2024.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of an email thread between counsel for Defendants and counsel for Mr. Rodrigues, dated August 9, 2024.

7.    Attached hereto as **Exhibit 5** is a true and correct copy of an email thread between counsel for Defendants and counsel for Mr. Lemou, dated August 13, 2024.

8.    Attached hereto as **Exhibit 6** is a true and correct copy of the Order Granting Motion to Dismiss with Leave to Amend in *In re Seagate Technology Holdings PLC Securities Litigation*, No. 23-cv-03431-RFL, Dkt. 96 (N.D. Cal. Aug. 8, 2024).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of August 2024, in New York, New York.


Dated: August 27, 2024                    Respectfully submitted,

                                          WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

                                          By: */s/ Dylan G. Savage*
                                             Dylan G. Savage

                                          *Attorneys for Defendants Peter Faricy and*
                                          *Elizabeth Eby in Case No.: 3:23-cv-05544-*
                                          *RFL and for Defendants Peter Faricy,*
                                          *Elizabeth Eby, and Thomas Werner in Case*
                                          *No.: 5:24-cv-04896-RFL*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Katherine L. Henderson, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: August 27, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Katherine L. Henderson*
   Katherine L. Henderson

*Attorneys for Defendants Peter Faricy and Elizabeth Eby in Case No.: 3:23-cv-05544-RFL and for Defendants Peter Faricy, Elizabeth Eby, and Thomas Werner in Case No.: 5:24-cv-04896-RFL*