# EXHIBIT 1

| From: | Karin, John |
|---|---|
| Sent: | Monday, August 5, 2024 5:01 PM |
| To: | Samantha Daniels; Austin Van; Henderson, Katherine; Savage, Dylan; Mehta, Ava; Smith, Sarah |
| Subject: | RE: In re SunPower Corporation Securities Litigation, Case No. 3:23-cv-05544-RFL (N.D. Cal.) -- Second Amended Complaint |

Thank you for the additional information.  We do not believe amendment would be appropriate at this juncture.  As laid out in our papers, defendants believe the complaint should be dismissed with prejudice for lack of standing and you do not provide any additional information that changes the analysis set forth in our papers.  Moreover, it is also unclear why recent events would be relevant to the claims asserted or that extending the class period is appropriate.  We believe the Court should decide our motion and cannot agree to your proposal.

## WILSON SONSINI

**John I. Karin (he/him) | Of Counsel | Wilson Sonsini Goodrich & Rosati**
1301 Avenue of the Americas, 40th Floor | New York, NY 10019-6022 | direct: 212.497.7797 | jkarin@wsgr.com
🌐 👤 in 𝕏 f

**From:** Samantha Daniels <sdaniels@pomlaw.com>
**Sent:** Friday, August 2, 2024 4:37 PM
**To:** Karin, John <jkarin@wsgr.com>; Austin Van <avan@pomlaw.com>; Henderson, Katherine <khenderson@wsgr.com>; Savage, Dylan <dsavage@wsgr.com>; Mehta, Ava <amehta@wsgr.com>; Smith, Sarah <sarah.smith@wsgr.com>
**Subject:** Re: In re SunPower Corporation Securities Litigation, Case No. 3:23-cv-05544-RFL (N.D. Cal.) -- Second Amended Complaint

 EXT - sdaniels@pomlaw.com

Thanks, John.

The recent developments at SunPower further support our theories of liability regarding SunPower's failure to disclose a dire cash crisis and to disclose its financial realities in its public documents.  More has come to light, for instance, about SunPower's auditor resigning due to alleged management misconduct, SunPower's SEC investigation, and SunPower's letters to dealers indicating the business is no longer accepting new leases or solar programs.  Those developments are examples of new allegations in the same vein that will extend our current class period.

As we discuss in our papers, Mr. Lemou has losses in the class period that provide him with standing to represent the class, including co-Plaintiff Suarez.  The amendment will clarify that the first loss causation date caused losses for Mr. Lemou, a point your team felt was unclear in the current complaint.

Would you please respond to us by end of day Monday?

Thanks again,

Sam
Samantha Daniels
Of Counsel

**POMERANTZLLP**

600 Third Avenue, 20th FL
New York, NY 10016
Direct: 1 (646) 581-9993

---

**From:** Karin, John <jkarin@wsgr.com>
**Sent:** Friday, August 2, 2024 2:47:29 PM
**To:** Austin Van <avan@pomlaw.com>; Henderson, Katherine <khenderson@wsgr.com>; Savage, Dylan <dsavage@wsgr.com>; Mehta, Ava <amehta@wsgr.com>; Smith, Sarah <sarah.smith@wsgr.com>
**Cc:** Samantha Daniels <sdaniels@pomlaw.com>
**Subject:** RE: In re SunPower Corporation Securities Litigation, Case No. 3:23-cv-05544-RFL (N.D. Cal.) -- Second Amended Complaint

Austin,

Thank you for reaching out.  Defendants will need more information to evaluate your request.  Specifically, could you please explain what allegations you plan to include in a second amended complaint, why Mr. Lemou has standing to bring the claims, and why you believe an amendment would be appropriate at this point?

Best,
John



**John I. Karin (he/him) | Of Counsel | Wilson Sonsini Goodrich & Rosati**
1301 Avenue of the Americas, 40th Floor | New York, NY 10019-6022 | direct: 212.497.7797 | jkarin@wsgr.com

---

**From:** Austin Van <avan@pomlaw.com>
**Sent:** Wednesday, July 31, 2024 1:51 PM
**To:** Henderson, Katherine <khenderson@wsgr.com>; Savage, Dylan <dsavage@wsgr.com>; Mehta, Ava <amehta@wsgr.com>; Karin, John <jkarin@wsgr.com>
**Cc:** Samantha Daniels <sdaniels@pomlaw.com>
**Subject:** In re SunPower Corporation Securities Litigation, Case No. 3:23-cv-05544-RFL (N.D. Cal.) -- Second Amended Complaint

EXT - avan@pomlaw.com

---

All,

Given recent developments with your client SunPower of which you are probably aware, we would like to amend the complaint in this action.

*First*, please let us know whether Defendants are willing to consent to our amending the complaint.  We are hopeful that, as in other matters in which this situation has arisen, Defendants will consent to avoid having to

2

address potential additional litigations that may be filed attempting to address facts arising after the current complaint, and because in any event the Court must grant leave to amend freely.

*Second*, please let us know whether the attached schedule works for Defendants.  We have tried to keep the schedule more compressed—we propose completing all amendments and briefing within 5 months.

Given that this amendment will moot Defendants' currently pending motion to dismiss, we would prefer to inform the Court as soon as possible so as to limit any waste of judicial resources.  We would be very grateful if Defendants could get back to us quickly on this.

Thanks,
Austin

Austin P. Van

**POMERANTZ**LLP

600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-581-9997
Fax:  646-607-2426
avan@pomlaw.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.