# EXHIBIT 4

| | |
|---|---|
| **From:** | Laurence Paskowitz <lpaskowitz@pasklaw.com> |
| **Sent:** | Friday, August 9, 2024 7:44 AM |
| **To:** | Henderson, Katherine; DeBona, Lauren |
| **Cc:** | Cordo, Andy; David Lake |
| **Subject:** | Re: SunPower - Stockholder Demand for Inspection of Corporate Books and Records |

EXT - lpaskowitz@pasklaw.com

I meant "Good Morning !"

I don't speak Klingon.  It's early for me.  Apologies.

**From:** Laurence Paskowitz <lpaskowitz@pasklaw.com>
**Sent:** Friday, August 9, 2024 9:42 AM
**To:** Henderson, Katherine <khenderson@wsgr.com>; DeBona, Lauren <ldebona@wsgr.com>
**Cc:** Cordo, Andy <acordo@wsgr.com>; David Lake <david@lakelawpc.com>
**Subject:** Re: SunPower - Stockholder Demand for Inspection of Corporate Books and Records

Gorm Morning Katherine:

As you may have seen, we dismissed the Complaint that named SunPower Corp. as a defendant, and filed an action only naming the individuals (Faricy, Eby and Werner) as defendants.  A copy of the new Complaint is attached.   Please let us know if you are authorized to accept service for these defendants.  It may also make sense for your firm to enter a Notice of Appearance.

Have a good weekend.

Regards,

Larry Paskowitz

_____
Laurence D. Paskowitz
Paskowitz Law Firm PC
212-685-0969

**From:** Laurence Paskowitz <lpaskowitz@pasklaw.com>
**Sent:** Thursday, August 8, 2024 12:25 AM
**To:** Henderson, Katherine <khenderson@wsgr.com>; DeBona, Lauren <ldebona@wsgr.com>
**Cc:** Cordo, Andy <acordo@wsgr.com>; David Lake <david@lakelawpc.com>
**Subject:** Re: SunPower - Stockholder Demand for Inspection of Corporate Books and Records

Hello again Katherine:

I am writing to again assure you that we will very soon be taking steps to eliminate claims against SunPower, so as to comply with the automatic stay.  And, once again, I can assure you that had we known of the bankruptcy, we would not have asserted claims against the debtor.  We have not located any authority that would bar us from proceeding against the non-debtor individual defendants in these circumstances.

Regards,

Larry Paskowitz

_____

Laurence D. Paskowitz
Paskowitz Law Firm PC
212-685-0969

---

**From:** Laurence Paskowitz <lpaskowitz@pasklaw.com>
**Sent:** Wednesday, August 7, 2024 7:59 PM
**To:** Henderson, Katherine <khenderson@wsgr.com>; DeBona, Lauren <ldebona@wsgr.com>
**Cc:** Cordo, Andy <acordo@wsgr.com>; David Lake <david@lakelawpc.com>
**Subject:** Re: SunPower - Stockholder Demand for Inspection of Corporate Books and Records

Hi Katherine:

Thanks for getting back to us.    We were not aware of the bankruptcy filing when the action was filed.  We wish t do whatever is correct.


Toward this end, can you provide some clarification?  It is our understanding that it would now be sufficient either not to serve SunPower with a summons and Complaint, or to voluntarily dismiss SunPower as defendant.   Is that what you mean for us to do?  If there is authority requiring us to dismiss the action in its entirety, can you provide that?

We are relying on *Silver State Broad., LLC v. Carmel (In re Silver State Broad., LLC),* Nos. NV-23-1111-NFB, 21-14978-ABL, 2024 Bankr. LEXIS 338, at *8-9 (B.A.P. 9th Cir. Feb. 13, 2024)("Nothing in the express language of § 362(a) extends the automatic stay to non-debtors....'extensions' of the automatic stay to non-debtors, 'although referred to as extensions of the automatic stay, are in fact injunctions issued by the bankruptcy court after hearing and the establishment of unusual need to take this action to protect the administration of the bankruptcy estate.'").

