# EXHIBIT 5

| | |
|---|---|
| **From:** | Henderson, Katherine |
| **Sent:** | Tuesday, August 13, 2024 3:54 PM |
| **To:** | Austin Van; Karin, John; Savage, Dylan; Mehta, Ava; Smith, Sarah |
| **Cc:** | Samantha Daniels |
| **Subject:** | RE: In re SunPower Corporation Securities Litigation, Case No. 3:23-cv-05544-RFL (N.D. Cal.) |

Hi Austin, we do not yet have an answer to your request.  We are conferring with our clients, but as you can imagine, there are many pressing matters for the Company and its officers right now.  If there is a particular exigency that you'd like to raise, we are happy to consider it.  Otherwise, we ask that you allow us adequate time to consider and sort out next steps.  Thank you

Katherine

**From:** Austin Van <avan@pomlaw.com>
**Sent:** Tuesday, August 13, 2024 10:59 AM
**To:** Karin, John <jkarin@wsgr.com>; Henderson, Katherine <khenderson@wsgr.com>; Savage, Dylan <dsavage@wsgr.com>; Mehta, Ava <amehta@wsgr.com>; Smith, Sarah <sarah.smith@wsgr.com>
**Cc:** Samantha Daniels <sdaniels@pomlaw.com>
**Subject:** RE: In re SunPower Corporation Securities Litigation, Case No. 3:23-cv-05544-RFL (N.D. Cal.)

EXT - avan@pomlaw.com

John,

We appreciate that events in this case are moving fast, and we appreciate your considering not opposing this motion.  However, we feel we need to file this motion as soon as possible, among other reasons, to avoid waste of judicial resources.  You mentioned that Defendants could respond by early this week.  Could you please let us know by 6:00PM ET today, Tuesday evening, whether you oppose this motion?  If you are still unable to let us know by then, that's fine, but we'll then just go ahead and file this and Defendants may file a notice of non-opposition or opposition at the appropriate time.

Thanks,
Austin

Austin P. Van
**POMERANTZLLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-581-9997
Fax:  646-607-2426
avan@pomlaw.com

**From:** Karin, John <jkarin@wsgr.com>
**Sent:** Friday, August 9, 2024 4:46 PM

**To:** Austin Van <avan@pomlaw.com>; Henderson, Katherine <khenderson@wsgr.com>; Savage, Dylan <dsavage@wsgr.com>; Mehta, Ava <amehta@wsgr.com>; Smith, Sarah <sarah.smith@wsgr.com>
**Cc:** Samantha Daniels <sdaniels@pomlaw.com>
**Subject:** RE: In re SunPower Corporation Securities Litigation, Case No. 3:23-cv-05544-RFL (N.D. Cal.)

Austin,

This is the first time you have raised this issue.  Although we are evaluating your request, we have not yet had an opportunity to confer with our clients, and we may not have that opportunity within the six hours in which you have requested a response, especially in light of the Company's recent bankruptcy filing.  We should be able to respond by early next week.

Best,
John

# WILSON SONSINI

**John I. Karin (he/him) | Of Counsel | Wilson Sonsini Goodrich & Rosati**
1301 Avenue of the Americas, 40th Floor | New York, NY 10019-6022 | direct: 212.497.7797 | jkarin@wsgr.com

🌐 👤 in 𝕏 f

---

**From:** Austin Van <avan@pomlaw.com>
**Sent:** Friday, August 9, 2024 12:14 PM
**To:** Karin, John <jkarin@wsgr.com>; Henderson, Katherine <khenderson@wsgr.com>; Savage, Dylan <dsavage@wsgr.com>; Mehta, Ava <amehta@wsgr.com>; Smith, Sarah <sarah.smith@wsgr.com>
**Cc:** Samantha Daniels <sdaniels@pomlaw.com>
**Subject:** RE: In re SunPower Corporation Securities Litigation, Case No. 3:23-cv-05544-RFL (N.D. Cal.)

 EXT - avan@pomlaw.com

---

Please let us know by 6:00PM ET today whether you oppose the motion below, thanks.

Austin P. Van
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-581-9997
Fax:  646-607-2426
avan@pomlaw.com

---

**From:** Austin Van
**Sent:** Friday, August 9, 2024 12:05 PM
**To:** Karin, John <jkarin@wsgr.com>; Henderson, Katherine <khenderson@wsgr.com>; Savage, Dylan <dsavage@wsgr.com>; Mehta, Ava <amehta@wsgr.com>; Smith, Sarah <sarah.smith@wsgr.com>
**Cc:** Samantha Daniels <sdaniels@pomlaw.com>
**Subject:** In re SunPower Corporation Securities Litigation, Case No. 3:23-cv-05544-RFL (N.D. Cal.)

All,

We would like to file a motion to consolidate this case, Case No. 3:23-cv-05544-RFL, with Case No. 3:24-cv-04896, and to file a consolidated amended complaint for the combined actions.  Plaintiffs in the 3:24-cv-04896 action consent to this motion.  Do Defendants oppose this motion?  Please let us know as soon as possible.

Thanks,
Austin

Austin P. Van

**POMERANTZ**LLP

600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-581-9997
Fax:  646-607-2426
avan@pomlaw.com

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.