## PROOF OF SERVICE

I hereby certify that on September 3, 2024 a copy of the foregoing, and the accompanying Paskowitz Declaration, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Laurence D. Paskowitz*
Laurence D. Paskowitz

Proof of service: Reply Brief of Plaintiff Rodrigues