UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SECURITIES LITIGATION | Case Nos.  23-cv-05544-RFL<br>24-cv-04896-RFL<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE AND TO SUBMIT CONSOLIDATED SECOND AMENDED COMPLAINT AND DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. Nos. 58, 66 |

This order involves two cases: Case No. 3:23-cv-05544-RFL ("Initial Action") and Case No. 3:24-cv-04896-RFL ("*Rodrigues*").  Plaintiffs in both sets of actions allege that Defendants—corporate officers of SunPower Corporation—violated federal securities laws. Plaintiffs in the Initial Action filed a motion to consolidate the two cases and to permit the submission of Consolidated Second Amended Complaint.  Pursuant to Civil Local Rule 7-1(b), the Court deems the motion suitable for disposition without oral argument, and the hearing on the motion, set for September 17, 2024, is **VACATED**.

The unopposed motion to consolidate is **GRANTED**.[1]  Common questions of law and fact exist due to the significant overlap in class definition and claims.  *See* Fed. R. Civ. P. 42(a). Defendants, however, argue that granting leave to amend would be "futile" in light of the pending motion to dismiss.  Because this Court must "freely give leave when justice so requires"

---

[1]   After briefing was completed on the Motion to Consolidate, Plaintiff filed a First Amended Complaint in *Rodrigues* (Dkt. No. 18), exercising their right to amend without leave of court.  As the factual allegations and causes of action in the First Amended Complaint are substantially the same as in the original Complaint, that filing does not affect the Court's ruling.

and Defendants have not shown prejudice—they can reassert any arguments in their motion to dismiss that remain applicable after consolidation—permission to submit a Consolidated Second Amended Complaint is also **GRANTED**.  *See* Fed. R. Civ. P. 15(a)(2).

Accordingly, the Initial Action and *Rodrigues* are consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  All future submissions shall be filed only in the Initial Action, Case No. 3:23-cv-05544-RFL.  The Clerk of the Court is directed to close *Rodrigues*, Case No. 3:24-cv-04896-RFL.  Defendants' motion to dismiss in the Initial Action (Dkt. No. 58) is **DENIED** as moot.

Plaintiffs shall file a consolidated complaint by **September 25, 2024**.  The Consolidated Second Amended Complaint shall not add new claims or allegations not present in the operative complaints from the Initial Action or *Rodrigues* absent further leave of court or a stipulation pursuant to Rule 15.

**IT IS SO ORDERED.**

Dated: September 11, 2024

RITA F. LIN
United States District Judge

2