# EXHIBIT 5

| | |
|---|---|
| **From:** | Marina Kourenkova |
| **Sent:** | Friday, April 28, 2023 12:58 PM |
| **To:** | Neel Patel; Melissa Todd |
| **Cc:** | Seethalakshmi Sethuraman; Yifan Wei |
| **Subject:** | RE: Going Concern Assessment EY Questions/Comments |
| **Attachments:** | Going Concern Memo_final - EY Comments 4.28.23.xlsx; TA-23-Q1-05 - Going Concern Memo_final - EY Comments.docx |

Here is the updated going concern and memo.

**From:** Neel Patel <Neel.Patel@ey.com>
**Sent:** Friday, April 28, 2023 9:35 AM
**To:** Melissa Todd <Melissa.Todd@sunpowercorp.com>; Marina Kourenkova <Marina.Kourenkova@sunpowercorp.com>
**Cc:** Seethalakshmi Sethuraman <Seethalakshmi.Sethuraman@sunpowercorp.com>; Yifan Wei <Yifan.Wei@ey.com>
**Subject:** [EXT] RE: Going Concern Assessment EY Questions/Comments

**External Email -** Use caution when responding, clicking, and/or downloading attachments.

Hi Melissa,

I'm fairly flexible today so anytime between now and 12:00 PM PST I can make work. Can also move around some afternoon meetings between 12:00 and 2:00 PM PST if necessary. The earlier the better as I would like to get this in Evan's queue for review by EOD.

Thanks!

**Neel Patel |** Manager | Audit
Ernst & Young
Cell:2817531349| Neel.Patel@ey.com

**From:** Melissa Todd <Melissa.Todd@sunpower.com>
**Sent:** Friday, April 28, 2023 11:24 AM
**To:** Neel Patel <Neel.Patel@ey.com>; Marina Kourenkova <marina.kourenkova@sunpower.com>
**Cc:** Seethalakshmi Sethuraman <seethalakshmi.sethuraman@sunpower.com>; Yifan Wei <Yifan.Wei@ey.com>
**Subject:** RE: Going Concern Assessment EY Questions/Comments

Hi Neel,

Can we discuss? Are you free for a call today? If so please let me know of a few times you are open, so I can book a meeting with the right people.

Thanks,
Melissa

**From:** Neel Patel <Neel.Patel@ey.com>
**Sent:** Friday, April 28, 2023 9:19 AM
**To:** Marina Kourenkova <Marina.Kourenkova@sunpowercorp.com>; Melissa Todd <Melissa.Todd@sunpowercorp.com>
**Cc:** Seethalakshmi Sethuraman <Seethalakshmi.Sethuraman@sunpowercorp.com>; Yifan Wei <Yifan.Wei@ey.com>
**Subject:** [EXT] RE: Going Concern Assessment EY Questions/Comments

**External Email -** Use caution when responding, clicking, and/or downloading attachments.

Hi Marina,

I don't remember if this was contemplated in the forecast used for the going concern assessment in Q4, but if it was maybe we missed it. However, as  part of our discussions of the year-end representation letter we were told management is not contemplating the sale of RICs.

If the debt will be paid through the sale of RIC portfolio are there any agreements in place? If not does management intend to and believe that they will be able to sell them? The CS warehouse debt repayment should be included in the going concern assessment cash outflow. I would include the sale of RICs as a cash inflow (at fair value). I'll see if we're good with just adding a rep regarding this.

Aside from this:
1. There are formulas within the analysis file "SPWR Going Concern tab" that are not summing correctly
2. Any reason for removing the sensitivity section? I believe that has historically been an attribute of the control
3. If there are any periods in which the ending cash balance would result in a violation of the Company's debt covenants, I would acknowledge and address if this results in substantial doubt regarding the Company's ability to continue as a going concern. (there may not be any)
4. Update amounts in memo if necessary to line up with the updated ending cash balances

Please let me know if you have any questions or concerns.

Thanks,

**Neel Patel |** Manager | Audit
Ernst & Young
Cell:2817531349| Neel.Patel@ey.com

**From:** Marina Kourenkova <Marina.Kourenkova@sunpower.com>
**Sent:** Thursday, April 27, 2023 10:05 PM
**To:** Neel Patel <Neel.Patel@ey.com>; Melissa Todd <melissa.todd@sunpower.com>
**Cc:** Seethalakshmi Sethuraman <seethalakshmi.sethuraman@sunpower.com>; Yifan Wei <Yifan.Wei@ey.com>
**Subject:** RE: Going Concern Assessment EY Questions/Comments

Neel,
Hasn't this already been discussed with EY in Q4? Nothing has changed since then. We are not planning to use cash for CS warehouse repayment.

