# EXHIBIT 6

*Table of Contents*

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-Q**

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended April 2, 2023**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**

**Commission File Number: 001-34166**

# SUNPOWER®

**SunPower Corporation**

(Exact Name of Registrant as Specified in Its Charter)

| **Delaware** | **94-3008969** |
| --- | --- |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |

| **1414 Harbour Way South    Suite 1901    Richmond    California** | **94804** |
| --- | --- |
| (Address of Principal Executive Offices) | (Zip Code) |

**(408) 240-5500**
(Registrant's Telephone Number, Including Area Code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of exchange on which registered |
| --- | --- | --- |
| Common Stock, $0.001 par value per share | SPWR | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Sections 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☒ | Accelerated filer ☐ |
| --- | --- |
| Emerging growth company ☐ | Non-accelerated filer ☐ |
| | Smaller reporting company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The total number of outstanding shares of the registrant's common stock as of April 28, 2023 was 174,962,512.

*Table of Contents*

**SunPower Corporation**
**Form 10-Q for the quarterly period ended April 2, 2023**

**Table of Contents**

| | | | Page |
|---|---|---|---|
| Part I. FINANCIAL INFORMATION | | | |
| Item 1. | Item | Financial Statements (unaudited) | 3 |
| | | Condensed Consolidated Balance Sheets | 3 |
| | | Condensed Consolidated Statements of Operations | 4 |
| | | Condensed Consolidated Statements of Comprehensive Income (Loss) | 5 |
| | | Condensed Consolidated Statements of Equity | 6 |
| | | Condensed Consolidated Statements of Cash Flows | 8 |
| | | Notes to Condensed Consolidated Financial Statements | 9 |
| Item 2. | Item | Management's Discussion and Analysis of Financial Condition and Results of Operations | 31 |
| Item 3. | Item | Quantitative and Qualitative Disclosures About Market Risk | 38 |
| Item 4. | Item | Controls and Procedures | 39 |
| Part II. OTHER INFORMATION | | | |
| Item 1. | Item | Legal Proceedings | 40 |
| Item 1A. | Item | Risk Factors | 40 |
| Item 2. | Item | Unregistered Sales of Equity Securities and Use of Proceeds | 40 |
| Item 5. | Item | Other Information | 40 |
| Item 6. | Item | Exhibits | 41 |
| | | SIGNATURES | 42 |

2

*Table of Contents*

**PART I. FINANCIAL INFORMATION**

**ITEM 1.** *FINANCIAL STATEMENTS*

**SunPower Corporation**
**Condensed Consolidated Balance Sheets**
**(In thousands, except share par values)**
**(unaudited)**

| | | April 2, 2023 | | January 1, 2023 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 116,478 | $ | 377,026 |
| Restricted cash and cash equivalents, current portion[2] | | 9,634 | | 9,855 |
| Short-term investments | | - | | 132,480 |
| Accounts receivable, net[1] | | 194,231 | | 174,577 |
| Contract assets | | 58,610 | | 50,692 |
| Inventories | | 381,847 | | 316,815 |
| Advances to suppliers, current portion | | 12,508 | | 9,309 |
| Prepaid expenses and other current assets[1] | | 212,970 | | 197,760 |
| Total current assets | | 986,278 | | 1,268,514 |
| | | | | |
| Restricted cash and cash equivalents, net of current portion[2] | | 15,158 | | 15,151 |
| Property, plant and equipment, net | | 82,117 | | 74,522 |
| Operating lease right-of-use assets | | 36,302 | | 36,926 |
| Solar power systems leased, net | | 40,768 | | 41,779 |
| Goodwill | | 126,338 | | 126,338 |
| Other intangible assets, net | | 22,435 | | 24,192 |
| Other long-term assets[1] | | 183,015 | | 192,585 |
| Total assets | $ | 1,492,411 | $ | 1,780,007 |
| | | | | |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable[1] | $ | 225,143 | $ | 242,229 |
| Accrued liabilities[1] | | 164,210 | | 145,229 |
| Operating lease liabilities, current portion | | 11,589 | | 11,356 |
| Contract liabilities, current portion[1] | | 161,289 | | 144,209 |
| Short-term debt | | 121,473 | | 82,404 |
| Convertible debt, current portion[1] | | - | | 424,919 |
| Total current liabilities | | 683,704 | | 1,050,346 |
| | | | | |
| Long-term debt | | 155,969 | | 308 |
| Operating lease liabilities, net of current portion | | 28,362 | | 29,347 |
| Contract liabilities, net of current portion | | 11,305 | | 11,555 |
| Other long-term liabilities[1] | | 109,782 | | 112,797 |
| Total liabilities | | 989,122 | | 1,204,353 |
| Commitments and contingencies (Note 7) | | | | |
| Equity: | | | | |
| Preferred stock, $0.001 par value; 10,000 shares authorized; none issued and outstanding as of April 2, 2023 and January 1, 2023 | | - | | - |
| Common stock, $0.001 par value, 367,500 shares authorized; 189,246 shares issued and 174,902 shares outstanding as of April 2, 2023; 188,287 shares issued and 174,269 shares outstanding as of January 1, 2023 | | 175 | | 174 |
| Additional paid-in capital | | 2,839,233 | | 2,855,930 |
| Accumulated deficit | | (2,116,859) | | (2,066,175) |
| Accumulated other comprehensive income | | 11,573 | | 11,568 |
| Treasury stock, at cost: 14,345 shares of common stock as of April 2, 2023; 14,018 shares of common stock as of January 1, 2023 | | (231,717) | | (226,646) |
| Total stockholders' equity | | 502,405 | | 574,851 |
| Noncontrolling interests in subsidiaries | | 884 | | 803 |
| Total equity | | 503,289 | | 575,654 |
| Total liabilities and equity | $ | 1,492,411 | $ | 1,780,007 |

[1] We have related-party balances for transactions made with TotalEnergies SE and its affiliates, Maxeon Solar Technologies, Ltd. ("Maxeon Solar"), and unconsolidated entities in which we have a direct equity investment. These related-party balances are recorded within the "accounts receivable, net," "prepaid expenses and other current assets," "other long-term assets," "accounts payable," "accrued liabilities," "convertible debt, current portion," "contract liabilities, current portion," and "other long-term liabilities," financial statement line items on our condensed consolidated balance sheets (see Note 2, Note 7, Note 8, and Note 10).

