# EXHIBIT 11

| | A | B | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|
| 1 | | CE3 Final Cash balance \| FY24 based on LTP (2023) | | | | | |
| 2 | | | | | | | |
| 3 | | In $M | Q3'23 | Q4'23 | Q1'24 | Q2'24 | Q3'24 |
| 4 | | | | | | | |
| 5 | | CE3 Final Cash and Cash Equivalent | | | | | |
| 6 | | CE3 Final Cash balance \| FY24 based on LTP | 130 | 117 | 126 | 123 | 136 |
| 7 | *Adjustments to forecasted cashflows* | | | | | | |
| 8 | | Panel deposits | - | - | - | - | - |
| 9 | | Minority Investments (Dealer Acceleration Program) | | - | - | 8 | - |
| 10 | | Maxeon payment push-out | - | - | (0.3) | (0.3) | (0.3) |
| 11 | | CVSR LC | (10) | | | | |
| 12 | | Backout cash hedge | 11 | 13 | 6 | 7 | 8 |
| 13 | | Timing of revolver draw | | | (10) | | |
| 14 | | Non-payment of 2023 bonus | | | 30 | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | Reduction in OPEX variable directly related to change in volume | 3 | 3 | 2 | 2 | 2 |
| 18 | | Reduction in hiring | | | | | |
| 19 | | Repayment of Credit Suisse facility | | - | | | |
| 20 | | RICs Balance Sheet | | - | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | - | - | | | |
| 24 | | Total Adjustments to forecast | 4 | 16 | 27 | 16 | 10 |
| 25 | | Adjusted CE3 Final Cash balance \| FY24 based on LTP (2023) | 135 | 137 | 174 | 186 | 209 |
| 26 | | Available borrowings on credit facilities | | | | | |
| 27 | *Step 1: Updated forecasted accessible cash* | **Ending liquidity** | 135 | 137 | 174 | 186 | 209 |
| 28 | | | | | | | |
| 29 | | Sensitivity | | | | | |
| 30 | | Residential (inc Res O&M / Financial Products) (based on US TAM growth) | (10) | (10) | (25) | (25) | (28) |
| 31 | | Blue Raven | (1) | (1) | (5) | (5) | (7) |
| 32 | | Add back RSU tax that can be doable via dilution | 2 | 2 | 5 | 3 | 1 |
| 33 | | Special projects OPEX (if decided not to use) | - | - | 2 | | |
| 34 | | Cut 60% of CAPEX (exc. Capitalized OPEX) | 2 | 1 | 3 | 3 | 3 |
| 35 | | Cut 30% of CAPEX - Contractor (capitalized) | 1 | 1 | 4 | 4 | 4 |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | Total Sensitivities | (6) | (6) | (16) | (20) | (26) |
| 39 | | CE3 Final Cash balance \| FY24 based on LTP (2023) with sensitivities | 129 | 125 | 146 | 139 | 135 |
| 40 | | | - | - | - | - | - |

Cell: AC8
Note: First solar deal not happening

Cell: AD9
Note: Wolf River done deal

Cell: AD20
Note: best estimate based on 4qtrs FV
      see RIC FV tab