# EXHIBIT 12

| | |
|---|---|
| **From**: | Marina Kourenkova [Marina.Kourenkova@sunpowercorp.com] |
| **Sent**: | 7/31/2023 5:18:05 PM |
| **To**: | Neel Patel [Neel.Patel@ey.com]; Seethalakshmi Sethuraman [Seethalakshmi.Sethuraman@sunpowercorp.com] |
| **Subject**: | RE: Going Concern |
| **Attachments**: | TA-23-Q2-06 Going Concern Memo_v3.docx |

Here is the updated memo, with updated worksheet.

**From:** Neel Patel <Neel.Patel@ey.com>
**Sent:** Monday, July 31, 2023 3:56 PM
**To:** Marina Kourenkova <Marina.Kourenkova@sunpowercorp.com>; Seethalakshmi Sethuraman <Seethalakshmi.Sethuraman@sunpowercorp.com>
**Subject:** [EXT] RE: Going Concern

External Email ~ Use caution when responding, clicking, and/or downloading attachments.

Thanks – please see attached for comments on the memo. Worksheet is going through final review but couple of minor comments within the word doc related to the worksheet as well.

**Neel Patel** | Manager | Audit
Ernst & Young
Cell:2817531349| Neel.Patel@ey.com

**From:** Marina Kourenkova <Marina.Kourenkova@sunpower.com>
**Sent:** Monday, July 31, 2023 11:25 AM
**To:** Neel Patel <Neel.Patel@ey.com>; Seethalakshmi Sethuraman <seethalakshmi.sethuraman@sunpower.com>
**Subject:** RE: Going Concern

Here is the file provided by Ash.

**From:** Neel Patel <Neel.Patel@ey.com>
**Sent:** Monday, July 31, 2023 8:02 AM
**To:** Seethalakshmi Sethuraman <Seethalakshmi.Sethuraman@sunpowercorp.com>; Marina Kourenkova <Marina.Kourenkova@sunpowercorp.com>
**Subject:** [EXT] Going Concern

External Email ~ Use caution when responding, clicking, and/or downloading attachments.

Good morning Seetha and Marina,

I think one of the main open items is the additional information to be provided on the going concern forecast. I know we mentioned Ash was working through that on Friday so please let me know when you all are expecting it to be provided to us so we can move the assessment through review on our end.

Thanks,

SUNP_GC_0008164



**Neel Patel** | Manager | Audit

Ernst & Young
1401 McKinney St. Suite 1200, Houston, TX, 77010, United States of America
Cell:2817531349 | Neel.Patel@ey.com
Website: www.ey.com

Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.

_____

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for My EY, which tracks e-mail preferences through a separate process) at this e-mail address by opting out of emails through EY's Email Preference Center. Our principal postal address is One Manhattan West, New York, NY 10001. Thank you. Ernst & Young LLP

Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.

_____

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for My EY, which tracks e-mail preferences through a separate process) at this e-mail address by opting out of emails through EY's Email Preference Center. Our principal postal address is One Manhattan West, New York, NY 10001. Thank you. Ernst & Young LLP

SUNP_GC_0008165

# SUNP⚬WER

## Memo

| | |
|---|---|
| Date: | July 18, 2023 |
| Prepared by: | Marina Kourenkova, Technical accounting consultant |
| Reviewed by: | Seethalakshmi Sethuraman, Sr. Director of Technical Accounting and Financial Reporting |
| To: | Accounting Files: Sunpower Corporation |
| Re: | Going concern evaluation Q2'23 |

### a) Executive Summary

   a. As of Q2'23, management concluded that substantial doubt regarding the Company's ability to continue as a going concern does not exist as of the date that financial statements are to be issued.

### b) Background

   a. On August 27, 2014, the Financial Accounting Standards Board ("FASB") issued ASU 2014-15, Disclosure of Uncertainties about an Entity's Ability to Continue as a Going Concern (codified in Accounting Standards Codification 205-40, *Presentation of Financial Statements – Going Concern*), which discusses the responsibility of management to evaluate whether there is substantial doubt about an entity's ability to continue as a going concern within one year after the date the financial statements are issued or available to be issued, and to provide related footnote disclosures. SunPower Corporation ("SunPower" or "the Company") adopted ASU 2014-15 in 2016, the effective date for the Company. This memo documents the Company's assessment over its ability to continue as a going concern as of the date of filing the Form 10-Q for the quarter ended July 2, 2023.

   b. **Control considerations:**
The going concern assessment is governed under control FR-17, which is a quarterly control. The execution of this control relies on the effectiveness of control FP-01, which govern the Multi-Year Plan ('MYP') and Beginning of Quarter ('BOQ') forecasts and are prepared by SunPower's Financial Planning and Analysis Team ("FP&A").

