# EXHIBIT 18

# ROTH · MKM

**Philip Shen**, (949) 720-7198
pshen@roth.com

**Matthew Ingraham**, (949) 720-7149
mingraham@roth.com

**Robert Freeman, CFA**, (949) 720-7150
rfreeman@roth.com

**Sales** (800) 933-6830, **Trading** (203) 861-9060

**FLASH NOTE | EQUITY RESEARCH | October 24, 2023**

**Sustainability: Solar**

Target Price Changed

# SunPower Corporation | SPWR - $4.96 - NASDAQ | *Neutral*

## Stock Data

| | |
|---|---|
| 52-Week Low - High | $4.73 - $24.97 |
| Shares Out. (mil) | 175.19 |
| Mkt. Cap.(mil) | $868.95 |
| 3-Mo. Avg. Vol. | 5,206,260 |
| 12-Mo.Price Target | $5.00 |
| Cash (mil) | $114.1 |
| Tot. Debt (mil) | $348.0 |

### Rev ($M)

| Yr Dec | —2022— | —2023E— | —2024E— |
|---|---|---|---|
| | | Curr | Curr |
| 1Q | 350.3A | 440.9A | 428.5E |
| 2Q | 417.8A | 463.9A | 487.0E |
| 3Q | 475.7A | 440.1E | 518.7E |
| 4Q | 497.3A | 454.0E | 530.2E |
| YEAR | 1,741.1A | 1,798.9E | 1,964.4E |

### EBITDA

| Yr Dec | —2022— | —2023E— | —2024E— |
|---|---|---|---|
| | | Curr | Curr |
| 1Q | 11.2A | 0.6A | 26.4E |
| 2Q | 15.2A | (2.8)A | 33.8E |
| 3Q | 32.6A | 27.3E | 36.5E |
| 4Q | 36.2A | 40.1E | 35.7E |
| YEAR | 95.1A | 65.1E | 132.4E |

### EPS $

| Yr Dec | —2022— | —2023E— | —2024E— |
|---|---|---|---|
| | | Curr | Curr |
| 1Q | 0.02A | (0.07)A | 0.06E |
| 2Q | 0.03A | (0.13)A | 0.09E |
| 3Q | 0.13A | 0.03E | 0.11E |
| 4Q | 0.15A | 0.10E | 0.10E |
| YEAR | 0.33A | (0.08)E | 0.36E |

### SPWR One-Year Price and Volume History

## SPWR: Restatement of FY'22, Q1'23, and Q2'23; Material Weakness in Controls

On 10/24, SPWR filed an 8-K (see here) disclosing that the value of consignment inventory of microinverter components at certain third-party locations had been overstated in the range of ~$16-20mn over Q1'22-Q2'23 resulting in the associated COGS being understated. Though this reflects poorly on SPWR's internal controls, we believe this is a non-cash issue and the financial impact may be relatively minor (~60-75bps of gross margin reduction over the affected periods). Maintain Neutral, PT to $5 from $10.

- **Given the provided range of $16-20mn of uncounted COGS, we estimate a total GM reduction of ~60-75bps from Q1'22 through Q2'23.** We believe this is a non-cash issue and the financial impact is relatively minor. We do not know the magnitude of the impact by quarter, but we believe the $16-20mn is spread out over the periods that are being restated. We believe this could be a human error resulting from SPWR switching over to a new accounting system. SPWR addressed this issue during its Q2 call, but then discovered an additional amount beyond what was previously disclosed.

- **SPWR and the lenders are currently negotiating the terms and conditions of a consent and waiver to address the effects of the restatement under the credit agreement.** We believe that any potential issues are likely to be resolved because creditors tend to be more concerned with cash as opposed to non-cash issues.

**Important Disclosures & Regulation AC Certification(s) are located on page 4 to 5 of this report.**

*Roth Capital Partners, LLC | 888 San Clemente Drive | Newport Beach CA 92660 | 949 720 5700 | Member FINRA/SIPC*

## VALUATION

- We reach our $5 price target by using a sum-of-the-parts valuation that separately values the SPWR "DevCo," SPWR's ownership stake in SunStrong, and SPWR's ownership stake in ENPH (Buy). For our valuation of the SPWR DevCo, we apply a ~7x multiple to our 2024 adjusted EBITDA forecast of $132mn.
- Factors that could impede shares of SPWR from maintaining our price target include: (1) lower- or higher-than-expected demand resulting in lower- or higher-than-expected product and system ASPs; (2) lower- or higher-than-expected residential growth; (3) a significant change in expected government support for PV; (4) lower- or higher-than-expected storage attachment rates; (5) slower- or faster-than-expected system deployments; and (6) deterioration or improvement in capital markets affecting the cost of capital available to SPWR in offering financing to its customers.