Regards,

Larry Paskowitz

Laurence D. Paskowitz
Paskowitz Law Firm PC
212-685-0969

---

**From:** Henderson, Katherine <khenderson@wsgr.com>
**Sent:** Wednesday, August 7, 2024 7:15 PM
**To:** Laurence Paskowitz <lpaskowitz@pasklaw.com>; DeBona, Lauren <ldebona@wsgr.com>
**Cc:** Cordo, Andy <acordo@wsgr.com>; David Lake <david@lakelawpc.com>
**Subject:** RE: SunPower - Stockholder Demand for Inspection of Corporate Books and Records

Mr. Paskowitz,

As you know, SunPower filed for bankruptcy on August 5, 2024.  Thus, among other issues, your complaint was filed in violation of the injunction in place pursuant to section 362(a) of the Bankruptcy Code.  Please confirm that you will be dismissing the action immediately.

Thank you

Katherine

**From:** Laurence Paskowitz <lpaskowitz@pasklaw.com>
**Sent:** Wednesday, August 7, 2024 9:21 AM
**To:** DeBona, Lauren <ldebona@wsgr.com>
**Cc:** Henderson, Katherine <khenderson@wsgr.com>; Cordo, Andy <acordo@wsgr.com>; David Lake <david@lakelawpc.com>
**Subject:** Re: SunPower - Stockholder Demand for Inspection of Corporate Books and Records

EXT - lpaskowitz@pasklaw.com

Good Morning Counsel;

   Please let me know what impact you believe the bankruptcy filing will have on service and related issues. Any input will be appreciated.

Regards,

Larry Paskowitz

Laurence D. Paskowitz
Paskowitz Law Firm PC
212-685-0969
lpaskowitz@pasklaw.com

**From:** Laurence Paskowitz <lpaskowitz@pasklaw.com>
**Sent:** Tuesday, August 6, 2024 8:37 PM
**To:** DeBona, Lauren <ldebona@wsgr.com>
**Cc:** Henderson, Katherine <khenderson@wsgr.com>; Cordo, Andy <acordo@wsgr.com>
**Subject:** Re: SunPower - Stockholder Demand for Inspection of Corporate Books and Records

Dear Counsel:

I write to inform you that Mr. Rodrigues has decided to proceed in a different direction and has today filed a securities class action without the benefit of Section 220 documents, and will of course no longer be pursuing a 220 inspection.  The docket number of the Complaint is 24-cv-04775.

Please let me know whether your firm is in a position to accept service for all defendants.  Thank you.

Regards,

Larry Paskowitz

Laurence D. Paskowitz
Paskowitz Law Firm PC
212-685-0969
lpaskowitz@pasklaw.com

---

**From:** Beth Keller <bkeller@monteverdelaw.com>
**Sent:** Tuesday, July 16, 2024 12:13 PM
**To:** DeBona, Lauren <ldebona@wsgr.com>
**Cc:** Henderson, Katherine <khenderson@wsgr.com>; Cordo, Andy <acordo@wsgr.com>; Laurence Paskowitz <lpaskowitz@pasklaw.com>
**Subject:** RE: SunPower - Stockholder Demand for Inspection of Corporate Books and Records

Counsel,

We are in receipt of your July 12, 2024 correspondence responding to our June 17, 2024 books and records request.  Given the July 3, 2024 revelations, the former auditor's troubling recent letter and other recent developments we view the response as inadequate.  The factual circumstances surrounding SunPower's April 23, 2024 restatement have evolved since we sent our demand and issues relating to a 4-month-old SEC subpoena, allegations of misconduct by senior members of management, possible withholding of information from the outside auditor by the Audit Committee and the abrupt resignation of that auditor, cannot be ignored.  SunPower's response, especially its argument that stockholder has "failed to make the required showing that there is a credible basis to investigate possible wrongdoing" (Resp. Ltr. at 3) is impossible to square with this newly revealed information.