**From:** Neel Patel <Neel.Patel@ey.com>
**Sent:** Thursday, April 27, 2023 4:35 PM
**To:** Marina Kourenkova <Marina.Kourenkova@sunpowercorp.com>; Melissa Todd <Melissa.Todd@sunpowercorp.com>
**Cc:** Seethalakshmi Sethuraman <Seethalakshmi.Sethuraman@sunpowercorp.com>; Yifan Wei <Yifan.Wei@ey.com>
**Subject:** [EXT] RE: Going Concern Assessment EY Questions/Comments

**External Email -** Use caution when responding, clicking, and/or downloading attachments.

Thanks – took a quick pass on the forecast related comments will look at everything else tonight or early tomorrow and send back.

Key items:

1. the CS WH facility has a contractual maturity and there for I would think the related cash outflow should be included in the forecast? The contemplation that this would be offset with the sale of RICS – is there an agreement in place to sell those? If not then I don't believe that it can be assumed that this will occur.
2. With the impact of the above, seems the Company could be in violation of the minimum liquidity debt covenants in Q3?



**Neel Patel |** Manager | Audit
Ernst & Young
Cell:2817531349| Neel.Patel@ey.com

**From:** Marina Kourenkova <Marina.Kourenkova@sunpower.com>
**Sent:** Thursday, April 27, 2023 6:01 PM
**To:** Neel Patel <Neel.Patel@ey.com>; Melissa Todd <melissa.todd@sunpower.com>
**Cc:** Seethalakshmi Sethuraman <seethalakshmi.sethuraman@sunpower.com>; Yifan Wei <Yifan.Wei@ey.com>
**Subject:** RE: Going Concern Assessment EY Questions/Comments

Neel,
Attached is the updated going concern memo and analysis.
Thanks,
Marina

**From:** Neel Patel <Neel.Patel@ey.com>
**Sent:** Wednesday, April 26, 2023 6:26 PM
**To:** Melissa Todd <Melissa.Todd@sunpowercorp.com>; Marina Kourenkova <Marina.Kourenkova@sunpowercorp.com>
**Cc:** Seethalakshmi Sethuraman Seethalakshmi.Sethuraman@sunpowercorp.com; Yifan Wei Yifan.Wei@ey.com
**Subject:** [EXT] Going Concern Assessment EY Questions/Comments

External Email - Use caution when responding, clicking, and/or downloading attachments.

Hi All,

See attached for questions / comments on the going concern assessment workbook and memo. Sharing comments in the interest of time as these are still pending Evan's review.

Regarding the Going Concern Appendix file, it seems like we've reverted back to an older layout of the file that was changed over time during FY21/FY22. A significant amount of my comments in the excel file relate to the organization of the primary assessment tab. It may be hard to follow so happy to jump on a 30 min call and update the file live if that would be helpful – could save a lot of effort in future periods (and for our controls testing of FR-17). Can also knock out some of the easier questions regarding the forecast.

Thanks,



**Neel Patel |** Manager | Audit

Ernst & Young
1401 McKinney St. Suite 1200, Houston, TX, 77010, United States of America
Cell:2817531349 | Neel.Patel@ey.com
Website: www.ey.com

Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.

_____

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for My EY, which tracks e-mail preferences through a separate process) at this e-mail address by opting out of emails through EY's Email Preference Center. Our principal postal address is One Manhattan West, New York, NY 10001. Thank you. Ernst & Young LLP

Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.

_____

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for My EY, which tracks e-mail preferences through a separate process) at this e-mail address by opting out of emails through EY's Email Preference Center. Our principal postal address is One Manhattan West, New York, NY 10001. Thank you. Ernst & Young LLP

Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.