[2] Amounts included in the "Restricted cash and cash equivalents, current portion" and "Restricted cash and cash equivalents, net of current portion" financial statement line items on our condensed consolidated balance sheets include cash balances set aside for various financial obligations including loans, distributions, letter of credit facilities, and other projects' related cash transactions.

The accompanying notes are an integral part of these condensed consolidated financial statements.

3

*Table of Contents*

**SunPower Corporation**
**Condensed Consolidated Statements of Operations**
**(In thousands, except per share data)**
**(unaudited)**

| | Three Months Ended | |
| --- | --- | --- |
| | **April 2, 2023** | **April 3, 2022** |
| Total revenues[1] | $ 440,878 | $ 350,277 |
| Total cost of revenues | 376,767 | 277,968 |
| Gross profit | 64,111 | 72,309 |
| Operating expenses: | | |
| Research and development[1] | 7,247 | 5,010 |
| Sales, general, and administrative[1] | 90,881 | 76,996 |
| Restructuring charges (credits) | - | 627 |
| (Income) expense from transition services agreement, net[1] | (224) | 266 |
| Total operating expenses | 97,904 | 82,899 |
| Operating (loss) income | (33,793) | (10,590) |
| Other (expense) income, net: | | |
| Interest income | 831 | 42 |
| Interest expense[1] | (5,678) | (5,044) |
| Other, net | (10,983) | 1,444 |
| Other (expense) income, net | (15,830) | (3,558) |
| (Loss) income from continuing operations before income taxes and equity in earnings (losses) of unconsolidated investees | (49,623) | (14,148) |
| (Provision for) benefits from income taxes | (1,227) | 11,643 |
| Equity in earnings (losses) of unconsolidated investees | 247 | - |
| Net (loss) income from continuing operations | (50,603) | (2,505) |
| (Loss) income from discontinued operations before income taxes and equity in earnings (losses) of unconsolidated investees[1] | - | (26,298) |
| Benefits from (provision for) income taxes from discontinued operations | - | 343 |
| Net (loss) income from discontinued operations | - | (25,955) |
| Net (loss) income | (50,603) | (28,460) |
| Net (income) loss from continuing operations attributable to noncontrolling interests | (81) | 339 |
| Net loss (income) from discontinued operations attributable to noncontrolling interests | - | 250 |
| Net (income) loss attributable to noncontrolling interests | (81) | 589 |
| Net (loss) income from continuing operations attributable to stockholders | (50,684) | (2,166) |
| Net (loss) income from discontinued operations attributable to stockholders | - | (25,705) |
| Net (loss) income attributable to stockholders | $ (50,684) | $ (27,871) |
| | | |
| Net (loss) income per share attributable to stockholders - basic and diluted: | | |
| Continuing operations | $ (0.29) | $ (0.01) |
| Discontinued operations | $ - | $ (0.15) |
| Net (loss) income per share - basic and diluted | $ (0.29) | $ (0.16) |
| | | |
| Weighted-average shares: | | |
| Basic | 174,528 | 173,376 |
| Diluted | 174,528 | 173,376 |

[1] We have related-party transactions with TotalEnergies SE and its affiliates, Maxeon Solar, and unconsolidated entities in which we have a direct equity investment. These related-party transactions are recorded within the "total revenues," "total cost of revenues," "operating expenses: research and development," "operating expenses: sales, general, and administrative," "operating expenses: (income) expense from transition services agreement, net," "other income (expense), net: interest expense," and "(loss) income from discontinued operations before income taxes" financial statement line items in our condensed consolidated statements of operations (see Note 2, Note 8, and Note 10).

The accompanying notes are an integral part of these condensed consolidated financial statements.

*Table of Contents*

**SunPower Corporation**
**Condensed Consolidated Statements of Comprehensive (Loss) Income**
**(In thousands)**
**(unaudited)**

| | Three Months Ended | |
| --- | --- | --- |
| | **April 2, 2023** | **April 3, 2022** |
| Net (loss) income | $ (50,603) | $ (28,460) |
| Components of other comprehensive income (loss): | | |
| Translation adjustment | 5 | 2 |
| Total other comprehensive income (loss) | 5 | 2 |
| Total comprehensive (loss) income | (50,598) | (28,458) |
| Comprehensive (income) loss attributable to noncontrolling interests | (81) | 589 |
| Comprehensive (loss) income attributable to stockholders | $ (50,679) | $ (27,869) |

The accompanying notes are an integral part of these condensed consolidated financial statements.

5

*Table of Contents*

**SunPower Corporation**
**Condensed Consolidated Statements of Equity**
**(In thousands)**
**(unaudited)**

| | Common Stock | | Additional Paid-in Capital | Treasury Stock | Accumulated Other Comprehensive Income (Loss) | Accumulated Deficit | Total Stockholders' Equity | Noncontrolling Interests in Subsidiaries | Total Equity |
|---|---|---|---|---|---|---|---|---|---|
| | Shares | Value | | | | | | | |
| **Balances at January 1, 2023** | **174,269** | **$ 174** | **$2,855,930** | **$(226,646)** | **$ 11,568** | **$(2,066,175)** | **$ 574,851** | **$ 803** | **$575,654** |
| Net (loss) income | - | - | - | - | - | (50,684) | (50,684) | 81 | (50,603) |
| Other comprehensive income | - | - | - | - | 5 | - | 5 | - | 5 |
| Issuance of restricted stock to employees, net of cancellations | 959 | 1 | - | - | - | - | 1 | - | 1 |
| Stock-based compensation expense | - | - | 6,877 | - | - | - | 6,877 | - | 6,877 |
| Purchases of treasury stock | (327) | - | - | (5,071) | - | - | (5,071) | - | (5,071) |
| Net working capital settlement related to the sale of our C&I Solutions business, net of taxes of $0.3 million | - | - | (23,574) | - | - | - | (23,574) | - | (23,574) |
| **Balances at April 2, 2023** 6 | **174,901** | **$ 175** | **$2,839,233** | **$(231,717)** | **$ 11,573** | **$(2,116,859)** | **$ 502,405** | **$ 884** | **$503,289** |