### c) Accounting Issues Considered

The following accounting and reporting issues were considered as a part of this memorandum:

   A. Do conditions and events that raise substantial doubt about the Company's ability to continue as a going concern exist? If yes, what is management's assessment of the significance of those conditions in relation to the Company's ability to meet its obligations?

   B. If substantial doubt is raised, does management have plans which alleviate the substantial doubt about the Company's ability to continue as a going concern?

   C. What are the presentation and disclosure requirements in the circumstances?

### d) Authoritative and Non-Authoritative Literature Consulted

2. The primary authoritative guidance consulted includes the following:

   A. Accounting Standard Codification ("ASC") 205-40 Presentation of Financial Statements – Going Concern

   B. EY Technical line – How to apply the FASB's guidance on management's going concern evaluation

CONFIDENTIAL

## e) Accounting & Reporting Evaluation

3. Key Definitions:

   a. **Going concern:** "Substantial doubt about an entity's ability to continue as a going concern exists when conditions and events, considered in the aggregate, indicate that it is [ HYPERLINK "https://ce.atlas.ey.com/" \l "document/491454/pid84356192-491454?pref=30009/9/159&crumb=2/C_25356540/420427/482782/491457" ] that the entity will be unable to meet its obligations as they become due within one year after the date that the [ HYPERLINK "https://ce.atlas.ey.com/" \l "document/491444/SL_89083216-491444?pref=30009/9/159&crumb=2/C_25356540/420427/482782/491457" ] (or within one year after the date that the [ HYPERLINK "https://ce.atlas.ey.com/" \l "document/491444/pid78326619-491444?pref=30009/9/159&crumb=2/C_25356540/420427/482782/491457" ] when applicable). The term probable is used consistently with its use in Topic [ HYPERLINK "https://ce.atlas.ey.com/" \l "document/491288/pid86004133-491288?pref=30009/9/159&crumb=2/C_25356540/420427/482782/491457" ] on contingencies."

   b. **ASC 450-20-20 defines "probable"** as "the future event or events are likely to occur," which is generally considered a 75% threshold. Reporting entities should evaluate any information available prior to issuance of the financial statements to determine whether a loss contingency is probable at the balance sheet date.

4. **Accounting Analysis:**

### ASC 205 Guidance:

205-40-50-1 In connection with preparing financial statements for each annual and interim reporting period, an entity's management shall evaluate whether there are conditions and events, considered in the aggregate, that raise substantial doubt about an entity's ability to continue as a going concern within one year after the date that the financial statements are issued (or within one year after the date that the financial statements are available to be issued when applicable).

ASC 205-40-50-2 Ordinarily, conditions or events that raise substantial doubt about an entity's ability to continue as a going concern relate to the entity's ability to meet its obligations as they become due. Accordingly, management's evaluation of an entity's ability to continue as a going concern ordinarily is based on conditions and events that are relevant to an entity's ability to meet its obligations as they become due within one year after the date that the financial statements are issued.

205-40-50-3 Management's evaluation shall be based on relevant conditions and events that are known and reasonably knowable at the date that the financial statements are issued.

205-40-50-4 Management shall evaluate whether relevant conditions and events, considered in the aggregate, indicate that it is probable that an entity will be unable to meet its obligations as they become due within one year after the date that the financial statements are issued. The evaluation initially shall not take into consideration the potential mitigating effect of management's plans that have not been fully implemented as of the date that the financial statements are issued (for example, plans to raise capital, borrow money, restructure debt, or dispose of an asset that have been approved but that have not been fully implemented as of the date that the financial statements are issued).