## RISKS

- **Lower than expected demand for products and systems leading to weaker ASPs.** If the solar and storage markets experience lower than expected growth, then the industry could be faced with a substantial oversupply condition resulting in lower volumes and ASPs.
- **Net metering (NEM).** SPWR is substantially dependent on NEM to establish competitive pricing with the retail rate of grid-supplied electricity. The demand for SPWR's products and services could be adversely affected if utilities or other interested parties are successful in challenging NEM policy in SPWR's markets.
- **Long-term supply agreements.** SPWR entered into a two-year supply agreement on 8/26/20 with its former subsidiary, Maxeon Solar Technologies (MAXN - Neutral rated), in conjunction with a spin-off transaction that separated the two companies. If the two parties are unable to renegotiate an extension of the supply agreement on favorable terms, before the initial agreement expires, SPWR could be negatively impacted. Depending on the available supply of modules, inverters, batteries, and other necessary products/ components, SPWR may need to enter into other long-term agreements with suppliers.
- **Subsidies.** SPWR's business is concentrated in the U.S. solar and storage markets, which are partially dependent on favorable government policies and subsidies. The reduction, elimination, or expiration of solar and storage subsidies in the U.S. could significantly diminish demand for SPWR's solar and storage systems and adversely affect the company's earnings.
- **Electricity pricing.** If utility electricity prices do not continue to increase, homeowners may not be adequately incentivized to switch to SPWR. Additionally, SPWR's ability to escalate electricity pricing for its existing customers may be limited.
- **Competition.** SPWR competes with traditional utilities and with national and local solar companies. If SPWR is unable to offer differentiated products, maintain a brand that attracts customers, or compete with pricing offered by competitors, then SPWR's sales or market share could decline.
- **Partnerships.** SPWR depends on distribution channel and installation partners to uphold standards of quality and performance. If SPWR's partners do not execute to the full extent of their obligations, SPWR's operations or brand may suffer as a result.
- **Debt.** SPWR has $425mn in convertible bonds maturing on January 15, 2023. If concerns arise that SPWR will be unable to repay or refinance these bonds as the maturity dates approach, SPWR's share price could decline significantly.

**SUNPOWER CORPORATION**                                    **Flash Note - October 24, 2023**

## COMPANY DESCRIPTION

Sunpower Corporation (NASDAQ: SPWR) serves the U.S. and Canadian distributed generation ("DG") solar markets by selling solar products and systems to residential and small commercial customers through a network of dealers and by selling products and systems directly to large commercial customers. In addition, the company arranges financing to facilitate solar system sales for its dealers, effectively operating as a loan originator for loan-financed sales, and a lease originator & operator for lease-financed sales through its SunStrong joint venture with HASI. SPWR primarily operates in three segments: (1) residential; (2) small commercial; and (3) large commercial. SPWR has built a reputation for offering some of the industry's highest efficiency cell and panel technology, which enables the company to charge a premium relative to its peers. Historically, the company manufactured its own solar cells and modules through its "SPT" segment which was spun off on 8/26/20 as Maxeon Solar Technologies (MAXN - Neutral). SPWR was incorporated in 1985, became public in 2005, and is currently headquartered in San Jose, CA.

Regulation Analyst Certification ("Reg AC"): The research analyst primarily responsible for the content of this report certifies the following under Reg AC: I hereby certify that all views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

## Disclosures:

ROTH makes a market in shares of SunPower Corporation and as such, buys and sells from customers on a principal basis.



Each box on the Rating and Price Target History chart above represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first note written during the past three years. **Distribution Ratings/IB Services** shows the number of companies in each rating category from which Roth or an affiliate received compensation for investment banking services in the past 12 month.

**Distribution of IB Services Firmwide**

| Rating | Count | Percent | IB Serv./Past 12 Mos. as of 10/24/23 Count | Percent |
|---|---|---|---|---|
| Buy [B] | 362 | 73.28 | 218 | 60.22 |
| Neutral [N] | 85 | 17.21 | 31 | 36.47 |
| Sell [S] | 2 | 0.40 | 1 | 50.00 |
| Under Review [UR] | 42 | 8.50 | 9 | 21.43 |

Ratings System Definitions - ROTH MKM employs a rating system based on the following:

**Buy:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation of a total return of at least 10% over the next 12 months.

**Neutral:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation of a total return between negative 10% and 10% over the next 12 months.

**Sell:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation that the price will depreciate by more than 10% over the next 12 months.

**Under Review [UR]:** A rating, which at the time it is instituted and or reiterated, indicates the temporary removal of the prior rating, price target and estimates for the security. Prior rating, price target and estimates should no longer be relied upon for UR-rated securities.

**Not Covered [NC]:** ROTH MKM does not publish research or have an opinion about this security.

ROTH Capital Partners, LLC expects to receive or intends to seek compensation for investment banking or other business relationships with the covered companies mentioned in this report in the next three months. The material, information and facts discussed in this report other than the information regarding ROTH Capital Partners, LLC and its affiliates, are from sources believed to be reliable, but are in no way guaranteed to be complete or accurate. This report should not be used as a complete analysis of the company, industry or security discussed in the report. Additional information is available upon request. This is not, however, an offer or solicitation of the securities discussed. Any opinions or estimates in this report are subject to change without notice. An investment in the stock may involve risks and uncertainties that could cause actual

**SUNPOWER CORPORATION**                                                    **Flash Note - October 24, 2023**

results to differ materially from the forward-looking statements. Additionally, an investment in the stock may involve a high degree of risk and may not be suitable for all investors. No part of this report may be reproduced in any form without the express written permission of ROTH. Copyright 2023. Member: FINRA/SIPC.