We also do not accept SunPower's assertion that its Board has no power to appoint an additional independent director (or, perhaps, replace an existing director) – an appointment which seems even more crucial now.  If it so wished, SunPower's Board could certainly coordinate with Sol to appoint a new independent director, or adjust the current Board's membership.  Further, while we are pleased the company has heeded our demand that SunPower hold its annual meeting as soon as possible, our client remains concerned by the spate of allegedly false information contained in SunPower's public filings and is, thus, also concerned that the forthcoming proxy associated with the annual meeting be truthful and accurate.

In light of these circumstances, we will be amending and supplementing our initial demand to expand the scope of stockholder's requests to take the recent revelations and credible accusations into account.  In connection with the supplemental demand, we will provide a confidentiality agreement for the company's consideration, all of which we expect to forward to you in approximately 3

4

weeks.  Following your receipt of the demand and draft confidentiality agreement we can schedule a meet and confer to discuss all outstanding issues and hopefully reach a compromise on the production of documents.

My co-counsel, Larry Paskowitz of Paskowitz Law Firm PC,  and I are also available in the interim if you are interested in discussing any of the matters raised by letter to date.  Please include Mr. Paskowitz (lpaskowitz@pasklaw.com) on all correspondence.

Best,
Beth Keller

**From:** DeBona, Lauren <ldebona@wsgr.com>
**Sent:** Friday, July 12, 2024 6:20 PM
**To:** Beth Keller <bkeller@monteverdelaw.com>
**Cc:** Henderson, Katherine <khenderson@wsgr.com>; Cordo, Andy <acordo@wsgr.com>
**Subject:** RE: SunPower - Stockholder Demand for Inspection of Corporate Books and Records

Beth,

Attached please find the Company's response to Gabriel Rodrigues' demand for books and records.

Best,
Lauren

**WILSON SONSINI**

Lauren G. DeBona

**Litigation Associate**
**direct: 302.304.7617**
**mobile: 267.370.1619**
**ldebona@wsgr.com**

**Wilson Sonsini Goodrich & Rosati**
222 Delaware Avenue, Suite 800
Wilmington, DE 19801

www.wsgr.com



**From:** Beth Keller <bkeller@monteverdelaw.com>
**Sent:** Thursday, June 20, 2024 6:41 PM
**To:** DeBona, Lauren <ldebona@wsgr.com>
**Cc:** Henderson, Katherine <khenderson@wsgr.com>; Cordo, Andy <acordo@wsgr.com>
**Subject:** RE: SunPower - Stockholder Demand for Inspection of Corporate Books and Records

EXT - bkeller@monteverdelaw.com

Lauren –  The requested extension is fine with us.

Best,
Beth

---

**From:** DeBona, Lauren <ldebona@wsgr.com>
**Sent:** Thursday, June 20, 2024 6:18 PM
**To:** Beth Keller <bkeller@monteverdelaw.com>
**Cc:** Henderson, Katherine <khenderson@wsgr.com>; Cordo, Andy <acordo@wsgr.com>
**Subject:** SunPower - Stockholder Demand for Inspection of Corporate Books and Records

Beth,

I write on behalf of SunPower Corporation with respect to your attached letter dated June 17, 2024, on behalf of Gabriel Rodrigues, which requests books and records pursuant to Section 220 (the "Demand").   The Company was served with the Demand on June 19, 2024, and we would greatly appreciate the courtesy of an extension for its response until Friday, July 12, 2024.   Thank you in advance.

Best,
Lauren

**WILSON SONSINI**

Lauren G. DeBona

**Litigation Associate**
**direct: 302.304.7617**
**mobile: 267.370.1619**
**ldebona@wsgr.com**

**Wilson Sonsini Goodrich & Rosati**
222 Delaware Avenue, Suite 800
Wilmington, DE 19801

www.wsgr.com



This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly

prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.