_____

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for My EY, which tracks e-mail preferences through a separate process) at this e-mail address by opting out of emails through EY's Email Preference Center. Our principal postal address is One Manhattan West, New York, NY 10001. Thank you. Ernst & Young LLP


Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.
_____
The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for My EY, which tracks e-mail preferences through a separate process) at this e-mail address by opting out of emails through EY's Email Preference Center. Our principal postal address is One Manhattan West, New York, NY 10001. Thank you. Ernst & Young LLP



## Memo

Date:              April 18, 2023
Prepared by:       Marina Kourenkova, Technical accounting consultant
Reviewed by:       Melissa Todd, Director of Technical Accounting and Financial Reporting
To:                Accounting Files: Sunpower Corporation
Re:                Going concern evaluation Q1'23

### a) Executive Summary

a.  As of Q1'23, management concluded that there are no going concern issues. We believe that we have sufficient cash to support operations through Q2'24.

### b) Background

a.  On August 27, 2014, the Financial Accounting Standards Board ("FASB") issued ASU 2014-15, Disclosure of Uncertainties about an Entity's Ability to Continue as a Going Concern (codified in Accounting Standards Codification 205-40, *Presentation of Financial Statements – Going Concern*), which discusses the responsibility of management to evaluate whether there is substantial doubt about an entity's ability to continue as a going concern within one year after the date the financial statements are issued or available to be issued, and to provide related footnote disclosures. SunPower Corporation ("SunPower" or "the Company") adopted ASU 2014-15 in 2016, the effective date for the Company. This memo documents the Company's assessment over its ability to continue as a going concern as of the date of filing the Form 10-Q for the quarter ended April 2, 2023.

b.  **Control considerations:**
    The going concern assessment is governed under control FR-17, which is a quarterly control. The execution of this control relies on the effectiveness of control FP-01, which govern the Multi-Year Plan ('MYP') and Beginning of Quarter ('BOQ') forecasts and are prepared by SunPower's Financial Planning and Analysis Team ("FP&A").

### c) Accounting Issues Considered

The following accounting and reporting issues were considered as a part of this memorandum:

A.  Do conditions and events that raise substantial doubt about the Company's ability to continue as a going concern exist? If yes, what is management's assessment of the significance of those conditions in relation to the Company's ability to meet its obligations?

B.  If significant doubt is raised, does management have plans which alleviate the substantial doubt about the Company's ability to continue as a going concern?

C.  What are the presentation and disclosure requirements in the circumstances?

### d) Authoritative and Non-Authoritative Literature Consulted

2.  The primary authoritative guidance consulted includes the following:

A.  Accounting Standard Codification ("ASC") 205-40 Presentation of Financial Statements – Going Concern

B.  EY Technical line – How to apply the FASB's guidance on management's going concern evaluation

**Commented [NP1]:** For our understanding when we're walking through and testing the Q1 instance of FP-01, which forecasts are being relied on for the assessment? Is it CE2 LRP?

**Commented [MK2R1]:** For 2023 its CE2 final. For 2024, it's LRP from FY2022. (we'll have LRP from FY2023 by Q3'23)

**e) Accounting & Reporting Evaluation**

A. Key Definitions:

Going concern: "Substantial doubt about an entity's ability to continue as a going concern exist when conditions and events, considered in the aggregate, indicate that it is probable that the entity will be unable to meet its obligations as they become due within one year after the date that the financial statements are issued (or within one year after the date that the financial statements are available to be issued when applicable). The term probable is used consistently with its use in Topic 450 on contingencies."

*a.* Do conditions and events that raise substantial doubt the Company's ability to continue as a going concern exist*?*

**ASC 205 Guidance:**

205-40-50-1 In connection with preparing financial statements for each annual and interim reporting period, an entity's management shall evaluate whether there are <u>conditions and events, considered in the aggregate</u>, that raise substantial doubt about an entity's ability to continue as a going concern within one year after the date that the financial statements are issued (or within one year after the date that the financial statements are available to be issued when applicable).

ASC 205-40-50-2 Ordinarily, conditions or events that raise substantial doubt about an entity's ability to continue as a going concern relate to the entity's ability to meet its obligations as they become due. Accordingly, management's evaluation of an entity's ability to continue as a going concern ordinarily is based on conditions and events that are relevant to an entity's ability to meet its obligations as they become due within one year after the date that the financial statements are issued.

205-40-50-3 Management's evaluation shall be based on relevant conditions and events that are known and reasonably knowable at the date that the financial statements are issued.

205-40-50-4 Management shall evaluate whether relevant conditions and events, considered in the aggregate, indicate that it is probable that an entity will be unable to meet its obligations as they become due within one year after the date that the financial statements are issued. <u>The evaluation initially shall not take into consideration the potential mitigating effect of management's plans that have not been fully implemented as of the date that the financial statements are issued (for example, plans to raise capital, borrow money, restructure debt, or dispose of an asset that have been approved but that have not been fully implemented as of the date that the financial statements are issued)</u>.