*Table of Contents*

**SunPower Corporation**
**Condensed Consolidated Statements of Equity**
**(In thousands)**
**(unaudited)**

| | Common Stock | | Additional Paid-in Capital | Treasury Stock | Accumulated Other Comprehensive Income (Loss) | Accumulated Deficit | Total Stockholders' Equity | Noncontrolling Interests in Subsidiaries | Total Equity |
|---|---|---|---|---|---|---|---|---|---|
| | Shares | Value | | | | | | | |
| **Balances at January 2, 2022** | **173,051** | **$ 173** | **$2,714,500** | **$(215,240)** | **$ 11,168** | **$(2,122,212)** | **$ 388,389** | **$ 1,635** | **$390,024** |
| Net (loss) income | - | - | - | - | - | (27,871) | (27,871) | (589) | (28,460) |
| Other comprehensive income | - | - | - | - | 2 | - | 2 | - | 2 |
| Issuance of restricted stock to employees, net of cancellations | 1,201 | 1 | - | - | - | - | 1 | - | 1 |
| Stock-based compensation expense | - | - | 5,427 | - | - | - | 5,427 | - | 5,427 |
| Purchases of treasury stock | (407) | - | - | (7,333) | - | - | (7,333) | - | (7,333) |
| **Balances at April 3, 2022** | **173,845** | **$ 174** | **$2,719,927** | **$(222,573)** | **$ 11,170** | **$(2,150,083)** | **$ 358,615** | **$ 1,046** | **$359,661** |

7          The accompanying notes are an integral part of these condensed consolidated financial statements.

*Table of Contents*

**SunPower Corporation**
**Condensed Consolidated Statements of Cash Flows**
**(In thousands)**
**(unaudited)**

| | Three Months Ended | |
| --- | --- | --- |
| | **April 2, 2023** | **April 3, 2022** |
| **Cash flows from operating activities:** | | |
| Net (loss) income | $ (50,603) | $ (28,460) |
| Adjustments to reconcile net (loss) income to net cash used in operating activities: | | |
| Depreciation and amortization (excluding amortization of cloud computing arrangements) | 9,989 | 4,170 |
| Amortization of cloud computing arrangements | 1,673 | 495 |
| Stock-based compensation | 6,877 | 5,427 |
| Non-cash interest expense | 617 | 726 |
| Equity in (earnings) losses of unconsolidated investees | (247) | - |
| Loss (gain) on equity investments | 10,805 | (1,315) |
| Unrealized loss (gain) on derivatives | 3,334 | - |
| Dividend from equity method investees | 371 | - |
| Deferred income taxes | (815) | (13,750) |
| Other, net | 91 | 845 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (19,745) | (12,354) |
| Contract assets | (7,918) | (6,519) |
| Inventories | (65,032) | (35,081) |
| Project assets | - | 2,892 |
| Prepaid expenses and other assets | (12,199) | (86,502) |
| Operating lease right-of-use assets | 2,710 | 2,415 |
| Advances to suppliers | (3,198) | (2,222) |
| Accounts payable and other accrued liabilities | (26,557) | 41,444 |
| Contract liabilities | 16,830 | 22,066 |
| Operating lease liabilities | (2,063) | (3,027) |
| Net cash (used in) provided by operating activities | (135,080) | (108,750) |
| **Cash flows from investing activities:** | | |
| Purchases of property, plant, and equipment | (11,943) | (8,636) |
| Investment in software development costs | (891) | (1,521) |
| Cash paid for equity investments under the Dealer Accelerator Program and other | - | (7,000) |
| Proceeds from sale of equity investment | 121,675 | 149,830 |
| Cash paid for investments in unconsolidated investees | (1,454) | (154) |
| Dividend from equity method investee | 149 | - |
| Net cash provided by (used in) investing activities | 107,536 | 132,519 |
| **Cash flows from financing activities:** | | |
| Proceeds from bank loans and other debt | 245,764 | 21,458 |
| Repayment of bank loans and other debt | (48,146) | (23,944) |
| Repayment of convertible debt | (424,991) | - |
| Payments for financing leases | (775) | - |
| Purchases of stock for tax withholding obligations on vested restricted stock | (5,070) | (7,332) |
| Net cash (used in) provided by financing activities | (233,218) | (9,818) |
| Net (decrease) increase in cash, cash equivalents, and restricted cash | (260,762) | 13,951 |
| Cash, cash equivalents, and restricted cash, beginning of period | 402,032 | 148,613 |
| Cash, cash equivalents, and restricted cash, end of period | $ 141,270 | $ 162,564 |
| | | |
| **Reconciliation of cash, cash equivalents, and restricted cash to the condensed consolidated balance sheets, including discontinued operations:** | | |
| Cash and cash equivalents | $ 116,478 | $ 142,250 |
| Restricted cash and cash equivalents, current portion | 9,634 | 681 |
| Restricted cash and cash equivalents, net of current portion | 15,158 | 12,857 |
| Cash, cash equivalents, and restricted cash from discontinued operations | - | 6,776 |
| Total cash, cash equivalents, and restricted cash | $ 141,270 | $ 162,564 |
| | | |
| **Supplemental disclosure of cash flow information:** | | |
| Property, plant and equipment acquisitions funded by liabilities (including financing leases) | $ 3,505 | $ 922 |
| Right-of-use assets obtained in exchange for lease obligations | $ 2,086 | $ 877 |
| Net working capital settlement related to C&I Solutions sale | $ 23,880 | $ - |
| Cash paid for interest | $ 11,969 | $ 9,874 |
| Cash paid for income taxes | $ 184 | $ 250 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

*Table of Contents*

**Notes to Condensed Consolidated Financial Statements (Unaudited)**

**Note 1.**
***ORGANIZATION AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES***

**Organization**

SunPower Corporation (together with its subsidiaries, "SunPower," the "Company," "we," "us," or "our") is a leading solar technology and energy services provider that offers fully integrated solar, storage, and home energy solutions to customers in North America. Through a multi-channel strategy of distributed dealer network, SunPower direct sales channel, and new home builder partnerships, we provide customers control over electricity consumption, resiliency during power outages, and cost savings, while also reducing carbon emissions and contributing to a more sustainable grid.