205-40-50-5 When evaluating an entity's ability to meet its obligations, management shall consider quantitative and qualitative information about the following conditions and events, among other relevant conditions and events known and reasonably knowable at the date that the financial statements are issued:

CONFIDENTIAL

a. The entity's current financial condition, including its liquidity sources at the date that the financial statements are issued (for example, available liquid funds and available access to credit)

b. The entity's conditional and unconditional obligations due or anticipated within one year after the date that the financial statements are issued (regardless of whether those obligations are recognized in the entity's financial statements)

c. The funds necessary to maintain the entity's operations considering its current financial condition, obligations, and other expected cash flows within one year after the date that the financial statements are issued

d. The other conditions and events, when considered in conjunction with (a), (b), and (c) above, that may adversely affect the entity's ability to meet its obligations within one year after the date that the financial statements are issued. See paragraph 205-40-55-2 for examples of those conditions and events.

ASC 205-40-50-6 states that if "relevant conditions or events, considered in the aggregate,… indicate that it is probable that an entity will be unable to meet its obligations as they become due within one year after the date that the financial statements are issued…, management shall evaluate whether its plans that are intended to mitigate those conditions and events, when implemented, will alleviate substantial doubt about the entity's ability to continue as a going concern."

## A. Question A: Do conditions and events that raise substantial doubt the Company's ability to continue as a going concern exist?

We performed a qualitative and quantitative assessment to determine whether substantial doubt exists about the Company's ability to continue as a going concern.

The Company's liquidity has improved significantly over 2022 and 2023. So far, we have been able to successfully execute on our long-term strategy by completing a number of planned strategic transactions (more details below) and in Q4'22 - Q1'23, we saw continued strong revenue growth quarter-over-quarter and year-over-year. We continue to see growth in Q2'23, however it's slower than what we've been expecting in the plan, due to the impacts of demand slowdown driven by NEM 3.0. Lower overall bookings than anticipated are due to high cancellations in SPD and BRS following NEM 3.0 cliff which primarily lead to lower install than forecasted – however, still improved significantly vs Q1 actuals. Aside from the volume impact, GM miss is driven by increasing tariff/freight and installation costs which is partially mitigated by strict OPEX management. We expect that in 2024, the GM and volumes will normalize, there is a shift driven by NEM 3.0 in CA towards more profitable solutions with storage. This is expected to drive the growth in revenue, due to higher prices from selling more batteries and changes in the mix between channels to more profitable channels (SPD vs ID). Further, we expect Blue Raven to grow outside of CA, they are efficient and profitable business and we expect them to improve as they start using more of SPWR capabilities and tools.

The events/transactions below helped generate liquidity in 2022 and 2023:

1.1.  On May 31, 2022, the Company sold the CIS business to TotalEnergies for net proceeds of $149M This transaction is in-line with the Company's overall strategy to focus on its high growth residential business. Update as of 4/12/23, the working capital adjustment to Total was concluded to be $30.9M and resulting net proceeds were $118M.

**Commented [NP1]:** 1. When we say the Company's liquidity has improved, it would be good to be specific on what that means given the significant decrease in cash period over period (I'm assuming we're more referring to repayment of convertible debt, new revolving facility/term loan and amendment of WH facility with new maturity in 2026)

**Commented [MK2R1]:** Referring to the strategic transactions described below.

**Commented [NP3]:** The Company has noted that this is a driver of increased demand (especially as it relates to batteries), why do we say its causing a demand slow down? I would clarify what this means and the future impacts from NEM 3.0

**Commented [MK4R3]:** added

**Commented [NP5]:** Given the forecast has GM and volumes normalizing in 2024, I would add some color as to why that is (basically the factors that we discussed with Gill and Team during the call last week)

**Commented [MK6R5]:** added

SUNP_GC_0008168

1.2. On June 30, 2022, the Company executed a warehouse loan with Credit Suisse for a total facility size of $100M. The purpose of this loan is to provide cash for on-balance sheet retail installment contracts ("RICs").

As of Q1'23, we have drawn net $69.3M on the CS loan.

As of Q2'23, we have amended the loan to extend the term for 3 years to June 2026 and availability period for 1 year. As of June'23, we have repaid $2M of the loan and the outstanding balance is $67.4M.

1.3. In September 2022, the Company executed a term loan and revolving line of credit with a credit limit of $200M. The available commitments under the revolving facility were increased by $100M in Q1'23 bringing the total term loan ($100 million) and revolver credit limit ($200 million) to $300M. The purpose of this loan is partially to repay the 2023 convertible notes as well as working capital needs of the Company. The term loan and revolving credit facility both mature on September 12, 2027.