205-40-50-5 When evaluating an entity's ability to meet its obligations, management shall consider <u>quantitative and qualitative</u> information about the following conditions and events, among other relevant conditions and events known and reasonably knowable at the date that the financial statements are issued:

a. The entity's current financial condition, including its liquidity sources at the date that the financial statements are issued (for example, available liquid funds and available access to credit)

b. The entity's conditional and unconditional obligations due or anticipated within one year after the date that the financial statements are issued (regardless of whether those obligations are recognized in the entity's financial statements)

c. The funds necessary to maintain the entity's operations considering its current financial condition, obligations, and other expected cash flows within one year after the date that the financial statements are issued

d. The other conditions and events, when considered in conjunction with (a), (b), and (c) above, that may adversely affect the entity's ability to meet its obligations within one year after the date that the financial statements are issued. See paragraph 205-40-55-2 for examples of those conditions and events.

ASC 205-40-50-6 states that if "relevant conditions or events, considered in the aggregate,… indicate that it is probable that an entity will be unable to meet its obligations as they become due within one year after the date that the financial statements are issued…, management shall evaluate whether its plans that are intended to mitigate those conditions and events, when implemented, will alleviate substantial doubt about the entity's ability to continue as a going concern."

**SPWR Assessment**:

We performed a qualitative and quantitative assessment to determine whether substantial doubt exists about the Company's ability to continue as a going concern.

The Company's liquidity has improved significantly over the recent quarters. While we have been able to successfully execute on our long-term strategy by completing a number of planned strategic transactions (more details below), in Q4'22, we saw continued strong revenue growth quarter-over-quarter and year-over-year and we continue to see growth as planned in 2023.

Also the below events/transactions helped generate liquidity in 2022 and 2023:

1.1.   On May 31, 2022, the Company effectively sold the CIS business to TotalEnergies for net proceeds of $149M This transaction is in-line with the Company's overall strategy to focus on its high growth residential business.

Update as of 4/12/23, the working capital adjustment ~~payment~~ to Total ~~is~~ was concluded to be $30.9M and resulting net proceeds were $118M~~XX~~.

1.2.   On June 30, 2022, the Company executed a warehouse loan with Credit Suisse for a total facility size of $100M. The purpose of this loan is to provide cash for on-balance sheet retail installment contracts ("RICs").

As of Q1'23, we have drawn net $69.3M on the CS loan.

1.3.   In September 2022, the Company executed a term loan and revolving line of credit with a credit limit of $200M. However, within the loan agreement, there is an accordion feature which extends the limit of the ~~XX~~$200M by $100M to a total of $300M. ~~To be able to get the additional $100M, we would need to obtain internal approvals from board of directors and finance committee.~~The revolving facility was increased by $100M in Q1'23, $50M each Citibank and JPM, bringing the total term loan and revolver credit limit to $300M. The purpose of this loan is partially to repay the 2023 convertible notes as well as working capital needs of the Company.

As of Q1'23, we have drawn $10~~1~~0M on term loan and $115M on revolver and repaid $1.25M and $20M accordingly. We have undrawn available commitments of $1.3~~XX~~ million and $105~~XX~~ million on the term loan and revolving credit facility.

**Commented [NP3]:** See suggestions for wording, update amount of net proceeds

**Commented [MK4R3]:** updated

**Commented [NP5]:** Any concerns on additional draws on this debt given CS's credit condition

**Commented [MK6R5]:** We won't have any more draws for CS. It's already maxed out.

**Commented [NP7]:** Does the accordion feature increase the revolving facility or term loan by $100 million?

Also this accordion feature separate from the $100 million amendment (1.5 below)? Meaning in essence, total commitments would be $400 million if the accordion feature was utilized?

**Commented [MK8R7]:** We increased the revolver in Q1'23 by 100M, I updated the sentence.

**Commented [NP9]:** Are there any conditions for the bank to approve the additional commitments aside from obtaining this approval from the BOD? I.e. are the lenders obligated to participate or is this additional $100 subject to approval that may or may not be granted

**Commented [MK10R9]:** N/A, as the increase already happened in Q1'23.

**Commented [NP11]:** Net amounts ($225M less repayments of $21.25M = $203.75M) don't agree with 10-Q disclosure – "As of April 2, 2023, we had borrowings of $98.8 million and $95.0 million under the Term Loan Facility and Revolver, respectively."