SunPower was a majority-owned subsidiary of TotalEnergies Solar INTL SAS ("Total," formerly Total Solar International SAS) and TotalEnergies Gaz & Electricité Holdings France SAS ("Total Gaz," formerly Total Gaz Electricité Holdings France SAS), each a subsidiary of TotalEnergies SE ("TotalEnergies SE," formerly Total SE). On September 12, 2022, Total and Total Gaz sold to GIP III Sol Acquisition, LLC ("GIP Sol")
50% less one unit of the equity interests in a newly formed Delaware limited liability company, Sol Holding, LLC ("HoldCo"), which is now the record holder of all of the shares of SunPower common stock (see Note 2. *Transactions with Total and TotalEnergies SE*).

**Liquidity**

We currently anticipate that our cash and cash equivalents will be sufficient to meet our obligations over the next 12 months from the date of issuance of our financial statements. We continuously evaluate our liquidity and capital resources, including our access to external capital, to ensure we can finance our future capital requirements.

**Basis of Presentation and Preparation**

*Principles of Consolidation*

The accompanying condensed consolidated financial statements have been prepared by us in accordance with generally accepted accounting principles in the United States ("United States" or "U.S.," and such accounting principles, "U.S. GAAP") for interim financial information, and include the accounts of SunPower, all of our subsidiaries and special purpose entities, as appropriate under U.S. GAAP. All intercompany transactions and balances have been eliminated in consolidation. The financial information included herein is unaudited, and reflects all adjustments which are, in the opinion of our management, of a normal recurring nature and necessary for a fair statement of the results for the periods presented. The January 1, 2023 consolidated balance sheet data was derived from SunPower's audited consolidated financial statements included in our Annual Report on Form 10-K for the fiscal year ended January 1, 2023, as filed with the Securities and Exchange Commission ("SEC") on March 10, 2023, but does not include all disclosures required by U.S. GAAP. The condensed consolidated financial statements should be read in conjunction with the audited consolidated financial statements and notes thereto included in SunPower's Annual Report on Form 10-K for the fiscal year ended January 1, 2023. The operating results for the three months ended April 2, 2023 are not necessarily indicative of the results that may be expected for fiscal year 2023, or for any other future period.

We have a 52-to-53-week fiscal year that ends on the Sunday closest to December 31. Accordingly, every fifth or sixth year will be a 53-week fiscal year. Both the current fiscal year, fiscal 2023, and prior fiscal year, fiscal 2022, are 52-week fiscal years. The first quarter of fiscal 2023 ended on April 2, 2023, while the first quarter of fiscal 2022 ended on April 3, 2022.

9

*Table of Contents*

**Contract Assets and Liabilities**

Contract assets represent accounts receivable unbilled for transactions where revenue has been recognized in advance of billing the customer. Revenue may be recognized in advance of billing the customer, resulting in an amount recorded to "contract assets" or "accounts receivable, net" depending on the expected timing of payment for such unbilled accounts receivable. Once we have an unconditional right to consideration, we typically bill our customer and reclassify the "contract assets" to "accounts receivable, net." Contract liabilities consist of deferred revenue and customer advances, which represent consideration received from a customer prior to transferring control of goods or services to the customer under the terms of a sales contract. Total contract assets and contract liabilities balances as of the respective dates are as follows:

| | As of | |
|---|---|---|
| (In thousands) | April 2, 2023 | January 1, 2023 |
| Contract assets | $ 58,919 | $ 51,001 |
| Contract liabilities | $ 172,594 | $ 155,764 |

During the three months ended April 2, 2023, we recognized revenue of $72.8 million that was included in contract liabilities as of January 1, 2023. During the three months ended April 3, 2022, we recognized revenue of $34.3 million that was included in contract liabilities as of January 2, 2022.

As of April 2, 2023, we have entered into contracts with customers for sales of solar systems and components for an aggregate transaction price of $806.1 million, the substantial majority of which we expect to recognize over the next 12 months.

**Note 4.**
**BALANCE SHEET COMPONENTS**

**Accounts Receivable, Net**

| | As of | |
|---|---|---|
| (In thousands) | April 2, 2023 | January 1, 2023 |
| Accounts receivable, gross | $ 208,136 | $ 189,636 |
| Less: allowance for credit losses | (13,596) | (14,750) |
| Less: allowance for sales returns | (309) | (309) |
| Accounts receivable, net | $ 194,231 | $ 174,577 |

**Allowance for Credit Losses**

| | Three Months Ended | |
|---|---|---|
| (In thousands) | April 2, 2023 | April 3, 2022 |
| Balance at beginning of period | $ 14,750 | $ 14,375 |
| Provision for credit losses | 442 | 1,300 |
| Write-offs | (1,596) | (494) |
| Balance at end of period | $ 13,596 | $ 15,181 |

**Inventories**

| | As of | |
|---|---|---|
| (In thousands) | April 2, 2023 | January 1, 2023 |
| Photo-voltaic modules | $ 206,083 | $ 156,292 |
| Microinverters | 65,388 | 46,088 |
| Energy Storage Systems | 59,996 | 63,327 |
| Other solar power system component materials | 50,380 | 51,108 |
| Inventories[1] | $ 381,847 | $ 316,815 |

[1] Photovoltaic modules are classified as finished goods, while the remaining components of total inventories are classified as raw materials.