As of Q1'23, we have drawn $100M on term loan and $115M on revolver and repaid $1.25M and $20M accordingly. We have undrawn available commitments of $1.3 million and $105 million on the term loan and revolving credit facility.

As of Q2'23, we have drawn down $170M of the revolver and repaid $85M. We have also repaid $1.25M of the term loan. We have undrawn available commitments of $2.1 million and $20.4 million on the term loan and revolving credit facility, respectively.

1.4. The company sold 1 million shares of Enphase common stock in Q1'22 for $150M and Q3'22 for $290M. In Q1'23, the company sold the remaining 500,000 of Enphase shares for $121.7M.

1.5. In Q1'23, we have repaid $424.9M in convertible debt principle and $8.5M interest.

The above transactions are in line with the Company's publicly disclosed strategy to divest non-core assets, de-lever its balance sheets and focus on projects and markets that it believes will yield favorable returns.

While our forecast shows an expectation of positive and negative quarterly cash flows for the next 12 months, we expect to maintain a sufficient cash balance to fund our operations for the next 12 months. Our cash and cash equivalents balance as of Q2'23 is $114M and is expected to stay positive for the next 12 months. We have repaid $425M of convertible debt in 2023, which is a very significant expenditure, but we are still going strong on cash and cash forecast. We expect to stay in compliance with $100M liquidity covenant requirements under BAML term loan.

Further, listed below are our existing sources of liquidity for the next 12 months:

- $20M remaining revolver loan available which maximized the $300M term/revolver loan facility
- Working capital cash inflows, managing receivables collection/lowering DSO and timing of supplier payments

The Company's FP&A together with Treasury Team assesses the Company's operating and other cash flow needs to maintain the level of expected operations for any given period. For purposes of the going concern analysis, we analyzed the Company's known and expected sources and uses of cash in the twelve months following the date the financial statements are issued or available to be issued. Please see discussion below and refer to Appendix A to this memo.

SUNP_GC_0008169

Based on a sensitized[1] forecast, the Q3 2023, Q4 2023, Q1 2024, Q2 2024 and Q3'24 cash and cash equivalents balances are projected to be positive $129 million, $125 million, $146 million, $139 million, and $135 million, respectively. The sensitivities include a reduction of the forecasted revenue growth and forecasted gross margin within the base forecast by $454M or 14% and $116M or 17%, respectively, in order to see the impact of a more conservative growth which line with the Solar total addressable market (TAM) MWdte-fl. The sensitized cash forecast does not indicate that the Company's liquidity could fall below the $100 million minimum liquidity requirements under the Company's debt covenants if projections are not met. The sensitivities do not take into account management's ability to delay cash outlays such as inventory purchases, special projects, or to settle RSU tax liabilities which would offset any shortfalls. Additionally, the Company has no debt maturities within one-year of the financial statement issuance date.

***Conclusion: Based on the conditions and events noted in both qualitative and quantitative assessments, the Company believes that, when considered in the aggregate, SunPower will be able to meet its obligations as they become due within one year after the date that the*** [ HYPERLINK "https://ce.atlas.ey.com/" \l "document/491444/SL_89083216-491444?pref=30009/9/159&crumb=2/C_25356540/420427/482782/491457" ]***. On this basis, management concluded that it will not include an explicit statement in its financial statement disclosure that substantial doubt was raised.***

<u>Other presentation and disclosure considerations</u>

[ HYPERLINK "https://ce.atlas.ey.com/" \l "document/491506?pref=30009/9/159&crumb=2/C_25356540/420427/482784/484374" ] does not require disclosure if there are no conditions and events that raise substantial doubt.

**f) IFRS and Statutory Reporting Implications**

None noted.

**g) Illustrative Accounting and Financial Reporting Impacts**

N/A

**h) *Income Tax Impact***

None noted.

**i) Illustrative Financial Statements**

No changes anticipated to the presentation of SunPower's Financial Statements.

**j) Control Considerations**

None noted.

**k) Auditor's Management Representation Letter Considerations**

None noted.

**l) Appendix A: Going concern analysis**

---

[1] See Going Concern Analysis in Appendix A.