**Commented [MK12R11]:** updated

**Commented [NP13]:** suggestion

**Commented [MK14R13]:** updated

1.4.  The company sold 1 million shares of Enphase common stock in Q1'22 for $150M and Q3'22 for $290M. In Q1'23, the company sold the remaining 500,000 of Enphase shares for $121.7M.

1.5.  In Q1'23, we increased the Capacity of the credit revolver from $100M to $200M. Citibank and JPM were both brought in for $50M each.

1.6.  In Q1'23, we have repaid $424.9M in convertible debt principle and $8.5M interest.

1.7.  ~~In Q1'23, we redeemed $186.5M of money market investments to repay the convertible debt. Remaining balance as of Q1'23 is $40M.~~

> **Commented [NP15]:** Is this relevant given MMI are cash equivalents and are included in the cash balance already? Not sure it is an event or transaction that impacts liquidity
>
> **Commented [MK16R15]:** Agreed, not relevant. Removed

The above transactions are in line with the Company's publicly disclosed strategy to divest non-core assets, de-lever its balance sheets and focus on projects and markets that it believes will yield favorable returns.

While our forecast shows an expectation of positive and negative quarterly cash flows for the next 12 months, we expect to maintain a sufficient cash balance to fund our operations for the next 12 months. Our cash and cash equivalents balance as of Q1'23 is $116.5M and is expected to stay positive for the next 12 months. We have repaid $425M of convertible debt, which is a very significant expenditure, but we are still going strong on cash and cash forecast. Other than in Q2'23, we expect positive cash from operations every quarter from Q3'23 through Q2'24.

Further, listed below are our existing sources of liquidity for the next 12 months:

- We expect $95M proceeds from additional draws under our term loan facility (net draws of $105M offset by $10M repayment).

The Company's FP&A together with Treasury Team assesses the Company's operating and other cash flow needs to maintain the level of expected operations for any given period. For purposes of the going concern analysis, we analyzed the Company's known and expected sources and uses of cash in the twelve months following the date the financial statements are issued or available to be issued. Please see discussion below and refer to Appendix A to this memo.

Based on a sensitized[1] forecast, the Q2 2023, Q3 2023, Q4 2023, Q1 2024 and Q2'24 cash and cash equivalents balances are projected to be positive $101 million, $139 million, $153 million, $152 million, and $148 million, respectively. This analysis includes backing out discretionary panel purchases, reducing of various investments and special projects opex, removing RSU stock repurchases and allowing for volume reduction due to market sensitivities.

***Conclusion: Based on the conditions and events noted in both qualitative and quantitative assessments, the Company believes that, when considered in the aggregate, SunPower will be able to meet its obligations as they become due within one year after the date that the financial statements are issued. On this basis, management concluded that it will not include an explicit statement in its financial statement disclosure that substantial doubt was raised.***

*Other presentation and disclosure considerations*

ASC 205-40 does not require disclosure if there are no conditions and events that raise substantial doubt.

---

[1] See Going Concern Analysis in Appendix A.

f)  **IFRS and Statutory Reporting Implications**

None noted.

g)  **Illustrative Accounting and Financial Reporting Impacts**

N/A

h)  ***Income Tax Impact***
None noted.

i)  **Illustrative Financial Statements**

No changes anticipated to the presentation of SunPower's Financial Statements.

j)  **Control Considerations**

None noted.

k)  **Auditor's Management Representation Letter Considerations**

None noted.

l)  **Appendix A: Going concern analysis**



Going concern
analysis CE2 Final_v4.

> **Commented [NP17]:** Are sections F-K needed?
>
> **Commented [MK18R17]:** Yes, they are part of our standard memo template.