13

*Table of Contents*

**Note 9.**
*DEBT AND CREDIT SOURCES*

The following table summarizes our outstanding debt on our condensed consolidated balance sheets:

| (In thousands) | April 2, 2023 | | | | January 1, 2023 | | | |
|---|---|---|---|---|---|---|---|---|
| | Face Value | Short-term | Long-term | Total[1,2] | Face Value | Short-term | Long-term | Total[1,2] |
| **Recourse Debt:** | | | | | | | | |
| 4.00% convertible debentures due 2023[3] | $ - | $ - | $ - | $ - | $ 424,991 | $ 424,919 | $ - | $ 424,919 |
| **Total recourse debt** | $ - | $ - | $ - | $ - | $ 424,991 | $ 424,919 | $ - | $ 424,919 |
| **Non-Recourse Debt:** | | | | | | | | |
| Credit Suisse Warehouse Loan | $ 69,298 | $ 68,429 | $ - | $ 68,429 | $ 71,577 | $ 70,443 | $ - | $ 70,443 |
| Revolver and Term Loan Facility | 193,750 | 33,920 | 155,674 | 189,594 | - | - | - | - |
| Other Debt | 19,419 | 19,124 | 295 | 19,419 | 12,269 | 11,961 | 308 | 12,269 |
| **Total non-recourse debt** | 282,467 | 121,473 | 155,969 | 277,442 | 83,846 | 82,404 | 308 | 82,712 |
| **Total** | $ 282,467 | $ 121,473 | $ 155,969 | $ 277,442 | $ 508,837 | $ 507,323 | $ 308 | $ 507,631 |

[1] Refers to the total carrying value of the outstanding debt arrangement.

[2] The carrying value of all of our debt approximates the fair value, based on our intention to fully repay or transfer the obligations at their face values plus any applicable interest, and is categorized within Level 3 of the fair value hierarchy.

[3] On January 17, 2023, we repaid the remaining outstanding principal amount of $425.0 million of our 4.00% debentures due 2023.

As of April 2, 2023, the aggregate future contractual maturities of our outstanding debt, at face value, were as follows:

| (In thousands) | Fiscal 2023 (remaining nine months) | Fiscal 2024 | Fiscal 2025 | Fiscal 2026 | Fiscal 2027 | Thereafter | Total |
|---|---|---|---|---|---|---|---|
| Aggregate future maturities of outstanding debt | $ 92,154 | $ 5,068 | $ 5,071 | $ 5,075 | $ 175,079 | $ 20 | $ 282,467 |

***October 2021 Letter of Credit Facility with Bank of the West***

In October 2021, we entered into a letter of credit facility with Bank of the West which provides for the issuance, upon our request, of letters of credit to support our obligations in an aggregate amount not to exceed $ 25.0 million. The letter of credit issued under the facility is 50% cash secured, and we have entered into a security agreement with Bank of the West granting them a security interest in a cash collateral account established for this purpose.

As of April 2, 2023, letters of credit issued and outstanding under the Bank of the West facility totaled $24.3 million, which were collateralized with $12.5 million of restricted cash on the condensed consolidated balance sheets.

27

Table of Contents

**Loan Facility with Credit Suisse AG**

On June 30, 2022, we entered into a loan and security purchase agreement with Credit Suisse AG, New York Branch, and other financial institutions, to finance our retail installment contract receivables. The agreement provided for a $100.0 million delayed draw term loan which will mature on December 29, 2023. In connection with the loan agreement, we have established a special purpose entity acting as the borrower under the facility.

The loans under the agreement bear interest at a rate as adjusted by the benchmark adjustment, as defined in the term loan agreement, or the base rate plus the applicable margin for such loans. In addition, we also entered into an interest rate swap under the agreement, which converts the floating rate loan to a fixed rate. The swap terminates in March of 2024, unless we terminate early with the maturity of the loan, subject to any early termination costs. The term loan agreement contains customary representations and warranties as well as customary affirmative and negative covenants, including a covenant that any assets of the special purpose borrowing entity will not be available to other creditors of any of our other SunPower entities.

As of April 2, 2023, we had $69.3 million borrowings outstanding under the term loan facility, of which $8.2 million is being held in a Liquidity Reserve Account, in accordance with the loan and security purchase agreement, and is collateralized with restricted cash on the condensed consolidated balance sheets as of April 2, 2023. All borrowings outstanding under the term loan facility have a weighted average interest rate of between 5.4% to 6.4%.

**Revolver and Term Loan Facility with Bank of America and Bank of the West**

On September 12, 2022, we entered into a Credit Agreement with BofA Securities, Inc. and Bank of the West, as joint lead arrangers and joint bookrunners, and Bank of America, N.A., as Administrative Agent, Collateral Agent, Swingline Lender, and an L/C Issuer. The Credit Agreement consists of a revolving credit facility (the "Revolver") and a term loan facility ("Term Loan Facility" and, together with the Revolver, the "Facilities"), each facility providing for an aggregate principal amount of $100 million. The Credit Agreement was amended on January 26, 2023, and provided for, among other things, an increase of the Revolver commitments by $100.0 million (the "Increased Revolving Commitments"), including CitiBank, N.A. and JP Morgan Chase Bank, N.A. as the 2023 Incremental Revolving Lenders'. The Increased Revolving Commitments are governed by the same terms and conditions applicable to the Revolver commitments under the Credit Agreement prior to the effectiveness of the Amendment. The Revolver and Term Loan Facility both mature on September 12, 2027.

The interest rate for borrowings under the Facilities is based on, at the Company's option, either (1) the highest of (a) the Federal Funds Rate plus 0.50%, and (b) Bank of America's "prime rate" and (c) SOFR plus a margin, or (2) SOFR plus a margin. A commitment fee of between 0.25% and 0.35%, depending on our Total Net Leverage Ratio, is payable quarterly on the undrawn portion of the Revolver.