**Commented [NP7]:** I believe currently the assessment adds back only 50% of the hedge for Q1-Q3 FY24 – I think you should include the full amount of the hedge as an add back and update these amounts respectively

Also, I believe the variable OPEX add back is directly related to the revenue sensitivity right? If so, please move to the sensitivity section (no changes in the amounts or conlusions but just to make sure its in the right place with the other sensitivities)

**Commented [MK8R7]:** We already have sufficient cash flow, why do we need to add more cash flow hedge?
As for opex add back, it relates to hedge, this is why its in that section.
Also, as mentioned by Vichheka, I moved the other items back into step 1 section, because they are levers we can use without having to enter into any agreement.
Plus, based on our discussions with you, we also moved sensitivities into step 1 section to use more conservative forecast.

**Commented [NP9]:** Suggestion: I would expand here to note how the GM and Rev assumptions are reduced and why that is reasonable (i.e. reduction of MW volume to TAM, reduction of GM by X% from the base forecast to X% per the sensitivities in order to evaluate the impact of lower than forecasted GM results to the Company's GC assessment.)

**Commented [MK10R9]:** added

SUNP_GC_0008170



Going%20concern%2
0memo_v5.xlsx

Field Code Changed

CONFIDENTIAL

SUNP_GC_0008171

| | A | B | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|
| 1 | | **CE3 Final Cash balance \| FY24 based on LTP (2023)** | | | | | |
| 2 | | | | | | | |
| 3 | | **In $M** | **Q3'23** | **Q4'23** | **Q1'24** | **Q2'24** | **Q3'24** |
| 4 | | | | | | | |
| 5 | | **CE3 Final Cash and Cash Equivalent** | | | | | |
| 6 | | **CE3 Final Cash balance \| FY24 based on LTP** | **130** | **117** | **126** | **123** | **136** |
| 7 | | *Adjustments to forecasted cashflows* | | | | | |
| 8 | | Panel deposits | - | - | - | - | - |
| 9 | | Minority Investments (Dealer Acceleration Program) | | - | - | 8 | - |
| 10 | | Maxeon payment push-out | - | - | (0.3) | (0.3) | (0.3) |
| 11 | | CVSR LC | (10) | | | | |
| 12 | | Backout cash hedge | 11 | 13 | 6 | 7 | 8 |
| 13 | | Timing of revolver draw | | | (10) | | |
| 14 | | Non-payment of 2023 bonus | | | 30 | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | Reduction in OPEX variable directly related to change in volume | 3 | 3 | 2 | 2 | 2 |
| 18 | | Add back RSU tax that can be doable via dilution | 2 | 2 | 5 | 3 | 1 |
| 19 | | Special projects OPEX (if decided not to use) | - | - | 2 | | |
| 20 | | Cut 60% of CAPEX (exc. Capitalized OPEX) | 2 | 1 | 3 | 3 | 3 |
| 21 | | Cut 30% of CAPEX - Contractor (capitalized) | 1 | 1 | 4 | 4 | 4 |
| 22 | | | | | | | |
| 23 | | | - | - | | | |
| 24 | | **Total transactions** | **9** | **20** | **42** | **26** | **19** |
| 25 | | **Adjusted CE3 Final Cash balance \| FY24 based on LTP (2023)** | **139** | **146** | **197** | **220** | **251** |
| 26 | | Available borrowings on credit facilities | | | | | |
| 27 | | **Adjusted CE3 Final Cash balance \| FY24 based on LTP (2023)** | **139** | **146** | **197** | **220** | **251** |
| 28 | | | | | | | |
| 29 | | **Sensitivity** | | | | | |
| 30 | | Residential (inc Res O&M / Financial Products) (based on US TAM growth) | (10) | (10) | (25) | (25) | (28) |
| 31 | | Blue Raven | (1) | (1) | (5) | (5) | (7) |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | **Total Sensitivities** | **(10)** | **(11)** | **(30)** | **(30)** | **(35)** |
| 39 | *Step 1: Updated forecasted accessible cash* | **CE3 Final Cash balance \| FY24 based on LTP (2023) with sensitivities** | **129** | **#REF!** | **#REF!** | **#REF!** | **#REF!** |
| 40 | | | - | #REF! | #REF! | #REF! | #REF! |

Cell: AC8
Note: First solar deal not happening


Cell: AD9
Note: Wolf River done deal