| | A | B | L | M | N | O | P | T |
|---|---|---|---|---|---|---|---|---|
| 1 | | OP2 23 Final Cash balance \| FY24 based on LRP | | | | | | |
| 2 | | | | | | | | |
| 3 | | In $M | Q2'23 | Q3'23 | Q4'23 | Q1'24 | Q2'24 | |
| 4 | | | | | | | | |
| 5 | | OP2 Final Cash and Cash Equivalent | | | | | | |
| 6 | | OP2 Final Cash balance \| Q1'24 based on LRP | 101 | 111 | 120 | 113 | 101 | |
| 7 | *Adjustments to forecasted cashflows* | | | | | | | |
| 8 | | Revolver loan | | | | | | |
| 9 | | Panel deposits | - | 20 | - | | | |
| 10 | | Minority Investments (Dealer Acceleration Program) | | | | 9 | 9 | |
| 11 | | Odyssey WC adjustment true-up | | | | | | |
| 12 | | Backout cash hedge | 11 | 14 | 16 | - | 3 | |
| 13 | | Repayment of Credit Suisse facility | | | (69) | | | |
| 14 | | RICs Balance Sheet | | | 80 | | | |
| 15 | | | | | | | | |
| 16 | | Total Adjustments to forecast | 11 | 34 | 27 | 9 | 12 | |
| 17 | | | | | | | | |
| 18 | | **Adjusted OP2 23 Final Cash balance \| FY24 based on LRP** | **113** | **156** | **192** | **194** | **194** | |
| 19 | | Non accessible Cash | (3) | (3) | (3) | (3) | (3) | |
| 20 | | Available borrowings on credit facilities | | | | | | |
| 21 | *Step 1: Updated forecasted accessible cash* | **Ending liquidity** | **110** | **153** | **189** | **191** | **191** | |
| 22 | | | | | | | | |
| 23 | | **Sensitivity** | | | | | | |
| 24 | | Residential (inc Res O&M / Financial Products) (based on 7% US TAM growth) | (21) | (19) | (19) | (4) | (5) | |
| 25 | | Blue Raven | (3) | (2) | (4) | (5) | (7) | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | **Total Sensitivities** | **(24)** | **(21)** | **(23)** | **(9)** | **(12)** | |
| 29 | | **OP2 23 Final Cash balance \| FY24 based on LRP with sensitivities** | **86** | **108** | **121** | **114** | **102** | |

Cell: K3
Comment: Neel Patel
Any reason why we retain all of the previous periods in this file? Maybe a year or two would make sense but most of the information in those columns is corrupt anyway
4/26/2023 5:55 PM
Reply: Marina Kourenkova
ok, we deleted prior to 2021
4/27/2023 2:34 PM

Cell: O6
Note: based on LRP

Cell: P6
Note: based on LRP

Cell: T6
Comment: Neel Patel
"Repayment of Credit Suisse facility once RICs are sold" - Is the Company expecting to sell the RIC portfolio
4/26/2023 3:45 PM
Reply: Marina Kourenkova
we dont have this in the forecast yet. RIC's are collateral for CS. So in case if we do sell RICs, we will use the proceeds to repay CS. So there will be no cash impact.
4/27/2023 2:36 PM

Cell: B8
Comment: Neel Patel
Recommend labeling this section "Adjustments to forecasted cash flows" or something of that nature as these should just be adjustments of items included in the forecast prepared by FP&A that should be excluded for purposes of the the GC assessment.
4/26/2023 3:37 PM
Reply: Marina Kourenkova
updated
4/27/2023 3:21 PM

Cell: L8
Comment: Neel Patel
Why no $30m adjustment for Q2 repayment? same comment in anaplan source tab
4/26/2023 3:48 PM
Reply: Marina Kourenkova
we are assuming that repayments will be offset with additional draws, net zero impact
4/27/2023 3:21 PM

Cell: M9
Comment: Neel Patel
is this adjustment because the forecast include 20m outflows for panel deposits however this is not contractually obligated?
4/26/2023 3:40 PM
Reply: Marina Kourenkova
yes. This is a placeholder in the budget for panel purchases, but we don't have any signed deal or any negotiations in process. Panel deposits - this is in addition to our normal operating panel purchases needed for operations. This 20M is currently a buffer with no done deal for this amount.
4/27/2023 3:23 PM

Cell: L11
Comment: Neel Patel
Shouldn't there be an adjustment here for the additional $24M? Or is this included in the forecast already?
4/26/2023 3:41 PM
Reply: Marina Kourenkova
its already included. foracst got adjusted for additional WC adj
4/27/2023 2:37 PM

Cell: B16
Comment: Neel Patel
Suggest renaming this to "Total adjustments to forecast" or something a long these lines if you agree to the suggestions above, see orange highlights below for suggested adds
4/26/2023 5:43 PM
Reply: Marina Kourenkova
updated
4/27/2023 3:24 PM