The Credit Agreement contains affirmative and negative covenants customarily applicable to senior secured credit facilities, including covenants restricting the ability of the Company and certain of our subsidiaries, subject to negotiated exceptions, to: incur additional indebtedness; create liens or guarantee obligations; enter into sale-leaseback transactions; merge, liquidate or dispose of assets; make acquisitions or other investments; enter into hedging agreements; pay dividends and make other distributions and engage in transactions with affiliates. Under the Credit Agreement, the Company's Restricted Subsidiaries may not invest cash or property in, or loan to, our Unrestricted Subsidiaries amounts exceeding the limitations set forth in the Credit Agreement.

As of April 2, 2023, we had borrowings of $98.8 million and $95.0 million under the Term Loan Facility and Revolver, respectively. The interest rate for the borrowings is SOFR plus a margin. In addition, as of April 2, 2023, we had no issued but undrawn letters of credit outstanding under the Facilities. The letters of credit have a maximum aggregate amount that can be issued of $50.0 million, which is included within the total principal amount of the Revolver facility.

**Note 10. *RELATED-PARTY TRANSACTIONS***

In connection with the Spin-Off of Maxeon Solar, we entered into certain agreements with Maxeon Solar, including a transition services agreement, supply agreement, and collaboration agreement. On June 8, 2022, we entered into a First Amendment to the Cross License Agreement with Maxeon Solar to amend the Cross License Agreement that we entered into in connection with the Spin-off.

28

*Table of Contents*

**Note 14.**
*SUBSEQUENT EVENTS*

In April 2023, to support the expansion of our residential solar and storage loan funding capacity, we entered into a series of agreements to sell solar loan receivables to a special-purpose entity within our existing joint venture, SunStrong. Under the agreements, we have secured financing commitments to fund more than $
450.0 million for our residential solar and storage loan program from Hannon Armstrong and Credit Agricole Corporate & Investment Bank ("CIB"). Hannon Armstrong and CIB will provide funding to a SunStrong-owned special-purpose vehicle for the purpose of acquiring loans entered into by SunPower Financial's customers.

In May 2023, to further support the expansion of our residential solar and storage loan funding capacity, we also entered into a series of agreements to sell solar loan receivables to a newly created special-purpose trust beneficially owned by one or more affiliates of KKR Credit Advisors (US) LLC ("KKR Credit"). Under the agreements, we have secured financing commitments to fund up to $550.0 million for our residential solar and storage loan program over a 15-month term, with annual renewal options.

**ITEM 2:** *MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS*

*Cautionary Statement Regarding Forward-Looking Statements*

*You should read the following discussion of our financial condition and results of operations in conjunction with the condensed consolidated financial statements and the notes thereto included elsewhere in this Quarterly Report on Form 10-Q and the consolidated financial statements and the notes thereto included in our Annual Report on Form 10-K for the fiscal year ended January 1, 2023 filed with the Securities and Exchange Commission ("SEC") pursuant to the Securities Exchange Act of 1934, as amended (the "Exchange Act").*

*This Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements are statements that do not represent historical facts and may be based on underlying assumptions. We use words such as "anticipate," "believe," "continue,"*
*"could," "estimate," "expect," "intend," "may," "plan," "predict," "project," "potential," "seek," "should," "will," "would," and similar expressions to identify forward-looking statements. Forward-looking statements in this Quarterly Report on Form 10-Q include, but are not limited to, our plans and expectations regarding future financial results, expected operating results, business strategies, the sufficiency of our cash and our liquidity, projected costs and cost reduction measures, development and ramp of new products and improvements to our existing products, the impact of recently adopted accounting pronouncements, supply chain challenges, the adequacy of our agreements with our suppliers, the impact of inflation and changes in raw materials and component prices and availability, our ability to monetize our solar projects, legislative actions and regulatory compliance, competitive positions, management's plans and objectives for future operations, our ability to obtain financing, our ability to comply with debt covenants or cure any defaults, our ability to repay our obligations as they come due, our ability to continue as a going concern, trends in average selling prices, the success of our joint ventures and acquisitions, warranty matters, outcomes of litigation, cost of compliance with applicable regulations, interest and credit risk, general business and economic conditions in our markets, industry trends, the impact of changes in government incentives, expected restructuring charges,the impact on our business of the COVID-19 pandemic and related public health measures, macroeconomic trends and uncertainties, and the likelihood of any impairment of project assets, long-lived assets, and investments, our ability to obtain necessary environmental permits, our environmental compliance initiatives, our commitment to energy sustainability, our diversity, equity, and inclusion initiative and related programs, our commitments to making renewable energy more accessible for historically underserved communities, increasing workforce diversity, expanding access for customers, ensuring industry equity and dealer and supplier diversity, our environmental, social, and governance initiatives and report, setting and upholding high standards for our employees, officers and directors, and sound corporate governance, and our human capital management strategies and initiatives. These forward-looking statements are based on information available to us as of the date of this Quarterly Report on Form 10-Q and current expectations, forecasts, and assumptions and involve a number of risks and uncertainties that could cause actual results to differ materially from those anticipated by these forward-looking statements. Such risks and uncertainties include a variety of factors, some of which are beyond our control. Factors that could cause or contribute to such differences include, but are not limited to, those identified above, those discussed in the section titled "Risk Factors" included in this Quarterly Report on Form 10-Q and our Annual Report on Form 10-K for the fiscal year ended January 1, 2023, and our other filings with the SEC. These forward-looking statements should not be relied upon as representing our views as of any subsequent date, and we are under no obligation to, and expressly disclaim any responsibility to, update or alter our forward-looking statements, whether as a result of new information, future events or otherwise, except as required by applicable law.*

31

*Table of Contents*

*Our fiscal year ends on the Sunday closest to the end of the applicable calendar year. All references to fiscal periods apply to our fiscal quarter or year, which end on the Sunday closest to the calendar month end. Unless the context otherwise requires, all references to "SunPower," the "Company," "we," "us," or "our" refer to SunPower Corporation and its subsidiaries.*

## Overview

SunPower is a leading solar technology and energy services provider that offers fully integrated solar, storage, and home energy solutions to customers in North America. Through a multi-channel strategy of distributed dealer network, SunPower direct sales channel, and new home builder partnerships, we provide customers control over electricity consumption, resiliency during power outages, and cost savings, while also reducing carbon emissions and contributing to a more sustainable grid. The five pillars of our strategy include: 1) Customer Care: provide a world-class customer experience that moves beyond the initial system sale to create a lifetime relationship with SunPower, 2) Products: offer all market segments a growing ecosystem of integrated high-value, high-performance products and services, 3) Growth: optimize a multi-channel strategy of distributed dealer network, geographically diverse SunPower Direct channel, and new home builder partnerships for above-market growth, 4) Digital Innovation: enable operational excellence that supports our dealers, accelerates sales, improves financial products and adds customer control and monitoring of systems for optimum efficiency, and 5) Financial Solutions: expand affordable and easy-to-use customer financing products, reducing the biggest barrier to solar adoption.

We operate as a single operating segment, providing solar power systems and services to residential customers. While our chief executive officer, as the chief operating decision maker ("CODM"), reviews financial information by different functions and revenue streams, he considers the business on a consolidated basis for purposes of allocating resources and reviewing overall business performance.

For more information about our business, please refer to the section titled "Part I. Item 1. Business" in our Annual Report on Form 10-K for the fiscal year ended January 1, 2023.

## Key Developments

### *Sale of C&I Solutions Business*

On May 31, 2022, pursuant to the terms of the Definitive Agreement we signed with TotalEnergies Renewables on February 6, 2022, TotalEnergies Renewables acquired all of the issued and outstanding common stock of our C&I Solutions business. The preliminary purchase price of $190.0 million was subject to certain adjustments, including cash, indebtedness, and an estimated closing date working capital adjustment. Upon closing, we received net cash consideration of $149.2 million based on the estimated net assets of the business on that date. As of the third quarter of fiscal 2022, we recorded a payable of $7.0 million to Total, based on our review of the closing date working capital and our submission of the Closing Statement. On October 25, 2022, we received a notice of disagreement from TotalEnergies Renewables with respect to the Closing Statement. As set forth in the Definitive Agreement, we appointed an independent accountant to adjudicate the amount owed under the Closing Statement. On April 12, 2023, the independent accountant issued its final and binding determination with respect to the disputed items and an additional $23.9 million was deemed in favor of TotalEnergies Renewables. We have recorded a payable of $30.9 million in our condensed consolidated balance sheets as of April 2, 2023 and such amount was paid on April 19, 2023.

32

*Table of Contents*

There were no significant changes in our critical accounting estimates during the fiscal quarter ended April 2, 2023 compared to those previously disclosed in "Critical Accounting Estimates" in "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in our Annual Report on Form 10-K for the fiscal year ended January 1, 2023.

## Liquidity and Capital Resources

### Liquidity

A summary of the sources and uses of cash, cash equivalents, restricted cash, and restricted cash equivalents is as follows:

| | Three Months Ended | |
|---|---|---|
| (In thousands) | April 2, 2023 | April 3, 2022 |
| Net cash (used in) provided by operating activities | $ (135,080) | $ (108,750) |
| Net cash provided by (used in) investing activities | $ 107,536 | $ 132,519 |
| Net cash (used in) provided by financing activities | $ (233,218) | $ (9,818) |

#### Operating Activities

The $26.3 million increase in cash used in operations in the three months ended April 2, 2023 compared to the corresponding three months ended April 3, 2022, was primarily due to changes in operating assets and liabilities. Cash used in operations increased year over year due to higher accounts receivable, inventories, and net payment for accounts payable and other accrued liabilities, partially offset by lower prepaid expenses and other current assets.

#### Investing Activities

The $25.0 million decrease in net cash provided by investing activities in the three months ended April 2, 2023 compared to the corresponding three months ended April 3, 2022 primarily resulted from lower proceeds from the sale of our equity investments in Enphase in fiscal 2023 as compared to fiscal 2022, partially offset by higher purchases of property, plant, and equipment in fiscal 2023.

#### Financing Activities

The $223.4 million increase in net cash used in financing activities in the three months ended April 2, 2023 compared to the corresponding three months ended April 3, 2022 primarily resulted from repayment of our convertible debt in fiscal 2023, partially offset by higher net proceeds from bank loans and other debt than in the three months ended April 3, 2022.

## Capital Resources

As of April 2, 2023, we had unrestricted cash and cash equivalents of $116.5 million as compared to $377.0 million as of January 1, 2023. These cash balances were held primarily in the United States; however, we had approximately $1.4 million held outside of the United States. This offshore cash is used to fund our business operations in Mexico, Canada, and the Asia Pacific region, which require local payment for payroll, materials, and other expenses. We use our available cash on-hand and short-term equity investment as well as various types of recourse and non-recourse debt as a primary source of funding for our operations, capital expenditure and mergers and acquisitions.

While we move towards a less capital-intensive business model in the near-term, with the sale of our C&I Solutions business which closed in the second quarter of fiscal 2022, we will continue to need capital in order to grow our business, including investments in customer acquisition, product and digital, as well as mergers and acquisition activities. We will seek to raise additional required capital through various cost-effective sources, including accessing the capital markets.

Overall, we maintain working capital and debt levels that we establish through consideration of a number of factors, including cash flow expectations, cash requirements for operations, our cost of capital, and targeted capital structure. We may also make debt purchases and/or exchanges for debt or equity from time to time through tender offers, exchange offers, redemptions, open market purchases, private transactions, or otherwise, or seek to raise additional debt or equity capital, depending on market conditions.

Table of Contents

We currently anticipate that our cash and cash equivalents will be sufficient to meet our obligations over the next 12 months from the date of issuance of our financial statements. We continuously evaluate our liquidity and capital resources, including our access to external capital, to ensure we can finance our future capital requirements.

For information about the terms of debt instruments and changes thereof in the period, see "Item 1. Financial Statements-Note 9. *Debt and Credit Sources*" in the Notes to the condensed consolidated financial statements in this Quarterly Report on Form 10-Q.

**Contractual Obligations**

The following table summarizes our material contractual obligations and cash requirements for future periods as of April 2, 2023:

| (In thousands) | Total | | Payments Due by Fiscal Period | | | |
| | | | 2023 | 2024-2025 | 2026-2027 | Beyond 2027 |
|---|---|---|---|---|---|---|
| Other debt, including interest[1] | $ | 285,433 | $    95,084 | $    10,164 | $    180,164 | $    21 |
| Operating lease commitments[2] | | 46,634 | 11,038 | 21,594 | 12,147 | 1,855 |
| Supply agreement commitments and other[3] | | 617,346 | 267,184 | 344,855 | 1,562 | 3,745 |
| Total | $ | 949,413 | $    373,306 | $    376,613 | $    193,873 | $    5,621 |

[1] Other debt, including interest, primarily relates to our non-recourse financing and other debt arrangements as described in Note 9. *Debt and Credit Sources*.

[2] Operating lease commitments primarily relate to various facility lease agreements including leases entered into that have not yet commenced.

[3] Supply agreement commitments and other primarily relate to arrangements entered into with several suppliers, including Maxeon Solar, for purchase of photovoltaic solar modules, as well as with a supplier for module-level power electronics and alternating current cables. These agreements specify future quantities and pricing of products to be supplied by the vendors for periods of two years and five years, respectively, and there are certain consequences, such as forfeiture of advanced deposits and liquidated damages relating to previous purchases, in the event we terminate these arrangements.

**Liabilities Associated with Uncertain Tax Positions**

Due to the complexity and uncertainty associated with our tax positions, we cannot make a reasonably reliable estimate of the period in which cash settlement will be made for our liabilities associated with uncertain tax positions in other long-term liabilities. Therefore, they have been excluded from the table above. As of April 2, 2023 and January 1, 2023, total liabilities associated with uncertain tax positions were $12.7 million and $12.3 million, respectively, and are included within "Other long-term liabilities" in our condensed consolidated balance sheets as they are not expected to be paid within the next twelve months.

**ITEM 3:** *QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK*

For quantitative and qualitative disclosures about market risk affecting SunPower, see "Quantitative and Qualitative Disclosures About Market Risk" in Item 7A of Part II of our Annual Report on Form 10-K for the fiscal year ended January 1, 2023, except as disclosed below.

**Credit Risk**

We have certain financial instruments that subject us to credit risk. These consist primarily of cash and cash equivalents, restricted cash and cash equivalents, investments, accounts receivable, advances to suppliers, and our interest rate swaps. We are exposed to credit losses in the event of nonperformance by the counterparties to our financial instruments and interest rate swap contracts. Our investment policy requires cash and cash equivalents, restricted cash and cash equivalents, and investments to be placed with high-quality financial institutions and limits the amount of credit risk from any one issuer. We additionally perform ongoing credit evaluations of our customers' financial condition whenever deemed necessary and generally do not require collateral.

*Table of Contents*

## PART II. OTHER INFORMATION

### ITEM 1. LEGAL PROCEEDINGS

The disclosure under "Item 1. Financial Statements-Note 7. *Commitments and Contingencies-Legal Matters*" in the Notes to the condensed consolidated financial statements in this Quarterly Report on Form 10-Q is incorporated herein by reference.

### ITEM 1A. RISK FACTORS

The following information updates, and should be read in conjunction with, the risk factors we previously disclosed in our Annual Report on Form 10-K for the fiscal year ended January 1, 2023. There have been no material changes to the risk factors previously disclosed in our Annual Report on Form 10-K for the fiscal year ended January 1, 2023.

### ITEM 2: UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS

#### Issuer Purchases of Equity Securities

The following table sets forth all purchases made by or on behalf of us or any "affiliated purchaser," as defined in Rule 10b-18(a)(3) under the Exchange Act, of shares of our common stock during each of the indicated periods.

| Period | Total Number of Shares Purchased[1] | Average Price Paid Per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares That May Yet Be Purchased Under the Publicly Announced Plans or Programs |
|---|---|---|---|---|
| January 2, 2023 through January 29, 2023 | 13,088 | $ 16.74 | - | - |
| January 30, 2023 through February 26, 2023 | 22,921 | $ 17.51 | - | - |
| February 27, 2023 through April 2, 2023 | 290,752 | $ 15.31 | - | - |
| | 326,761 | | - | |

[1] The shares purchased represent shares surrendered to satisfy tax withholding obligations in connection with the vesting of restricted stock issued to employees.

### ITEM 5: *OTHER INFORMATION*

#### Information concerning certain limited activities related to Iran

On March 24, 2023, our affiliate TotalEnergies SE included information in its Annual Report on Form 20-F for the fiscal year ended December 31, 2022 regarding certain activities requiring disclosure pursuant to Section 13(r) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). The relevant disclosures were reproduced in Part I, Item 1 of the Company's Form 10-K for the fiscal year ended January 1, 2023 filed with the SEC on March 10, 2023. The Company has requested that TotalEnergies SE notify the Company if, during the quarter ended April 2, 2023, TotalEnergies SE knowingly engaged in certain activities relating to Iran as set forth in Section 13(r) of the Exchange Act. TotalEnergies SE has notified the Company that, as a foreign private issuer, TotalEnergies SE is not required to assess such information on a quarterly basis and that it has not maintained any operational activity in Iran since November 2018 following the withdrawal of the United States from the Joint Comprehensive Plan of Action in May 2018 and prior to the re-imposition of U.S. secondary sanctions on the oil industry as of November 5, 2018.

*Table of Contents*

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**SUNPOWER CORPORATION**

Dated:        May 3, 2023                                                 By:                                /S/ GUTHRIE DUNDAS

**Guthrie Dundas**
**Interim Chief Financial Officer**

42