# EXHIBIT 23

*Table of Contents*

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K/A

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended January 1, 2023**

**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

**Commission File Number 001-34166**

SUNPOWER®

**SunPower Corporation**

(Exact Name of Registrant as Specified in Its Charter)

| | |
|---|---|
| **Delaware** | **94-3008969** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |

| | | | | |
|---|---|---|---|---|
| **880 Harbour Way South** | **Suite 600** | **Richmond** | **California** | **94804** |
| (Address of Principal Executive Offices) | | | | (Zip Code) |

**(408) 240-5500**
(Registrant's Telephone Number, Including Area Code)

**51 Rio Robles, San Jose, California, 95134**
(Former address, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value per share | SPWR | The Nasdaq Stock Market LLC |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Sections 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing

reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to 240.10D-1(b). ☐

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the registrant on July 3, 2022 (the last business day of the registrant's most recently completed second fiscal quarter) was $1.3 billion. Such aggregate market value was computed by reference to the closing price of the common stock as reported on the Nasdaq Global Select Market on July 3, 2022. For purposes of determining this amount only, the registrant has defined affiliates as including TotalEnergies Solar INTL SAS, formerly known as Total Solar International SAS, Total Energies Nouvelles Activités USA and Total Gas & Power USA, SAS and the executive officers and directors of the registrant on July 3, 2022.

The total number of outstanding shares of the registrant's common stock as of March 3, 2023 was 174,859,570.

**DOCUMENTS INCORPORATED BY REFERENCE**

Parts of the registrant's definitive proxy statement for the registrant's 2023 annual meeting of stockholders are incorporated by reference in Items 10, 11, 12, 13, and 14 of Part III of this Annual Report on Form 10-K.

1

Table of Contents

**EXPLANATORY NOTE**

SunPower Corporation ("we," "SunPower" or the "Company") is filing this Amendment No. 1 on Form 10-K/A (the "Form 10-K/A" or "Amendment No. 1") to amend and restate certain items in the Annual Report on Form 10-K for the fiscal year ended January 1, 2023, originally filed with the Securities and Exchange Commission (the "SEC") on March 10, 2023 (the "Original Form 10-K"). This Form 10-K/A includes audited restated consolidated financial statements for the fiscal years ended January 1, 2023, January 2, 2022, and January 3, 2021, as well as unaudited restated quarterly financial information for the quarterly periods in the fiscal years ended January 1, 2023 and January 2, 2022.

### Restatement Background

On October 19, 2023, the Audit Committee of the Board of Directors (the "Board") of the Company, based upon the recommendation of management, determined that our (i) audited consolidated financial statements included in our Annual Report on Form 10-K for the period ended January 1, 2023, filed with the SEC on March 10, 2023 (the "Original Form 10-K"), (ii) unaudited condensed consolidated financial statements included in our Quarterly Report on Form 10-Q for the quarterly period ended April 2, 2023, filed with the SEC on May 3, 2023 (the "Q1 2023 Form 10-Q"), and (iii) unaudited condensed consolidated financial statements included in our Quarterly Report on Form 10-Q for the quarterly period ended July 2, 2023, filed with the SEC on August 2, 2023 (the "Q2 2023 Form 10-Q," and collectively, the "Affected Periods"), as well as the relevant portions of any communication which describe or are based on such consolidated financial statements, should no longer be relied upon, and that the previously issued financial statements for the Affected Periods should be restated.

As described in Item 4.02 of the Company's Form 8-K filed with the SEC on October 24, 2023, we identified certain misstatements in prior periods' consolidated financial statements relating to the accounting treatment for the value of consignment inventory of microinverter ("MI") components at certain third-party locations.

In connection with the preparation of the financial statements for the third quarter of fiscal year 2023, we identified that the consumption of certain MI costs in photo-voltaic module manufacturing had been inaccurately recorded starting in the first quarter of fiscal year 2022. We also identified deficiencies relating to the reconciliations of inventory at our prepositioned inventory ("PPI") dealer locations. In light of these matters, management concluded that our internal controls around the review of certain inventory reconciliations were not operating effectively and hence was determined to be a material weakness. This material weakness resulted in a net overstatement of costs included in inventory, and a net understatement of cost of revenues for the impacted periods.

In fiscal year 2023, we identified errors related to the classification of certain expenses as cost of revenues instead of operating expenses and as continuing operations instead of discontinued operations. We identified deficiencies in the design of the controls related to the mapping of the chart of accounts for expenses to the statement of operations and we further identified an operating deficiency related to the review of the accounting evaluation regarding the classification of certain discontinued operations items within the statements of operations. These deficiencies in aggregate were determined to be a material weakness. This material weakness resulted in the misclassification of certain expenses on our consolidated statements of operations for the fiscal years ended January 1, 2023, January 2, 2022, and January 3, 2021.

This Amendment No. 1 includes audited restated consolidated financial statements for the fiscal years ended January 1, 2023, January 2, 2022, and January 3, 2021, as well as unaudited restated quarterly financial information for the quarterly periods in the fiscal years ended January 1, 2023 and January 2, 2022. In addition, the restated consolidated financial information also includes adjustments to correct certain other previously identified misstatements that the Company determined to be immaterial, both individually and in the aggregate.

For additional information on the audited restated consolidated financial statements for the fiscal years ended January 1, 2023, January 2, 2022, and January 3, 2021, see Note 2 of "Notes to the Consolidated Financial Statements" in this Form 10-K/A. For additional information on the unaudited restated quarterly financial information for the quarterly periods in the fiscal years ended January 1, 2023 and January 2, 2022, see "Selected Unaudited Quarterly Financial Data" in Part II of this Annual Report on Form 10-K/A.

The Audit Committee concluded that management's report on internal control over financial reporting for the fiscal year ended January 1, 2023, the opinion of Ernst & Young LLP ("EY"), the Company's independent registered public accounting firm, on the consolidated financial statements for fiscal years ended January 1, 2023, January 2, 2022, and January 3, 2021, as well as EY's opinion on the effectiveness of the Company's internal control over financial reporting as of January 1, 2023 included in the Original Form 10-K should also no longer be relied upon. The Company's management has concluded that in light of the findings described above, the Company's disclosure controls and procedures for the Affected Periods were not

2

*Table of Contents*

*effective because of material weaknesses in its internal control over financial reporting. Refer to "Item 9A. Controls and Procedures" for additional details.*

**Items Amended in this Filing**

*This Form 10-K/A amends and restates the following items included in the Original Form 10-K as appropriate to reflect the restatement and revision of the relevant periods:*

- *Part I, Item 1A.-Risk Factors;*
- *Part II, Item 7-Management's Discussion and Analysis of Financial Condition and Results of Operations;*
- *Part II, Item 8-Financial Statements and Supplementary Data;*
- *Part II, Item 9A-Controls and Procedures; and*
- *Part IV, Item 15-Exhibits and Financial Statement Schedules.*

*The Company is including with this Form 10-K/A currently dated certifications of the Company's Chief Executive Officer and Chief Financial Officer (Exhibits 31.1, 31.2, 32.1, and 32.2). This Form 10-K/A also contains an updated consent of EY (Exhibit 23.1) and Power of Attorney undersigned by the officers and directors of SunPower Corporation (Exhibit 24.1).*

*Except as discussed above and as further described in Note 1 and Note 2 to the Consolidated Financial Statements in this Form 10-K/A, the Company has not modified or updated the disclosures presented in the Original Form 10-K to reflect events that occurred at a later date or facts that subsequently became known to the Company. Accordingly, forward-looking statements included in this Amendment No.1 may represent management's views as of the Original Form 10-K and should not be assumed to be accurate as of any date thereafter.*

3

*Table of Contents*

**SunPower Corporation**
**Form 10-K for the fiscal year ended January 1, 2023**

**Table of Contents**

| | | Page |
|---|---|---|
| **Part I.** | | |
| Item 1. | Business | 5 |
| Item 1A. | Risk Factors | 18 |
| Item 1B. | Unresolved Staff Comments | 49 |
| Item 2. | Properties | 49 |
| Item 3. | Legal Proceedings | 50 |
| Item 4. | Mine Safety Disclosures | 50 |
| **Part II.** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 50 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 50 |
| Item 7A. | Quantitative and Qualitative Disclosure About Market Risk | 63 |
| Item 8. | Financial Statements and Supplementary Data | 65 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 132 |
| Item 9A. | Controls and Procedures | 132 |
| Item 9B. | Other Information | 133 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 134 |
| **Part III.** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 134 |
| Item 11. | Executive Compensation | 134 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 134 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 134 |
| Item 14. | Principal Accountant Fees and Services | 134 |
| **Part IV.** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 134 |
| Item 16. | Form 10-K Summary | 138 |
| SIGNATURES | | 139 |

2

*Table of Contents*

**INTRODUCTORY NOTES**

*Cautionary Statement Regarding Forward-Looking Statements*

The sections titled "Business" and "Management's Discussion and Analysis of Financial Condition and Results of Operations," as well as other parts of this Annual Report on Form 10-K and certain information incorporated herein by reference, contain forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Forward-looking statements are statements that do not represent historical facts and may be based on underlying assumptions. We use words such as "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "plan," "predict," "project," "potential," "seek," "should," "will," "would," and similar expressions to identify forward-looking statements. Forward-looking statements in this Annual Report on Form 10-K include, but are not limited to, our ability to continue as a going concern, our ability to raise additional capital or obtain financing, our ability to obtain waivers or amendments under our debt agreements, comply with debt covenants or cure any defaults, our ability to repay our obligations as they come due, our plan and ability to remediate the material weaknesses in our internal control over financial reporting; expectations related to any restated items disclosed herein; our plans and expectations regarding future financial results, including the potential impact of our restatement, expected operating results, business strategies, the sufficiency of our cash and our liquidity, projected costs and cost reduction measures, development and ramp of new products and improvements to our existing products, the impact of recently adopted accounting pronouncements, supply chain challenges, the adequacy of our agreements with our suppliers, our ability to monetize our solar projects, legislative actions and regulatory compliance, competitive positions, management's plans and objectives for future operations, trends in average selling prices, the success of our joint ventures and acquisitions, warranty matters, outcomes of litigation, cost of compliance with applicable regulations, interest and credit risk, general business and economic conditions in our markets, industry trends, the impact of changes in government incentives, expected restructuring charges, statements regarding the impact on our business of the COVID-19 pandemic and related public health measures, macroeconomic trends and uncertainties, and the likelihood of any impairment of project assets, long-lived assets, and investments, our ability to obtain necessary environmental permits, our environmental compliance initiatives, our commitment to energy sustainability, our diversity, equity, and inclusion initiative and related programs, our commitments to making renewable energy more accessible for historically underserved communities, increasing workforce diversity, expanding access for customers, ensuring industry equity and dealer and supplier diversity, our environmental, social, and governance initiatives and report, setting and upholding high standards for our employees, officers and directors, and sound corporate governance, and our human capital management strategies and initiatives. These forward-looking statements are based on information available to us as of the date of this Annual Report on Form 10-K/A and current expectations, forecasts and assumptions and involve a number of risks and uncertainties that could cause actual results to differ materially from those anticipated by these forward-looking statements. Such risks and uncertainties include a variety of factors, some of which are beyond our control. Please see "Item 1A. Risk Factors" herein and our other filings with the Securities and Exchange Commission ("SEC") for additional information on risks and uncertainties that could cause actual results to differ. These forward-looking statements, including those set forth in "Business" and "Management's Discussion and Analysis of Financial Condition and Results of Operations," should not be relied upon as representing our views as of any subsequent date, and we are under no obligation to, and expressly disclaim any responsibility to, update or alter our forward-looking statements, whether as a result of new information, future events or otherwise, except as required by applicable law.

**RISK FACTORS SUMMARY**

The following is a summary of the principal risks that could materially adversely affect our business, results of operations, cash flows, and financial condition:

*Risks Related to Accounting and Financial Reporting Matters*

- We have identified material weaknesses in our internal control over financial reporting, and have concluded that our disclosure controls and procedures were not effective as of January 1, 2023. If we fail to properly remediate these or any future deficiencies or material weaknesses or to maintain proper and effective internal controls, material misstatements in our financial statements could occur and impair our ability to produce accurate and timely financial statements and could adversely affect investor confidence in our financial reports, which could negatively affect our business. As a result, our stockholders could lose confidence in our financial reporting, which could harm our business and the trading price of our common stock. Also, as a result of such material weaknesses and the related restatements of our financial statements, we currently face, and may continue to be subject to litigation or other disputes.

- Adverse publicity and potential concerns from our customers relating to or arising from the restatements could have an adverse effect on our business and financial condition.

3

*Table of Contents*

***Risks Related to Our Liquidity***

- *Substantial doubt exists about our ability to continue as a going concern and if we are unable to continue our business, our common stock might have little or no value. Although our financial statements have been prepared on a going concern basis, unless we obtain a full waiver or amendment of the covenant breaches under the Credit Agreement and Atlas Credit Agreement and we are able to raise additional capital, there is a material risk that we will continue to be in breach of our financial covenants under the Credit Agreement and Atlas Credit Agreement, which may cause future events of default under our other existing debt agreements.*

***Risks Related to COVID-19 Pandemic***

- *We continue to experience economic and other impacts as a result of the COVID-19 pandemic, which could adversely affect our business, results of operations, cash flows, and financial condition, as well as the business, results of operations, cash flows, and financial condition of many of our suppliers, dealers, and customers.*

***Risks Related to Our Sales Channels***

- *Our results of operations are subject to significant fluctuations and are inherently unpredictable.*

- *The execution of our growth strategy is dependent upon the continued availability of third-party financing arrangements for our projects, including our residential finance programs and offerings through SunPower Financial, and is affected by general economic conditions and other factors.*

- *With the launch and growth of SunPower Financial, we are increasingly subject to risk related to our financing offerings directly to consumers. If our consumer underwriting and origination processes contain errors or incorrect inputs from consumers or third parties (such as credit bureaus), our reputation and relationships with capital providers and contractors could be harmed. Further, economic and other changes resulting in increases in default rates could increase our cost of capital.*

- *If we and our partners fail to successfully execute our research and development plans and cost reduction roadmap, or fail to develop and introduce new and enhanced products and services, we may be unable to compete effectively, and our ability to generate revenues, cash flows, and profits would suffer.*

- *The reduction, modification, or elimination of government incentives could cause our revenue to decline and harm our financial results.*

- *Existing regulations and policies and changes to these regulations and policies may present technical, regulatory, and economic barriers to the purchase and use of solar power products, which may significantly reduce demand for our products and services.*

- *A change in the solar investment tax credit could adversely affect our business, revenues, margins, results of operations, and cash flows.*

- *As our sales to residential customers have grown, including through dealers and directly to consumers, and with the launch of SunPower Financial, we have increasingly become subject to substantial financial services and consumer protection laws and regulations. Any failure to comply with laws and regulations relating to interactions by us or third parties (such as our dealers and sub-servicers) with consumers or with licensing requirements applicable to our business could result in negative publicity, claims, investigations and litigation, and may adversely affect our financial performance.*

- *We do not typically maintain long-term agreements with our customers and accordingly we could lose customers without warning, which could adversely affect our business results.*

- *Our business could be adversely affected by seasonal trends, poor weather, labor shortages, and construction cycles.*

4

Table of Contents

- *The competitive environment in which we operate often requires us to undertake customer obligations or provide indemnifications, which may turn out to be costlier than anticipated and, in turn, materially and adversely affect our business, results of operations, cash flows, and financial condition.*

### Risks Related to Our Supply Chain

- *We depend on a limited number of suppliers for certain critical components, and finished products, including our solar modules, microinverters, and storage solutions. Any shortage, interruption or delay, deterioration of our relationships with, or price change from these suppliers could adversely affect our business, prevent us from delivering products to our customers within required timeframes, and could in turn result in sales and installation delays, cancellations, penalty payments, or loss of market share.*

- *Changes in international trade policies, tariffs, or trade disputes could significantly and adversely affect our business, revenues, margins, results of operations, and cash flows.*

### Risks Related to Our Operations

- *If we have quality issues with our solar and related products, such as the third-party connector issue we experienced in fiscal 2021, our sales, profit, and cash flows could decrease and our relationships with our customers and our reputation may be harmed.*

- *Acquisitions of other companies, project development pipelines, and other assets, or investments in or joint ventures with other companies, as well as divestitures and other significant transactions, could materially and adversely affect our results of operations, cash flows, and financial condition, and dilute our stockholders' equity.*

- *If we cannot offer residential lease customers an attractive value proposition due to an inability to continue to monetize tax benefits in connection with our residential lease arrangements, an inability to obtain financing for our residential lease programs, challenges implementing our third-party ownership model in new jurisdictions, declining costs of retail electricity, or other reasons, we may be unable to continue to increase the size of our residential lease program, which could have a material, adverse effect on our business, results of operations, cash flows, and financial condition.*

- *We install a significant portion of residential solar power systems and are subject to risks associated with construction, safety, cost overruns, delays, and other contingencies any of which could have a material adverse effect on our business and financial results.*

- *We utilize term loans and other financing structures to fund acquisitions, development, construction, and expansion of certain solar projects, and such funds may or may not continue to be available as required to further our plans. Furthermore, such project financing increases our consolidated debt.*

## PART I

### ITEM 1. *BUSINESS*

**Corporate History**

SunPower has been a leader in the solar industry for over 30 years, originally incorporated in California in 1985 and reincorporated in Delaware in 2004 in connection with our initial public offering. In November 2011, our stockholders approved the reclassification of all outstanding former class A common stock and class B common stock into a single class of common stock listed on the Nasdaq Stock Market LLC under the symbol "SPWR." In fiscal 2011, we became a majority-owned subsidiary of TotalEnergies Solar INTL SAS ("Total," formerly Total Solar International SAS) and TotalEnergies Gaz & Electricité Holdings SAS ("Total Gaz," formerly Total Gaz Electricité Holdings France SAS), each a subsidiary of TotalEnergies SE ("TotalEnergies SE," formerly Total SE). On September 12, 2022, Total and Total Gaz sold to GIP III Sol Acquisition, LLC ("GIP Sol") 50% less one unit of the equity interests in a newly formed Delaware limited liability company, Sol Holding, LLC ("HoldCo"), which is now the record holder of the majority of SunPower common stock (see "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 4. *Transactions with Total and TotalEnergies SE*" for more details on the transaction).

*Table of Contents*

**ITEM 1A.** *RISK FACTORS*

*Our business is subject to various risks and uncertainties, including those described below and elsewhere in this Annual Report on Form 10-K/A, which could adversely affect our business, results of operations, cash flows, and financial condition. Although we believe that we have identified and discussed below key risk factors affecting our business, there may be additional risks and uncertainties that are not currently known to us or that are not currently believed by us to be material that may also harm our business, results of operations, cash flows, and financial condition.*

*Risks Related to Accounting and Financial Reporting Matters*

*We have identified material weaknesses in our internal control over financial reporting, and have concluded that our disclosure controls and procedures were not effective as of January 1, 2023. If we fail to properly remediate these or any future deficiencies or material weaknesses or to maintain proper and effective internal controls, material misstatements in our financial statements could occur and impair our ability to produce accurate and timely financial statements and could adversely affect investor confidence in our financial reports, which could negatively affect our business. As a result, our stockholders could lose confidence in our financial reporting, which could harm our business and the trading price of our common stock. Also, as a result of such material weaknesses and the related restatements of our financial statements, we currently face, and may continue to be subject to litigation or other disputes.*

In connection with the preparation of the financial statements for the third quarter of fiscal year 2023, we identified that the consumption of certain MI costs in photo-voltaic module manufacturing had been inaccurately recorded starting in the first quarter of fiscal year 2022. We also identified deficiencies relating to the reconciliations of inventory at our PPI dealer locations. In light of these matters, management concluded that our internal controls around the review of certain inventory reconciliations were not operating effectively. This material weakness resulted in a net overstatement of costs included in inventory, and a net understatement of cost of revenues for the impacted periods. In addition, we identified errors related to the classification of certain expenses as cost of revenues instead of operating expenses, and as continuing operations instead of discontinued operations. We identified deficiencies in the design of the controls related to the mapping of the chart of accounts for expenses to the statements of operations. We further identified an operating deficiency related to the review of the accounting evaluation regarding the classification of certain discontinued operations items within the statements of operations. These deficiencies in aggregate were determined to be a material weakness. The Audit Committee, based upon the recommendation of management, determined that our (i) audited financial statements included in our Annual Report on Form 10-K for the period ended January 1, 2023, filed with the SEC on March 10, 2023, (ii) unaudited financial statements included in our Quarterly Report on Form 10-Q for the quarterly period ended April 2, 2023, filed with the SEC on May 3, 2023, and (iii) unaudited financial statements included in our Quarterly Report on Form 10-Q for the quarterly period ended July 2, 2023, filed with the SEC on August 2, 2023 (collectively, the "Affected Periods"), as well as the relevant portions of any communication which describe or are based on such financial statements, should no longer be relied upon, and that the previously issued financial statements for the Affected Periods should be restated.

As part of such process, we identified material weaknesses in our internal control over financial reporting related to the Company's review of certain inventory reconciliations and the classification of expenses in the statements of operations.

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of our annual or interim financial statements will not be prevented or detected and corrected on a timely basis.

Effective internal controls are necessary for us to provide reliable financial reports and prevent fraud. We continue to evaluate and implement steps to remediate the material weaknesses. These remediation measures may be time consuming and costly and there is no assurance that these initiatives will ultimately have the intended effects. The material weaknesses in our internal control over financial reporting will not be considered remediated until the controls operate for a sufficient period of time and management has concluded, through testing that these controls operate effectively. If we do not successfully remediate the material weaknesses, or if other material weaknesses or other deficiencies arise in the future, we may be unable to accurately report our financial results, which could cause our financial results to be materially misstated and require restatement. In such case, we may be unable to maintain compliance with securities law requirements regarding timely filing of periodic reports in addition to applicable stock exchange listing requirements and requirements in our other agreements, our ability to raise additional capital, access the equity or debt markets or undertake certain types of transactions could adversely impact our liquidity, investors may lose confidence in our financial reporting, and our stock price may decline as a result. We cannot assure you that the measures we have taken to date, or any measures we may take in the future, will be sufficient to avoid potential future material weaknesses.

If we identify any new material weaknesses in the future, any such newly identified material weakness could limit our ability to prevent or detect a misstatement of our accounts or disclosures that could result in a material misstatement of our

18

*Table of Contents*

annual or interim financial statements. In such case, we may be unable to maintain compliance with securities law requirements regarding timely filing of periodic reports in addition to applicable stock exchange listing requirements, investors may lose confidence in our financial reporting and our stock price may decline as a result. We cannot assure you that the measures we have taken to date, or any measures we may take in the future, will be sufficient to avoid potential future material weaknesses.

In addition, as a result of such material weaknesses, which could require us to incur significant expense and the related restatements of our financial statements, we currently face, and may continue to be subject to, litigation or other disputes which may include, among others, claims invoking the federal and state securities laws, regulatory actions, contractual claims or other claims arising from the material weaknesses in our internal control over financial reporting and the preparation of our financial statements. Any such litigation, dispute or regulatory actions, whether successful or not, could have a material adverse effect on our business, results of operations and financial condition. See "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 10. *Commitments and Contingencies-Legal Matters* and Note 18. *Subsequent Events"* for additional information.

***Adverse publicity and potential concerns from our customers relating to or arising from the restatements could have an adverse effect on our business and financial condition.***

We could continue to be the subject of negative publicity focusing on the restatement and adjustment of our financial statements, and we may be adversely impacted by negative reactions from our customers or others with whom we do business. Concerns include the perception of the effort required to address our accounting and control environment, and the ability for us to be a long-term provider to our customers, particularly in light of the outstanding principal amount of our debt obligations and our ability to comply with the financial covenants contained within our debt agreements. Continued adverse publicity and potential concerns from our customers could harm our business and have an adverse effect on our financial condition.

**Risks Related to Our Liquidity**

***Substantial doubt exists about our ability to continue as a going concern and if we are unable to continue our business, our common stock might have little or no value. Although our financial statements have been prepared on a going concern basis, unless we obtain a full waiver or amendment of the covenant breaches under the Credit Agreement and Atlas Credit Agreement and we are able to raise additional capital, there is a material risk that we will continue to be in breach of our financial covenants under the Credit Agreement and Atlas Credit Agreement, which may cause future events of default under our other existing debt agreements.***

Ernst & Young LLP, our independent registered public accounting firm, has included an explanatory paragraph in their opinion that accompanies our audited consolidated financial statements as of and for the period ended January 1, 2023 included in this Annual Report on Form 10-K/A, indicating that substantial doubt exists about our ability to continue as a going concern. Although we have improved our liquidity position by obtaining a waiver and amendment (the "Amendment and Waiver") to the Credit Agreement dated as of September 12, 2022 (as amended, the "Credit Agreement"), if we are unable to continue to do so, including by receiving a full waiver and raising additional capital, we will continue to be in breach of our financial covenants under the Credit Agreement, which may impact conditions that could lead to future events of default under our other debt agreements, and we may not be able to continue as a going concern. Further, we also breached a financial covenant set forth in the Loan and Security Agreement, dated June 30, 2022, entered into by a wholly owned indirect subsidiary of the Company, the lenders party thereto from time to time, Atlas Securitized Products Holdings, L.P., as administrative agent and Computershare Trust Company, National Association, as paying agent (as amended, the "Loan Facility with Credit Suisse AG," the "Credit Suisse Warehouse Loan," or the "Atlas Credit Agreement") due to delay in delivery of the quarterly financials for the third quarter of 2023, which results in an event of default, thereby enabling the requisite lenders to demand immediate payment of the borrowings outstanding or exercise other remedies. We are currently in discussion with the lenders under the Atlas Credit Agreement regarding a waiver of any breaches. Absent a waiver, the event of default enables the requisite lenders under the Atlas Credit Agreement to demand immediate payment or exercise other remedies, such as subject all or a portion of obligations to a default rate of interest. If the lenders were to demand immediate repayment, the Company would not have sufficient liquidity to meet its obligations and pay its liabilities arising from normal business operations when they come due. As such, substantial doubt exists about the Company's ability to continue as a going concern. Additionally, the Company received a reservation of rights letter from the administrative agent under (on behalf of the lenders thereunder) that certain credit agreement, dated as of March 31, 2022, by and among (inter alia) Dorado 1 Senior Borrower, LLC and Dorado 1 Senior Pledgor, LLC (each of which are non-wholly owned subsidiaries of Company), Bank of America N.A., as administrative agent, Computershare Trust Company, National Association, as the collateral agent and the financial institutions party thereto from time to time as lenders (as amended, the "Dorado Credit Agreement") as a result of the Restatement. We are in active discussions with this lender group, who are aware that SunPower does not agree that there has been any such breach of representation.

Although we are seeking additional sources of financing, there can be no assurance that such financing would be available to us on acceptable terms or at all. Any financing that we are able to obtain could entail substantial dilution to

19

*Table of Contents*

stockholders, onerous interest rates or covenants, or other terms that are unfavorable to us and the holders of our common stock. Our ability to obtain additional financing is subject to several factors, including market and economic conditions, our performance and investor and lender sentiment with respect to us and our industry. The failure to obtain sufficient capital on acceptable terms may require us to delay, limit, or eliminate the development of business opportunities and our ability to achieve our business objectives and our competitiveness, and our business, financial condition, and results of operations would be materially adversely affected. In addition, the perception that we may not be able to continue as a going concern may cause customers and other business partners to choose not to conduct business with us due to concerns about our ability to meet our contractual obligations. The accompanying consolidated financial statements to this Annual Report on Form 10-K/A do not include any adjustments that might result if we are unable to continue as a going concern and, therefore, be required to realize our assets and discharge our liabilities other than in the normal course of business, which could cause investors to suffer the loss of all or a substantial portion of their investment.

***We may be unable to generate sufficient cash flows or obtain access to external financing necessary to fund our operations and make adequate capital investments as planned due to the general economic environment, cost inflation, and/or the market pressure driving down the average selling prices of our solar power products, among other factors.***

To develop new products, support future growth, achieve operating efficiencies, and maintain product quality, we may need to make significant capital investments in product and process technology as well as enhancing our digital capabilities. In addition, we invest a significant amount of capital to develop solar power systems for sale to customers. The delayed disposition of such projects, or the inability to realize the full anticipated value of such projects on disposition, could have a negative impact on our liquidity. See also under this section, "Risks Related to Our Operations-*Changes in international trade policies, tariffs, or trade disputes could significantly and adversely affect our business, revenues, margins, results of operations, and cash flows.*"

Certain of our customers also require performance bonds issued by a bonding agency, or bank guarantees or letters of credit issued by financial institutions, which are returned to us upon satisfaction of contractual requirements. If there is a contractual dispute with the customer, the customer may withhold the security or make a draw under the security, which could have an adverse impact on our liquidity.

We manage our working capital requirements and fund our committed capital expenditures, including the development and construction of our planned solar power projects, with our current cash and cash equivalents, cash generated from operations, and funds available from our construction financing providers. We may be unable to find adequate credit support on acceptable terms, or at all, in which case our ability to obtain adequate amounts of debt financing may be harmed. The lenders under our credit facilities may also require us to repay our indebtedness to them in the event that our obligations under other indebtedness or contracts in excess of the applicable threshold amount are accelerated and we fail to discharge such obligations. If our capital resources are insufficient to satisfy our liquidity requirements, for example, due to cross acceleration of indebtedness, we may seek to sell additional equity investments or debt securities or obtain other debt financings. Market conditions, however, could limit our ability to raise capital by issuing new equity or debt securities on acceptable terms, or at all, and lenders may be unwilling to lend funds on acceptable terms, or at all. The sale of additional equity investments or convertible debt securities may result in additional dilution to our stockholders. Additional debt would result in increased expenses and could impose new restrictive covenants that may be different from those restrictions contained in the covenants under certain of our current debt agreements. Financing arrangements, including project financing for our solar power projects and letters of credit facilities, may not be available to us, or may not be available in amounts or on terms acceptable to us. If additional financing is not available, we may be forced to seek to sell assets or reduce or delay capital investments, any of which could adversely affect our business, results of operations, cash flows, and financial condition.

If we cannot generate sufficient cash flows, find other sources of capital to fund our operations and projects, make adequate capital investments to remain technologically and price competitive, or provide bonding or letters of credit required by our projects, we may need to sell additional equity investments or debt securities, or obtain other debt financings. If adequate funds from these or other sources are not available on acceptable terms or at all, our ability to fund our operations including making digital investments, develop and construct solar power projects, develop and expand our distribution network, maintain our research and development efforts, provide collateral for our projects, meet our debt service obligations, or otherwise respond to competitive pressures would be significantly impaired. Our inability to do any of the foregoing could have a material adverse effect on our business, results of operations, cash flows, and financial condition.

*Table of Contents*

**We have a significant amount of debt outstanding and debt service requirements. Our substantial indebtedness and other contractual commitments could adversely affect our business, results of operations, cash flows, and financial condition, as well as our ability to meet our payment obligations under such debt.**

As of January 1, 2023, we had approximately $507.5 million of outstanding debt. On January 17, 2023, we repaid the outstanding principal amount of $425.0 million of our 4.00% debentures due 2023 (refer to "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 1. *Organization and Summary of Significant Accounting Policies-Liquidity*").

This level of debt could have material consequences on our future operations, including:

- making it more difficult for us to meet our payment and other obligations under our outstanding debt;

- resulting in an event of default if we fail to comply with the financial and other restrictive covenants and agreements contained in our debt agreements, which event of default could result in all or a significant portion of our debt becoming immediately due and payable;

- reducing the availability of our cash flows to fund working capital, capital expenditures, project development, acquisitions and other general corporate purposes, and limiting our ability to obtain additional financing for these purposes;

- subjecting us to the risk of increased sensitivity to interest rate increases on our indebtedness with variable interest rates, including borrowings under our Credit Agreement.

- limiting our flexibility in planning for, or reacting to, and increasing our vulnerability to, changes in our business, the industry in which we operate, and the general economy; and

- placing us at a competitive disadvantage compared with our competitors that have less debt or have lower leverage ratios.

In the event, expected or unexpected, that any of our joint ventures are consolidated with our financial statements, such consolidation could significantly increase our indebtedness.

Our ability to meet our payment and other obligations under our debt instruments depends on our ability to generate significant cash flows, which, to some extent, is subject to general economic, financial, competitive, legislative, and regulatory factors as well as other factors that are beyond our control. We cannot assure you that our business will generate cash flows from operations, or that future borrowings will be available to us under our existing or any future credit facilities or otherwise, in an amount sufficient to enable us to meet our payment obligations under our debt and to fund other liquidity needs. If we are unable to generate sufficient cash flows to service our debt obligations, we may need to refinance or restructure our debt, sell assets, reduce or delay capital investments, or seek to raise additional capital. There can be no assurance that we will be successful in any sale of assets, refinancing, or restructuring effort. See also "Risks Related to Our Operations-*We may in the future be required to consolidate the assets, liabilities, and results of operations of certain of our existing or future joint ventures, which could have an adverse impact on our results of operations, financial position, and gross margin*", "Risks Related to Our Sales Channels-*Changes in international trade policies, tariffs, or trade disputes could significantly and adversely affect our business, revenues, margins, results of operations, and cash flows,*" and "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 1. *Organization and Summary of Significant Accounting Policies-Liquidity."*

To the extent there are continued breaches of covenants in our debt agreements, we may not be able to cure such breaches or obtain waivers from our creditors in order to avoid an event of default under such debt agreements. An event of default under any of our debt agreements could have a material adverse effect on our liquidity, financial condition, and results of operations.

**Our credit and other agreements contain restrictions that may limit our ability to operate our business.**

We may be unable to respond to changes in business and economic conditions, engage in transactions or make investments that might otherwise be beneficial to us, or obtain additional financing, because our debt agreements and our Affiliation Agreement with Total contain, and any of our other future similar agreements may contain, restrictions that limit our ability to, among other things:

21

*Table of Contents*

- incur additional debt, assume obligations in connection with letters of credit, or issue guarantees;

- create liens;

- make certain investments or acquisitions;

- enter into transactions with our affiliates;

- sell certain assets;

- redeem capital stock or make other restricted payments;

- declare or pay dividends or make other distributions to stockholders; and

- merge or consolidate with any person.

Our ability to comply with these covenants is dependent on our future performance, which will be subject to many factors, some of which are beyond our control, including prevailing economic conditions. In addition, our failure to comply with these covenants could result in a default under our other debt instruments, which could permit the holders to accelerate such debt. If any of our debt is accelerated, we may not have sufficient funds available to repay such debt, which could materially and negatively affect our results of operations and financial condition.

**Risks Related to COVID-19 Pandemic**

***We continue to experience economic and other impacts as a result of the COVID-19 pandemic, which could adversely affect our business, results of operations, cash flows, and financial condition, as well as the business, results of operations, cash flows, and financial condition of many of our suppliers, dealers, and customers.***

The pandemic has affected our employees and their ability to work, our ability to conduct our business operations around the globe, demand for our products, our supply chains, the ability of some of our customers to purchase and pay for our products, and caused us to reallocate and prioritize our planned spending in our strategic initiatives.

The COVID-19 pandemic could adversely affect our business and operations, including our manufacturing operations, bookings, and sales, and our ability to continue to invest in all of our planned research and development and other initiatives. In addition, new governmental orders and restrictions may be issued in some locations if the pandemic recurs or worsens. During a prolonged reduction in manufacturing operations or demand, the business and financial condition of our suppliers and customers may deteriorate, resulting in liquidity challenges, bankruptcies, permanent discontinuation of operations, or an inability to make timely deliveries or payments to us. Our suppliers and vendors may also request new or changed credit terms, which could effectively increase the prices we pay for raw materials and supplies and affect our cash flows.

We may experience a decline in demand for our solar panels due to decrease in consumer spending caused by macro-economic factors such as the continued impacts of the COVID-19 pandemic and rising inflation in the U.S. Additionally, if credit markets become more challenging, customers may be unable or unwilling to finance the cost of our products, and the parties that have historically provided this financing may cease to do so, or only do so on terms that are substantially less favorable for our customers, any of which could adversely affect our revenues and growth of our business. Cancellations or rescheduling of customer orders could result in the delay or loss of anticipated sales without allowing us sufficient time to reduce, or delay the incurrence of, our corresponding inventory and operating expenses. In addition, changes in forecasts or the timing of orders from these or other customers expose us to the risks of inventory shortages or excess inventory.

In addition to the risks described above, the pandemic and associated economic and other impacts may also have the effect of heightening the other risks described in this risk factors section; in particular, see the "Risks Related to our Sales Channels," "Risks Related to our Liquidity," "Risks Related to our Supply Chain," and "Risks Related to our Operations." The overall effect that the COVID-19 pandemic will have on our business, results of operations, cash flows, and financial condition will depend on future developments, including the ultimate duration and scope of the pandemic, the impact on our suppliers, dealers, and customers, and the speed with which economic conditions, operations, and the demand for our products change.

*Table of Contents*

**Risks Related to the Spin-Off**

***If the distribution of Maxeon Solar ordinary shares in the Spin-Off does not qualify as a tax-free distribution under the Internal Revenue Code, then the distribution could be treated as a dividend to our stockholders and we could have a potential withholding obligation with respect to that dividend and under certain circumstances we may have indemnification obligations to Maxeon Solar.***

We received a tax opinion from our counsel as to the tax-free nature of the Spin-Off to our stockholders. We did not obtain a private letter ruling from the Internal Revenue Service (the "IRS") with respect to the distribution of Maxeon Solar ordinary shares and instead are relying solely on the tax opinion for comfort that the distribution qualifies for tax-free treatment to our stockholders for U.S. federal income tax purposes under the Internal Revenue Code.

The tax opinion was based on, among other things, certain undertakings made by us and Maxeon Solar, as well as certain representations and assumptions as to factual matters made by parties to the distribution. The failure of any factual representation or assumption to be true, correct, and complete, or any undertaking to be fully complied with, could affect the validity of the tax opinion. An opinion of counsel represents counsel's best legal judgment, is not binding on the IRS or the courts, and the IRS or the courts may not agree with the conclusions set forth in the tax opinion. In addition, the tax opinion was based on current law, and cannot be relied upon if current law changes with retroactive effect.

If the Spin-Off distribution does not qualify as a tax-free distribution to our stockholders under Section 355 of the Internal Revenue Code, then the distribution could be treated as a dividend to our stockholders, and we could have a potential withholding obligation with respect to such dividend, and we could be required to indemnify Maxeon Solar for any taxes and related costs if the failure of the distribution to so qualify is the result of certain actions or misrepresentations by us, but we will not be required to indemnify any of our stockholders. In the event we are required to indemnify Maxeon Solar for taxes incurred in connection with the Spin-Off, the indemnification obligation could have a material adverse effect on our business, results of operations, financial condition, and cash flow.

***We might not be able to engage in certain strategic transactions because we have agreed to certain restrictions to comply with U.S. federal income tax requirements for a tax-free spin-off.***

To preserve the intended tax treatment of the distribution of Maxeon Solar ordinary shares in the Spin-Off, we are undertaking to comply with certain restrictions under current U.S. federal income tax laws for spin-offs, including (i) continuing to own and manage our historic business and (ii) limiting sales or redemptions of our common stock. These restrictions could prevent us from pursuing otherwise attractive business opportunities, result in our inability to respond effectively to competitive pressures, industry developments and future opportunities and may otherwise harm our business, results of operations, cash flows, and financial condition. If these restrictions, among others, are not followed, the Spin-Off distribution could be treated as a dividend to our stockholders and subject us to a potential withholding tax obligation. In addition, we could be required to indemnify Maxeon Solar for any tax liability incurred by Maxeon Solar as a result of our non-compliance with these restrictions, and such indemnity obligations could be substantial.

***Certain members of our Board of Directors and management may have actual or potential conflicts of interest because of their ownership of shares of Maxeon Solar and SunPower or their relationships with Maxeon Solar following the Spin-Off.***

Certain members of our Board of Directors and management own shares of Maxeon Solar and/or options to purchase shares of Maxeon Solar, which could create, or appear to create, potential conflicts of interest when our directors and executive officers are faced with decisions that could have different implications for SunPower and Maxeon Solar.

**Risks Related to Our Sales Channels**

***Our results of operations are subject to significant fluctuations and are inherently unpredictable.***

We do not know whether our revenue will continue to grow, or if it will continue to grow sufficiently to outpace our expenses, which we also expect to grow. As a result, we may not be profitable on a quarterly or annual basis. Our revenue, results of operations, and cash flow are difficult to predict and have in the past fluctuated significantly from quarter to quarter. The principal reason for these significant fluctuations in our results is that, at times, we may derive a substantial portion of our total revenues from our large customers, consequently:

23

*Table of Contents*

- our inability to monetize our projects as planned, or any delay in obtaining the required government support or initial payments to begin recognizing revenue under the relevant recognition criteria, and the corresponding revenue impact, may similarly cause large fluctuations in our revenue and other results of operations;

- our ability to monetize projects as planned is also subject to market conditions, including fluctuations in demand based on the availability of regulatory incentives and other factors, changes in the internal rate of return expected by customers in light of market conditions, the increasing number of power plants being constructed or available for sale, and competition for financing, which can make both financing and disposition more challenging and may significantly affect project sales prices;

- market conditions may deteriorate after we have committed to projects, resulting in delays in disposing of projects, or changes in amounts realized on disposition, which may lead to significant fluctuations in the period-over-period profile of our results of operations and our cash available for working capital needs;

- in the event a project is subsequently canceled, abandoned, or is deemed unlikely to occur, we will charge all prior capital costs as an operating expense in the quarter in which such determination is made, which could materially adversely affect results of operations;

- a delayed disposition of a project could require us to recognize a gain on the sale of assets instead of recognizing revenue;

- in the event of a customer bankruptcy, our customers may seek to terminate or renegotiate the terms of current agreements or renewals; and

- the failure by any significant customer to pay for orders, whether due to liquidity issues or otherwise, could materially and adversely affect our financial results.

Sales to our customers are susceptible to fluctuations in volumes and revenue, as well as fluctuations in demand based on the availability of regulatory incentives and other factors. In addition, demand from our customers may fluctuate based on the perceived cost-effectiveness of the electricity generated by our solar power systems as compared to conventional energy sources, such as natural gas and coal (which fuel sources are subject to significant price swings from time to time), and other non-solar renewable energy sources, such as wind. Declining or increasing average selling prices affect our sales volumes, and therefore lead to large fluctuations in revenue.

Further, our revenue mix of component sales versus project sales can fluctuate dramatically from quarter to quarter, which may adversely affect our margins and results of operations in any given period.

Any of the foregoing may cause us to miss our financial guidance for a given period, which could adversely impact the market price for our common stock and our liquidity.

We base our planned operating expenses in part on our expectations of future revenue and a significant portion of our expenses is fixed in the short term. If revenue for a particular quarter is lower than we expect, we likely will be unable to proportionately reduce our operating expenses for that quarter, which would materially adversely affect our results of operations and cash flows for that quarter. See also under this section, "Risks Related to Our Sales Channels-*Our business could be adversely affected by seasonal trends, poor weather, labor shortages, and construction cycles,*" "Risks Related to Our Sales Channels-*The reduction, modification, or elimination of government incentives could cause our revenue to decline and harm our financial results,*" and "Risks Related to Our Sales Channels-*Existing regulations and policies and changes to these regulations and policies may present technical, regulatory, and economic barriers to the purchase and use of solar power products, which may significantly reduce demand for our products and services.*"

***Changes in international trade policies, tariffs, or trade disputes could significantly and adversely affect our business, revenues, margins, results of operations, and cash flows.***

On February 4, 2022, the President of the United States issued Proclamation 10339, extending the safeguard tariffs on imported solar cells and modules to provide relief to U.S. manufacturers and impose safeguard tariffs on imported solar cells and modules for an additional four years, based on the investigations, findings, and recommendations of the U.S. International Trade Commission (the "International Trade Commission"). Modules are subject to a four-year tariff at a rate of 14.75% in the first year, declining 0.25% in each of the three subsequent years, to a final tariff rate of 14% in 2026. Cells are subject to a tariff-rate quota, under which the first 5 gigawatts ("GW") of cell imports each year will be exempt from tariffs; and cells

24

*Table of Contents*

imported after the 5 GW quota has been reached will be subject to the same 14.75% tariff as modules in the first year, with the same 0.25% decline in each of the three subsequent years. The tariff-free cell quota applies globally, without any allocation by country or region.

The tariffs could materially and adversely affect our business, cash flows, and results of operations. While solar cells and modules based on IBC technology, like Maxeon Solar's X-Series (Maxeon 3) and M-Series (Maxeon 6), and related products were granted exclusion from these safeguard tariffs on September 19, 2018 and continue to be excluded under the extension announced in early 2022, bifacial products are also excluded from the safeguard measures, while solar products based on other technologies continue to be subject to the safeguard tariffs. Although we are actively engaged in efforts to mitigate the effect of these tariffs, there is no guarantee that these efforts will be successful.

Following investigation into allegations that imports of solar cells and modules completed in Cambodia, Malaysia, Thailand, or Vietnam, using components from China, were circumventing the antidumping and countervailing duty ("AD/CVD") orders on solar cells and modules from China, the International Trade Administration of the U.S. Department of Commerce ("Commerce") issued preliminary determinations on December 2, 2022, that circumvention was occurring in each of the four Southeast Asian countries. Although the modules that we sell to our customers are generally either outside the scope of the circumvention inquiry or are exempted from collection of AD/CVD duties and cash deposits until June 6, 2024, as described in Presidential Proclamation 10414 and the subsequent regulations promulgated by Commerce, a change in the scope of the final determination by Commerce, the scope or duration of the relief granted by the Proclamation, subsequent congressional review of Commerce's determination, or the suppliers, origin of components, or manufacturing locations for our modules, may materially increase the price of our solar products and result in significant additional costs to us, our resellers, and our resellers' customers, thereby reducing demand, which could have a material adverse impact on our business, results of operations, cash flows, and financial condition.

Additionally, the Office of the United States Trade Representative ("USTR") initiated an investigation under Section 301 of the Trade Act of 1974 into the Chinese government's acts, policies, and practices related to technology transfer, intellectual property, and innovation. In notices published June 20, 2018, August 16, 2018, and September 21, 2018, the USTR imposed additional import duties of up to 25% on certain Chinese products covered by the Section 301 remedy. These tariffs include certain solar power system components and finished products, including those purchased from our suppliers for use in our products and used in our business. The United States and China may continue taking additional retaliatory measures in response to actions taken by the other country, which may result in changes to existing trade agreements and terms including additional tariffs on imports from China or other countries.

Trade tensions between China and the United States, the imposition of tariffs, and continuing uncertainty surrounding the trade and tariff environment have caused, and could continue to cause, market volatility, price fluctuations, supply shortages, and project delays, any of which could harm our business, and our pursuit of mitigating actions may divert substantial resources from other projects. In addition, future tariffs could materially increase the price of our solar products and result in significant additional costs to us, our resellers, and our resellers' customers, which could cause a significant reduction in demand for our solar power products and greatly reduce our competitive advantage.

***The execution of our growth strategy is dependent upon the continued availability of third-party financing arrangements for our projects, including our residential finance programs and offerings through SunPower Financial, and is affected by general economic conditions and other factors.***

Our growth strategy, including portions of our 25x25 DE&I growth initiative, depends on third-party financing arrangements, and with the addition of SunPower Financial, our ability to provide financing directly to our customers. We often require project financing for development and construction of certain of our projects, which require significant investments before the equity is later sold to investors. SunPower Financial relies on third-party capital providers to provide financing options through our platform to customers. As our business grows, SunPower Financial will need additional funding sources for those financing options, either from its existing capital providers or by entering into program funding agreements with new capital providers. We regularly look to minimize our cost of capital, and in support of that strategy, we will from time to time provide temporary capital support for consumer financial products in order to maximize the benefits from new funding sources. Our failure to obtain additional funding commitments in an amount needed to fund projected volume, or failure to extend our existing commitments or identify new capital providers or renewing existing providers on favorable economic terms could have a material adverse impact on our business, results of operations, cash flows, and financial condition.

*Table of Contents*

In addition, many purchasers of our systems have entered into third-party arrangements to finance their systems over an extended period of time, while many end-customers have chosen to purchase solar electricity under a Power Purchase Agreement ("PPA") with an investor or financing company that purchases the system from us or our authorized dealers. We often execute PPAs directly with the end-user, with the expectation that we will later assign the PPA to a financier. Under such arrangements, the financier separately contracts with us to acquire and build the solar power system, and then sells the electricity to the end-user under the assigned PPA. When executing PPAs with end-users, we seek to mitigate the risk that financing will not be available for the project by allowing termination of the PPA in such event without penalty. These structured finance arrangements are complex and may not be feasible in many situations.

Global economic conditions, including conditions that may make it more difficult or expensive for us to access credit and liquidity, could materially and adversely affect our business and financial results. Credit markets are unpredictable, and if they become more challenging, we may be unable to obtain project financing for our projects, customers may be unable or unwilling to finance the cost of our products, we may have difficulties in reaching agreements with financiers to finance the construction of our solar power systems, or the parties that have historically provided this financing may cease to do so, or only do so on terms that are substantially less favorable for us or our customers, any of which could materially and adversely affect our revenue and growth. As a result of economic conditions, certain of our capital partners have either reduced the amount of available capital for such financing or made the terms of such financing less favorable. Our plans to continue to grow our residential finance program may be delayed if credit conditions prevent us from obtaining or maintaining arrangements to finance those programs. We are actively arranging additional third-party financing for our residential finance program; however, if we encounter challenging credit markets, we may be unable to arrange additional financing partners for our residential finance programs in future periods, which could have a negative impact on our sales. In the event we enter into a material number of financing arrangements with customers without obtaining corresponding third-party financing, our cash, working capital, and results of operations could be negatively affected. In addition, a rise in interest rates would likely increase our customers' cost of financing or leasing our products and could reduce their profits and expected returns on investment in our products. The general reduction in available credit to would-be borrowers or lessees, worldwide economic uncertainty, and the condition of worldwide housing markets could delay or reduce our sales of products to new homebuilders and authorized resellers.

The availability of financing depends on many factors, including market conditions, tax rates, the demand for and supply for residential solar installations, and resulting risks of refinancing or disposing of such projects. It also depends in part on government incentives, such as tax incentives. In the long term, as we look toward markets not supported (or supported less) by government incentives, we will continue to need to identify financiers willing to finance residential solar systems without such incentives. Our failure to effectively do so could materially and adversely affect our business and financial results.

The lack of project financing, due to tighter credit markets or other reasons could limit our ability to offer competitive financing options for potential customers, thus reducing our revenues from the sale of such projects. We may in some cases seek to pursue partnership arrangements with financing entities to assist customers to obtain financing for the purchase or lease of our systems, which would expose us to credit or other risks. We face competition for financing partners and if we are unable to continue to offer a competitive investment profile, we may lose access to financing partners or they may offer financing on less favorable terms than to our competitors, which could materially and adversely affect our business and financial results.

***With the launch and growth of SunPower Financial, we are increasingly subject to risk related to our financing offerings directly to consumers. If our consumer underwriting and origination processes contain errors or incorrect inputs from consumers or third parties (such as credit bureaus), our reputation and relationships with capital providers and contractors could be harmed. Further, economic and other changes resulting in increases in default rates could increase our cost of capital.***

Our ability to attract capital providers for SunPower Financial on favorable economic terms is dependent in part on our ability to effectively evaluate a consumer's credit profile and likelihood of default and potential loss in accordance with the capital provider's origination policies. We use FICO scores and various credit bureau attributes to conduct this evaluation, and if any of these contain errors, or if the data provided by consumers or third parties (such as credit bureaus) is incorrect or stale, our approvals or denials may be based on faulty information. Additionally, following the date of the credit report that we obtain and review, a consumer may default on, or become delinquent in the payment of, a pre-existing debt obligation, take on additional debt, or experience other adverse financial events. If such inaccuracies or events are not detected before the customer's funding has funded, the customer may have a greater risk of default than expected. Greater defaults could damage our reputation and relationships with contractors and capital providers, causing a decrease in our ability to originate financing, or an increase in our cost of capital.

26

*Table of Contents*

Our cost of capital is also determined in part based on the default averages in SunPower Financial's consumer loan and lease borrower portfolios, which is increasingly impactful as this business line grows. If general economic conditions worsen significantly, or an increase in delinquencies and defaults by our consumer loan borrowers and lessees otherwise occurs, and we are not able to adjust our underwriting processes to address the change in credit environment, our cost of capital may increase. Any increase in our cost of capital may cause a decrease in our margins, which could have a material adverse effect on our business, results of operations, cash flows, and financial condition.

In addition, we may be subject to regular audits by our capital providers and their regulators, as well as other parties involved in SunPower Financial's processes, such as credit bureaus. These audits may include reviews of our policies and procedures with respect to consumer protection, privacy practices, information technology and security practices, and other areas of our operations. If we do not perform well in these audits, or if significant deficiencies are identified, our existing capital providers may become unwilling to extend the terms of their existing agreements with us, we may have more difficulty in engaging new capital providers on favorable economic terms or at all, our cost of capital may increase, and we could suffer reputational damage, and our business and financial position could be negatively impacted.

***If we and our partners fail to successfully execute our research and development plans and cost reduction roadmap, or fail to develop and introduce new and enhanced products and services, we may be unable to compete effectively, and our ability to generate revenues, cash flows, and profits would suffer.***

Our solar panels, including the solar panels we source from Maxeon Solar, are competitive in the market as compared with lower-cost conventional solar cells, due to our products' higher efficiencies, among other things. Given the historical general downward pressure on prices for solar panels driven by increasing supply and technological change, a component of our business strategy has been to take advantage of reductions in manufacturing costs to remain competitive. We and our suppliers also focus on standardizing products with the goal of driving down our installation costs. If our competitors are able to drive down their manufacturing and installation costs or increase the efficiency of their products faster than we can, or if competitor products are exempted from tariffs and quotas and ours are not, our products may become less competitive even when adjusted for efficiency. Further, as raw materials costs and other third-party component costs increase, as they have recently, our suppliers may not meet our cost reduction targets. If we and our partners cannot effectively execute our cost reduction roadmap, our competitive position may suffer, we could lose market share, and our margins may be adversely affected if we face downward pricing pressure.

The solar power market is characterized by continually changing technology and improving features, such as increased efficiency, higher power output, and enhanced aesthetics. Technologies developed or sold by our direct competitors, including concentrating solar cells, solar thermal electric, and other solar technologies, may provide energy at lower costs than our products. We also face competition in some markets from other energy generation sources, including conventional fossil fuels, wind, biomass, and hydro. In addition, other companies could potentially develop a highly reliable renewable energy system that mitigates the intermittent energy production drawback of many renewable energy systems. Companies could also offer other value-added improvements from the perspective of utilities and other system owners, in which case such companies could compete with us even if the cost of electricity associated with any such new system is higher than that of our systems. We also compete with traditional utilities that supply energy to our potential customers. Such utilities have greater financial, technical, operational, and other resources than we do. If electricity rates decrease and our products become less competitive by comparison, our results of operations, cash flows, and financial condition could be adversely affected.

Our failure to further refine technology, reduce costs in the manufacturing process, and develop and introduce new solar power products and related system components could cause the products we offer to become less competitive or obsolete, which could reduce our market share and cause our sales to decline. This risk requires us to work continuously with our suppliers to develop new solar power products and enhancements for existing solar power products to keep pace with evolving industry standards, competitive pricing and changing customer preferences, expectations, and requirements. It is difficult to successfully predict the products and services our customers will demand. If we cannot continually improve the efficiency and prove the reliability of our solar panels and solutions as compared with those of our competitors, our pricing will become less competitive, we could lose market share, and our margins would be adversely affected.

27

Table of Contents

As we introduce new or enhanced products or integrate new technology and components into our products, we will face risks relating to such transitions including, among other things, the incurrence of high fixed costs, technical challenges, acceptance of products by our customers and dealers, disruption in customers' and dealers' ordering patterns, insufficient supplies of new products to meet demand, possible product and technology defects arising from the integration of new technology, and a potentially different sales and support environment relating to any new technology. Our failure to manage the transition to newer products or the integration of newer technology and components into our products could adversely affect our business, results of operations, cash flows, and financial condition. See also under this section, "Risks Related to Our Sales Channels-*Changes in international trade policies, tariffs, or trade disputes could significantly and adversely affect our business, revenues, margins, results of operations, and cash flows*."

In addition, uncertainty with respect to Chinese government policies, including subsidies or other incentives for solar projects, may cause increased, decreased, or volatile supply and/or demand for solar products, which could negatively impact our revenue, earnings, and cash flow. Finally, the imposition by the United States of tariffs and quotas could materially adversely affect our ability to compete with other suppliers and developers in the U.S. market, including the aforementioned Section 201, Section 301, and AD/CVD duties and tariffs. Because of the uncertainty created by these tariffs and duties, the cost to source these materials for our products could materially increase, which could have a material adverse impact on our business, results of operations, cash flows, and financial condition.  See also under this section, "Risks Related to Our Sales Channels-*Changes in international trade policies, tariffs, or trade disputes could significantly and adversely affect our business, revenues, margins, results of operations, and cash flows*."

***The reduction, modification, or elimination of government incentives could cause our revenue to decline and harm our financial results.***

The market for on-grid applications, where solar power is used to supplement a customer's electricity purchased from the utility network or sold to a utility under tariff, depends in part on the availability and size of government mandates and economic incentives because, at present, the cost of solar power generally exceeds retail electric rates in many locations and wholesale peak power rates in some locations. Incentives and mandates vary by geographic market. Various government bodies where we do business have provided incentives in the form of feed-in tariffs, rebates, and tax credits and or other incentives and mandates, such as renewable portfolio standards and net metering, to end-users, distributors, system integrators, and manufacturers of solar power products to promote the use of solar energy in on-grid applications and to reduce dependency on other forms of energy. These various forms of support for solar power are subject to change (as, for example, occurred in 2020 with California's adoption of building standards requiring the installation of solar systems on new homes, and in 2022 with California's adoption of changes to its net energy metering program), and are expected in the longer term to decline. Even changes that may be viewed as positive (such as extensions of U.S. tax credits related to solar power) can have negative effects if they result, for example, in delaying purchases that otherwise might have been made before expiration or scheduled reductions in such credits. Governmental decisions regarding the provision of economic incentives often depend on political and economic factors that we cannot predict and that are beyond our control. The reduction, modification, or elimination of grid access, government mandates, or economic incentives in one or more of our customer markets would materially and adversely affect the growth of such markets or result in increased price competition, either of which could cause our revenue to decline and materially adversely affect our business and financial results.

28

*Table of Contents*

***Existing regulations and policies and changes to these regulations and policies may present technical, regulatory, and economic barriers to the purchase and use of solar power products, which may significantly reduce demand for our products and services.***

The market for electric generation products is heavily influenced by federal, state, and local government laws, regulations, and policies concerning the electric utility industry in the United States and abroad, as well as policies promulgated by electric utilities. These regulations and policies often relate to electricity pricing and technical interconnection of customer-owned electricity generation, and changes that make solar power less competitive with other power sources could deter investment in the research and development of alternative energy sources as well as customer purchases of solar power technology, which could in turn result in a significant reduction in the demand for our solar power products. The market for electric generation equipment is also influenced by trade and local content laws, regulations, and policies that can discourage growth and competition in the solar industry and create economic barriers to the purchase of solar power products, thus reducing demand for our solar products. In addition, on-grid applications depend on access to the grid, which is also regulated by government entities. We anticipate that our solar power products and their installation will continue to be subject to oversight and regulation in accordance with federal, state, local, and foreign regulations relating to construction, safety, environmental protection, utility interconnection and metering, trade, and related matters. It is difficult to track the requirements of individual states or local jurisdictions and design equipment to comply with the varying standards. Any new regulations or policies pertaining to our solar power products may result in significant additional expenses to us, our resellers, and our resellers' customers, which could cause a significant reduction in demand for our solar power products. See also under this section, "Risks Related to Our Sales Channels-*Changes in international trade policies, tariffs, or trade disputes could significantly and adversely affect our business, revenues, margins, results of operations, and cash flows.*"

***A change in the solar investment tax credit could adversely affect our business, revenues, margins, results of operations, and cash flows.***

We have incorporated into our financial planning and agreements with our customers certain assumptions regarding the future level of U.S. tax incentives, including the ITC, which is administered by the IRS. On August 16, 2022, the Inflation Reduction Act of 2022 ("IRA") was signed into law by President Joe Biden. The IRA includes, among other things, an expansion and extension of the ITC for eligible solar energy systems through at least 2032. We hold projects and have sold projects, or expect to sell projects, to certain customers based on certain underlying assumptions regarding the ITC. We have also accounted for certain projects and programs in our business using the same assumptions.

Owners of our qualifying projects and our residential lease program have applied or will apply for the ITC and the assumptions regarding expected tax benefits, both in timing and amount, are made in accordance with the guidance provided by the IRS. Any changes to the IRS guidance which we relied upon in structuring our projects, failure to comply with the requirements, including the safe harbor guidance, lower levels of incentives granted, or changes in assumptions including the estimated residual values and the estimated fair market value of financed and installed systems for the purposes of the ITC, could materially and adversely affect our business and financial results. If the IRS disagrees, as a result of any future review or audit, with the fair market value of, or other assumptions concerning, our solar projects or systems that we have constructed or that we construct in the future, including the systems for which tax incentives have already been paid, it could have a material adverse effect on our business and financial condition. We also have obligations to indemnify certain of our customers and investors for the loss of tax incentives. We may have to recognize impairments or lower margins than initially anticipated for certain of our projects or our residential lease program. Additionally, if the amount or timing of ITCs received varies from what we have projected, our revenues, margins, and cash flows could be adversely affected and we may have to recognize losses, which would have a material adverse effect on our business, results of operations, cash flows, and financial condition.

There are continuing developments in the interpretation and application of how companies should calculate their eligibility and level of ITC incentives. There have been recent cases in the U.S. district courts that challenge the criteria for a true lease, which could impact whether the structure of our residential lease program qualifies under the ITC. If the IRS redetermines the amount of the ITC, investors may be required to make corresponding adjustments to their taxable income or other changes. Such adjustments may provide us with an indication of IRS practice regarding the valuation of residential leased solar assets, and we would consider such adjustments in our accounting for our indemnification obligations to investors who receive ITCs.

***As our sales to residential customers have grown, including through dealers and directly to consumers, and with the launch of SunPower Financial, we have increasingly become subject to substantial financial services and consumer protection laws and regulations. Any failure to comply with laws and regulations relating to interactions by us or third parties (such as our***

29

*Table of Contents*

***dealers and sub-servicers) with consumers or with licensing requirements applicable to our business could result in negative publicity, claims, investigations and litigation, and may adversely affect our financial performance.***

As we continue to seek to expand our retail customer base and expand our direct sales channel, our activities with customers, especially our financing activities with our residential customers, are subject to numerous federal, state, and local laws, including consumer protection laws. For example, in December 2021, we announced the launch of SunPower Financial, our new in-house financial products business. If we are unable to successfully operate this business, we may not realize its anticipated benefits. This initiative requires that our subsidiary maintain certain non-bank financial services licenses in a number of jurisdictions. While we believe we have obtained all necessary licenses, the application of some consumer finance licensing laws to our financial products offerings is unclear. If we are is found to be in violation of applicable licensing requirements by a court or a state, federal, or local enforcement agency, we could be subject to fines, damages, injunctive relief (including required modification or discontinuation of our business in certain areas), criminal penalties and other penalties or consequences, including indemnification obligations to its capital providers, and financing originated through SunPower Financial could be rendered void or unenforceable, in whole or in part, any of which could have a material adverse effect on SunPower's business, financial condition and results of operations.

Federal, state, and local laws and regulations impose other requirements and limitations related to financial services and other consumer activities, including with respect to terms of credit, disclosures, truth-in-lending, equal credit opportunity, fair credit reporting, consumer leasing, telephone and digital marketing, privacy and cybersecurity, home improvement contracts. These laws and regulations are implemented and enforced by a number of federal, state and local governmental entities. For example, the federal Consumer Financial Protection Bureau ("CFPB") has broad rule-making and enforcement authority with respect to a wide range of consumer financial protection laws that regulate consumer finance businesses, such as our solar financing business. Compliance with these regulatory requirements may increase the costs of, impose additional restrictions on, or otherwise adversely affect companies providing such financial services.

Claims arising out of actual or alleged violations of law may be asserted against us by individuals or governmental entities and may expose us to significant damages or other penalties, including fines. In addition, our affiliations with third-party dealers and sub-servicers for our financial products may subject us to alleged liability in connection with actual or alleged violations of law by such third-parties, whether or not actually attributable to us, which may expose us to significant damages and penalties, and we may incur substantial expenses in defending against legal actions related to third-parties, whether or not we are ultimately found liable.

***With SunPower Financial, we are subject to a complex and constantly evolving consumer finance regulatory environment, which is difficult to predict, and which may affect our business and financial performance.***

With SunPower Financial, and the introduction of new financial products, we are subject to additional state and federal regulatory regimes in connection with financial products and consumer credit transactions. The complex regulatory environment of the consumer credit industry is subject to constant change and modification. Some of these laws and regulations have been enacted only recently and ambiguities may create uncertainty, which may lead to regulatory investigations, governmental enforcement actions and private causes of action, such as class action lawsuits, with respect to our compliance with such laws or regulations. The laws to which we and SunPower Financial may be subject, directly or indirectly, include, among others:

- state laws and regulations that impose requirements related to loan disclosures and terms, credit discrimination and unfair, deceptive or abusive business acts or practices;

- the Truth-in-Lending Act, and its implementing Regulation Z, and similar state laws, which require certain disclosures to borrowers regarding the terms and conditions of their loans and credit transactions;

- Section 5 of the Federal Trade Commission Act, which prohibits unfair and deceptive acts or practices in or affecting commerce, and Section 1031 of the Dodd-Frank Act, which prohibits unfair, deceptive, or abusive acts or practices ("UDAAP"), in connection with any consumer financial product or service;

- the Equal Credit Opportunity Act, and its implementing Regulation B, which prohibit creditors from discriminating against credit applicants on the basis of race, color, sex, age, religion, national origin, marital status, the fact that all or part of the applicant's income derives from any public assistance program or the fact that the applicant has in good faith exercised any right under the Federal Consumer Credit Protection Act or any applicable state law;

30

*Table of Contents*

- the Fair Credit Reporting Act (the "FCRA"), and its implementing Regulation V, as amended by the Fair and Accurate Credit Transactions Act, which promotes the accuracy, fairness and privacy of information in the files of consumer reporting agencies;

- the Fair Debt Collection Practices Act, and its implementing Regulation F, the Telephone Consumer Protection Act, as well as state debt collection laws, all of which provide guidelines and limitations concerning the conduct of debt collectors in connection with the collection of consumer debts;

- the Bankruptcy Code, which limits the extent to which creditors may seek to enforce debts against parties who have filed for bankruptcy protection;

- the California Consumer Privacy Act, which includes limitations on the disclosure of consumer personal information by financial institutions to nonaffiliated third parties, requires financial institutions to limit the use and further disclosure of personal information by nonaffiliated third parties to whom they disclose such information and requires financial institutions to disclose certain privacy policies and practices with respect to information sharing with affiliated and nonaffiliated entities as well as to safeguard personal consumer information, and other privacy laws and regulations;

- the Gramm Leach Bliley Act, and its implementing Regulation P, which requires financial institutions to disclose certain information to consumers about the privacy and use of their data and which imposes certain data security requirements on financial institutions;

- the Servicemembers Civil Relief Act, which allows active duty military members to suspend or postpone certain civil obligations, and prohibits certain creditor self-help remedies, including repossession, so that the military member can devote his or her full attention to military duties;

- the Military Lending Act, enacted in 2006 and implemented by the Department of Defense, which imposes a 36% cap on the "all-in" annual percentage rates charged on certain loans to active-duty members of the U.S. military, reserves and National Guard and their dependents;

- the Electronic Fund Transfer Act, and Regulation E promulgated thereunder, which provide disclosure requirements, guidelines and restrictions on the electronic transfer of funds from consumers' bank accounts; and

- the Bank Secrecy Act, which relates to compliance with anti-money laundering, due diligence and record-keeping policies and procedures.

While we have developed policies and procedures designed to assist in compliance with these laws and regulations, and hired compliance personnel dedicated to SunPower Financial to oversee them, there can be no assurance that these policies and procedures will be effective. Failure to comply with these laws and with regulatory requirements applicable to our business could subject us to damages, revocation of licenses, class action lawsuits, administrative enforcement actions, civil and criminal liability, indemnification obligations to our capital providers, repurchase obligations and reputational damage, any of which may harm our business, results of operations, cash flows and financial condition.

The current regulatory environment, increased regulatory compliance requirements and enhanced regulatory enforcement could result in significant operational and compliance costs and may prevent us from offering certain products and services in the future. In addition, from time to time, through our operational and compliance controls, we may identify compliance issues that require us to make operational changes and, depending on the nature of the issue and contractual obligations to our various capital providers, result in financial remediation to impacted capital providers or consumers. These self-identified issues and voluntary remediation payments could be significant, depending on the issue and the number of capital providers, contractors or consumers impacted, and also could generate litigation or regulatory investigations that subject us to additional risk.

31

*Table of Contents*

***We do not typically maintain long-term agreements with our customers and accordingly we could lose customers without warning, which could adversely affect our business results.***

Our product sales to residential dealers typically are not made under long-term agreements. We often contract to construct or sell projects with no assurance of repeat business from the same customers in the future. Although cancellations of our purchase orders to date have been infrequent, our customers may cancel or reschedule purchase orders with us on relatively short notice. Cancellations or rescheduling of customer orders could result in the delay or loss of anticipated sales without allowing us sufficient time to reduce, or delay the incurrence of, our corresponding inventory and operating expenses. In addition, changes in forecasts or the timing of orders from these or other customers expose us to the risks of inventory shortages or excess inventory. These circumstances, in addition to the completion and non-repetition of projects, declining average selling prices, changes in the relative mix of sales of solar equipment versus solar project installations, and the fact that our supply agreements are generally long-term in nature and many of our other operating costs are fixed, could cause our results to fluctuate and may result in a material adverse effect in our business, results of operations, cash flows, and financial condition.

***Our business could be adversely affected by seasonal trends, poor weather, labor shortages, and construction cycles.***

Our business is subject to significant industry-specific seasonal fluctuations. Our sales have historically reflected these seasonal trends, with the largest percentage of our total revenues realized during the second half of each fiscal year. There are various reasons for this seasonality, mostly related to economic incentives, such as changes to the amount and timing of ITC, and weather patterns. For example, in the United States, many customers make purchasing decisions towards the end of the year in order to take advantage of tax credits. In addition, sales in the new home development market are often tied to construction market demands, which tend to follow national trends in construction, including declining sales during cold and/or rainy weather months.

***The competitive environment in which we operate often requires us to undertake customer obligations or provide indemnifications, which may turn out to be costlier than anticipated and, in turn, materially and adversely affect our business, results of operations, cash flows, and financial condition.***

We are often required, as a condition of financing or at the request of our end customer, to undertake certain obligations such as:

- system output performance warranties;

- system maintenance;

- indemnification for site damage or environmental impacts that we may be required to provide for certain projects in some cases with very high or no caps or limitations of liability; and

- indemnification against losses as a result of reductions in benefits received under ITC and of the Treasury grant programs under Section 1603 of the American Recovery and Reinvestment Act.

Such financing arrangements and customer obligations involve complex accounting analyses and judgments regarding the timing of revenue and expense recognition, and in certain situations these factors may require us to defer revenue or profit recognition until projects are completed or until contingencies are resolved, which could adversely affect our revenues and profits in a particular period. In addition, we may experience significant losses as the result of such responsibilities and indemnification obligations, which may adversely impact our business, cash flows, and financial condition.

**Risks Related to Our Supply Chain**

***We depend on a limited number of suppliers for certain critical components, and finished products, including our solar modules, microinverters, and storage solutions. Any shortage, interruption or delay, deterioration of our relationships with, or price change from these suppliers could adversely affect our business, prevent us from delivering products to our customers within required timeframes, and could in turn result in sales and installation delays, cancellations, penalty payments, or loss of market share.***

We are party to master supply agreements with a limited number of suppliers for critical components of our solar systems, including Maxeon Solar for the exclusive supply of high efficiency solar modules. Under these supply agreements, we are required to purchase, and our suppliers are required to supply, specified amounts of certain products during their respective terms, at prices that may be subject to periodic adjustment based on agreed commodity price indices, and for which we and our

32

*Table of Contents*

suppliers may be subject to penalties or early termination relating to delivery delays, failure to purchase minimum product volumes, and other customary provisions. Because we have a limited number of suppliers of such critical products, any delay or failure to supply the necessary products, or supply such products in a manner that meets our quality and quantity requirements, substantial changes to commodity price indices, and any significant deterioration in our relationship with our key suppliers, could have a material adverse effect on our business, results of operations, cash flows, and financial condition.

In addition, we purchase microinverters, batteries, and other system components from a limited number of suppliers, which means we may be exposed to supply issues, price changes, and quality issues. If we fail to maintain our relationships with these and other suppliers, we may not be able to meet anticipated demand, and we may be impacted by price changes and delays. If one or more of the suppliers we rely on ceases or reduces production, we may be unable to quickly identify alternate suppliers or to qualify alternative products on commercially reasonable terms, and our business and financial performance may suffer.

The manufacturing process for our components may have long lead times, and in some cases relies on the continued availability of key raw materials, which could impact our suppliers' ability to meet our demand for these components. To the extent the processes and technologies that our suppliers use to manufacture components are proprietary, we may be unable to obtain comparable components from alternative suppliers. The financial markets could limit our suppliers' ability to raise capital if required to expand their production to satisfy their operating capital requirements or make the necessary investments in new technologies. As a result, they could be unable to supply necessary products, including new products, raw materials, inventory, and capital equipment which we would require to support our planned sales operations to us, which would in turn negatively impact our sales volume, profitability, and cash flows. The failure of a supplier to supply raw materials or components in a timely manner, or to supply raw materials or components that meet our quality, quantity, and cost requirements, could impair our ability to manufacture our products or could increase our cost of production. If we cannot obtain substitute materials or components on a timely basis or on acceptable terms, we could be prevented from delivering our products to our customers within required time frames.

While global solar cell and panel production capacity has materially increased overall, supply chain constraints have led to an environment of constrained capacity among solar cell and solar panel manufacturers. Supply chain constraints and inflationary pressures may cause the cost of solar cells and panels, and other components of the products we sell, to rise, and our suppliers may seek to pass these costs on to us, which would increase our costs and could result in lower margins and revenues, and could have a material adverse impact on our business, cash flows, and financial condition. Conversely, an increase in the global supply of solar cells and panels, and increasing competition, may cause substantial downward pressure on the prices of such products, limiting our ability to sell our differentiated panels at a premium, causing us to lose sales or market share, resulting in lower revenues, earnings, and cash flows. For example, we have received requests from multiple suppliers to adjust pricing based on cost increases pertaining to raw materials, shipping and logistics, and finished goods, and are evaluating whether these requests are valid or permitted under our contracts. We ultimately may have to accept these and other future cost increases, whether for business or contractual reasons.

33

*Table of Contents*

In addition, our supply chain is subject to natural disasters and other events beyond our control, such as raw material, component, and labor shortages, global and regional shipping and logistics constraints, work stoppages, epidemics or pandemics, including effects experienced as a result of pandemics, such as COVID-19, earthquakes, floods, fires, volcanic eruptions, power outages, or other natural disasters, and the physical effects of climate change, including changes in weather patterns (including floods, fires, tsunamis, drought, and rainfall levels), water availability, storm patterns and intensities, and temperature levels. Human rights concerns, including forced labor and human trafficking, in foreign countries and associated governmental responses have the potential to disrupt our supply chain, and our operations could be adversely impacted. For example, the U.S. Department of Homeland Security issued a withhold release order on June 24, 2021 applicable to silica-based products made by a major producer of polysilicon used by manufacturers of solar panels in China's Xinjiang Uyghur autonomous region, over allegations of widespread, state-backed forced labor in the region, and on December 23, 2021, the President of the United States signed the Uyghur Forced Labor Prevention Act ("UFLPA") into law, which creates a rebuttable presumption that all goods manufactured even partially in China's Xinjiang Uyghur autonomous region are the product of forced labor and therefore not entitled to entry at U.S. ports. The UFLPA also builds on the 2020' Uyghur Human Rights Policy Act by expanding its authorization of sanctions to cover foreign individuals responsible for human rights abuses related to forced labor. Although we do not believe that raw materials used in the products we sell are sourced from this or other regions with forced labor concerns, any delays or other supply chain disruption resulting from these concerns or any of the supply chain risks articulated above, associated governmental responses, or a desire to source products, components, or materials from other manufacturers or regions could result in shipping, sales and installation delays, cancellations, penalty payments, or loss of revenue and market share, or may cause our key suppliers to seek to re-negotiate terms and pricing with us, any of which could have a material adverse effect on our business, results of operations, cash flows, and financial condition. In addition, the requirements of these laws and other legislation that has been introduced, or may be introduced in the future relating to these issues, may cause us to incur substantially higher compliance and due diligence costs in connection with procurement and may result in higher import costs and potentially import bans, any of which could have additional adverse impacts on our business and results of operations.

***We utilize term loans and other financing structures to fund acquisitions, development, construction, and expansion of certain solar projects, and such funds may or may not continue to be available as required to further our plans. Furthermore, such project financing increases our consolidated debt.***

Certain of our subsidiaries and other affiliates are separate and distinct legal entities and, except in limited circumstances, have no obligation to pay any amounts due with respect to our indebtedness or indebtedness of other subsidiaries or affiliates, and do not guarantee the payment of interest on or principal of such indebtedness. Such subsidiaries may borrow funds to finance particular projects. In the event of a default under a project financing which we do not cure, the lenders or lessors generally have rights to the project and related assets. In the event of foreclosure after a default, we may not be able to retain any interest in the collateral supporting such financing. In addition, any such default or foreclosure may trigger cross default provisions in our other financing agreements, including our corporate debt obligations, which could materially and adversely affect our financial condition. In the event of our bankruptcy, liquidation, or reorganization (or the bankruptcy, liquidation, or reorganization of a subsidiary or affiliate), such subsidiaries' or other affiliates' creditors, including trade creditors and holders of debt issued by such subsidiaries or affiliates, will generally be entitled to payment of their claims from the assets of those subsidiaries or affiliates before any assets are made available for distribution to us or the holders of our indebtedness. As a result, holders of our corporate indebtedness will be effectively subordinated to all present and future debts and other liabilities (including trade payables) of certain of our subsidiaries.

**Risks Related to Our Operations**

***If we have quality issues with our solar and related products, such as the third-party connector issue we experienced in fiscal 2021, our sales, profit, and cash flows could decrease and our relationships with our customers and our reputation may be harmed.***

Products as complex as ours may contain undetected errors or defects, especially when first introduced. For example, we identified an issue with third-party connectors used in certain of our products, and recorded accounting charges of $19.8 million related to repair costs during fiscal 2021. In addition, our solar panels may contain defects that are not detected until after they are shipped or are installed because we and our suppliers cannot test for all possible scenarios. These defects could cause us to incur significant warranty, non-warranty, and re-engineering costs, which may not be covered by manufacturer warranties, and could significantly affect our customer relations and business reputation. If we deliver products with errors or defects, or if there is a perception that such products contain errors or defects, our credibility and the market acceptance and sales of our products could be harmed. In addition, some of our arrangements with customers include termination or put rights for non-performance. In certain limited cases, we could incur liquidated damages or even be required to buy back a customer's system at fair value on specified future dates if certain minimum performance thresholds are not met.

Table of Contents

***Acquisitions of other companies, project development pipelines, and other assets, or investments in or joint ventures with other companies, as well as divestitures and other significant transactions, could materially and adversely affect our results of operations, cash flows, and financial condition, and dilute our stockholders' equity.***

To further our business strategy and maintain our competitive position, we have acquired a number of other companies and entered into joint ventures in past years, including our SunStrong and Solar Sail joint ventures with Hannon Armstrong Sustainable Infrastructure Capital, Inc. ("Hannon Armstrong"), the sale of our C&I Solutions business in fiscal 2022, and our acquisition of Blue Raven in fiscal 2021. In the future, we may acquire additional companies, project pipelines, products, or technologies, make strategic investments, and enter into additional joint ventures or other strategic initiatives.

Acquisitions, joint ventures, and divestitures involve a number of risks that could harm our business and performance, including:

- insufficient experience with technologies and markets in which an acquired business or joint venture is involved, which may be necessary to successfully operate and/or integrate the business or the joint venture;

- problems integrating acquired operations, personnel, IT infrastructure, technologies, or products with the existing business and products, or potential failure to satisfy post-closing obligations with respect to strategic initiatives;

- diversion of management time and attention from the core business to an acquired business or joint venture or in connection with a strategic transaction;

- potential litigation or claims relating to such acquisitions, divestitures or joint ventures, including litigation arising from disagreements with counterparties or claims by or on behalf of our stockholders, such as the pending dispute regarding certain post-closing purchase price adjustments and the lawsuit purportedly filed by our stockholders, in each case, in connection with the disposition of our C&I Solutions business, which are described in more detail in "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 3. *Discontinued Operations* and Note 18. *Subsequent Events*," respectively;

- potential failure to retain or hire key technical, management, sales, and other personnel of the acquired business or joint venture;

- difficulties in retaining or building relationships with suppliers and customers of the acquired business or joint venture, particularly where such customers or suppliers compete with us;

- potential failure of the due diligence processes to identify significant issues with product quality and development or legal and financial liabilities, among other things;

- potential inability to obtain, or obtain in a timely manner, approvals from governmental authorities or work councils, which could delay or prevent acquisitions, delay our ability to achieve synergies, or adversely impact our successful operation of acquired companies or joint ventures;

- potential necessity to re-apply for permits as a result of acquired or divested projects;

- problems managing joint ventures with our partners, meeting capital requirements for expansion, potential litigation with joint venture partners and reliance upon joint ventures which we do not control;

- differences in philosophy, strategy, or goals with our joint venture partners;

- subsequent impairment of the acquired assets, including intangible assets; and

- assumption or retention of liabilities including, but not limited to, lawsuits, tax examinations, warranty issues, environmental matters, and liabilities associated with compliance with laws (for example, the Foreign Corrupt Practices Act ("FCPA")).

35

*Table of Contents*

Additionally, we may decide that it is in our best interests to enter into acquisitions or joint ventures that are dilutive to earnings per share or that negatively impact margins or cash flow as a whole in the short to medium term. In an effort to reduce our cost of revenues, we have and may continue to enter into acquisitions or joint ventures involving suppliers or manufacturing partners, which would expose us to additional supply chain risks. Acquisitions or joint ventures could also require investment of significant financial resources and require us to obtain additional equity financing, which may dilute our stockholders' equity, or require us to incur additional indebtedness. Such equity or debt financing may not be available on terms acceptable to us, or at all. In addition, we could in the future make additional investments in our joint ventures or guarantee certain financial obligations of our joint ventures, which could reduce our cash flows, increase our indebtedness, and expose us to the credit risk of our joint ventures.

To the extent that we invest in upstream suppliers or downstream channel capabilities, we may experience competition or channel conflict with certain of our existing and potential suppliers and customers. Specifically, existing and potential suppliers and customers may perceive that we are competing directly with them by virtue of such investments and may decide to reduce or eliminate their supply volume to us or order volume from us.

Acquisitions could also result in dilutive issuances of equity securities, the use of our available cash, or the incurrence of debt, which could harm our financial results. Further, we may not realize some or all of the anticipated strategic, financial, operational, marketing, or other benefits from the acquisitions, joint ventures, or other strategic initiatives. We cannot predict with certainty when the benefits expected from these transactions will occur or the extent to which they will be achieved.

***If we cannot offer residential lease customers an attractive value proposition due to an inability to continue to monetize tax benefits in connection with our residential lease arrangements, an inability to obtain financing for our residential lease programs, challenges implementing our third-party ownership model in new jurisdictions, declining costs of retail electricity, or other reasons, we may be unable to continue to increase the size of our residential lease program, which could have a material, adverse effect on our business, results of operations, cash flows, and financial condition.***

Our residential lease program has been, and continues to be, eligible for the ITC. We have relied on, and expect to continue to rely on, financing structures that monetize a substantial portion of those benefits. If we were unable to continue to monetize the tax benefits in our financing structures or such tax benefits were reduced or eliminated, we might be unable to provide financing or pricing that is attractive to our customers.

Changes in existing law and interpretations by the IRS and the courts could reduce the willingness of financing partners to invest in funds associated with our residential lease program. Additionally, benefits under the ITC programs are tied, in part, to the fair market value of our systems, as ultimately determined by the federal agency administering the benefit program. This means that, in connection with implementing financing structures that monetize such benefits, we need to, among other things, assess the fair market value of our systems in order to arrive at an estimate of the amount of tax benefit expected to be derived from the benefit programs. We incorporate third-party valuation reports that we believe to be reliable into our methodology for assessing the fair market value of our systems, but these reports or other elements of our methodology may cause our fair market value estimates to differ from those ultimately determined by the federal agency administering the applicable benefit program. If the amount or timing of the ITC received in connection with our residential lease program varies from what we have projected, due to discrepancies in our fair value assessments or otherwise, our revenues, cash flows, and margins could be adversely affected.

Additionally, if any of our financing partners that currently provide financing for our solar systems decide not to continue to provide financing due to general market conditions, changes in tax benefits associated with our solar systems, concerns about our business or prospects, or any other reason, or if they materially change the terms under which they are willing to provide future financing, we will need to identify new financing partners and negotiate new financing terms.

See also under this section, "Risks Related to Our Supply Chain-*A change in the solar investment tax credit could adversely affect our business, revenues, margins, results of operations, and cash flows.*"

*Table of Contents*

We have to continuously build and improve infrastructure to support our residential lease program, and any failure or delay in implementing the necessary processes and infrastructure could adversely affect our results of operations. We establish credit approval limits based on the credit quality of our customers. We may be unable to collect rent payments from our residential lease customers in the event they enter into bankruptcy or otherwise fail to make payments when due. If we experience higher customer default rates than we currently experience or if we lower credit rating requirements for new customers, it could be more difficult or costly to attract future financing. See also under this section, "Risks Related to Our Sales Channels-*The execution of our growth strategy is dependent upon the continued availability of third-party financing arrangements for our projects, including our residential finance programs and offerings through SunPower Financial, and is affected by general economic conditions and other factors.*"

We make certain assumptions in accounting for our residential lease program, including, among others, assumptions in accounting for our residual value of the leased systems. As our residential lease program grows, if the residual value of leased systems does not materialize as assumed, it will adversely affect our results. At the end of the term of the lease, our customers have the option to extend the lease and certain of those customers may either purchase the leased systems at fair market value or return them to us. Should there be a large number of returns, we may incur de-installation costs in excess of amounts reserved.

We believe that, as with our other customers, retail electricity prices factor significantly into the value proposition of our products for our residential lease customers. If prices for retail electricity or electricity from other renewable sources decrease, our ability to offer competitive pricing in our residential lease program could be jeopardized because such decreases would make the purchase of our solar systems or the purchase of energy under our lease agreements and PPAs less economically attractive.

Our leases are third-party ownership arrangements. Sales of electricity by third parties face regulatory challenges in some states and jurisdictions. Other challenges pertain to whether third-party owned systems qualify for the same levels of rebates or other non-tax incentives available for customer-owned solar energy systems. Reductions in, or eliminations of, this treatment of these third-party arrangements could reduce demand for our residential lease program.

***We install a significant portion of residential solar power systems and are subject to risks associated with construction, safety, cost overruns, delays, and other contingencies any of which could have a material adverse effect on our business and financial results.***

We install many of our residential solar power systems. We attempt to estimate all essential costs at the time we construct solar power systems; however, these cost estimates are preliminary and may or may not be covered by contracts between us or the subcontractors, suppliers, and any other parties that may become necessary to complete the project. In addition, we require qualified, licensed subcontractors to install most of our systems. Thus, if the cost of materials or skilled labor were to rise dramatically, an installation faced substantial delays, or if financing costs were to increase, our results of operations and cash flows could be adversely affected.

***We have significant supplier relationships outside the United States, as well as certain international activities and customers, which may subject us to additional business risks, including logistical complexity and political instability.***

A portion of our supply agreements are with manufacturers and equipment vendors located outside of the United States, and, although our business is primarily U.S.-focused, we do have legacy customers and projects as well as assets located outside of the United States.

Risks we face in conducting business internationally include:

- multiple, conflicting, and changing laws and regulations relating to employment, environmental protection, international trade, and other government approvals, permits, and licenses and regulatory requirements;

- financial risks, such as longer sales and payment cycles, greater difficulty enforcing rights and remedies under, including collecting accounts receivable, and capital controls or other restrictions on the transfer of funds;

- currency fluctuations, government-fixed foreign exchange rates, the effects of currency hedging activity, and the potential inability to hedge currency fluctuations;

- political and economic instability, including wars, acts of terrorism, political unrest, boycotts, curtailments of trade, nationalization of assets, and other business restrictions;

37

*Table of Contents*

- trade barriers such as import and export requirements or restrictions, licensing requirements, tariffs, taxes and other restrictions and expenses for which we may have responsibility, which could increase the prices of our products and make us less competitive in some countries; and

- liabilities associated with compliance with laws (for example, the FCPA in the United States and similar laws outside of the United States).

We have a complex organizational structure that includes global entities. This increases the potential impact of adverse changes in laws, rules, and regulations affecting the free flow of goods and personnel, and therefore heightens some of the risks noted above. Further, we must work with our suppliers to effectively manage the flow of products in light of these risks. If we fail to do so, our available inventory may not correspond with product demand. If we are unable to successfully manage any such risks, any one or more could materially and adversely affect our business, results of operations, cash flows, and financial condition.

***We may not be able to expand our business or manage our future growth effectively.***

We may not be able to expand our business or manage future growth. We plan to continue to improve our operations and processes and expand our sales and operations, which will require:

- enhancing our customer resource management and other systems;

- implementing and improving additional and existing administrative, financial and operations systems, procedures and controls, including the need to centralize, update and integrate our global financial internal controls;

- hiring additional employees and expanding our contractor relationships;

- expanding and upgrading our technological capabilities;

- managing numerous relationships with our customers, suppliers, and other third parties;

- maintaining adequate liquidity and financial resources; and

- continuing to increase our revenues from operations.

Maintaining adequate liquidity is dependent upon a variety of factors, including continued earnings from operations, working capital improvements, and compliance with our indentures and credit agreements. If we are unsuccessful in any of these areas, we may not be able to achieve our growth strategy as planned during the foreseeable future. In addition, we need to manage our organizational growth, including rationalizing reporting structures, support teams, and enabling efficient decision making. If we are unable to manage our growth effectively, we may not be able to take advantage of market opportunities, develop new products, satisfy customer requirements, execute our business plan, or respond to competitive pressures.

***We may incur unexpected warranty and product liability claims that could materially and adversely affect our financial condition, cash flows, and results of operations.***

In our project installations, our current standard warranty for our solar power systems differs by geography and end-customer application and usually includes a limited warranty of up to 10 years for defects in workmanship, after which the customer may typically extend the period covered by its warranty for an additional fee. We also typically provide a system output performance warranty, separate from our standard solar panel product warranty, to customers that have subscribed to our post-installation O&M services. The long warranty period and nature of the warranties create a risk of extensive warranty claims long after we have completed a project and recognized revenues. Warranty and product liability claims may also result from defects or quality issues in certain technology and components (whether manufactured by us or third parties) that we incorporate into our solar power systems, such as solar cells, panels, inverters, and microinverters, over which we may have little or no control. See also under this section "Risks Related to Our Supply Chain-*We depend on a limited number of suppliers for certain critical components, and finished products, including our solar modules, microinverters, and storage solutions. Any shortage, interruption or delay, deterioration of our relationships with, or price change from these suppliers could adversely affect our business, prevent us from delivering products to our customers within required timeframes, and could in turn result in sales and installation delays, cancellations, penalty payments, or loss of market share.*"

*Table of Contents*

While we generally have recourse through the manufacturer warranties we receive from our suppliers we may be responsible for repairing or replacing defective parts during our warranty period, often including those covered by manufacturers' warranties, or incur other non-warranty costs. If a manufacturer disputes or otherwise fails to honor its warranty obligations, we may be required to incur substantial costs before we are compensated, if at all, by the manufacturer. Furthermore, our warranties may exceed the period of any warranties from our suppliers covering components, such as third-party solar cells, third-party panels, and third-party inverters, included in our systems. In addition, manufacturer warranties may not fully compensate us for losses associated with third-party claims caused by defects or quality issues in their products. For example, most manufacturer warranties exclude certain losses that may result from a system component's failure or defect, such as the cost of de-installation, re-installation, shipping, lost electricity, lost renewable energy credits or other solar incentives, personal injury, property damage, and other losses. In certain cases, the direct warranty coverage we provide to our customers, and therefore our financial exposure, may exceed our recourse available against cell, panel, or other manufacturers for defects in their products. In addition, in the event we seek recourse through warranties, we will also be dependent on the creditworthiness and continued existence of the suppliers to our business. In the past, certain of our suppliers have entered bankruptcy and our likelihood of a successful warranty claim against such suppliers is minimal.

Increases in the defect rate of SunPower or third-party products, including components, could cause us to increase the amount of warranty reserves and have a corresponding material, negative impact on our results of operations. Further, potential future product or component failures could cause us to incur substantial expense to repair or replace defective products or components, and we have agreed in some circumstances to indemnify our customers and our distributors against liability from some defects in our solar products. A successful indemnification claim against us could require us to make significant damage payments. Repair and replacement costs, as well as successful indemnification claims, could materially and negatively impact our financial condition, cash flows, and results of operations.

Like other retailers, distributors, and manufacturers of products that are used by customers, we face an inherent risk of exposure to product liability claims in the event that the use of the solar power products into which solar cells, solar panels, and microinverters are incorporated results in injury, property damage, or other damages. We may be subject to warranty and product liability claims in the event that our solar power systems fail to perform as expected or if a failure of our solar power systems or any component thereof results, or is alleged to result, in bodily injury, property damage, or other damages. Since our solar power products are electricity-producing devices, it is possible that our systems could result in injury, whether by product malfunctions, defects, improper installation, or other causes. In addition, since we only began selling our solar cells and solar panels in the early 2000s and the products we are developing incorporate new technologies and use new installation methods, we cannot predict the extent to which product liability claims may be brought against us in the future or the effect of any resulting negative publicity on our business. Moreover, we may not have adequate resources to satisfy a successful claim against us. We rely on our general liability insurance to cover product liability claims. A successful warranty or product liability claim against us that is not covered by insurance or is in excess of our available insurance limits could require us to make significant payments of damages. In addition, quality issues can have various other ramifications, including delays in the recognition of revenue, loss of revenue, loss of future sales opportunities, increased costs associated with repairing or replacing products, and a negative impact on our goodwill and reputation, any of which could adversely affect our business, results of operations, cash flows, and financial condition.

***We may in the future be required to consolidate the assets, liabilities, and results of operations of certain of our existing or future joint ventures, which could have an adverse impact on our results of operations, financial position, and gross margin.***

The Financial Accounting Standards Board has issued accounting guidance regarding variable interest entities ("VIEs") that affects our accounting treatment of our existing and future joint ventures. To ascertain whether we are required to consolidate an entity, we determine whether it is a VIE and if we are the primary beneficiary in accordance with the accounting guidance. Factors we consider in determining whether we are the VIE's primary beneficiary include the decision-making authority of each partner, which partner manages the day-to-day operations of the joint venture and each partner's obligation to absorb losses or right to receive benefits from the joint venture in relation to that of the other partner. Changes in the financial accounting guidance, or changes in circumstances at each of these joint ventures, could lead us to determine that we have to consolidate the assets, liabilities, and results of operations of such joint ventures. The consolidation of our VIEs would significantly increase our indebtedness and could have a material adverse impact on our results of operations, financial position, and gross margin. In addition, we may enter into future joint ventures or make other equity investments, which could have an adverse impact on us because of the financial accounting guidance regarding VIEs.

*Table of Contents*

***Our headquarters and other facilities, as well as the facilities of certain subcontractors and suppliers, are located in regions that are subject to epidemics, earthquakes, floods, fires, and other natural disasters, and climate change and climate change regulation could have an adverse effect on our operations.***

Our headquarters and research and development operations are located in California, and we have significant operations in Texas and the Philippines, as well as offices and operations in several other U.S. states. Any significant epidemic, earthquake, flood, fire, or other natural disaster in these areas or in countries where our suppliers are located could materially disrupt our management operations and/or our production capabilities, could result in damage or destruction of all portion of our facilities or could result in our experiencing a significant delay in delivery, or substantial shortage, of our products and services.

In addition, the potential physical impacts of climate change on our operations may include changes in weather patterns (including floods, fires, tsunamis, drought, and rainfall levels), water availability, storm patterns and intensities, and temperature levels. These potential physical effects may adversely affect the cost, sales, and financial performance of our operations.

***Compliance with environmental regulations can be expensive, and noncompliance with these regulations may result in adverse publicity and potentially significant monetary damages and fines.***

We are required to comply with all foreign, U.S. federal, state, and local laws and regulations regarding pollution control and protection of the environment. In addition, under some statutes and regulations, a government agency, or other parties, may seek recovery and response costs from owners or operators of property where releases of hazardous substances have occurred or are ongoing, even if the owner or operator was not responsible for such release or otherwise at fault. We use, generate, and discharge toxic, volatile and otherwise hazardous chemicals and wastes in our research and development. Any failure by us to control the use of, or to restrict adequately the discharge of, hazardous substances could subject us to, among other matters, potentially significant monetary damages and fines or liabilities or suspensions in our business operations. In addition, if more stringent laws and regulations are adopted in the future, the costs of compliance with these new laws and regulations could be substantial. If we fail to comply with present or future environmental laws and regulations, we may be required to pay substantial fines, suspend production or cease operations, or be subjected to other sanctions.

40

*Table of Contents*

In addition, U.S. legislation includes disclosure requirements regarding the use of "conflict" minerals mined from the Democratic Republic of Congo and adjoining countries and procedures regarding a manufacturer's efforts to prevent the sourcing of such "conflict" minerals. We have incurred and will incur additional costs to comply with the disclosure requirements, including costs related to determining the source of any of the relevant minerals and metals used in our products. The implementation of these requirements could affect the sourcing and availability of minerals used in the manufacture of solar products. As a result, there may only be a limited pool of suppliers who provide conflict free minerals, and we cannot be certain that we will be able to obtain products in sufficient quantities or at competitive prices. Since our supply chain is complex, we have not been able to sufficiently verify, and in the future we may not be able to sufficiently verify, the origins for these conflict minerals used in our products. As a result, we may face reputational challenges with our customers and other stakeholders if we are unable to sufficiently verify the origins for all conflict minerals used in our products.

## Risks Related to Our Intellectual Property

### We depend on our intellectual property, and we may face intellectual property infringement claims that could be time-consuming and costly to defend and could result in the loss of significant rights.

From time to time, we, our customers, or our third parties with whom we work may receive letters, including letters from other third parties, and may become subject to lawsuits with such third parties alleging infringement of their patents. Additionally, we are required by contract to indemnify some of our customers and our third-party intellectual property providers for certain costs and damages of patent infringement in circumstances where our products are a factor creating the customer's or these third-party providers' infringement liability. This practice may subject us to significant indemnification claims by our customers and our third-party providers. We cannot assure investors that indemnification claims will not be made or that these claims will not harm our business, results of operations, cash flows, and/or financial condition. Intellectual property litigation is very expensive and time-consuming and could divert management's attention from our business and could have a material adverse effect on our business, results of operations, cash flows, and/or financial condition. If there is a successful claim of infringement against us, our customers or our third-party intellectual property providers, we may be required to pay substantial damages to the party claiming infringement, stop selling products or using technology that contains the allegedly infringing intellectual property, or enter into royalty or license agreements that may not be available on acceptable terms, if at all. Parties making infringement claims may also be able to bring an action before the International Trade Commission that could result in an order stopping the importation into the United States of solar products for our use. Any of these judgments could materially damage our business. We may have to develop non-infringing technology, and our failure in doing so or in obtaining licenses to the proprietary rights on a timely basis could have a material adverse effect on our business.

### We have filed, and may continue to file, claims against other parties for infringing our intellectual property that may be very costly and may not be resolved in our favor.

To protect our intellectual property rights and to maintain our competitive advantage, we have filed, and may continue to file, suits against parties who we believe infringe or misappropriate our intellectual property. Intellectual property litigation is expensive and time consuming, could divert management's attention from our business, and could have a material adverse effect on our business, results of operations, cash flows, or financial condition, and our enforcement efforts may not be successful. In addition, the validity of our patents may be challenged in such litigation. Our participation in intellectual property enforcement actions may negatively impact our results.

### We rely substantially upon trade secret laws and contractual restrictions to protect our proprietary rights, and, if these rights are not sufficiently protected, our ability to compete and generate revenue could suffer.

We seek to protect our proprietary manufacturing and design processes, documentation, and other written materials primarily under trade secret and copyright laws. We also typically require employees, consultants, and third parties, such as our vendors and customers, with access to our proprietary information to execute confidentiality agreements. The steps we take to protect our proprietary information may not be adequate to prevent misappropriation of our technology. Our systems may be subject to intrusions, security breaches, or targeted theft of our trade secrets. In addition, our proprietary rights may not be adequately protected because:

- others may not be deterred from misappropriating our technologies despite the existence of laws or contracts prohibiting such misappropriation and information security measures designed to deter or prevent misappropriation of our technologies;

*Table of Contents*

- policing unauthorized use of our intellectual property may be difficult, expensive, and time-consuming, the remedy obtained may be inadequate to restore protection of our intellectual property, and moreover, we may be unable to determine the extent of any unauthorized use; and

- reports we file in connection with government-sponsored research contracts are generally available to the public and third parties may obtain some aspects of our sensitive confidential information.

Reverse engineering, unauthorized copying, or other misappropriation of our proprietary technologies could enable third parties to benefit from our technologies without compensating us for doing so. Any such activities or any other inabilities to adequately protect our proprietary rights could harm our ability to compete, to generate revenue, and to grow our business.

***We may not obtain sufficient patent protection on the technology embodied in the solar and other products we currently manufacture and market, which could harm our competitive position and increase our expenses.***

Although we substantially rely on trade secret laws and contractual restrictions to protect the technology in the solar and other products we currently manufacture and market, our success and ability to compete in the future may also depend to a significant degree upon obtaining patent protection for our proprietary technology. We currently own multiple patents and patent applications which cover aspects of the technology in the solar and energy storage systems, software, and mounting systems that we currently manufacture and market. Material patents that relate to our systems products and services primarily relate to our software offerings for our dealers and customers, energy storage products, rooftop mounting products and ground-mounted tracking products. We intend to continue to seek patent protection for those aspects of our technology, designs, and methodologies and processes that we believe provide significant competitive advantages.

Our patent applications may not result in issued patents, and even if they result in issued patents, the patents may not have claims of the scope we seek or we may have to refile patent applications due to newly discovered prior art. In addition, any issued patents may be challenged, invalidated, or declared unenforceable, or even if we obtain an award of damages for infringement by a third party, such award could prove insufficient to compensate for all damages incurred as a result of such infringement.

The term of any issued patent is generally 20 years from its earliest filing date and if our applications are pending for a long time period, we may have a correspondingly shorter term for any patent that may issue. Our present and future patents may provide only limited protection for our technology and may be insufficient to provide competitive advantages to us. For example, competitors could develop similar or more advantageous technologies on their own or design around our patents. Also, patent protection in certain foreign countries may not be available or may be limited in scope and any patents obtained may not be readily enforceable because of insufficient judicial effectiveness, making it difficult for us to aggressively protect our intellectual property from misuse or infringement by other companies in these countries. Our inability to obtain and enforce our intellectual property rights in some countries may harm our business. In addition, given the costs of obtaining patent protection, we may choose not to protect certain innovations that later turn out to be important.

***We may not be able to prevent others from using the term SunPower or similar terms, or other trademarks which we hold, in connection with their solar power products which could adversely affect the market recognition of our name, our revenue, and our brand value.***

"SunPower" and the SunPower logo are our registered trademarks in the United States for use with solar cells, solar panels, energy monitoring systems, inverters, and mounting systems. We hold registered trademarks for SunPower Equinox, EnergyLink, InvisiMount, The Power of One, SunVault, and many more marks, in certain countries, including the United States. We have not registered, and may not be able to register, these trademarks in other key countries. In addition, if there are jurisdictions where another proprietor has already established trademark rights in marks containing "SunPower," or our other chosen brands, we may face trademark disputes and may have to market our products with other trademarks or without our trademarks, which may undermine our marketing efforts. We may encounter trademark disputes with companies using marks which are confusingly similar to the SunPower mark, or our other marks, which if not resolved favorably, could cause our branding efforts to suffer. In addition, we may have difficulty in establishing strong brand recognition with consumers if others use similar marks for similar products.

*Table of Contents*

***Our past and possible future reliance on government programs to partially fund our research and development programs could impair our ability to commercialize our solar power products and services.***

Government funding of some of our research and development efforts imposed certain restrictions on our ability to commercialize results and could grant commercialization rights to the government. In some funding awards, the government is entitled to intellectual property rights arising from the related research. Such rights include a nonexclusive, nontransferable, irrevocable, paid-up license to practice or have practiced each subject invention developed under an award throughout the world by or on behalf of the government. Other rights include the right to require us to grant a license to the developed technology or products to a third party or, in some cases, if we refuse, the government may grant the license itself, if the government determines that action is necessary because we fail to achieve practical application of the technology, because action is necessary to alleviate health or safety needs, to meet requirements of federal regulations, or to give the United States industry preference. Accepting government funding can also require that manufacturing of products developed with federal funding be conducted in the United States.

## Risks Related to Our Equity Securities

***Total and GIP's ownership of our common stock may adversely affect the liquidity and value of our common stock.***

As of September 15, 2022, Total and GIP owned approximately 50.5% of our outstanding common stock. Total completed a cash tender offer, in June 2011, to acquire 60% of our then outstanding shares of common stock. As of January 2, 2022, ownership of our outstanding common stock by Total and its affiliates was approximately 51%.

On May 24, 2022, Total and TotalEnergies Gaz & Electricité Holdings France SAS (collectively, "Sellers") agreed to sell 50% less one unit of the equity interests in HoldCo, a newly formed Delaware limited liability company which upon closing of such transaction would be the record holder of all of the shares of our common stock held by Sellers, to GIP Sol (the "Transaction"). In connection with the completion of the Transaction on September 12, 2022, TotalEnergies Renewables, GIP Sol, and HoldCo entered into a Letter Agreement concerning certain governance rights with respect to HoldCo and the shares of our common stock held directly by HoldCo.

The Board of Directors of SunPower currently includes five designees from HoldCo, giving HoldCo majority control of our Board of Directors. As a result, subject to the restrictions in the Affiliation Agreement, HoldCo possesses significant influence and control over our affairs. Our non-HoldCo stockholders have reduced ownership and voting interest in the Company and, as a result, have less influence over the management and policies of the Company than they exercised prior to Total's tender offer. As long as HoldCo controls us, the ability of our other stockholders to influence matters requiring stockholder approval is limited. HoldCo's stock ownership and relationships with members of our Board of Directors could have the effect of preventing minority stockholders from exercising significant control over our affairs, delaying or preventing a future change in control, impeding a merger, consolidation, takeover, or other business combination or discouraging a potential acquirer from making a tender offer or otherwise attempting to obtain control of us, limiting our financing options. These factors in turn could adversely affect the market price of our common stock or prevent our stockholders from realizing a premium over the market price of our common stock. The Affiliation Agreement limits Total, any affiliate of Total and any member of a group under Section 13(d) of the Exchange Act of which Total is a member, including GIP (the "Total Group"), from effecting, seeking, or entering into discussions with any third party regarding any transaction that would result in the Total Group beneficially owning our shares in excess of certain thresholds during a standstill period. The Affiliation Agreement also imposes certain limitations on the Total Group's ability to seek to effect a tender offer or merger to acquire 100% of our outstanding voting power. Such provisions may not be successful in preventing the Total Group from engaging in transactions which further increase their ownership and negatively impact the price of our common stock. See also "Risks Related to Our Liquidity-*We may be unable to generate sufficient cash flows or obtain access to external financing necessary to fund our operations and make adequate capital investments as planned due to the general economic environment, cost inflation, and/or the market pressure driving down the average selling prices of our solar power products, among other factors.*" Finally, the market for our common stock has become less liquid and more thinly traded as a result of the Total tender offer. The lower number of shares available to be traded could result in greater volatility in the price of our common stock and affect our ability to raise capital on favorable terms in the capital markets.

***If we cease to be considered a "controlled company" within the meaning of the Nasdaq corporate governance rules, we will be subject to additional corporate governance requirements.***

If we cease to be considered a "controlled company" under the Nasdaq corporate governance rules, we will be subject to additional corporate governance requirements, including the requirements that:

Table of Contents

- a majority of our Board of Directors consist of independent directors;

- our Nominating and Corporate Governance Committee be composed entirely of independent directors with a written charter addressing the committee's purpose and responsibilities;

- our Compensation Committee be composed entirely of independent directors with a written charter addressing the committee's purpose and responsibilities; and

- there be an annual performance evaluation of the Nominating and Corporate Governance Committee and the Compensation Committee.

The Nasdaq listing rules provide for phase-in periods for these requirements (including that each such committee consist of a majority of independent directors within 90 days of ceasing to be a "controlled company"), but we must be fully compliant with the requirements within one year of the date on which we cease to be a "controlled company." Currently, we do not have a majority of independent directors on our Board of Directors and only two of the four members of each of our Nominating and Governance Committee and our Compensation Committee are independent. During this transition period, our stockholders may not have the same protections afforded to stockholders of companies that are subject to all of the Nasdaq corporate governance rules and the ability of our independent directors to influence our business policies and affairs may be reduced. In addition, we may not be able to attract and retain the number of independent directors needed to comply with Nasdaq corporate governance rules during the transition period.

In addition, as a result of potentially no longer being a "controlled company," we may need to obtain certain consents, waivers, and amendments in connection with our existing debt agreements. Any failure to obtain such consents, waivers, and amendments might cause cross defaults under other agreements and may have a material adverse effect on our results of operations, cash flows, and financial condition.

***Substantial issuances or dispositions of our common stock or other securities, could dilute ownership and earnings per share or cause the market price of our stock to decrease.***

In our equity offering in 2019, we sold an aggregate of 25,300,000 shares of common stock, and we may in the future seek to sell additional common stock or other securities. Sales of our common stock in the public market or sales of any of our other securities will or could, as applicable, dilute ownership and earnings per share, and even the perception that such sales could occur could cause the market prices of our common stock to decline.

***The price of our common stock may fluctuate significantly.***

Our common stock has experienced extreme price and volume fluctuations. The trading price of our common stock could be subject to further wide fluctuations due to many factors, including the factors discussed in this risk factors section. In addition, the stock market in general, and The Nasdaq Global Select Market and the securities of technology companies and solar companies in particular, have experienced severe price and volume fluctuations. These trading prices and valuations, including our own market valuation and those of companies in our industry generally, may not be sustainable. These broad market and industry factors may decrease the market price of our common stock, regardless of our actual operating performance. In the past, stockholders have initiated class action lawsuits against companies following periods of volatility in the market prices of their stock. Such litigation, if instituted against us, could cause us to incur substantial costs and divert management's attention and resources from our business.

***We do not intend to pay cash dividends on our common stock in the foreseeable future.***

We have never declared or paid cash dividends. For the foreseeable future, we intend to retain any earnings, after considering any dividends on any preferred stock, to finance the development of our business, and we do not anticipate paying any cash dividends on our common stock. Any future determination to pay cash dividends will be at the discretion of our Board of Directors and will be dependent upon then-existing conditions, including our results of operations, cash flows, and financial condition, capital requirements, contractual restrictions, business prospects, and other factors that our Board of Directors considers relevant. Accordingly, holders of our common stock must rely on sales of their common stock after price appreciation, which may never occur, as the only way to realize a return on their shares of common stock.

*Table of Contents*

**Delaware law and our certificate of incorporation and by-laws contain anti-takeover provisions and our Board of Directors entered into a rights agreement and declared a rights dividend, any of which could delay or discourage takeover attempts that stockholders may consider favorable.**

Provisions in our certificate of incorporation and by-laws may have the effect of delaying or preventing a change of control or changes in our management. These provisions include the following:

- the right of the Board of Directors to elect a director to fill a vacancy created by the expansion of the Board of Directors;

- the prohibition of cumulative voting in the election of directors, which would otherwise allow less than a majority of stockholders to elect director candidates;

- the requirement for advance notice for nominations for election to the Board of Directors or for proposing matters that can be acted upon at a stockholders' meeting;

- our Board of Directors is divided into three classes of directors, with the classes to be as nearly equal in number as possible;

- stockholders may not call special meetings of the stockholders, except by Total under limited circumstances; and

- our Board of Directors is able to alter our by-laws without obtaining stockholder approval.

**Our ability to use our net operating loss and credit carryforwards to offset future taxable income may be subject to certain limitations.**

As of January 1, 2023, we had federal net operating loss carryforwards of $168.7 million for tax purposes, California state net operating loss carryforwards of approximately $648.5 million for tax purposes, credit carryforwards of approximately $74.0 million for federal tax purposes, and California credit carryforwards of $2.4 million for state tax purposes. Our ability to utilize a portion of the net operating loss and credit carryforwards is dependent upon our being able to generate taxable income in future periods or being able to carryback net operating losses to prior year tax returns. Our ability to utilize net operating losses may be limited due to restrictions imposed on utilization of net operating loss and credit carryforwards under federal and state laws upon a change in ownership.

Section 382 of the Code imposes restrictions on the use of a corporation's net operating losses, as well as certain recognized built-in losses and other carryforwards, after an "ownership change" occurs. A Section 382 "ownership change" occurs if one or more stockholders or groups of stockholders who own at least 5% of our stock increase their ownership by more than 50 percentage points over their lowest ownership percentage within the prior three-year period (calculated on a rolling basis). Issuances or sales of our stock (including certain transactions involving our stock that are outside of our control) could result in an ownership change under Section 382. If an "ownership change" occurs, Section 382 would impose an annual limit on the amount of pre-change net operating losses and other losses we can use to reduce our taxable income generally equal to the product of the total value of our outstanding equity immediately prior to the "ownership change" and the applicable federal long-term tax-exempt interest rate for the month of the "ownership change" (subject to certain adjustments).

A portion of our U.S. federal net operating losses were generated prior to 2018, and these losses may be carried forward for up to 20 years. The annual limitation may effectively provide a cap on the cumulative amount of pre-ownership change losses, including certain recognized built-in losses that may be utilized. Such pre-ownership change losses in excess of the cap may be lost. In addition, if an ownership change were to occur, it is possible that the limitations imposed on our ability to use pre-ownership change losses and certain recognized built-in losses could cause a net increase in our U.S. federal income tax liability and require U.S. federal income taxes to be paid earlier than otherwise would be paid if such limitations were not in effect.

On June 29, 2020, the California Assembly Bill ("AB 85") suspended the use of California net operating loss deduction and limited the maximum business incentive tax credit utilization to $5.0 million annually starting with tax years beginning on or after January 1, 2020 through December 31, 2022. California Senate Bill ("SB 113") was enacted on February 9, 2022 and restores the use of net operating losses and business tax credits one year earlier. State legislatures may consider additional limitations on tax attributes in order to raise tax revenues. As a result, our state income tax may increase if more states adopt restrictions on the use of tax attributes.

*Table of Contents*

As discussed in "Risk Factors-Risks Related to the Spin-Off," the Spin-Off has resulted in a fully taxable event to SunPower, for which we recognized taxable gain that was offset with prior year losses, thus resulting in a significant reduction in our net operating loss carryforwards.

**General Risk Factors**

*A change in our effective tax rate could have a significant adverse impact on our business, and an adverse outcome resulting from examination of our income or other tax returns could adversely affect our results.*

A number of factors may adversely affect our future effective tax rates, such as the jurisdictions in which our profits are determined to be earned and taxed; changes in the valuation of our deferred tax assets and liabilities; adjustments to estimated taxes upon finalization of various tax returns; adjustments to our interpretation of transfer pricing standards; changes in available tax credits, grants and other incentives; changes in stock-based compensation expense; the availability of loss or credit carryforwards to offset taxable income; changes in tax laws or the interpretation of such tax laws (for example federal and state taxes); and changes in U.S. generally accepted accounting principles (U.S. GAAP). A change in our effective tax rate due to any of these factors may adversely affect our future results from operations.

Significant judgment is required to determine the recognition and measurement attributes prescribed in the accounting guidance for uncertainty in income taxes. The accounting guidance for uncertainty in income taxes applies to all income tax positions, including the potential recovery of previously paid taxes, which if settled unfavorably could adversely affect our provision for income taxes. In addition, we are subject to examination of our income tax returns by various tax authorities. We regularly assess the likelihood of adverse outcomes resulting from any examination to determine the adequacy of our provision for income taxes. An adverse determination of an examination could have an adverse effect on our results of operations and financial condition. See also "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 14. *Income Taxes*."

Additionally, U.S. tax reform may lead to further changes in (or departure from) these norms. As these and other tax laws and related regulations change, our results of operations, cash flows, and financial condition could be materially impacted. Given the unpredictability of these possible changes and their potential interdependency, it is very difficult to assess whether the overall effect of such potential tax changes would be cumulatively positive or negative for our earnings and cash flow.

*Fluctuations in interest rates could adversely affect our business and financial results.*

We are exposed to interest rate risk because many of our customers depend on debt financing to purchase our solar power systems. An increase in interest rates could make it difficult for our customers to obtain the financing necessary to purchase our solar power systems on favorable terms, or at all, and thus lower demand for our solar power products, reduce revenue and adversely affect our results of operations and cash flow. Our ability to directly finance the purchase of solar power systems using retail installment contracts at attractive pricing may be negatively impacted by rising interest rates. An increase in interest rates could lower a customer's return on investment in a system or make alternative investments more attractive relative to solar power systems, which, in each case, could cause our customers to seek alternative investments that promise higher returns or demand higher returns from our solar power systems, which could reduce our revenue and gross margin and adversely affect our financial results. Our interest expense would increase to the extent interest rates rise in connection with our variable interest rate borrowings. Conversely, lower interest rates have an adverse impact on our interest income. See also "Item 7A. *Quantitative and Qualitative Disclosures About Market Risk*" and under this section "Risks Related to Our Sales Channels-*The execution of our growth strategy is dependent upon the continued availability of third-party financing arrangements for our projects, including our residential finance programs and offerings through SunPower Financial, and is affected by general economic conditions and other factors.*"

*Our insurance for certain indemnity obligations we have to our officers and directors may be inadequate, and potential claims could materially and negatively impact our financial condition, cash flows, and results of operations.*

Pursuant to our certificate of incorporation, by-laws, and certain indemnification agreements, we indemnify our officers and directors for certain liabilities that may arise in the course of their service to us. Although we currently maintain directors and officers liability insurance for certain potential third-party claims for which we are legally or financially unable to indemnify them, such insurance may be inadequate to cover certain claims, or may prove prohibitively costly to maintain in the future. In addition, in previous years, we have primarily self-insured with respect to potential third-party claims. If we were required to pay a significant amount on account of these liabilities for which we self-insured, our business, financial condition, cash flows, and results of operations could be materially harmed.

*Table of Contents*

***Our success depends on the continuing contributions of our key personnel, and the loss of services of any principal member of our management team could adversely affect our operations.***

We rely heavily on the services of our key executive officers. We are investing significant resources in developing new members of management as we complete our strategic transformation, and the loss of services of any principal member of our management team could adversely affect our operations. The competition for qualified personnel is intense in our industry, and we may not be successful in attracting and retaining sufficient numbers of qualified personnel to support our anticipated growth. We also cannot guarantee that any employee will remain employed with us for any definite period of time since all of our employees, including our key executive officers, serve at-will and may terminate their employment at any time for any reason.

***Future sales of our common stock in the public market could lower the market price for our common stock.***

In the future, we may sell additional shares of our common stock to raise capital. We cannot predict the size of future issuances or the effect, if any, that they may have on the market price for our common stock. In addition, a substantial number of shares of our common stock is reserved for issuance upon the exercise of stock options, restricted stock awards, restricted stock units, and warrants. The issuance and sale of substantial amounts of common stock, or the perception that such issuances and sales may occur, could adversely affect the market price of our common stock and impair our ability to raise capital through the sale of additional equity or equity-linked securities.

***Our business is subject to a variety of U.S. and international laws, rules, policies, and other obligations regarding privacy, data protection, and other matters.***

We are subject to federal, state, and international laws and regulations relating to the collection, use, retention, security, and transfer of customer, employee, and business partner personally identifiable information ("PII"), including the California Consumer Privacy Act ("CCPA") and the California Privacy Rights Act ("CPRA"), as well as regulation in other jurisdictions. In many cases, these laws and regulations apply not only to third-party transactions, but also to transfers of information between one company and its subsidiaries, and among the subsidiaries and other parties with which it has commercial relations. We collect and use data that may be subject to these laws and regulations, including personal and financial data concerning customers, employees and business partners, in the ordinary course of our business. In addition, the introduction of new products or expansion of our activities in certain jurisdictions may subject us to additional laws and regulations. These U.S. federal and state and foreign laws and regulations, including the European Union's General Data Protection Regulation ("GDPR"), which can be enforced by private parties or government entities, are constantly evolving and can be subject to significant change. In addition, the application and interpretation of these laws and regulations, including CCPA and CPRA, are often uncertain, particularly in the new and rapidly evolving industry in which we operate, and may be interpreted and applied inconsistently from country to country and inconsistently with our current policies and practices. These existing and proposed laws and regulations can be costly to comply with, require significant management time and attention and can delay or impede certain business practices or the development of new products or expansion into new jurisdictions. Furthermore, even if we comply with these laws and regulations in the ordinary course of our business, in the event of a breach of our information technology systems or other unauthorized access to the data we collect, use and store, we may incur significant costs, including negative publicity, resulting from the actions we are required to take in order to comply with applicable notice and other requirements.

A failure by us, our suppliers, or other parties with whom we do business to comply with posted privacy policies or with federal, state, or international privacy-related or data protection laws and regulations, including CCPA and CPRA, could result in inquiries, investigations, proceedings, enforcement actions, claims, litigation or other actions by governmental entities or others, including customers or other affected individuals, any or all of which could subject us to fines or damages, which may be significant, demands or requirements that we modify or cease existing business practices, damage to our reputation and brand, loss of customers, employees, suppliers and partners, negative publicity and numerous other potential costs and liabilities. Any of these potential consequences, costs and other liabilities could detrimentally affect our business, results of operations, cash flows, and financial condition.

*Table of Contents*

***Significant breaches of our information technology systems could lead to disclosure of our internal information and customer data, impairment of our ability to protect our intellectual property, damage to our reputation or relationships with current or prospective dealers and customers, disrupted access to our online services and exposure to government investigations and enforcement actions, litigation and other liabilities, any or all of which could subject us to significant reputational, financial, legal, and operational consequences.***

Our business requires us to develop, collect, use and store confidential and proprietary information, intellectual property, commercial banking information, and personal and financial information concerning customers, employees, and business partners, and corporate information concerning internal processes and business functions. Despite our implementation of security measures and controls, we are subject to a wide variety of consistently evolving security threats, including that criminals or other unauthorized actors, which may include nation-state and nation-state-supported actors or organizations, may be able to breach our security measures and gain access to and misappropriate our confidential information or the confidential information of customers and other third parties, disrupt access to our systems or introduce malware, ransomware or other vulnerabilities into our environment.

Where appropriate, we use encryption and authentication technologies to secure the transmission and storage of data. However, the confidentiality, integrity or availability of our confidential data, or operational access to our network, systems or applications may be materially compromised as a result of security breaches (either of our systems and of the systems of third parties on which we rely), employee error, malfeasance, faulty password management, or other irregularity or malicious effort, and result in persons obtaining unauthorized access to our systems and confidential information. Likewise, while we devote resources to network security, data encryption, and other security measures to protect our systems and data, and require similar measures from third parties on which we rely, these measures cannot provide absolute security. Because the techniques used to obtain unauthorized access, disable, or degrade service, or sabotage systems change frequently, and/or target end users through phishing and other malicious techniques, and/or may be difficult to detect for long periods of time, we may be unable to anticipate these techniques, implement adequate preventative measures, or promptly identify, contain, and remediate intrusions. In addition, hardware, software, or applications we develop or procure from third parties may contain defects in design or manufacture or other problems, or third parties on which we rely may fail to implement reasonable administrative, technical, and physical safeguards that could unexpectedly compromise information security. Unauthorized parties may also attempt to gain access to our or to third party systems or facilities through fraud, trickery, or other forms of deceiving our team members, contractors, and temporary staff. We have experienced attacks and breaches of our systems in the past, and in February 2022, we discovered unauthorized access to certain of our systems. Together with outside cybersecurity firms, we conducted an investigation into the circumstances of this activity to determine its nature, scope, duration, and impacts. Our investigation has concluded, and our analysis showed no indication that personally identifiable information was accessed, and no evidence that customer or financial data were impacted. We experienced limited interruptions to our business operations related to our containment and remediation efforts.

We expect to continue to experience an increasing number of attacks on our systems, and there can be no assurance that we will not experience additional breaches in the future. If we experience, or are perceived to have experienced, a significant security breach, or fail to detect, contain, and remediate a significant security breach, or fail to implement disclosure controls and procedures that provide for timely and accurate disclosure of security breaches deemed material to our business, including corrections or updates to previous disclosures, we could be exposed to a risk of significant loss, impairment of our ability to protect our intellectual property, increased insurance costs, remediation and prospective prevention costs, damage to our reputation and brand, loss of customers, employees, suppliers, and partners, litigation and possible liability, government investigations and enforcement actions, costs to comply with, and potential penalties for any violations of, applicable laws or regulations, including laws and regulations relating to the collection, use, and security of personally identifiable information and data and consumer protection laws related to our financing activities with residential customers, and other damage to our business, any or all of which could detrimentally affect our business, results of operations, cash flows, and financial condition. Although we maintain insurance that is intended to address certain of these risks, our insurance coverage may not cover or be sufficient to cover all losses or claims that may result from a cyber breach or related incident.

*Table of Contents*

***We could be adversely affected by any violations of the FCPA and foreign anti-bribery laws.***

The FCPA generally prohibits companies and their intermediaries from making improper payments to non-U.S. government officials for the purpose of obtaining or retaining business. Other countries in which we operate or have supplier or vendor relationships also have anti-bribery laws, some of which prohibit improper payments to government and non-government persons and entities. Our policies mandate compliance with these anti-bribery laws. In addition, due to the level of regulation in our industry, the sale of our legacy international projects may require substantial government contact where norms can differ from U.S. standards. While we implement policies and procedures and conduct training designed to facilitate compliance with these anti-bribery laws, thereby mitigating the risk of violations of such laws, our employees, subcontractors and agents may take actions in violation of our policies and anti-bribery laws. Any such violation, even if prohibited by our policies, could subject us to criminal or civil penalties or other sanctions, which could have a material adverse effect on our business, financial condition, cash flows, and reputation.

***We may be subject to information technology system failures or network disruptions that could damage our business operations, financial conditions, or reputation.***

We may be subject to information technology system failures and network disruptions. These may be caused by natural disasters, accidents, power disruptions, telecommunications failures, acts of terrorism or war, computer viruses, physical or electronic break-ins, or similar events or disruptions. System redundancy may be ineffective or inadequate, and our disaster recovery planning may not be sufficient for all eventualities. Such failures or disruptions could result in delayed or canceled orders. System failures and disruptions could also impede the manufacturing and shipping of products, delivery of online services, transactions processing, and financial reporting.

***If securities or industry analysts change their recommendations regarding our stock adversely, our stock price and trading volume could decline.***

The trading market for our common stock is influenced by the research and reports that industry or securities analysts publish about us, our business or our market. If one or more of the analysts who cover us change their recommendation regarding our stock adversely, our stock price would likely decline. If one or more of these analysts ceases coverage of our company or fails to regularly publish reports on us, we could lose visibility in the financial markets, which in turn could cause our stock price or trading volume to decline.

**ITEM 1B.** *UNRESOLVED STAFF COMMENTS*

None.

**ITEM 2.** *PROPERTIES*

The tables below present details for each of our principal properties:

| Facility | Location | Approximate Square Footage | Ownership | Year When Lease Term Ends |
|---|---|---|---|---|
| Corporate headquarters | California, U.S. | 163,000 | Leased | 2023 |
| Global support offices | Texas, U.S. | 46,000 | Leased | 2024 |
| Global support offices | Texas, U.S. | 23,000 | Leased | 2024 |
| Global support offices | Philippines | 129,000 | Leased | 2026 |
| Global support offices | Utah, U.S. | 54,169 | Leased | 2027 |
| Global support offices | Georgia, U.S. | 2,000 | Leased | 2023 |
| Global support offices | North Carolina, U.S. | 2,000 | Leased | 2023 |
| Global support offices | Washington, U.S. | 17,969 | Leased | 2027 |

49

*Table of Contents*

**ITEM 3.** *LEGAL PROCEEDINGS*

The disclosure under "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 10. *Commitments and Contingencies-Legal Matters*" is incorporated herein by reference.

**ITEM 4.** *MINE SAFETY DISCLOSURES*

Not applicable.

**PART II**

**ITEM 5.** *MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES*

Our common stock is listed on the Nasdaq Global Select Market under the trading symbol "SPWR."

As of March 3, 2023, there were approximately 575 holders of record of our common stock. A substantially greater number of holders are in "street name" or beneficial holders, whose shares are held of record by banks, brokers, and other financial institutions.

**Dividends**

We have never declared or paid any cash dividend on our common stock, and we do not currently intend to pay a cash dividend on our common stock in the foreseeable future. Certain of our debt agreements place restrictions on our and our subsidiaries' ability to pay cash dividends. For more information on our common stock and dividend rights, see "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 15. *Common Stock.*"

**Issuer Purchases of Equity Securities**

The following table sets forth all purchases made by or on behalf of us or any "affiliated purchaser," as defined in Rule 10b-18(a)(3) under the Exchange Act, of shares of our common stock during each of the indicated periods.

| Period | Total Number of Shares Purchased[1] | Average Price Paid Per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares That May Yet Be Purchased Under the Publicly Announced Plans or Programs |
|---|---|---|---|---|
| October 3, 2022 through October 30, 2022 | 11,999 | $ 22.98 | - | - |
| October 31, 2022 through November 27, 2022 | 28,160 | $ 17.53 | - | - |
| November 28, 2022 through January 1, 2023 | 7,313 | $ 23.72 | - | - |
| | 47,472 | | - | |

[1] The shares purchased represent shares surrendered to satisfy tax withholding obligations in connection with the vesting of restricted stock issued to employees.

**ITEM 7.** *MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS*

*The following information should be read in conjunction with the Consolidated Financial Statements and the accompanying Notes to Consolidated Financial Statements included in this Annual Report on Form 10-K/A. This discussion contains forward-looking statements that involve risks and uncertainties. Our actual results could differ materially from those discussed below. Factors that could cause or contribute to such differences are discussed in the section titled "Risk Factors" included elsewhere in this Annual Report on Form 10-K/A.*

*Our fiscal year ends on the Sunday closest to the end of the applicable calendar year. All references to fiscal periods apply to our fiscal quarter or year, which end on the Sunday closest to the calendar month end.*

*Table of Contents*

**Restatement of Previously Issued Consolidated Financial Statements**

In this Annual Report on Form 10-K/A, we have restated our previously issued consolidated financial statements as of January 1, 2023 and January 2, 2022, and for the fiscal years ended January 1, 2023, January 2, 2022, and January 3, 2021. Refer to the "Explanatory Note" preceding "Item 1. Business" for background on the restatement, the fiscal periods impacted, control considerations, and other information. As a result, we have also restated certain previously reported financial information as of January 1, 2023 and January 2, 2022, and for the fiscal years ended January 1, 2023, January 2, 2022, and January 3, 2021, in this "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations," including but not limited to information within the "*Results of Operations*" and "*Liquidity and Capital Resources*" sections to conform the discussion with the appropriate restated amounts. See "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 2. *Restatement of Previously Issued Consolidated Financial Statements,*" for additional information related to the restatement.

**Overview**

SunPower is a leading solar technology and energy services provider that offers fully integrated solar, storage, and home energy solutions to customers primarily in the United States and Canada through an array of hardware, software, and financing options and "Smart Energy" solutions. Our Smart Energy initiative is designed to add layers of intelligent control to homes, buildings, and grids-all personalized through easy-to-use customer interfaces. We are a leader in the U.S. Distributed Generation ("DG") storage and energy services market, providing customers control over electricity consumption and resiliency during power outages, while providing cost savings to homeowners and also reducing carbon emissions and contributing to a more sustainable grid. The five pillars of our strategy include: 1) Customer Care: provide a world-class customer experience that moves beyond the initial system sale to create a lifetime relationship with SunPower, 2) Products: offer all market segments a growing ecosystem of integrated high-value, high-performance products and services, 3) Growth: optimize a multi-channel strategy of distributed dealer network, geographically diverse SunPower Direct channel, and new home builder partnerships for above-market growth, 4) Digital Innovation: enable operational excellence that supports our dealers, accelerates sales, improves financial products and adds customer control and monitoring of systems for optimum efficiency, and 5) Financial Solutions: expand affordable and easy-to-use customer financing products, reducing the biggest barrier to solar adoption. For more information about our business, please refer to the section titled "Part I. Item 1. Business" in this Annual Report on Form 10-K/A for the fiscal year ended January 1, 2023.

**Recent Developments**

For a discussion on our key transactions and developments during the fiscal year, please refer to the section titled "Part 1. Item 1. Business" in this Annual Report on Form 10-K/A for the fiscal year ended January 1, 2023.

**Recent Accounting Pronouncements**

See Note 1. *Organization and Summary of Significant Accounting Policies,* in the notes to the consolidated financial statements in Item 8. of Part II of this Annual Report on Form 10-K/A for a full description of recent accounting pronouncements, including the expected dates of adoption and estimated effects on financial condition and results of operations, which is incorporated herein by reference.

*Table of Contents*

**Results of Operations (As Restated)**

Results of operations in dollars and as a percentage of net revenues were as follows:

| | Fiscal Year Ended | | | | | |
|---|---|---|---|---|---|---|
| | **January 1, 2023** (As Restated) | | **January 2, 2022** (As Restated) | | **January 3, 2021** (As Restated) | |
| | in thousands | % of Revenue | in thousands | % of Revenue | in thousands | % of Revenue |
| Total revenues | $ 1,741,943 | 100 | $ 1,128,358 | 100 | $ 863,489 | 100 |
| Total cost of revenues | 1,338,942 | 77 | 876,306 | 78 | 715,019 | 83 |
| Gross profit | 403,001 | 23 | 252,052 | 22 | 148,470 | 17 |
| Research and development | 24,759 | 1 | 15,811 | 1 | 19,222 | 2 |
| Sales, general, and administrative | 387,260 | 22 | 236,104 | 21 | 153,820 | 18 |
| Restructuring charges (credits) | 244 | - | 4,519 | - | 2,604 | - |
| (Gain) loss on sale and impairment of residential lease assets | - | - | (294) | - | 45 | - |
| (Gain) loss on business divestitures | - | - | (5,290) | - | (10,334) | (1) |
| Expense (income) from transition services agreement, net | 69 | - | (4,255) | - | (6,260) | (1) |
| Operating (loss) income | (9,331) | (1) | 5,457 | - | (10,627) | (1) |
| Other income (expense), net | 97,040 | 6 | (1,532) | - | 664,405 | 77 |
| Income (loss) from continuing operations before income taxes and equity in earnings (losses) of unconsolidated investees | 87,709 | 5 | 3,925 | - | 653,778 | 76 |
| Benefits from (provision for) income taxes | 8,383 | - | (7,314) | - | (57,817) | (7) |
| Equity in earnings (losses) of unconsolidated investees | 2,272 | - | - | - | - | - |
| Net income (loss) from continuing operations | 98,364 | 6 | (3,389) | - | 595,961 | 69 |
| Net (income) loss from continuing operations attributable to noncontrolling interests | (4,676) | - | 145 | - | 1,187 | - |
| Net income (loss) from continuing operations attributable to stockholders | $ 93,688 | 5 | $ (3,244) | - | $ 597,148 | 69 |

**Total Revenues (As Restated)**

| | Fiscal Year Ended | | | | |
|---|---|---|---|---|---|
| (In thousands, except percentages) | January 1, 2023 | % Change | January 2, 2022 | % Change | January 3, 2021 |
| Total revenues | $ 1,741,943 | 54% | $ 1,128,358 | 31% | $ 863,489 |

Our total revenues increased by 54% during fiscal 2022 as compared to fiscal 2021, largely due to higher volume in organic residential business across all channels, primarily from our dealer and SunPower Direct networks, increase in pricing during fiscal 2022, and the acquisition of Blue Raven in the fourth quarter of fiscal 2021. This was partially offset by a reduction in revenue during the second quarter of fiscal 2022 from the reversal of variable consideration on two of our legacy large power plant projects that we sold in fiscal 2018 and 2019, as well as the wind-down of our Light Commercial business which began in the first quarter of fiscal 2022.

52

*Table of Contents*

Our total revenues increased by 31% during fiscal 2021 as compared to fiscal 2020, primarily due to higher volume in residential cash, loan, and new home lease channels, as demand increased from the decreasing effects of COVID-19 for a majority of fiscal 2021, as well as consolidation of Blue Raven business beginning in the fourth quarter of fiscal 2021. This was partially offset by the discontinuation of manufacturing in our Hillsboro, Oregon facility during fiscal 2021.

One customer accounted for approximately 10%, 18%, and 23% of total revenues for the years ended January 1, 2023 and January 2, 2022, and January 3, 2021, respectively, primarily within solar power systems sales revenue category.

**Total Cost of Revenues and Gross Margin (As Restated)**

| | Fiscal Year Ended | | | | |
|---|---|---|---|---|---|
| (In thousands, except percentages) | January 1, 2023 | % Change | January 2, 2022 | % Change | January 3, 2021 |
| **Cost of Revenues** | | | | | |
| Total cost of revenues | $ 1,338,942 | 53% | $ 876,306 | 23% | $ 715,019 |
| | | | | | |
| **Gross Margin** | | | | | |
| Total gross margin | 23% | | 22% | | 17% |

Our total cost of revenues increased by 53% during fiscal 2022 as compared to fiscal 2021, as a result of organic revenue growth from our residential businesses across all channels and the Blue Raven acquisition in the fourth quarter of 2021, as well as increasing material, freight, and labor costs due to inflationary pressures. This was partially offset by a decrease in cost of revenues as a result of the wind-down of our Light Commercial business beginning in the first quarter of fiscal 2022.

Our total cost of revenues increased by 23% during fiscal 2021 as compared to fiscal 2020, primarily as a result of lower dealer fees due to changes in product mix, with higher volume through non-installing dealers and SunPower Direct channels, partially offset by one-time quality related charges of $19.8 million for a cracking issue that developed over time in certain factory-installed connectors within third-party equipment, recorded in the fourth quarter of fiscal 2021.

Our gross margin remained fairly constant during fiscal 2022 as compared to fiscal 2021.

Our gross margin increased by 5 percentage points during fiscal 2021 as compared to fiscal 2020, primarily due to a change in product mix towards more sales using non-installing dealers and SunPower Direct, and resulting lower costs on dealer fees, as well as higher volume of cash, loan, and new home lease channels as compared to fiscal 2020, and consolidation of the Blue Raven business beginning in the fourth quarter of fiscal 2021. In addition, the increase was due to the discontinuation of manufacturing in our Hillsboro, Oregon, facility during fiscal 2021, which generated losses. This was partially offset by one-time quality related charges of $19.8 million for a cracking issue in certain factory-installed connectors within third-party equipment supplied to SunPower, recorded in the fourth quarter of fiscal 2021.

**Research and Development ("R&D") (As Restated)**

| | Fiscal Year Ended | | |
|---|---|---|---|
| (In thousands, except percentages) | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| R&D | $ 24,759 | $ 15,811 | $ 19,222 |
| As a percentage of revenues | 1% | 1% | 2% |

R&D expense increased by $8.9 million during the fiscal 2022 as compared to fiscal 2021, primarily due to higher labor costs from increased headcount during fiscal 2022, as well as higher capitalization of labor costs on software development after reaching technological feasibility under ASC 985-20 during fiscal 2022.

R&D expense decreased by $3.4 million during the fiscal 2021 as compared to fiscal 2020, primarily due to higher capitalization of labor costs on software development after reaching technological feasibility under ASC 985-20 during fiscal 2020, as well as a one-time credit received from the Department of Energy for qualified expenses during fiscal 2021.

*Table of Contents*

**Sales, General, and Administrative ("SG&A") (As Restated)**

| (In thousands, except percentages) | Fiscal Year Ended | | |
|---|---|---|---|
| | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| SG&A | $ 387,260 | $ 236,104 | $ 153,820 |
| As a percentage of revenues | 22% | 21% | 18% |

SG&A expenses increased by $151.2 million during fiscal 2022 as compared to fiscal 2021, primarily due to the acquisition of Blue Raven in the fourth quarter of fiscal 2021, increased strategic hiring across digital and business functions to support our growth strategy, increased investment in various subscriptions, licenses, and consulting, increased marketing and advertising expenses to support our sales strategy, as well as increased acquisition-related charges and transaction costs for corporate strategic transactions such as acquisitions and divestitures.

SG&A expenses increased by $82.3 million during fiscal 2021 as compared to fiscal 2020, primarily due to the consolidation of Blue Raven upon its acquisition in the fourth quarter of fiscal 2021, as well as higher non-recurring transaction costs and amortization of acquired intangible assets in 2021, increased labor costs from incremental hires, and accelerated vesting of restricted stock units held by our former chief executive officer. The total increase in SG&A was partially offset by proceeds associated with the settlement of litigation during the fourth quarter of fiscal 2021.

**Restructuring charges (credits)**

| (In thousands, except percentages) | Fiscal Year Ended | | |
|---|---|---|---|
| | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| Restructuring charges (credits) | $ 244 | $ 4,519 | $ 2,604 |
| As a percentage of revenues | -% | -% | -% |

Restructuring charges decreased by $4.3 million during fiscal 2022 as compared to fiscal 2021, primarily due to the decrease in restructuring charges for our January 2021 restructuring plan in fiscal 2022, as well as benefits in the second quarter of fiscal 2022 caused by the transfer of employees to Maxeon Solar as a result of the agreements entered into with Maxeon Solar during the quarter.

Restructuring charges increased by $1.9 million during fiscal 2021 as compared to fiscal 2020, primarily due to charges incurred during fiscal 2021 related to the January 2021 restructuring plan adopted in connection with the closure of our Hillsboro, Oregon, manufacturing facility, whereas a substantial portion of the 2019 and legacy restructuring plan charges had already been incurred prior to fiscal 2020.

**(Gain) loss on sale and impairment of residential lease assets**

| (In thousands, except percentages) | Fiscal Year Ended | | |
|---|---|---|---|
| | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| (Gain) loss on sale and impairment of residential lease assets | $ - | $ (294) | $ 45 |
| As a percentage of revenues | -% | -% | -% |

(Gain) loss on sale and impairment of residential lease assets decreased by $0.3 million in fiscal 2022 as compared to fiscal 2021, primarily due to the large majority of residential lease assets being sold in prior years and no impairment was recorded in fiscal 2022 on the remaining portfolio.

(Gain) loss on sale and impairment of residential lease assets increased by $0.3 million in fiscal 2021 as compared to fiscal 2020, primarily due to remeasurement of impairment for certain on-balance sheet residential leases based on the expected fair market value during fiscal 2021, as compared to fiscal 2020 where we recorded an immaterial impairment on remaining residential lease assets since a substantial majority of such assets were sold in prior years.

54

*Table of Contents*

**(Gain) loss on business divestitures, net**

| | Fiscal Year Ended | | |
|---|---|---|---|
| (In thousands, except percentages) | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| (Gain) loss on business divestitures, net | $ - | $ (5,290) | $ (10,334) |
| As a percentage of revenues | -% | -% | (1)% |

(Gain) loss on business divestitures, net decreased by $5.3 million during fiscal 2022 as compared to fiscal 2021, primarily due to the gain on sale of our residential leases to SunStrong that occurred during fiscal 2021, and no business divestitures recorded during fiscal 2022.

(Gain) loss on business divestitures, net decreased by $5.0 million during fiscal 2021 as compared to fiscal 2020, primarily due to the gain on sale of our residential leases to SunStrong of $5.3 million during fiscal 2021, compared to the gain on sale of $10.3 million of our O&M business during fiscal 2020.

**Expense (income) from transition services agreement, net**

| | Fiscal Year Ended | | |
|---|---|---|---|
| (In thousands, except percentages) | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| Expense (income) from transition services agreement, net | $ 69 | $ (4,255) | $ (6,260) |
| As a percentage of revenues | -% | -% | (1)% |

Income from transition services agreement, net was lower by $4.3 million in fiscal 2022 as compared to fiscal 2021, primarily due to the termination of a majority of the services as of the end of fiscal 2021, in accordance with the underlying agreement with Maxeon Solar.

Income from the transition services agreement, net was lower by $2.0 million in fiscal 2021 as compared to fiscal 2020, primarily due to the completion and termination of certain services during fiscal 2021, in accordance with the underlying agreement with Maxeon Solar.

**Other Income (Expense), Net (As Restated)**

| | Fiscal Year Ended | | |
|---|---|---|---|
| (In thousands, except percentages) | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| Interest income | $ 3,200 | $ 168 | $ 753 |
| Interest expense | (21,565) | (24,032) | (28,683) |
| Other, net | 115,405 | 22,332 | 692,335 |
| Other income (expense), net | $ 97,040 | $ (1,532) | $ 664,405 |
| As a percentage of revenues | 6% | -% | 77% |

Interest income increased by $3.0 million during fiscal 2022 as compared to fiscal 2021, primarily due to interest earned from our money market fund investments.

Interest income remained fairly constant during fiscal 2021 as compared to fiscal 2020.

Interest expense decreased by $2.5 million during fiscal 2022 as compared to fiscal 2021, primarily due to a gain of $2.3 million recorded from changes in fair value of our interest rate swaps during fiscal 2022.

Interest expense decreased by $4.7 million during fiscal 2021 as compared to fiscal 2020, primarily due to the repayment of our 2021 convertible debentures in the second quarter of fiscal 2021 and the resulting higher interest expense on our other outstanding debt arrangements in fiscal 2020.

*Table of Contents*

Other income increased by $93.1 million during fiscal 2022 as compared to fiscal 2021, primarily due to a $115.2 million gain on an equity investment with readily determinable fair value during fiscal 2022, as compared to a gain of $21.0 million during fiscal 2021.

Other income decreased by $670.0 million during fiscal 2021 as compared to fiscal 2020, primarily due to a $21.0 million gain on an equity investment with readily determinable fair value during fiscal 2021, as compared to a gain of $690.8 million during fiscal 2020.

**Income Taxes (As Restated)**

| | Fiscal Year Ended | | |
|---|---|---|---|
| (In thousands, except percentages) | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| Benefits from (provision for) income taxes | $ 8,383 | $ (7,314) | $ (57,817) |
| As a percentage of revenues | -% | -% | (7)% |

For fiscal 2022, our income tax benefit of $8.4 million on income from continuing operations before income taxes and equity in earnings of unconsolidated investees of $87.7 million was primarily due to the reversal of deferred taxes previously accrued for California due to the enactment of Senate Bill 113 which restored our ability to utilize net operating losses in 2022, partially offset by state tax expense on realized gains from sale of equity investments.

For fiscal 2021, our income tax provision of $7.3 million on income from continuing operations before income taxes and equity in earnings of unconsolidated investees of $3.9 million was primarily due to deferred tax liability related to mark-to-market unrealized gains on equity investments and state taxes on the sale of investments, partially offset by the benefit from stock-based compensation windfall deduction and true-up of prior year estimated state tax liability.

For fiscal 2020, our income tax provision of $57.8 million on income from continuing operations before income taxes and equity in earnings of unconsolidated investees of $653.8 million was primarily due to state tax expenses arising from the taxable gains related to the Spin-Off transaction, withholding taxes from foreign dividend distributions, sale of equity investments, and deferred tax liability related to mark-to-market unrealized gain on equity investments.

We record a valuation allowance to reduce our deferred tax assets in the United States and Mexico to the amount that is more likely than not to be realized. In assessing the need for a valuation allowance, we consider historical levels of income, expectations and risks associated with the estimates of future taxable income and ongoing prudent and feasible tax planning strategies. In the event we determine that we would be able to realize additional deferred tax assets in the future in excess of the net recorded amount, or if we subsequently determine that realization of an amount previously recorded is unlikely, we would record an adjustment to the deferred tax asset valuation allowance, which would change income tax provision in the period of adjustment.

As of the end of fiscal 2022, as part of our continuing operations, an insignificant amount of the accumulated foreign earnings was located outside of the United States and may be subject to foreign income tax or withholding tax liability upon repatriations. However, the accumulated foreign earnings are intended to be indefinitely reinvested in our foreign subsidiaries; therefore, no provision for such foreign taxes has been made. Determination of the amount of unrecognized deferred tax liability related to these earnings is not practicable.

*Table of Contents*

**Equity in earnings (losses) of unconsolidated investees (As Restated)**

| | Fiscal Year Ended | | |
|---|---|---|---|
| (In thousands, except percentages) | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| Equity in earnings (losses) of unconsolidated investees | $ 2,272 | $ - | $ - |
| As a percentage of revenues | -% | -% | -% |

Equity in earnings (losses) of unconsolidated investees increased by $2.3 million during fiscal 2022, primarily due to a fair value adjustment recorded as a result of our assessment of our equity investments with fair value option ("FVO") during fiscal 2022.

**Net Loss (Income) Attributable to Noncontrolling Interests**

| | Fiscal Year | | |
|---|---|---|---|
| (In thousands, except percentages) | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| Net loss (income) attributable to noncontrolling interests | $ (4,676) | $ 145 | $ 1,187 |

In September 2019, we entered into the Solar Sail, LLC ("Solar Sail") and Solar Sail Commercial Holdings, LLC ("Solar Sail Commercial") joint ventures with Hannon Armstrong to finance the purchase of 200 megawatts of panel inventory in accordance with IRS safe harbor guidance to preserve the 30% federal ITC for third-party owned commercial and residential systems. We determined that we hold controlling interests in Solar Sail and Solar Sail Commercial, and therefore we have fully consolidated these entities. We apply the hypothetical liquidation at book value ("HLBV") method in allocating recorded net income (loss) to each investor based on the change in the reporting period, of the amount of net assets of the entity to which each investor would be entitled to under the governing contractual arrangements in a liquidation scenario.

The net income attributable to noncontrolling interests increased by $4.8 million during fiscal 2022 as compared to fiscal 2021, primarily due to higher volume of sale of safe harbor panels by Solar Sail, and lower allocation of net loss, including tax credits and accelerated tax depreciation benefits using HLBV method to noncontrolling interests in Solar Sail and Solar Sail Commercial.

The net loss attributable to noncontrolling interests decreased by $1.0 million during fiscal 2021 as compared to fiscal 2020, primarily due to a lower allocation of net loss including tax credits and accelerated tax depreciation benefits, using the HLBV method, to noncontrolling interests in Solar Sail and Solar Sail Commercial.

### Critical Accounting Estimates

We prepare our consolidated financial statements in conformity with U.S. GAAP, which requires management to make estimates and assumptions that affect the amounts of assets, liabilities, revenues, and expenses recorded in our financial statements. We base our estimates on historical experience and on various other assumptions that we believe to be reasonable under the circumstances, the results of which form the basis for making judgments about the carrying values of assets and liabilities that are not readily apparent from other sources.

These estimates may change as new events occur and additional information is obtained. Actual results may differ from these estimates under different assumptions and conditions.

In addition to our most critical estimates discussed below, we also have other key accounting policies that are less subjective and, therefore, judgments involved in their application would not have a material impact on our reported results of operations (See "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 1. *Organization and Summary of Significant Accounting Policies*").

*Table of Contents*

### Revenue Recognition

We recognize revenue from contracts with customers when we have completed our performance obligations under an identified contract. The revenue is recognized in an amount that reflects the consideration for the corresponding performance obligations for the goods and services transferred.

*Solar Power Systems and Component Sales*

A majority of our revenue is generated by sales of fully functioning solar power systems to our customers. We sell our products through a network of installing and non-installing dealers and resellers, as well as our internal sales team. Usually, our performance obligation is to design and install a fully functioning solar energy system. We recognize revenue when the solar power system is fully installed and the final permit is received from the authority having jurisdiction, as we deem our performance obligation under the contract to be complete at such time, and the customer retains all of the significant risks and rewards of ownership of the solar power system. In situations when we are not responsible for construction and installation of solar power systems, usually when the sales are made by one of our installing dealers or resellers, we recognize revenue when the components of the solar power system are delivered at the customer site. Our costs to obtain and fulfill contracts associated with systems sales are expensed as sales, general, and administrative expense and cost of revenue, respectively. In addition, incentives we provide to our customers, such as discounts and rebates, are recorded net to the revenue we have recognized on the solar power system. In addition, we expense sales commissions when incurred if the amortization period is one year or less, and record within sales, general, and administrative expense in our consolidated statements of operations.

Revenue is generally recognized at transaction price, net of costs of financing, or other consideration paid to the customers that is not in exchange for a distinct good or service. Also, our arrangements may contain clauses that can either increase or decrease the transaction price. Variable consideration is estimated at each measurement date at its most likely amount to the extent that it is probable that a significant reversal of cumulative revenue recognized will not occur and true-ups are applied prospectively as such estimates change.

We also provide solar power systems to our customers in the form of 20-year lease agreements which are entered into by the customer with our third-party leasing partners. These third-party leasing partners are special-purpose entities that we do not control or consolidate. We recognize revenue when the system is fully installed, when permit to operate is given by the local utility company, and the solar system has produced meterable quantities of electricity, as we deem our performance obligation under the contract to be complete at such time.

### Accounting for Business Combinations

We record all acquired assets and liabilities, including goodwill, other identifiable intangible assets, and contingent consideration, at fair value. The initial recording of goodwill, other identifiable intangible assets, and contingent consideration, requires certain estimates and assumptions concerning the determination of the fair values and useful lives. The judgments made in the context of the purchase price allocation can materially affect our future results of operations. Accordingly, for significant acquisitions, we obtain assistance from third-party valuation specialists. The valuations calculated from estimates are based on information available at the acquisition date. Goodwill is not amortized, but is subject to annual tests for impairment or more frequent tests if events or circumstances indicate it may be impaired. Other intangible assets are amortized over their estimated useful lives and are subject to impairment if events or circumstances indicate a possible inability to realize the carrying amount. For additional details see "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 7. *Goodwill and Other Intangible Assets.*"

### Product Warranties

We provide a workmanship warranty of up to 25 years from installation and a 25-year standard warranty for previously SunPower-manufactured microinverters. We also warrant our installed systems for defective materials and workmanship for periods ranging up to 25 years. We pass through to customers warranties from the original equipment manufacturers of certain system components such as solar panels, monitoring equipment and inverters. For such components, our warranties may exceed the warranty coverage from the original equipment manufacturers. For solar energy systems we do not install directly, we receive workmanship warranties from our solar partners.

In addition, we also provide a separate system output performance warranty to customers that have subscribed to our post-installation monitoring and maintenance services which expires upon termination of these services related to the system. The warrantied system output performance level varies by system depending on the characteristics of the system and the negotiated agreement with the customer, and the level declines over time to account for the expected degradation of the system.

*Table of Contents*

Actual system output is typically measured annually for purposes of determining whether warrantied performance levels have been met. The warranty excludes system output shortfalls attributable to force majeure events, customer curtailment, irregular weather, and other similar factors. In the event that the system output falls below the warrantied performance level during the applicable warranty period, and provided that the shortfall is not caused by a factor that is excluded from the performance warranty, the warranty provides that we will pay the customer a liquidated damage based on the value of the shortfall of energy produced relative to the applicable warrantied performance level.

We maintain reserves to cover the expected costs that could result from these warranties. Our expected costs are generally in the form of product replacement or repair. Warranty reserves are based on our best estimate of such costs and are recognized as a cost of revenue. We continuously monitor product returns for warranty failures and maintain a reserve for the related warranty expenses based on various factors including historical warranty claims, results of accelerated lab testing, field monitoring, vendor reliability estimates, and data on industry averages for similar products. Due to the potential for variability in these underlying factors, the difference between our estimated costs and our actual costs could be material to our consolidated financial statements. If actual product failure rates or the frequency or severity of reported claims differ from our estimates or if there are delays in our responsiveness to outages, we may be required to revise our estimated warranty liability. Historically, warranty costs have been within management's expectations.

### Inventories

Inventories are accounted for on a first-in-first-out basis and are valued at the lower of cost or net realizable value. We evaluate the realizability of our inventories, including future purchase commitments under fixed-price long-term supply agreements, based on assumptions about expected demand and market conditions. Our assumption of expected demand is developed based on our analysis of bookings, sales backlog, sales pipeline, market forecast, and competitive intelligence. Our assumption of expected demand is compared to available inventory, production capacity, available third-party inventory, and growth plans. In addition, expected demand by geography has changed historically due to changes in the availability and size of government mandates and economic incentives.

Obligations related to non-cancellable purchase orders for inventories match current and forecasted sales orders that will consume these ordered materials and actual consumption of these ordered materials are compared to expected demand regularly. We anticipate total obligations related to long-term supply agreements for inventories will be realized because quantities are less than our expected demand for our solar power products over a period of years; however, if raw materials inventory balances temporarily exceed near-term demand, we may elect to sell such inventory to third parties to optimize working capital needs. Our classification of our inventory as either current or long-term inventory requires us to estimate the portion of on-hand inventory that we estimate will be realized over the next 12 months.

### Retail installment contract receivables, net

Our retail installment contracts offer a long-term loan to our customers at affordable rates to finance their purchase. These retail installment contracts allow us to extend credit to the customers to pay for the solar power systems they purchased, on an installment basis, with a term of typically 20 - 25 years.

Revenue from the sale of solar power systems underlying these retail installment contracts is recognized similar to other contracts, when the solar power system is fully installed and final permit is received from the authority having jurisdiction, as we deem our performance obligation under the contract to be complete at such time, and the customer retains the significant risks and rewards of ownership of the solar power system. Further, in accordance with ASC 606, *Revenue from Contracts with Customers*, given the long-term nature of these receivables, a significant financing component is deemed to exist. We adjust the transaction price to quantify and defer the significant financing component at contract inception, using the discount rate that would be reflective of a separate financing transaction between the entity and its customer at contract inception. We measure the retail installment contracts using the amortized cost method, where the significant financing component amount is deferred and recognized as revenue over the contract term.

### Accounting for Income Taxes

As of the end of fiscal year 2022, and as part of SunPower's continuing operations, an insignificant amount of the accumulated foreign earnings was located outside of the United States and may be subjected to foreign income tax or withholding tax liability upon repatriations. However, the accumulated foreign earnings are intended to be indefinitely reinvested in our foreign subsidiaries; therefore, no such foreign taxes have been provided. Determination of the amount of unrecognized deferred tax liability related to these earnings is not practicable.

*Table of Contents*

We record a valuation allowance to reduce our U.S. and Mexico deferred tax assets to the amount that is more likely than not to be realized. In assessing the need for a valuation allowance, we consider historical levels of income, expectations and risks associated with the estimates of future taxable income and ongoing prudent and feasible tax planning strategies. In the event we determine that we would be able to realize additional deferred tax assets in the future in excess of the net recorded amount, or if we subsequently determine that realization of an amount previously recorded is unlikely, we would record an adjustment to the deferred tax asset valuation allowance, which would change income tax provision in the period of adjustment. As of January 1, 2023, we believe there is insufficient evidence to realize additional U.S. and Mexico deferred tax assets beyond the state net operating losses that can be benefited with projected future taxable income; however, the reversal of the valuation allowance, which could be material, could occur in a future period.

The calculation of tax expense and liabilities involves dealing with uncertainties in the application of complex tax regulations, including in the tax valuation of projects sold to tax equity partnerships and other third parties. We recognize potential liabilities for anticipated tax audit issues in the United States and other tax jurisdictions based on our estimate of whether, and the extent to which, additional taxes will be due. If payment of these amounts ultimately proves to be unnecessary, the reversal of the liabilities would result in tax benefits being recognized in the period in which we determine the liabilities are no longer necessary. If the estimate of tax liabilities proves to be less than the ultimate tax assessment, a further charge to expense would result. We accrue interest and penalties on tax contingencies which are classified as *"Provision for income taxes"* in our Consolidated Statements of Operations and are not considered material. In addition, foreign exchange gains (losses) may result from estimated tax liabilities which are expected to be realized in currencies other than the U.S. dollar.

**Liquidity and Capital Resources**

*Cash Flows (As Restated)*

A summary of the sources and uses of cash, cash equivalents, and restricted cash is as follows:

|  | Fiscal Year Ended | | |
| --- | --- | --- | --- |
|  | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| (In thousands) | (As Restated) | (As Restated) | (As Restated) |
| Net cash (used in) provided by operating activities | $ (180,897) | $ (40,390) | $ (187,391) |
| Net cash provided by (used in) investing activities | $ 492,971 | $ 54,294 | $ 129,190 |
| Net cash (used in) provided by financing activities | $ (58,167) | $ (108,109) | $ (153,852) |

*Operating Activities (As Restated)*

The $140.5 million increase in cash used in operations for fiscal 2022 compared to fiscal 2021 was primarily due to changes in operating assets and liabilities. Cash used in operations increased year over year due to prepaid expenses and other current assets from on-balance sheet retail installment contracts, increased deferred revenue, and higher inventories, partially offset by lower net payment for accounts payable and other accrued liabilities.

The $147.0 million decrease in cash used in operations for fiscal 2021 compared to fiscal 2020 was primarily due to a lower net loss in fiscal 2021 compared to fiscal 2020, after excluding non-cash items, most significantly, the Enphase mark-to-market adjustment as well as depreciation and amortization. Also, we saw a lower net cash outflow from changes in operating assets and liabilities in fiscal 2021 compared to fiscal 2020, primarily due to lower payments for accounts payable and other accrued liabilities, and net cash inflow from change in contract assets and contract liabilities, partially offset by lower collection from accounts receivable.

*Investing Activities (As Restated)*

The $438.7 million increase in net cash provided by investing activities for fiscal 2022 compared to fiscal 2021 primarily resulted from cash received from the sale of equity investments and the C&I Solutions sale in fiscal 2022, as well as an increase due to cash paid for the acquisition of Blue Raven in fiscal 2021, partially offset by higher purchases of property, plant, and equipment and cash paid for new equity investments under the Dealer Accelerator Program in fiscal 2022.

The $74.9 million decrease in net cash provided by investing activities for fiscal 2021 compared to fiscal 2020 was primarily due to lower cash proceeds from sale of equity investment and business divestitures, as well as cash outflow on the acquisition of Blue Raven in fiscal 2021.

*Table of Contents*

***Financing Activities (As Restated)***

The $49.9 million decrease in net cash used in financing activities in fiscal 2022 compared to fiscal 2021 primarily resulted from repayment of convertible debt in fiscal 2021, partially offset by higher cash paid on purchases of stock for tax withholding obligations and for distributions to noncontrolling interests in fiscal 2022.

The $45.7 million decrease in net cash used in financing activities in fiscal 2021 compared to fiscal 2020 primarily resulted from lower cash outflow on repurchase of convertible debt, partially offset by higher net repayment of bank loans and other debt, as well lower cash inflow in fiscal 2021 due to one-time proceeds from Maxeon Solar green convertible debt in fiscal 2020.

**Debt and Credit Sources**

For information about the terms of debt instruments and changes thereof in the period, see "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 12. *Debt and Credit Sources*".

**Liquidity**

As of January 1, 2023, we had unrestricted cash and cash equivalents of $377.0 million compared to $123.7 million as of January 2, 2022. These cash balances were held primarily in the U.S.; however, we had approximately $1.2 million held outside of the United States. This offshore cash is used to fund our business operations in Mexico, Canada, and the Asia Pacific region, which require local payment for payroll, materials, and other expenses. We use our available cash on-hand and short-term equity investments as well as various types of recourse and non-recourse debt as a primary source of funding for our operations, capital expenditure, and mergers and acquisitions.

While we continue to move towards a less capital-intensive business model in the near-term, with the sale of our C&I Solutions business which closed in the second quarter of fiscal 2022, we will continue to need capital in order to grow our business, including investments in customer acquisition, product and digital, as well as mergers and acquisition activities. We will seek to raise additional required capital through various cost-effective sources, which could include accessing the capital markets.

Overall, we maintain working capital and debt levels that we establish through consideration of a number of factors, including cash flow expectations, cash requirements for operations, our cost of capital, and targeted capital structure. We may also make debt purchases and/or exchanges for debt or equity from time to time through tender offers, exchange offers, redemptions, open market purchases, private transactions, or otherwise, or seek to raise additional debt or equity capital, depending on market conditions.

*Table of Contents*

The accompanying consolidated financial statements have been prepared on a going concern basis, which assumes the Company will be able to continue as a going concern and contemplates the realization of assets and satisfaction of liabilities in the normal course of business. Subsequent to the filing of our Original Form 10-K, as of October 1, 2023, we breached a financial covenant and a reporting covenant of the Credit Agreement (see "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 12. Debt and Credit Sources"). The breaches created events of default thereunder (the "Existing Defaults"), which enables the requisite lenders under the Credit Agreement to demand immediate payment of $246.3 million borrowings outstanding as of October 1, 2023, or exercise other remedies. As a result of the events of default, we no longer had the ability to borrow from the remaining capacity of $53.7 million of revolving commitments. On December 8, 2023 (the "Amendment Effective Date"), the Company obtained the Amendment and Waiver amending the Credit Agreement, and as amended by the First Amendment to Credit Agreement, dated as of January 26, 2023 (together and as amended, the "Amended Credit Agreement") by and among the Company, certain of its subsidiaries as guarantors, Bank of America, N.A. ("Bank of America"), BMO Bank, N.A., Citibank, N.A. and JPMorgan Chase Bank, N.A. as the lenders and L/C issuers party thereto (together, the "Existing Lenders"), and Bank of America, as administrative agent which provides for, among other things, a temporary waiver until January 19, 2024 of the breaches, and modification to the remaining available commitments through (i) the Existing Lenders to provide access to $25 million of existing revolving commitments and (ii) commitments by HoldCo, as a new lender, to provide an additional $25 million of capacity. Subsequent to the amendment, we borrowed the entire $50 million against the remaining capacity on the revolving credit facility. Although we entered into the Amendment and Waiver to temporarily address the Existing Defaults, we are also projecting to be noncompliant with certain debt covenants, which would cause further defaults under our existing debt arrangements. Following the expiration of the Amendment and Waiver, absent additional waivers, the events of default enable the requisite lenders under the Credit Agreement to demand immediate payment or exercise other remedies, such as subject all or a portion of obligations to a default rate of interest. Further, the Company also breached a financial covenant set forth under the Atlas Credit Agreement (see "Item 8. Financial Statements and Supplementary Data-Notes to Consolidated Financial Statements-Note 12. Debt and Credit Sources") due to delay in delivery of the quarterly financials for the third quarter of 2023 (the "Quarterly Financials Default"), which results in an event of default, thereby enabling the requisite lenders to demand immediate payment of $65.3 million borrowings outstanding as of October 1, 2023, or exercise other remedies. The Company is in discussion with the lenders under the Atlas Credit Agreement regarding a waiver of any breaches. There can be no assurance that such waiver will be obtained. Absent a waiver, the event of default enables the requisite lenders under the Atlas Credit Agreement to demand immediate payment or exercise other remedies, such as subject all or a portion of obligations to a default rate of interest. If the lenders were to demand immediate repayment, the Company would not have sufficient liquidity to meet its obligations and pay its liabilities arising from normal business operations when they come due. As such, substantial doubt exists about the Company's ability to continue as a going concern. Additionally, the Company received a reservation of rights letter from the administrative agent under the Dorado Credit Agreement as a result of the Restatement. We are in active discussions with this lender group, who are aware that SunPower does not agree that there has been any such breach of representation.

To address our liquidity needs, management is currently seeking additional waivers and evaluating various funding alternatives and may seek to raise additional funds through the issuance of equity, mezzanine or debt securities, through arrangements with strategic partners, which may include related parties, the capital markets, or through obtaining credit from financial institutions. As we seek additional sources of financing, there can be no assurance that such financing would be available to us on favorable terms or at all. Our ability to obtain additional financing in the debt and equity capital markets is subject to several factors, including market and economic conditions, our performance and investor sentiment with respect to us and our industry. The outcome of these matters cannot be predicted with any certainty at this time. Please see "Item 1A. Risk Factors" included elsewhere in this Annual Report on Form 10-K/A.

For more information, see "Risk Factors-*Substantial doubt exists about our ability to continue as a going concern and if we are unable to continue our business, our common stock might have little or no value. Although our financial statements have been prepared on a going concern basis, unless we obtain a waiver or amendment of the covenant breaches under the Credit Agreement and Atlas Credit Agreement and we are able to raise additional capital, there is a material risk that we will continue to be in breach of our financial covenants under the Credit Agreement and Atlas Credit Agreement, which may cause future events of default under our other existing debt agreements*" in this Annual Report on Form 10-K/A.

62

*Table of Contents*

**Contractual Obligations**

The following table summarizes our material contractual obligations and cash requirements for future periods as of January 1, 2023:

| | | | | Payments Due by Fiscal Period | | |
|---|---|---|---|---|---|---|
| (In thousands) (as restated) | | Total | 2023 | 2024-2025 | 2026-2027 | Beyond 2027 |
| Convertible debt, including interest[1] | $ | 433,491 | $ 433,491 | $ - | $ - | $ - |
| Other debt, including interest[2] | | 87,752 | 87,408 | 162 | 162 | 20 |
| Operating lease commitments[3] | | 50,079 | 14,666 | 21,401 | 12,157 | 1,855 |
| Supply agreement commitments[4] | | 717,216 | 367,054 | 344,855 | 1,562 | 3,745 |
| Total | $ | 1,288,538 | $ 902,619 | $ 366,418 | $ 13,881 | $ 5,620 |

[1] Convertible debt, including interest, relates to the aggregate of $425.0 million in outstanding principal amount of our 4.00% debentures due 2023, and interest of $8.5 million which is payable upon maturity in fiscal 2023. For the purpose of the table above, we assume that all holders of our convertible debt will continue to hold through the date of maturity, and will not convert. Refer to Note 4. *Transactions with Total and TotalEnergies SE*.

[2] Other debt, including interest, primarily relates to our non-recourse financing and other debt arrangements as described in Note 12. *Debt and Credit Sources.*

[3] Operating lease commitments primarily relate to various facility lease agreements including leases entered into that have not yet commenced.

[4] Supply agreement commitments primarily relate to arrangements entered into with several suppliers, including Maxeon Solar, for purchase of photovoltaic solar modules, as well as with a supplier for module-level power electronics and alternating current cables. These agreements specify future quantities and pricing of products to be supplied by the vendors for periods of two years and five years, respectively, and there are certain consequences, such as forfeiture of advanced deposits and liquidated damages relating to previous purchases, in the event we terminate these arrangements.

**Liabilities Associated with Uncertain Tax Positions**

Due to the complexity and uncertainty associated with our tax positions, we cannot make a reasonably reliable estimate of the period in which cash settlement will be made for our liabilities associated with uncertain tax positions in other long-term liabilities. Therefore, they have been excluded from the table above. As of January 1, 2023 and January 2, 2022, total liabilities associated with uncertain tax positions were $12.3 million and $14.7 million, respectively, and are included within "Other long-term liabilities" in our consolidated balance sheets as they are not expected to be paid within the next twelve months.

**ITEM 7A.** *QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK*

**Credit Risk**

We have certain financial instruments that subject us to credit risk. These consist primarily of cash and cash equivalents, restricted cash and cash equivalents, investments, accounts receivable, and advances to suppliers. We are exposed to credit losses in the event of nonperformance by the counterparties to our financial instruments. Our investment policy requires cash and cash equivalents, restricted cash and cash equivalents, and investments to be placed with high-quality financial institutions and limits the amount of credit risk from any one issuer. We additionally perform ongoing credit evaluations of our customers' financial condition whenever deemed necessary and generally do not require collateral.

*Table of Contents*

**SunPower Corporation**
**Consolidated Balance Sheets**
**(In thousands, except share par values)**

| | | January 1, 2023 (As Restated) | | January 2, 2022 (As Restated) |
|---|---|---:|---|---:|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 377,026 | $ | 123,735 |
| Restricted cash and cash equivalents, current portion[2] | | 10,668 | | 1,408 |
| Short-term investments | | 132,480 | | 365,880 |
| Accounts receivable, net[1] | | 169,674 | | 120,007 |
| Contract assets | | 57,070 | | 27,815 |
| Inventories | | 295,731 | | 214,470 |
| Advances to suppliers, current portion | | 12,059 | | 462 |
| Prepaid expenses and other current assets[1] | | 197,811 | | 99,163 |
| Current assets of discontinued operations[1] | | - | | 120,792 |
| Total current assets | | 1,252,519 | | 1,073,732 |
| | | | | |
| Restricted cash and cash equivalents, net of current portion[2] | | 18,812 | | 18,156 |
| Property, plant and equipment, net | | 76,473 | | 34,814 |
| Operating lease right-of-use assets | | 36,926 | | 32,859 |
| Solar power systems leased, net | | 41,779 | | 45,502 |
| Goodwill | | 125,998 | | 125,998 |
| Other intangible assets, net | | 24,192 | | 24,879 |
| Other long-term assets[1] | | 186,927 | | 155,852 |
| Long-term assets of discontinued operations | | - | | 47,526 |
| Total assets | $ | 1,763,626 | $ | 1,559,318 |
| | | | | |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable[1] | $ | 243,139 | $ | 140,222 |
| Accrued liabilities[1] | | 148,119 | | 104,143 |
| Operating lease liabilities, current portion | | 11,356 | | 11,867 |
| Contract liabilities, current portion[1] | | 141,863 | | 61,424 |
| Short-term debt | | 82,240 | | 109,470 |
| Convertible debt, current portion[1] | | 424,919 | | - |
| Current liabilities of discontinued operations[1] | | - | | 86,496 |
| Total current liabilities | | 1,051,636 | | 513,622 |
| | | | | |
| Long-term debt | | 308 | | 380 |
| Convertible debt, net of current portion[1] | | - | | 423,677 |
| Operating lease liabilities, net of current portion | | 29,347 | | 28,658 |
| Contract liabilities, net of current portion | | 11,588 | | 19,938 |
| Other long-term liabilities[1] | | 114,702 | | 146,779 |
| Long-term liabilities of discontinued operations[1] | | - | | 42,661 |
| Total liabilities | | 1,207,581 | | 1,175,715 |
| Commitments and contingencies (Note 10) | | | | |
| Equity: | | | | |
| Preferred stock, $0.001 par value; 10,000 shares authorized; none issued and outstanding as of January 1, 2023 and January 2, 2022 | | - | | - |
| Common stock, $0.001 par value; 367,500 shares authorized; 188,287 shares issued and 174,269 shares outstanding as of January 1, 2023; 186,452 shares issued and 173,051 shares outstanding as of January 2, 2022 | | 174 | | 173 |
| Additional paid-in capital | | 2,855,930 | | 2,714,500 |
| Accumulated deficit | | (2,085,784) | | (2,128,633) |
| Accumulated other comprehensive income (loss) | | 11,568 | | 11,168 |
| Treasury stock, at cost: 14,018 shares of common stock as of January 1, 2023; 13,401 shares of common stock as of January 2, 2022 | | (226,646) | | (215,240) |
| Total stockholders' equity | | 555,242 | | 381,968 |
| Noncontrolling interests in subsidiaries | | 803 | | 1,635 |
| Total equity | | 556,045 | | 383,603 |
| Total liabilities and equity | $ | 1,763,626 | $ | 1,559,318 |

[1] We have related-party balances for transactions made with TotalEnergies SE and its affiliates, Maxeon Solar Technologies, Ltd. ("Maxeon Solar"), and unconsolidated entities in which we have a direct equity investment. These related-party balances are recorded within the "accounts receivable, net," "prepaid expenses and other current assets," "other long-term assets," "accounts payable," "accrued liabilities," "convertible debt, current portion," "contract liabilities, current portion," "convertible debt, net of current portion," "other long-term liabilities," "current assets of discontinued operations," "current liabilities of discontinued operations," and "long-term liabilities of discontinued operations" financial statement line items on our consolidated balance sheets (see Note 4, Note 10, Note 11, Note 12, and Note 13).

[2] Amounts included in the "Restricted cash and cash equivalents, current portion" and "Restricted cash and cash equivalents, net of current portion" financial statement line items on our consolidated balance sheets include cash balances set aside for various financial obligations including loans, distributions, letter of credit facilities, and other projects' related cash transactions.

The accompanying notes are an integral part of these consolidated financial statements.

69

*Table of Contents*

**SunPower Corporation**
**Consolidated Statements of Operations**
**(In thousands, except per share data)**

| | | Fiscal Year Ended | | | | |
|---|---|---|---|---|---|---|
| | | January 1, 2023 (As Restated) | | January 2, 2022 (As Restated) | | January 3, 2021 (As Restated) |
| Total revenues[1] | $ | 1,741,943 | $ | 1,128,358 | $ | 863,489 |
| Total cost of revenues[1] | | 1,338,942 | | 876,306 | | 715,019 |
| Gross profit | | 403,001 | | 252,052 | | 148,470 |
| Operating expenses: | | | | | | |
| Research and development[1] | | 24,759 | | 15,811 | | 19,222 |
| Sales, general, and administrative[1] | | 387,260 | | 236,104 | | 153,820 |
| Restructuring charges (credits) | | 244 | | 4,519 | | 2,604 |
| (Gain) loss on sale and impairment of residential lease assets | | - | | (294) | | 45 |
| (Gain) loss on business divestitures, net[1] | | - | | (5,290) | | (10,334) |
| Expense (income) from transition services agreement, net[1] | | 69 | | (4,255) | | (6,260) |
| Total operating expenses | | 412,332 | | 246,595 | | 159,097 |
| Operating (loss) income | | (9,331) | | 5,457 | | (10,627) |
| Other income (expense), net: | | | | | | |
| Interest income | | 3,200 | | 168 | | 753 |
| Interest expense[1] | | (21,565) | | (24,032) | | (28,683) |
| Other, net | | 115,405 | | 22,332 | | 692,335 |
| Other income (expense), net | | 97,040 | | (1,532) | | 664,405 |
| Income (loss) from continuing operations before income taxes and equity in earnings (losses) of unconsolidated investees | | 87,709 | | 3,925 | | 653,778 |
| Benefits from (provision for) income taxes | | 8,383 | | (7,314) | | (57,817) |
| Equity in earnings (losses) of unconsolidated investees | | 2,272 | | - | | - |
| Net income (loss) from continuing operations | | 98,364 | | (3,389) | | 595,961 |
| (Loss) income from discontinued operations before income taxes and equity in (losses) earnings of unconsolidated investees[1] | | (51,729) | | (46,046) | | (126,811) |
| Benefits from (provision for) income taxes | | 640 | | 2,048 | | 3,258 |
| Equity in (losses) earnings of unconsolidated investees | | - | | - | | (586) |
| Net (loss) income from discontinued operations | | (51,089) | | (43,998) | | (124,139) |
| Net income (loss) | | 47,275 | | (47,387) | | 471,822 |
| Net (income) loss from continuing operations attributable to noncontrolling interests | | (4,676) | | 145 | | 1,187 |
| Net loss (income) from discontinued operations attributable to noncontrolling interests | | 250 | | 539 | | (165) |
| Net (income) loss attributable to noncontrolling interests | | (4,426) | | 684 | | 1,022 |
| Net income (loss) from continuing operations attributable to stockholders | | 93,688 | | (3,244) | | 597,148 |
| Net (loss) income from discontinued operations attributable to stockholders | | (50,839) | | (43,459) | | (124,304) |
| Net income (loss) attributable to stockholders | $ | 42,849 | $ | (46,703) | $ | 472,844 |
| | | | | | | |
| Net income (loss) per share attributable to stockholders - basic: | | | | | | |
| Continuing operations | $ | 0.54 | $ | (0.02) | $ | 3.52 |
| Discontinued operations | $ | (0.29) | $ | (0.25) | $ | (0.73) |
| Net income (loss) per share - basic | $ | 0.25 | $ | (0.27) | $ | 2.79 |
| | | | | | | |
| Net income (loss) per share attributable to stockholders - diluted: | | | | | | |
| Continuing operations | $ | 0.54 | $ | (0.02) | $ | 3.10 |
| Discontinued operations | $ | (0.29) | $ | (0.25) | $ | (0.63) |
| Net income (loss) per share - diluted | $ | 0.25 | $ | (0.27) | $ | 2.47 |
| | | | | | | |
| Weighted-average shares: | | | | | | |
| Basic | | 173,919 | | 172,436 | | 169,801 |
| Diluted | | 174,603 | | 175,116 | | 197,242 |

[1] We have related-party transactions with TotalEnergies SE and its affiliates, Maxeon Solar, and unconsolidated entities in which we have a direct equity investment. These related-party transactions are recorded within the "total revenues," "total cost of revenues," "operating expenses: research and development," "operating expenses: sales, general, and administrative," "operating expenses: (gain) loss from business divestitures, net," "operating expenses: expense (income) from transition services agreement, net," "other income (expense), net: interest expense," and "(loss) income from discontinued operations before income taxes and equity in (losses) earnings of unconsolidated investees" financial statement line items in our consolidated statements of operations (see Note 4, Note 11, and Note 13).

The accompanying notes are an integral part of these consolidated financial statements.

70

*Table of Contents*

**SunPower Corporation**
**Consolidated Statements of Comprehensive Income (Loss)**
**(In thousands)**

| | Fiscal Year Ended | | |
| --- | --- | --- | --- |
| | January 1, 2023 (As Restated) | January 2, 2022 (As Restated) | January 3, 2021 (As Restated) |
| Net income (loss) | $ 47,275 | $ (47,387) | $ 471,822 |
| Components of other comprehensive income (loss): | | | |
| Translation adjustment | (44) | (15) | 2,783 |
| Net change in derivatives | - | 570 | (741) |
| Net gain (loss) on long-term pension liability adjustment | 444 | 1,798 | (1,123) |
| Benefit from (provision for) income taxes | - | 16 | (15) |
| Total other comprehensive income (loss) | 400 | 2,369 | 904 |
| Total comprehensive income (loss) | 47,675 | (45,018) | 472,726 |
| Comprehensive (loss) income attributable to noncontrolling interests | (4,426) | 684 | 1,022 |
| Comprehensive income (loss) attributable to stockholders | $ 43,249 | $ (44,334) | $ 473,748 |

The accompanying notes are an integral part of these consolidated financial statements.

71

*Table of Contents*

**SunPower Corporation**
**Consolidated Statements of Equity**
**(In thousands)**

| | Common Stock | | Additional Paid-in Capital | Treasury Stock | Accumulated Other Comprehensive Loss | Accumulated Deficit | Total Stockholders' Equity | Noncontrolling Interests | Total Equity |
|---|---|---|---|---|---|---|---|---|---|
| | Shares | Value | | | | | | | |
| **Balances at December 29, 2019 (as reported)** | **168,121** | **$ 168** | **$2,661,819** | **$(192,633)** | **$ (9,512)** | **$ (2,449,679)** | **$ 10,163** | **$ 11,336** | **$ 21,499** |
| Cumulative restatement adjustments | - | - | - | - | - | 5,128 | 5,128 | - | 5,128 |
| **Balances at December 29, 2019 (as restated)** | **168,121** | **$ 168** | **$2,661,819** | **$(192,633)** | **$ (9,512)** | **$ (2,444,551)** | **$ 15,291** | **$ 11,336** | **$ 26,627** |
| Net income (loss) | - | - | - | - | - | 472,844 | 472,844 | (1,022) | 471,822 |
| Other comprehensive income | - | - | - | - | 904 | - | 904 | - | 904 |
| Issuance of restricted stock to employees, net of cancellations | 3,597 | 3 | - | - | - | - | 3 | - | 3 |
| Stock-based compensation expense | - | - | 24,101 | - | - | - | 24,101 | - | 24,101 |
| Purchases of treasury stock | (1,290) | (1) | - | (12,843) | - | - | (12,844) | - | (12,844) |
| Distributions to non-controlling interests | - | - | - | - | - | - | - | (1,392) | (1,392) |
| Contributions to non-controlling interests | - | - | - | - | - | - | - | 22 | 22 |
| Issuance of Maxeon Solar green convertible notes | - | - | 52,167 | - | - | - | 52,167 | - | 52,167 |
| Impact of Maxeon Solar Spin-Off | - | - | (52,167) | - | 17,407 | (110,615) | (145,375) | (6,625) | (152,000) |
| **Balances at January 3, 2021 (as restated)** | **170,428** | **$ 170** | **$2,685,920** | **$(205,476)** | **$ 8,799** | **$ (2,082,322)** | **$ 407,091** | **$ 2,319** | **$ 409,410** |
| Net income (loss) | - | - | - | - | - | (46,703) | (46,703) | (684) | (47,387) |
| Other comprehensive income | - | - | - | - | 2,369 | - | 2,369 | - | 2,369 |
| Issuance of restricted stock to employees, net of cancellations | 2,905 | 3 | - | - | - | - | 3 | - | 3 |
| Issuance of common stock to executive[1] | 101 | - | 2,999 | - | - | - | 2,999 | - | 2,999 |
| Stock-based compensation expense | - | - | 25,511 | - | - | - | 25,511 | - | 25,511 |
| Bond/debentures conversion | 4 | - | 159 | - | - | - | 159 | - | 159 |
| Purchases of treasury stock | (387) | - | - | (9,739) | - | - | (9,739) | - | (9,739) |
| Other adjustments | - | - | (89) | (25) | - | 392 | 278 | - | 278 |
| **Balances at January 2, 2022 (as restated)** | **173,051** | **$ 173** | **$2,714,500** | **$(215,240)** | **$ 11,168** | **$ (2,128,633)** | **$ 381,968** | **$ 1,635** | **$ 383,603** |

72

*Table of Contents*

**SunPower Corporation**
**Consolidated Statements of Equity**
**(In thousands)**

| | Common Stock | | Additional Paid-in Capital | Treasury Stock | Accumulated Other Comprehensive Income | Accumulated Deficit | Total Stockholders' Equity | Noncontrolling Interests | Total Equity |
|---|---|---|---|---|---|---|---|---|---|
| | Shares | Value | | | | | | | |
| **Balances at January 2, 2022 (as restated)** | **173,051** | **$  173** | **$2,714,500** | **$(215,240)** | **$  11,168** | **$ (2,128,633)** | **$  381,968** | **$  1,635** | **$383,603** |
| Net income (loss) | - | - | - | - | - | 42,849 | 42,849 | 4,426 | 47,275 |
| Other comprehensive income | - | - | - | - | 400 | - | 400 | - | 400 |
| Issuance of restricted stock to employees, net of cancellations | 1,835 | 1 | - | - | - | - | 1 | - | 1 |
| Stock-based compensation expense | - | - | 26,434 | - | - | - | 26,434 | - | 26,434 |
| Distributions to noncontrolling interests | - | - | - | - | - | - | - | (9,201) | (9,201) |
| Purchases of treasury stock | (617) | - | - | (11,406) | - | - | (11,406) | - | (11,406) |
| Gain on sale of C&I Solutions business, net of tax[2] | - | - | 112,290 | - | - | - | 112,290 | 3,943 | 116,233 |
| Income taxes[3] | - | - | 2,706 | - | - | - | 2,706 | - | 2,706 |
| **Balances at January 1, 2023 (as restated)** | **174,269** | **$  174** | **$2,855,930** | **$(226,646)** | **$  11,568** | **$ (2,085,784)** | **$  555,242** | **$  803** | **$556,045** |

[1] Refer to Note 13. *Related-Party Transactions* for details.

[2] As TotalEnergies Renewables is a subsidiary of TotalEnergies SE, our parent company, the sale of our C&I Solutions business was a transaction under common control. As such, total gain on sale of our C&I Solutions business was included in Additional Paid-in-Capital within our consolidated statements of equity. Refer to Note 3. *Discontinued Operations* for further details.

[3] Relates to a reduction of income tax liability resulting from utilization of carryover R&D credits on book to tax difference on interest on convertible debt.

The accompanying notes are an integral part of these consolidated financial statements.

Table of Contents

**SunPower Corporation**
**Consolidated Statements of Cash Flows**
**(In thousands)**

| | Fiscal Year Ended | | |
| --- | --- | --- | --- |
| | January 1, 2023 (As Restated) | January 2, 2022 (As Restated) | January 3, 2021 (As Restated) |
| **Cash flows from operating activities:** | | | |
| Net income (loss) | $ 47,275 | $ (47,387) | $ 471,822 |
| Adjustments to reconcile net income (loss) to net cash used in operating activities: | | | |
| Depreciation and amortization | 30,291 | 11,863 | 48,660 |
| Amortization of cloud computing arrangements | 5,339 | 72 | - |
| Stock-based compensation | 26,434 | 25,902 | 24,817 |
| Amortization of debt issuance costs | 3,664 | 5,042 | 6,562 |
| Equity in (earnings) losses of unconsolidated investees | (2,271) | - | 586 |
| (Gain) loss on equity investments | (114,710) | (21,712) | (692,100) |
| (Gain) loss on retirement of convertible debt | - | - | (2,182) |
| (Gain) loss on sale of investments | - | (1,162) | - |
| (Gain) loss on business divestitures, net | - | (224) | (10,334) |
| Unrealized (gain) loss on derivatives | (2,293) | - | - |
| Dividend from equity method investees | 120 | - | - |
| Deferred income taxes | (13,973) | 5,688 | 19,241 |
| (Gain) loss on sale and impairment of residential lease assets | - | (226) | 1,024 |
| Other, net: | 1,209 | (670) | 196 |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable | (59,969) | (16,792) | 98,466 |
| Contract assets | (14,174) | 36,260 | (12,483) |
| Inventories | (90,227) | (5,363) | (29,808) |
| Project assets | 295 | 4,398 | (8,187) |
| Prepaid expenses and other assets | (200,687) | (32,726) | (5,639) |
| Operating lease right-of-use assets | 11,445 | 11,262 | 10,552 |
| Advances to suppliers | (11,915) | (462) | 13,482 |
| Accounts payable and other accrued liabilities | 120,518 | (10,298) | (77,135) |
| Contract liabilities | 97,900 | 9,155 | (34,530) |
| Operating lease liabilities | (15,168) | (13,010) | (10,401) |
| Net cash (used in) provided by operating activities | (180,897) | (40,390) | (187,391) |
| **Cash flows from investing activities:** | | | |
| Purchases of property, plant, and equipment | (48,807) | (10,024) | (14,577) |
| Investments in software development costs | (5,690) | (3,519) | - |
| Proceeds from sale of property, plant and equipment | - | 900 | - |
| Cash paid for solar power systems | - | (635) | (6,528) |
| Purchases of marketable securities | - | - | (1,338) |
| Proceeds from maturities of marketable securities | - | - | 6,588 |
| Cash outflow upon Maxeon Solar Spin-Off, net of proceeds | - | - | (131,136) |
| Cash received from sale of investments | - | 1,200 | - |
| Proceeds from business divestitures, net of de-consolidated cash | - | 10,516 | 15,418 |
| Cash received from C&I Solutions sale, net of de-consolidated cash | 146,303 | - | - |
| Cash paid for acquisitions, net of cash acquired | - | (124,200) | - |
| Cash paid for equity investments under the Dealer Accelerator Program and other | (30,920) | - | - |
| Proceeds from sale of equity investment | 440,108 | 177,780 | 253,039 |
| Proceeds from return of capital from equity investments | - | 2,276 | 7,724 |
| Cash paid for investments in unconsolidated investees | (8,173) | - | - |
| Dividend from equity method investee, in excess of cumulative earnings | 150 | - | - |
| Net cash provided by (used in) investing activities | 492,971 | 54,294 | 129,190 |
| **Cash flows from financing activities:** | | | |
| Proceeds from bank loans and other debt | 146,211 | 152,081 | 216,483 |
| Repayment of bank loans and other debt | (182,340) | (180,869) | (227,677) |
| Proceeds from issuance of non-recourse residential and commercial financing, net of issuance costs | - | - | 14,789 |
| Repayment of non-recourse residential and commercial financing | - | (9,798) | (9,044) |
| Contributions from noncontrolling interests attributable to residential projects | - | - | 22 |
| Distributions to noncontrolling interests attributable to residential projects | (9,201) | - | (1,392) |
| Repayment of convertible debt | - | (62,757) | (334,732) |
| Proceeds from issuance of Maxeon Solar green convertible debt | - | - | 200,000 |
| Payments for financing leases | (1,432) | (2) | - |
| Receipt of contingent asset of a prior business combination | - | - | 2,245 |
| Settlement of contingent consideration arrangement of a prior business combination | - | - | (776) |
| Issuance of common stock to executive | - | 2,998 | - |
| Equity offering costs paid | - | - | (928) |
| Purchases of stock for tax withholding obligations on vested restricted stock | (11,405) | (9,762) | (12,842) |
| Net cash (used in) provided by financing activities | (58,167) | (108,109) | (153,852) |
| Effect of exchange rate changes on cash, cash equivalents, and restricted cash | - | - | 200 |
| Net increase (decrease) in cash, cash equivalents, and restricted cash | 253,907 | (94,205) | (211,853) |
| Cash, cash equivalents, and restricted cash, beginning of period | 152,599 | 246,804 | 458,657 |

| | | | | | |
|---|---|---|---|---|---|
| Cash, cash equivalents, and restricted cash, end of period | $ | 406,506 | $ | 152,599 | $ | 246,804 |

**Reconciliation of cash, cash equivalents, and restricted cash to the consolidated balance sheets, including discontinued operations:**

| | | | | | |
|---|---|---|---|---|---|
| Cash and cash equivalents | $ | 377,026 | $ | 127,130 | $ | 232,765 |
| Restricted cash and cash equivalents, current portion | | 10,668 | | 4,874 | | 5,518 |
| Restricted cash and cash equivalents, net of current portion | | 18,812 | | 20,595 | | 8,521 |
| Total cash, cash equivalents, and restricted cash | $ | 406,506 | $ | 152,599 | $ | 246,804 |

**Supplemental disclosure of non-cash activities:**

| | | | | | |
|---|---|---|---|---|---|
| Costs of solar power systems funded by liabilities | $ | - | $ | - | $ | 635 |
| Property, plant and equipment acquisitions funded by liabilities (including financing leases) | $ | 12,380 | $ | 1,368 | $ | 866 |
| Right-of-use assets obtained in exchange for lease obligations | $ | 14,452 | $ | 20,838 | $ | 22,794 |
| Net working capital settlement related to C&I Solutions sale | $ | 7,005 | $ | - | $ | - |
| Deconsolidation of right-of-use assets and lease obligations | $ | - | $ | 3,340 | $ | - |
| Debt repaid in sale of commercial projects | $ | - | $ | 5,585 | $ | - |
| Assumption of liabilities in connection with business divestitures | $ | - | $ | - | $ | 9,056 |
| Holdbacks in connection with business divestitures | $ | - | $ | - | $ | 7,199 |
| Costs of solar power systems sourced from existing inventory | $ | - | $ | - | $ | 1,018 |
| Fair value of contingent consideration for business combination | $ | - | $ | 11,100 | $ | - |

**Supplemental cash flow disclosures:**

| | | | | | |
|---|---|---|---|---|---|
| Cash paid for interest | $ | 21,064 | $ | 25,289 | $ | 31,704 |
| Cash paid for income taxes | $ | 7,437 | $ | 22,825 | $ | 18,708 |

The accompanying notes are an integral part of these consolidated financial statements.

74

*Table of Contents*

**Liquidity and Going Concern**

The accompanying consolidated financial statements have been prepared on a going concern basis, which assumes the Company will be able to continue as a going concern and contemplates the realization of assets and satisfaction of liabilities in the normal course of business. Subsequent to the filing of our Original Form 10-K, as of October 1, 2023, we breached a financial covenant and a reporting covenant of the Credit Agreement (see Note 12. *Debt and Credit Sources*). The breaches created events of default thereunder (the "Existing Defaults"), which enables the requisite lenders under the Credit Agreement to demand immediate payment of $246.3 million borrowings outstanding as of October 1, 2023, or exercise other remedies. As a result of the events of default, we no longer had the ability to borrow from the remaining capacity of $53.7 million of revolving commitments. On December 8, 2023, the Company obtained the Amendment and Waiver amending the Credit Agreement, and as amended by the First Amendment to Credit Agreement, dated as of January 26, 2023 (together and as amended, the "Amended Credit Agreement") by and among the Company, certain of its subsidiaries as guarantors, Bank of America, N.A. ("Bank of America"), BMO Bank, N.A., Citibank, N.A. and JPMorgan Chase Bank, N.A. as the lenders and L/C issuers party thereto (together, the "Existing Lenders"), and Bank of America, as administrative agent which provides for, among other things, a temporary waiver until January 19, 2024 of the breaches, and modification to the remaining available commitments through (i) the Existing Lenders to provide access to $25 million of existing revolving commitments and (ii) commitments by HoldCo, as a new lender, to provide an additional $25 million of capacity. Subsequent to the amendment, we borrowed the entire $50 million against the remaining capacity on the revolving credit facility. Although we entered into the Amendment and Waiver to temporarily address the Existing Defaults, we are also projecting to be noncompliant with certain debt covenants, which would cause further defaults under our existing debt arrangements. Following the expiration of the Amendment and Waiver, absent additional waivers, the events of default enable the requisite lenders under the Credit Agreement to demand immediate payment or exercise other remedies, such as subject all or a portion of obligations to a default rate of interest. Further, the Company also breached a financial covenant set forth in the Loan and Security Agreement, dated June 30, 2022, entered into by a wholly owned indirect subsidiary of the Company, the lenders party thereto from time to time, Atlas Securitized Products Holdings, L.P., as administrative agent and Computershare Trust Company, National Association, as paying agent (as amended, the "Loan Facility with Credit Suisse AG," the "Credit Suisse Warehouse Loan," or the "Atlas Credit Agreement") (see Note 12. *Debt and Credit Sources*) due to delay in delivery of the quarterly financials for the third quarter of 2023 (the "Quarterly Financials Default"), which results in an event of default, thereby enabling the requisite lenders to demand immediate payment of $65.3 million borrowings outstanding as of October 1, 2023, or exercise other remedies. The Company is in discussion with the lenders under the Atlas Credit Agreement regarding a waiver of any breaches. There can be no assurance that such waiver will be obtained. Absent a waiver, the event of default enables the requisite lenders under the Atlas Credit Agreement to demand immediate payment or exercise other remedies, such as subject all or a portion of obligations to a default rate of interest. If the lenders under the Credit Agreement and the Atlas Credit Agreement were to demand immediate repayment, the Company would not have sufficient liquidity to meet its obligations and pay its liabilities arising from normal business operations when they come due. As such, substantial doubt exists about the Company's ability to continue as a going concern.

To address our liquidity needs, management is currently seeking additional waivers and evaluating various funding alternatives and may seek to raise additional funds through the issuance of equity, mezzanine or debt securities, through arrangements with strategic partners, which may include related parties, the capital markets, or through obtaining credit from financial institutions. As we seek additional sources of financing, there can be no assurance that such financing would be available to us on favorable terms or at all. Our ability to obtain additional financing in the debt and equity capital markets is subject to several factors, including market and economic conditions, our performance and investor sentiment with respect to us and our industry. The outcome of these matters cannot be predicted with any certainty at this time.

**Basis of Presentation and Preparation**

*Principles of Consolidation*

The accompanying consolidated financial statements have been prepared by us in accordance with generally accepted accounting principles in the United States ("United States" or "U.S.," and such accounting principles, "U.S. GAAP") and include the accounts of SunPower, all of our subsidiaries, and special purpose entities, as appropriate under U.S. GAAP. All intercompany transactions and balances have been eliminated in consolidation. The assets of the special purpose entities that we establish in connection with certain project financing arrangements for customers are not designed to be available to service our general liabilities and obligations.

*Table of Contents*

*Fiscal Periods*

We have a 52-to-53-week fiscal year that ends on the Sunday closest to December 31. Accordingly, every fifth or sixth year will be a 53-week fiscal year. The current fiscal year, fiscal 2022, is a 52-week fiscal year, fiscal 2021 was a 52-week fiscal year, and fiscal 2020 was a 53-week fiscal year. Our fiscal 2022 ended on January 1, 2023, fiscal 2021 ended on January 2, 2022, and fiscal 2020 ended on January 3, 2021.

*Management Estimates*

The preparation of the consolidated financial statements in conformity with U.S. GAAP requires our management to make estimates and assumptions that affect the amounts of assets and liabilities and disclosures of contingent assets and liabilities reported in these consolidated financial statements and accompanying notes. We base our estimates on historical experience and various other assumptions believed to be reasonable. Our actual financial results could materially differ from those estimates. Significant estimates in these consolidated financial statements include revenue recognition, specifically nature and timing of satisfaction of performance obligations, standalone selling price of performance obligations, and variable consideration; credit losses, including estimating macroeconomic factors affecting historical recovery rate of receivables; inventory and project asset write-downs; long-lived assets and goodwill impairment, specifically estimates for valuation assumptions including discount rates and future cash flows; fair value of investments, including equity investments for which we apply the fair value option and other financial instruments; valuation of goodwill and intangible assets acquired in a business combination; valuation of contingent consideration in a business combination; valuation of contingencies such as warranty and litigation; the incremental borrowing rate used in discounting of lease liabilities; the fair value of indemnities provided to customers and other parties; and income taxes and tax valuation allowances.

## Restatement of Previously Issued Consolidated Financial Statements

As described in Note 2. *Restatement of Previously Issued Consolidated Financial Statements*, our consolidated financial statements for fiscal years 2022, 2021, and 2020 (collectively, the "Affected Periods"), are restated in this Annual Report on Form 10-K/A (this "Amendment No.1", this "Annual Report" or this "Form 10-K/A") to reflect the corrections related to the value of consignment inventory of microinverter ("MI") components at certain warehouse and third-party locations and corrections related to reclassification of certain expenses in our statements of operations, along with other immaterial corrections. The restated consolidated financial statements are indicated as "Restated" in the audited consolidated financial statements and accompanying notes, as applicable. See Note 2. *Restatement of Previously Issued Consolidated Financial Statements* for further discussion.

## Summary of Significant Accounting Policies

### Cash Equivalents

Highly liquid investments with original or remaining maturities of ninety days or less at the date of purchase are considered cash equivalents.

### Restricted Cash and Cash Equivalents

We maintain cash and cash equivalents in restricted accounts pursuant to various letters of credit, surety bonds, loan agreements, and other agreements in the normal course of business.

### Lease Accounting

We determine if an arrangement is a lease at inception. Our operating lease agreements are primarily for real estate and are included within operating lease right-of-use ("ROU") assets and operating lease liabilities on the consolidated balance sheets. Our finance lease agreements are for vehicle finance leases and are included within property, plant, and equipment, net, accrued liabilities, and other long-term liabilities on the consolidated balance sheets. We elected the practical expedient to combine our lease and related non-lease components for all our leases.

*Table of Contents*

**Note 2.**
*RESTATEMENT OF PREVIOUSLY ISSUED CONSOLIDATED FINANCIAL STATEMENTS*

**Restatement Background**

On October 19, 2023, the Audit Committee of the Board of Directors (the "Board") of the Company, based upon the recommendation of management, determined that our (i) audited consolidated financial statements included in our Annual Report on Form 10-K for the period ended January 1, 2023, filed with the SEC on March 10, 2023 (the "Original Form 10-K"), (ii) unaudited condensed consolidated financial statements included in our Quarterly Report on Form 10-Q for the quarterly period ended April 2, 2023, filed with the SEC on May 3, 2023 (the "Q1 2023 Form 10-Q"), and (iii) unaudited condensed consolidated financial statements included in our Quarterly Report on Form 10-Q for the quarterly period ended July 2, 2023, filed with the SEC on August 2, 2023 (the "Q2 2023 Form 10-Q," and collectively, the "Affected Periods"), as well as the relevant portions of any communication which describe or are based on such consolidated financial statements, should no longer be relied upon, and that the previously issued financial statements for the Affected Periods should be restated.

This Note discloses the nature of the restatement adjustments and discloses the cumulative effects of these adjustments on the consolidated balance sheets, statements of operations, and statements of cash flows for the fiscal years included in the Original Form 10-K. The consolidated statements of comprehensive income (loss) and statements of equity for the fiscal years ended January 1, 2023, January 2, 2022, and January 3, 2021 have also been restated for the correction to net income (loss).

The audited consolidated financial statements for fiscal year 2022 have been restated to reflect the corrections related to the value of consignment inventory of MI components at certain warehouse and third-party locations, and reclassification of certain expenses on our consolidated statements of operations as further described below, along with other immaterial items pertaining to fiscal years 2022, 2021 and 2020. The effects of the restatement, including the related income tax impacts are reflected in the impacted tables and footnotes throughout these consolidated financial statements in this Amendment No. 1. The restatement adjustments and their impacts on the previously issued consolidated financial statements included in the Original Form 10-K are described below.

**Description of Restatement Adjustments**

The categories of the restatement adjustments and their impact on the previously reported consolidated financial statements included in the Original Form 10-K are described below.

    a.    ***Inventory-Related Adjustments*** - In the third quarter of fiscal year 2023, while reviewing our inventory account reconciliations, we identified that the consumption of certain MI costs in photo-voltaic module manufacturing had been inaccurately recorded starting in the first quarter of fiscal year 2022. This resulted in an overstatement of MI costs included in finished goods inventory, and an understatement of cost of revenues for the impacted periods. The impact of the correction is to recognize an increase in cost of revenues for the relevant MI costs, with a corresponding reduction to our finished goods inventory and increase in accrued liabilities related to additional accruals for sales and use taxes. In addition, we also identified other immaterial miscellaneous inventory-related misstatements during fiscal year 2022, pertaining to the physical inventory counts and classifications between financial statement line items related to inventories.

        •    The aggregated impact to the consolidated statements of operations for fiscal year 2022 is an increase to total cost of revenues of $14.6 million. The impact to the consolidated balance sheets as of January 1, 2023 is a decrease in inventories of $19.7 million, an increase in advances to suppliers, current portion of $2.8 million, an increase in prepaid expenses and other current assets of $2.4 million, an increase in accounts payable of $0.8 million, and an increase in accrued liabilities of $0.4 million.

    b.    ***Classification of Expense in the Statements of Operations*** - In fiscal year 2023, we identified errors related to the classification of certain expenses as cost of revenues instead of operating expenses. This resulted in the reclassification of certain expenses from cost of revenues to selling, general, and administrative expense for the fiscal years 2022, 2021 and 2020.

        •    The aggregated impact to the consolidated statements of operations for fiscal year 2022 is a decrease to total cost of revenues of $49.1 million and an increase to sales, general, and administrative expenses of $49.1 million.

        •    The aggregated impact to the consolidated statements of operations for fiscal year 2021 is a decrease to total cost of revenues of $26.8 million and an increase to sales, general, and administrative expenses of $26.8 million.

Table of Contents

- The aggregated impact to the consolidated statements of operations for fiscal year 2020 is a decrease to total cost of revenues of $18.1 million and an increase to sales, general, and administrative expenses of $18.1 million.

c. **Discontinued Operations** - We determined that certain charges for changes in estimates related to indemnifications on warranty obligations and legal costs we have retained in connection with the sale of our C&I Solutions business to TotalEnergies Renewables should have been classified as discontinued operations instead of continuing operations in the consolidated statements of operations for fiscal year 2022.

- The impact to the consolidated statements of operations for fiscal year 2022 is a decrease to total cost of revenues of $3.5 million and a decrease to sales, general, and administrative expenses of $1.1 million, with an increase to discontinued operations by the total amount.

d. **Timing of Revenue Recognition for Certain Revenue Contracts** - In the fourth quarter of fiscal year 2022, we determined that a portion of revenue earned from sales through our New Homes channel were incorrectly deferred. We concluded that our performance obligations related to these contracts had been satisfied and revenue should have been recognized.

- The impact to the consolidated statements of operations for fiscal year 2022 is an increase to total revenues of $4.6 million and an increase to total cost of revenues of $2.9 million. The impact to the consolidated balance sheets as of January 1, 2023 is an increase in contract assets of $6.4 million and a decrease in prepaid expenses and other current assets of $4.0 million.
- The impact to the consolidated statements of operations for fiscal year 2021 is a decrease to total revenues of $1.4 million and a decrease to total cost of revenues of $0.7 million. The impact to the consolidated balance sheets as of January 2, 2022 is an increase in contract assets of $1.8 million and a decrease in prepaid expenses and other current assets of $1.1 million.
- The impact to the consolidated statements of operations for fiscal year 2020 is a decrease to total revenues of $4.6 million and a decrease to total cost of revenues of $2.3 million.

e. **Other Restatement Adjustments** - There are other restatement adjustments otherwise not described in items (a) to (d) above, which are individually and in the aggregate insignificant for fiscal years 2022, 2021, and 2020.

**Consolidated Financial Statements - Restatement Reconciliation Tables**

In light of the foregoing, in accordance with ASC 250, *Accounting Changes and Error Corrections*, we are restating the previously issued consolidated financial statements as of fiscal years 2022 and 2021, and for fiscal years 2022, 2021, and 2020, to reflect the effects of the restatement adjustments, and to make certain corresponding disclosures.

In the following tables, we have presented a reconciliation of our consolidated balance sheets, statements of operations, and cash flows as previously reported for these prior periods to the restated and revised amounts.

*Summary of Restatement - Consolidated Balance Sheets*

| (In thousands) | January 1, 2023 | | | | January 2, 2022 | | | |
|---|---|---|---|---|---|---|---|---|
| | As Previously Reported | Restatement Adjustments | Restatement Reference | As Restated | As Previously Reported | Restatement Adjustments | Restatement Reference | As Restated |
| **Assets** | | | | | | | | |
| Current assets: | | | | | | | | |
| Cash and cash equivalents | $ 377,026 | $ - | | $ 377,026 | $ 123,735 | $ - | | $ 123,735 |
| Restricted cash and cash equivalents, current portion | 9,855 | 813 | e | 10,668 | 691 | 717 | e | 1,408 |
| Short-term investments | 132,480 | - | | 132,480 | 365,880 | - | | 365,880 |
| Accounts receivable, net | 174,577 | (4,903) | e | 169,674 | 121,268 | (1,261) | e | 120,007 |
| Contract assets | 50,692 | 6,378 | d | 57,070 | 25,994 | 1,821 | d | 27,815 |
| Inventories | 316,815 | (21,084) | a, e | 295,731 | 214,432 | 38 | e | 214,470 |
| Advances to suppliers, current portion | 9,309 | 2,750 | a | 12,059 | 462 | - | | 462 |
| Prepaid expenses and other current assets | 197,760 | 51 | a, d, e | 197,811 | 100,212 | (1,049) | d, e | 99,163 |

86

*Table of Contents*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Current assets of discontinued operations | - | - | | - | 120,792 | - | | 120,792 |
| Total current assets | 1,268,514 | (15,995) | | 1,252,519 | 1,073,466 | 266 | | 1,073,732 |
| | | | | | | | | |
| Restricted cash and cash equivalents, net of current portion | 15,151 | 3,661 | e | 18,812 | 14,887 | 3,269 | e | 18,156 |
| Property, plant and equipment, net | 74,522 | 1,951 | e | 76,473 | 33,560 | 1,254 | e | 34,814 |
| Operating lease right-of-use assets | 36,926 | - | | 36,926 | 31,654 | 1,205 | e | 32,859 |
| Solar power systems leased, net | 41,779 | - | | 41,779 | 45,502 | - | | 45,502 |
| Goodwill | 126,338 | (340) | e | 125,998 | 126,338 | (340) | e | 125,998 |
| Other intangible assets, net | 24,192 | - | | 24,192 | 24,879 | - | | 24,879 |
| Other long-term assets | 192,585 | (5,658) | e | 186,927 | 156,994 | (1,142) | e | 155,852 |
| Long-term assets of discontinued operations | - | - | | - | 47,526 | - | | 47,526 |
| Total assets | $ 1,780,007 | $ (16,381) | | $ 1,763,626 | $ 1,554,806 | $ 4,512 | | $ 1,559,318 |
| | | | | | | | | |
| **Liabilities and Equity** | | | | | | | | |
| Current liabilities: | | | | | | | | |
| Accounts payable | $ 242,229 | $ 910 | a, e | $ 243,139 | $ 138,514 | $ 1,708 | e | $ 140,222 |
| Accrued liabilities | 145,229 | 2,890 | a, e | 148,119 | 101,980 | 2,163 | e | 104,143 |
| Operating lease liabilities, current portion | 11,356 | - | | 11,356 | 10,753 | 1,114 | e | 11,867 |
| Contract liabilities, current portion | 144,209 | (2,346) | e | 141,863 | 62,285 | (861) | e | 61,424 |
| Short-term debt | 82,404 | (164) | e | 82,240 | 109,568 | (98) | e | 109,470 |
| Convertible debt, current portion | 424,919 | - | | 424,919 | - | - | | - |
| Current liabilities of discontinued operations | - | - | | - | 86,496 | - | | 86,496 |
| Total current liabilities | 1,050,346 | 1,290 | | 1,051,636 | 509,596 | 4,026 | | 513,622 |
| | | | | | | | | |
| Long-term debt | 308 | - | | 308 | 380 | - | | 380 |
| Convertible debt, net of current portion | - | - | | - | 423,677 | - | | 423,677 |
| Operating lease liabilities, net of current portion | 29,347 | - | | 29,347 | 28,566 | 92 | e | 28,658 |
| Contract liabilities, net of current portion | 11,555 | 33 | e | 11,588 | 18,705 | 1,233 | e | 19,938 |
| Other long-term liabilities | 112,797 | 1,905 | e | 114,702 | 141,197 | 5,582 | e | 146,779 |
| Long-term liabilities of discontinued operations | - | - | | - | 42,661 | - | | 42,661 |
| Total liabilities | 1,204,353 | 3,228 | | 1,207,581 | 1,164,782 | 10,933 | | 1,175,715 |
| Commitments and contingencies | | | | | | | | |
| Equity: | | | | | | | | |
| Common stock | 174 | - | | 174 | 173 | - | | 173 |
| Additional paid-in capital | 2,855,930 | - | | 2,855,930 | 2,714,500 | - | | 2,714,500 |
| Accumulated deficit | (2,066,175) | (19,609) | a, d, e | (2,085,784) | (2,122,212) | (6,421) | d, e | (2,128,633) |
| Accumulated other comprehensive income (loss) | 11,568 | - | | 11,568 | 11,168 | - | | 11,168 |
| Treasury stock, at cost | (226,646) | - | | (226,646) | (215,240) | - | | (215,240) |
| Total stockholders' equity | 574,851 | (19,609) | | 555,242 | 388,389 | (6,421) | | 381,968 |
| Noncontrolling interests in subsidiaries | 803 | - | | 803 | 1,635 | - | | 1,635 |
| Total equity | 575,654 | (19,609) | | 556,045 | 390,024 | (6,421) | | 383,603 |

*Table of Contents*

| | As Previously Reported | Restatement Adjustments | As Restated | As Previously Reported | Restatement Adjustments | As Restated |
|---|---|---|---|---|---|---|
| Total liabilities and equity | $ 1,780,007 | $ (16,381) | $ 1,763,626 | $ 1,554,806 | $ 4,512 | $ 1,559,318 |

*Summary of Restatement - Consolidated Statements of Operations*

| | Fiscal Year Ended January 1, 2023 | | | | Fiscal Year Ended January 2, 2022 | | | |
|---|---|---|---|---|---|---|---|---|
| (In thousands, except per share data) | As Previously Reported | Restatement Adjustments | Restatement Reference | As Restated | As Previously Reported | Restatement Adjustments | Restatement Reference | As Restated |
| Total revenues | $ 1,741,072 | $ 871 | d, e | $ 1,741,943 | $ 1,132,029 | $ (3,671) | d, e | $ 1,128,358 |
| Total cost of revenues | 1,377,169 | (38,227) | a-e | 1,338,942 | 902,718 | (26,412) | b, d, e | 876,306 |
| Gross profit | 363,903 | 39,098 | | 403,001 | 229,311 | 22,741 | | 252,052 |
| Operating expenses: | | | | | | | | |
| Research and development | 24,759 | - | | 24,759 | 15,711 | 100 | e | 15,811 |
| Sales, general, and administrative | 339,323 | 47,937 | b, c, e | 387,260 | 204,166 | 31,938 | b, e | 236,104 |
| Restructuring charges (credits) | 244 | - | | 244 | 4,519 | - | | 4,519 |
| (Gain) loss on sale and impairment of residential lease assets | - | - | | - | (294) | - | | (294) |
| (Gain) loss on business divestitures, net | - | - | | - | (5,290) | - | | (5,290) |
| Expense (income) from transition services agreement, net | 69 | - | | 69 | (4,255) | - | | (4,255) |
| Total operating expenses | 364,395 | 47,937 | | 412,332 | 214,557 | 32,038 | | 246,595 |
| Operating (loss) income | (492) | (8,839) | | (9,331) | 14,754 | (9,297) | | 5,457 |
| Other income (expense), net: | | | | | | | | |
| Interest income | 3,200 | - | | 3,200 | 168 | - | | 168 |
| Interest expense | (21,566) | 1 | e | (21,565) | (24,031) | (1) | e | (24,032) |
| Other, net | 115,405 | - | | 115,405 | 22,332 | - | | 22,332 |
| Other income (expense), net | 97,039 | 1 | | 97,040 | (1,531) | (1) | | (1,532) |
| Income (loss) from continuing operations before income taxes and equity in earnings (losses) of unconsolidated investees | 96,547 | (8,838) | | 87,709 | 13,223 | (9,298) | | 3,925 |
| Benefits from (provision for) income taxes | 8,164 | 219 | e | 8,383 | (7,267) | (47) | e | (7,314) |
| Equity in earnings (losses) of unconsolidated investees | 2,323 | (51) | e | 2,272 | - | - | | - |
| Net income (loss) from continuing operations | 107,034 | (8,670) | | 98,364 | 5,956 | (9,345) | | (3,389) |
| (Loss) income from discontinued operations before income taxes and equity in (losses) earnings of unconsolidated investees | (47,155) | (4,574) | c | (51,729) | (46,046) | - | | (46,046) |
| Benefits from (provision for) income taxes | 584 | 56 | e | 640 | 2,048 | - | | 2,048 |
| Net (loss) income from discontinued operations | (46,571) | (4,518) | | (51,089) | (43,998) | - | | (43,998) |
| Net income (loss) | 60,463 | (13,188) | | 47,275 | (38,042) | (9,345) | | (47,387) |
| Net (income) loss from continuing operations attributable to noncontrolling interests | (4,676) | - | | (4,676) | 145 | - | | 145 |
| Net loss (income) from discontinued operations attributable to noncontrolling interests | 250 | - | | 250 | 539 | - | | 539 |
| Net (income) loss attributable to noncontrolling interests | (4,426) | - | | (4,426) | 684 | - | | 684 |
| Net income (loss) from continuing operations attributable to stockholders | 102,358 | (8,670) | | 93,688 | 6,101 | (9,345) | | (3,244) |

88

*Table of Contents*

**Note 6.**
***BALANCE SHEET COMPONENTS***

**Accounts Receivable, Net**

| | As of | | | |
|---|---|---|---|---|
| | **January 1, 2023** | | **January 2, 2022** | |
| (In thousands) | **(As Restated)** | | **(As Restated)** | |
| Accounts receivable, gross | $ | 184,733 | $ | 134,651 |
| Less: allowance for credit losses | | (14,750) | | (14,375) |
| Less: allowance for sales returns | | (309) | | (269) |
| Accounts receivable, net | $ | 169,674 | $ | 120,007 |

**Allowance for Credit Losses**

| (In thousands) | **Balance at Beginning of Period** | | **Charges (Releases) to Expenses / Revenues** | | **Additions (Deductions)** | | **Balance at End of Period** | |
|---|---|---|---|---|---|---|---|---|
| Allowance for credit losses: | | | | | | | | |
| Year ended January 1, 2023 | $ | 14,375 | $ | 2,706 | $ | (2,331) | $ | 14,750 |
| Year ended January 2, 2022 | | 13,850 | | 2,447 | | (1,922) | | 14,375 |
| Year ended January 3, 2021 | | 15,148 | | 2,375 | | (3,673) | | 13,850 |
| Allowance for sales returns: | | | | | | | | |
| Year ended January 1, 2023 | $ | 269 | $ | 40 | $ | - | $ | 309 |
| Year ended January 2, 2022 | | 181 | | 88 | | - | | 269 |
| Year ended January 3, 2021 | | 285 | | (104) | | - | | 181 |

**Inventories**

| | As of | | | |
|---|---|---|---|---|
| | **January 1, 2023** | | **January 2, 2022** | |
| (In thousands) | **(As Restated)** | | **(As Restated)** | |
| Photo-voltaic modules | $ | 136,006 | $ | 130,671 |
| Microinverters | | 48,645 | | 24,040 |
| Energy Storage | | 62,861 | | 26,849 |
| Other solar power system component materials | | 48,219 | | 32,910 |
| Inventories[1] | $ | 295,731 | $ | 214,470 |

[1] Photovoltaic modules are classified as finished goods, while the remaining components of total inventories are classified as raw materials.

**Prepaid Expenses and Other Current Assets**

| | As of | | | |
|---|---|---|---|---|
| | **January 1, 2023** | | **January 2, 2022** | |
| (In thousands) | **(As Restated)** | | **(As Restated)** | |
| Deferred project costs | $ | 125,604 | $ | 51,010 |
| Deferred costs for solar power systems | | 34,124 | | 18,834 |
| Related-party receivables | | 3,959 | | 3,851 |
| Other | | 34,124 | | 25,468 |
| Prepaid expenses and other current assets | $ | 197,811 | $ | 99,163 |

*Table of Contents*

**Note 12.**
*DEBT AND CREDIT SOURCES*

The following table summarizes our outstanding debt on our consolidated balance sheets:

| (In thousands) | January 1, 2023 (As Restated) | | | | January 2, 2022 (As Restated) | | | |
|---|---|---|---|---|---|---|---|---|
| | Face Value | Short-term | Long-term | Total[1] | Face Value | Short-term | Long-term | Total[1] |
| **Recourse Debt:** | | | | | | | | |
| 4.00% debentures due 2023[2,5] | $ 424,991 | $ 424,919 | $ - | $ 424,919 | $ 424,991 | $ - | $ 423,677 | $ 423,677 |
| Asset-Backed Loan[4] | - | - | - | - | 60,800 | 60,579 | - | 60,579 |
| Safe Harbor Loan[3] | - | - | - | - | 48,529 | 47,894 | - | 47,894 |
| Other Debt | 11,733 | 11,733 | - | 11,733 | 917 | 917 | - | 917 |
| **Total recourse debt** | $ 436,724 | $ 436,652 | $ - | $ 436,652 | $ 535,237 | $ 109,390 | $ 423,677 | $ 533,067 |
| **Non-Recourse Debt:** | | | | | | | | |
| Credit Suisse Warehouse Loan | $ 71,577 | $ 70,443 | $ - | $ 70,443 | $ - | $ - | $ - | $ - |
| Other Debt | 371 | 64 | 308 | 372 | 460 | 80 | 380 | 460 |
| **Total non-recourse debt** | $ 71,948 | $ 70,507 | $ 308 | $ 70,815 | $ 460 | $ 80 | $ 380 | $ 460 |
| **Total** | $ 508,672 | $ 507,159 | $ 308 | $ 507,467 | $ 535,697 | $ 109,470 | $ 424,057 | $ 533,527 |

[1] Refers to the total carrying value of the outstanding debt arrangement.

[2] See table below for discussion on the fair value of the convertible debt.

[3] In June 2022, we repaid the remaining outstanding principal amount of our $47.6 million loan with Hannon Armstrong under the Safe Harbor facility.

[4] In September 2022, we repaid the outstanding principal amount of our $61.7 million asset-backed loan with Bank of America, N.A. and terminated the facility.

[5] On January 17, 2023, we repaid the remaining outstanding principal amount of $425.0 million of our 4.00% debentures due 2023.

As of January 1, 2023, the aggregate future contractual maturities of our outstanding debt, at face value, were as follows:

| (In thousands) (as restated) | Fiscal 2023 | Fiscal 2024 | Fiscal 2025 | Fiscal 2026 | Fiscal 2027 | Thereafter | Total |
|---|---|---|---|---|---|---|---|
| Aggregate future maturities of outstanding debt | $ 508,365 | $ 65 | $ 70 | $ 74 | $ 78 | $ 20 | $ 508,672 |

118

*Table of Contents*

**Convertible Debt**

The following table summarizes our outstanding convertible debt:

| (In thousands) | January 1, 2023 | | | January 2, 2022 | | |
|---|---|---|---|---|---|---|
| | Carrying Value | Face Value | Fair Value[1] | Carrying Value | Face Value | Fair Value[1] |
| Convertible debt: | | | | | | |
| 4.00% debentures due 2023 | $ 424,919 | $ 424,991 | $ 431,720 | $ 423,677 | $ 424,991 | $ 501,489 |
| | $ 424,919 | $ 424,991 | $ 431,720 | $ 423,677 | $ 424,991 | $ 501,489 |

[1] The fair value of the convertible debt was determined using Level 2 inputs based on quarterly market prices as reported by an independent pricing source.

Our outstanding convertible debentures are senior, unsecured obligations ranking equally with all of our existing and future senior unsecured indebtedness.

### September 2011 Letter of Credit Facility with Deutsche Bank and Deutsche Bank Trust Company Americas (together, "Deutsche Bank Trust")

In September 2011, we entered into a letter of credit facility with Deutsche Bank Trust which provides for the issuance, upon our request, of letters of credit to support our obligations in an aggregate amount not to exceed $200.0 million. Each letter of credit issued under the facility is fully cash-collateralized and we have entered into a security agreement with Deutsche Bank Trust, granting them a security interest in a cash collateral account established for this purpose.

In August 2022, we terminated our letter of credit facility with Deutsche Bank Trust and had no letters of credit issued and outstanding under the facility.

### October 2021 Letter of Credit Facility with Bank of the West

In October 2021, we entered into a letter of credit facility with Bank of the West which provides for the issuance, upon our request, of letters of credit to support our obligations in an aggregate amount not to exceed $25.0 million. Each letter of credit issued under the facility is 50% cash secured and we have entered into a security agreement with Bank of the West, granting them a security interest in a cash collateral account established for this purpose.

As of January 1, 2023, letters of credit issued and outstanding under the Bank of the West facility totaled $23.8 million, which were collateralized with $12.5 million of restricted cash on the consolidated balance sheets.

### Loan Facility with Credit Suisse AG

On June 30, 2022, we entered into a loan and security purchase agreement with Credit Suisse AG, New York Branch, and other financial institutions, to finance our retail installment contract receivables. The agreement provided for a $100.0 million delayed draw term loan which will mature on December 29, 2023. In connection with the loan agreement, we have established a special purpose entity acting as the borrower under the facility.

The loans under the agreement bear interest at a rate as adjusted by the benchmark adjustment, as defined in the term loan agreement, or the base rate plus the applicable margin for such loans. In addition, we also entered into an interest rate swap under the agreement, which converts the floating rate loan to a fixed rate. The swap terminates in March of 2024, unless we terminate early with the maturity of the loan, subject to any early termination costs. The term loan agreement contains customary representations and warranties as well as customary affirmative and negative covenants, including a covenant that any assets of the special purpose borrowing entity will not be available to other creditors of any of our other SunPower entities.

As of January 1, 2023, we had $71.6 million borrowings outstanding under the term loan facility, of which $8.2 million is being held in a Liquidity Reserve Account, in accordance with the loan and security purchase agreement, and is collateralized with restricted cash on the consolidated balance sheets. All borrowings outstanding under the term loan facility have a weighted average interest rate of between 5.4% to 6.4%.

*Table of Contents*

**Revolver and Term Loan Facility with Bank of America and Bank of the West**

On September 12, 2022, we entered into a Credit Agreement with BofA Securities, Inc. and Bank of the West, as joint lead arrangers and joint bookrunners, and Bank of America, N.A., as Administrative Agent, Collateral Agent, Swingline Lender, and an L/C Issuer. The Credit Agreement consists of a revolving credit facility (the "Revolver") and a term loan facility ("Term Loan Facility" and, together with the Revolver, the "Facilities"), each facility providing for an aggregate principal amount of $100.0 million. The Credit Agreement was amended on January 26, 2023, and provided for, among other things, an increase of the Revolver commitments by $100.0 million (the "Increased Revolving Commitments"), including CitiBank, N.A. and JP Morgan Chase Bank, N.A. as the 2023 Incremental Revolving Lenders'. The Increased Revolving Commitments are governed by the same terms and conditions applicable to the Revolver commitments under the Credit Agreement prior to the effectiveness of the Amendment. The Revolver will mature on September 12, 2027, while the Term Loan Facility matures on (a) September 12, 2027, or (b) on September 12, 2024 if all or a portion of the outstanding 4.00% debentures due 2023 have converted into equity interests of the Company; provided that the portion of the Term Loan Facility that is applied to repay any of the 4.00% debentures due 2023 that do not convert will still mature on September 12, 2027 regardless of the conversion of other 4.00% debentures due 2023. As the remaining holders of our 4.00% debentures due 2023 did not elect to convert their bonds into our common stock prior to their maturity, the Term Loan Facility will mature on September 12, 2027.

The interest rate for borrowings under the Facilities is based on, at the Company's option, either (1) the highest of (a) the Federal Funds Rate plus 0.50% and (b) Bank of America's "prime rate" and (c) SOFR plus a margin, or (2) SOFR plus a margin. A commitment fee of between 0.25% and 0.35%, depending on our Total Net Leverage Ratio, is payable quarterly on the undrawn portion of the Revolver.

The Credit Agreement contains affirmative and negative covenants customarily applicable to senior secured credit facilities, including covenants restricting the ability of the Company and certain of our subsidiaries, subject to negotiated exceptions, to: incur additional indebtedness; create liens or guarantee obligations; enter into sale-leaseback transactions; merge, liquidate or dispose of assets; make acquisitions or other investments; enter into hedging agreements; pay dividends and make other distributions and engage in transactions with affiliates. Under the Credit Agreement, the Company's Restricted Subsidiaries may not invest cash or property in, or loan to, our Unrestricted Subsidiaries amounts exceeding the limitations set forth in the Credit Agreement.

As of January 1, 2023, we had no borrowings under the Revolver and Term Loan Facilities, and there were issued but undrawn letters of credit outstanding under the Facilities of $0.1 million. The letters of credit have a maximum aggregate amount that can be issued of $50.0 million, which is included within the total principal amount of the Revolver facility.

On January 11, 2023 and January 31, 2023, we borrowed $100.0 million and $50.0 million on our Term Loan Facility and Revolver, respectively, pursuant to the Credit Agreement. The interest rate for the borrowings is SOFR plus a margin.

**Note 13. *RELATED-PARTY TRANSACTIONS***

In connection with the Spin-Off, we entered into certain agreements with Maxeon Solar, including a transition services agreement, supply agreement, and collaboration agreement.

During the second quarter of fiscal 2022, we entered into a First Amendment to the Cross License Agreement (the "Amendment") with Maxeon Solar to amend the Cross License Agreement that we entered into in connection with the Spin-off, pursuant to which the Company and Maxeon Solar exclusively and non-exclusively licensed certain intellectual property rights. The Amendment provides for certain adjustments to the scope of Maxeon Solar's non-exclusive license to the Company. In connection with the Amendment and in anticipation of the expiration of the Collaboration Agreement with Maxeon Solar in August 2022, the Company and Maxeon Solar also entered into ancillary agreements providing for the settlement of certain payments due under the Collaboration Agreement as well as transition services arrangement, the sublease, subject to landlord consent, of the research and development facility located in San Jose, California, the transfer of certain assets, and support to complete a collaboration project that was completed in fiscal 2022.

We recorded a net loss of $4.3 million in the fiscal year ended January 1, 2023 in connection with the above agreements, that is presented within "research and development expenses" and "sales, general, and administrative expense" on our consolidated statements of operations.

*Table of Contents*

**Restricted Stock Units**

The following table summarizes our non-vested restricted stock units' activities:

|  | Restricted Stock Units | |
|---|---|---|
|  | Shares (in thousands) | Weighted-Average Grant Date Fair Value Per Share[1] |
| Outstanding as of January 3, 2021 | 7,167 $ | 13.75 |
| Granted | 1,932 | 30.47 |
| Vested[2] | (2,905) | 14.67 |
| Forfeited | (1,325) | 15.72 |
| Outstanding as of January 2, 2022 | 4,869 | 19.30 |
| Granted | 3,038 | 20.08 |
| Vested[2] | (1,835) | 17.40 |
| Forfeited | (1,794) | 19.11 |
| Outstanding as of January 1, 2023 | 4,278 $ | 20.74 |

[1] We estimate the fair value of our restricted stock awards and units at our stock price on the grant date.

[2] Vested restricted stock awards include shares withheld on behalf of employees to satisfy the minimum statutory tax withholding requirements.

**Note 18.**
**SUBSEQUENT EVENTS**

***Delaware Stockholder Derivative Action***

On February 6, 2023, Plaintiff Jeffrey Edelman filed a putative stockholder derivative complaint in the Delaware Court of Chancery, purportedly on behalf of SunPower, against Total SE, HoldCo, TotalEnergies Renewables, Francois Badoual, Bernadette Baudier, Peter Faricy, Vinayak Hegde, Catherine A. Lesjak, Thomas R. McDaniel, Nathalie Portes-Laville, Julien Pouget, Vincent Stoquart, Denis Toulouse, Franck Trochet, Thomas H. Werner, Laurent Wolffsheim, and Patrick Wood III, current or former directors and officers of the Company, captioned *Edelman v. TotalEnergies SE et al.*, No. 2023-0136 (Del. Ch. filed Feb. 6, 2023). The derivative complaint challenges the acquisition of SunPower's C&I Solutions business by TotalEnergies Renewables, which was announced on February 10, 2022, and alleges that the transaction was not entirely fair to the Company and that Total underpaid for the business. The derivative complaint alleges breach of fiduciary duty claims against the current or former directors and officers of the Company for adopting an unfair process and for approving the acquisition, and it brings claims for breach of fiduciary duty and unjust enrichment against Total SE, HoldCo, and TotalEnergies Renewables as controllers. Plaintiff seeks monetary damages from the defendants on behalf of the Company, together with costs and attorney's fees. Plaintiff also seeks rescissory relief or the unwinding of the acquisition. The Company cannot reasonably estimate any loss or range of loss that may arise from the litigation.

*Table of Contents*

**RESTATED**
**SELECTED UNAUDITED QUARTERLY FINANCIAL DATA**

**Consolidated Statements of Operations:[1]**

| | Three Months Ended | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | January 1, 2023 | | | October 2, 2022 | | | July 3, 2022 | | | April 3, 2022 | | |
| (In thousands, except per share data) | As Previously Reported | Restatement Adjustments | As Restated | As Previously Reported | Restatement Adjustments | As Restated | As Previously Reported | Restatement Adjustments | As Restated | As Previously Reported | Restatement Adjustments | As Restated |
| Total revenues | $ 497,312 | $ 656 | $497,968 | $ 475,711 | $ 682 | $476,393 | $ 417,772 | $ (308) | $417,464 | $ 350,277 | $ (159) | $350,118 |
| Gross profit | $ 104,648 | $ 9,116 | $113,764 | $ 105,447 | $ 11,218 | $116,665 | $ 81,499 | $ 9,228 | $ 90,727 | $ 72,309 | $ 9,536 | $ 81,845 |
| Net income (loss) from continuing operations | $ 8,618 | $ (2,554) | $ 6,064 | $ 142,632 | $ (1,756) | $140,876 | $ (41,711) | $ 657 | $(41,054) | $ (2,505) | $ (5,017) | $ (7,522) |
| Net (loss) income from discontinued operations | $ - | $ (1,634) | $ (1,634) | $ - | $ (2,037) | $ (2,037) | $ (20,616) | $ (837) | $(21,453) | $ (25,955) | $ (10) | $(25,965) |
| Net income (loss) | $ 8,618 | $ (4,188) | $ 4,430 | $ 142,632 | $ (3,793) | $138,839 | $ (62,327) | $ (180) | $(62,507) | $ (28,460) | $ (5,027) | $(33,487) |
| Net income (loss) from continuing operations attributable to stockholders | $ 7,613 | $ (2,554) | $ 5,059 | $ 139,407 | $ (1,756) | $137,651 | $ (42,496) | $ 657 | $(41,839) | $ (2,166) | $ (5,017) | $ (7,183) |
| Net (loss) income from discontinued operations attributable to stockholders | $ - | $ (1,634) | $ (1,634) | $ - | $ (2,037) | $ (2,037) | $ (20,616) | $ (837) | $(21,453) | $ (25,705) | $ (10) | $(25,715) |
| Net income (loss) attributable to stockholders | $ 7,613 | $ (4,188) | $ 3,425 | $ 139,407 | $ (3,793) | $135,614 | $ (63,112) | $ (180) | $(63,292) | $ (27,871) | $ (5,027) | $(32,898) |
| | | | | | | | | | | | | |
| Net income (loss) per share attributable to stockholders - basic:[2] | | | | | | | | | | | | |
| Continuing operations | $ 0.04 | $ (0.01) | $ 0.03 | $ 0.80 | $ (0.01) | $ 0.79 | $ (0.24) | $ - | $ (0.24) | $ (0.01) | $ (0.03) | $ (0.04) |
| Discontinued operations | - | (0.01) | (0.01) | - | (0.01) | (0.01) | (0.12) | - | (0.12) | (0.15) | - | (0.15) |
| Net income (loss) per share - basic | 0.04 | (0.02) | 0.02 | 0.80 | (0.02) | 0.78 | (0.36) | - | (0.36) | (0.16) | (0.03) | (0.19) |
| | | | | | | | | | | | | |
| Net income (loss) per share attributable to stockholders - diluted:[2] | | | | | | | | | | | | |
| Continuing operations | $ 0.04 | $ (0.01) | $ 0.03 | $ 0.74 | $ (0.01) | $ 0.73 | $ (0.24) | $ - | $ (0.24) | $ (0.01) | $ (0.03) | $ (0.04) |
| Discontinued operations | - | (0.01) | (0.01) | - | (0.01) | (0.01) | (0.12) | - | (0.12) | (0.15) | - | (0.15) |
| Net income (loss) per share - diluted | 0.04 | (0.02) | 0.02 | 0.74 | (0.02) | 0.72 | (0.36) | - | (0.36) | (0.16) | (0.03) | (0.19) |

*Table of Contents*

| | Three Months Ended | | | | | | | | | | | | | | | |
| | January 2, 2022 | | | October 3, 2021 | | | July 4, 2021 | | | April 4, 2021 | | |
| (In thousands, except per share data) | As Previously Reported | Restatement Adjustments | As Restated | As Previously Reported | Restatement Adjustments | As Restated | As Previously Reported | Restatement Adjustments | As Restated | As Previously Reported | Restatement Adjustments | As Restated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total revenues | $ 347,830 | $ (115) | $347,715 | $ 283,312 | $ (852) | $282,460 | $ 260,751 | $ (858) | $259,893 | $ 240,136 | $ (1,846) | $238,290 |
| Gross profit | $ 60,245 | $ 6,158 | $ 66,403 | $ 62,389 | $ 5,537 | $ 67,926 | $ 60,711 | $ 5,384 | $ 66,095 | $ 45,966 | $ 5,662 | $ 51,628 |
| Net income (loss) from continuing operations | $ 39,037 | $ (1,917) | $ 37,120 | $ (72,444) | $ (934) | $(73,378) | $ 87,105 | $ (1,289) | $ 85,816 | $ (47,742) | $ (5,205) | $(52,947) |
| Net (loss) income from discontinued operations | $ (18,043) | $ - | $(18,043) | $ (11,863) | $ 808 | $(11,055) | $ (12,336) | $ (808) | $(13,144) | $ (1,756) | $ - | $ (1,756) |
| Net income (loss) | $ 20,994 | $ (1,917) | $ 19,077 | $ (84,307) | $ (126) | $(84,433) | $ 74,769 | $ (2,097) | $ 72,672 | $ (49,498) | $ (5,205) | $(54,703) |
| Net income (loss) from continuing operations attributable to stockholders | $ 38,861 | $ (1,917) | $ 36,944 | $ (72,707) | $ (934) | $(73,641) | $ 87,094 | $ (1,289) | $ 85,805 | $ (47,147) | $ (5,205) | $(52,352) |
| Net (loss) income from discontinued operations attributable to stockholders | $ (18,665) | $ - | $(18,665) | $ (11,669) | $ 808 | $(10,861) | $ (11,887) | $ (808) | $(12,695) | $ (1,238) | $ - | $ (1,238) |
| Net income (loss) attributable to stockholders | $ 20,196 | $ (1,917) | $ 18,279 | $ (84,376) | $ (126) | $(84,502) | $ 75,207 | $ (2,097) | $ 73,110 | $ (48,385) | $ (5,205) | $(53,590) |
| | | | | | | | | | | | | |
| Net income (loss) per share attributable to stockholders - basic:[2] | | | | | | | | | | | | |
| Continuing operations | $ 0.22 | $ (0.01) | $ 0.21 | $ (0.42) | $ (0.01) | $ (0.43) | $ 0.50 | $ - | $ 0.50 | $ (0.28) | $ (0.03) | $ (0.31) |
| Discontinued operations | (0.11) | - | (0.11) | (0.07) | 0.01 | (0.06) | (0.07) | - | (0.07) | (0.01) | - | (0.01) |
| Net income (loss) per share - basic | 0.11 | (0.01) | 0.10 | (0.49) | - | (0.49) | 0.43 | - | 0.43 | (0.29) | (0.03) | (0.32) |
| | | | | | | | | | | | | |
| Net income (loss) per share attributable to stockholders - diluted:[2] | | | | | | | | | | | | |
| Continuing operations | $ 0.22 | $ (0.01) | $ 0.21 | $ (0.42) | $ (0.01) | $ (0.43) | $ 0.46 | $ 0.04 | $ 0.50 | $ (0.28) | $ (0.03) | $ (0.31) |
| Discontinued operations | (0.11) | - | (0.11) | (0.07) | 0.01 | (0.06) | (0.07) | - | (0.07) | (0.01) | - | (0.01) |
| Net income (loss) per share - diluted | 0.11 | (0.01) | 0.10 | (0.49) | - | (0.49) | 0.39 | 0.04 | 0.43 | (0.29) | (0.03) | (0.32) |

[1] During fiscal 2022, we completed the sale of our C&I Solutions business which resulted in material retrospective changes to our consolidated statements of operations. Refer to Note 3. *Discontinued Operations* for further details.

[2] Quarterly basic and diluted earnings per share amounts may not add up to the full fiscal year total presented due to rounding. Basic and diluted earnings per share are calculated by dividing net earnings by basic and diluted shares outstanding, respectively.

*Table of Contents*

**ITEM 9.** *CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURES*

None.

**ITEM 9A:** *CONTROLS AND PROCEDURES*

**Evaluation of Disclosure Controls and Procedures**

Our management is responsible for establishing and maintaining our "disclosure controls and procedures" as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act. Disclosure controls and procedures, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that their objectives are met. Because of the inherent limitations in all control systems, no evaluation of disclosure controls and procedures can provide absolute assurance that all disclosure control issues, if any, have been detected.

At the time the Original Form 10-K was filed on March 10, 2023, our Chief Executive Officer and Chief Financial Officer concluded that our disclosure controls and procedures were effective as of January 1, 2023. Subsequent to that evaluation, our Chief Executive Officer and Chief Financial Officer concluded that our disclosure controls and procedures were not effective as of January 1, 2023 because of the material weaknesses in our internal control over financial reporting discussed below.

**Management's Report on Internal Control over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Securities Exchange Act of 1934, as amended, or the Exchange Act). Our management, including our Chief Executive Officer and Chief Financial Officer, conducted an evaluation of the effectiveness of our internal control over financial reporting as of January 1, 2023. In making this assessment, our management used the criteria established in *Internal Control-Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission ("COSO").

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of our annual or interim financial statements will not be prevented or detected in a timely basis.

We have identified the following unremediated material weaknesses in internal control over financial reporting as of January 1, 2023:

1. Inventory Related Matters:

In connection with the preparation of the financial statements for the third quarter of fiscal year 2023, we identified that the consumption of certain MI costs in photo-voltaic module manufacturing had been inaccurately recorded starting in the first quarter of fiscal year 2022. We also identified deficiencies relating to the reconciliations of inventory at our PPI dealer locations. In light of these matters, management concluded that our internal controls around the review of certain inventory reconciliations were not operating effectively. This material weakness resulted in a net overstatement of costs included in inventory, and a net understatement of cost of revenues for the impacted periods.

2. Classification of Expenses in the Statement of Operations:

In fiscal year 2023, we identified errors related to the classification of certain expenses as cost of revenues instead of operating expenses and as continuing operations instead of discontinued operations. We identified deficiencies in the design of the controls related to the mapping of the chart of accounts for expenses to the statement of operations. We further identified an operating deficiency related to the review of the accounting evaluation regarding the classification of certain discontinued operations items within the statements of operations. These deficiencies in aggregate were determined to be a material weakness. This material weakness resulted in the misclassification of certain expenses on our consolidated statements of operations for the fiscal years ended January 1, 2023, January 2, 2022, and January 3, 2021.

132

*Table of Contents*

These material weaknesses resulted in the restatement of our consolidated financial statements for the fiscal years ended January 1, 2023, January 2, 2022, and January 3, 2021 as well as unaudited restated quarterly financial information for the quarterly periods in the fiscal years ended January 1, 2023 and January 2, 2022. Additionally, these material weaknesses could result in misstatements that would not be prevented or detected in our accounts and disclosures, resulting in a material misstatement to the annual or interim consolidated financial statements. Our management performed additional analysis as deemed necessary to ensure that our financial statements were prepared in accordance with generally accepted accounting principles in the United States of America. Accordingly, management believes that the financial statements included in this Form 10-K/A present fairly, in all material respects, the Company's financial position, result of operations and cash flows for the periods presented.

In Management's Report on Internal Control Over Financial Reporting, included in our original Annual Report on Form 10-K for the fiscal year ended January 1, 2023, our management previously concluded that we maintained effective internal control over financial reporting as of January 1, 2023. Our management subsequently concluded that the material weaknesses described above existed as of January 1, 2023. As a result, we have concluded that we did not maintain effective internal control over financial reporting as of January 1, 2023. Accordingly, our management has restated this report on internal control over financial reporting in order to disclose the material weaknesses described herein.

The effectiveness of our internal control over financial reporting as of January 1, 2023 has been audited by Ernst & Young LLP, an independent registered public accounting firm, as stated in their report which appears under Item 8. of Part II of this Annual Report on Form 10-K/A.

**Remediation Plan**

We have identified and are implementing actions intended to improve the effectiveness of our internal control over financial reporting and disclosure controls and procedures and will continue to do so until such remediation is complete. Management intends to remediate the material weaknesses described above primarily by:

- improving the consistency of execution for inventory control procedures by providing additional training to ensure that our accounting and finance personnel identify, escalate and resolve reconciling items including those that could impact recognition of cost of revenues in each reporting period;
- implementing automated inventory processes which will reduce the number of manual reconciling adjustments and reconciling items; and
- instituting a monitoring control to review and approve account mapping to ensure the mapping of expenses to the appropriate financial statement line items within the statements of operations is in line with applicable presentation and disclosure guidance.

We believe these measures will remediate the material weaknesses in internal control over financial reporting described above. The material weaknesses will not be considered formally remediated until the controls have operated effectively for a sufficient period of time and management has concluded, through testing, that the controls are operating effectively.

**Changes in Internal Control over Financial Reporting**

We regularly review our system of internal control over financial reporting and make changes to our processes and systems to improve controls and increase efficiency, while helping ensure that we maintain an effective internal control environment. Changes may include such activities as implementing new, more efficient systems, consolidating activities, and migrating processes.

During fiscal year 2022, we implemented a new enterprise resource planning ("ERP") system. In connection with this implementation, we modified the design and documentation of our internal control processes and procedures relating to the new system.

Other than the material weaknesses described above, there were no changes in our internal control over financial reporting (as such term is defined in the Exchange Act) that occurred during the quarter ended January 1, 2023 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**ITEM 9B.** *OTHER INFORMATION*

None.

*Table of Contents*

**ITEM 9C.** *DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS*

Not applicable.

**PART III**

**ITEM 10.** *DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE*

Information appearing under this Item is incorporated herein by reference to our proxy statement for the 2023 annual meeting of stockholders.

We have adopted a code of ethics, titled Code of Business Conduct and Ethics, that applies to all of our directors, officers, and employees, including our principal executive officer, principal financial officer, and principal accounting officer. We have made it available, free of charge, on our website at www.sunpower.com, and if we amend it or grant any waiver under it that applies to our principal executive officer, principal financial officer, or principal accounting officer, we will promptly post that amendment or waiver on our website.

**ITEM 11.** *EXECUTIVE COMPENSATION*

Information appearing under this Item is incorporated herein by reference to our proxy statement for the 2023 annual meeting of stockholders.

**ITEM 12.** *SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS*

Information appearing under this Item is incorporated herein by reference to our proxy statement for the 2023 annual meeting of stockholders.

**ITEM 13.** *CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE*

Information appearing under this Item is incorporated herein by reference to our proxy statement for the 2023 annual meeting of stockholders.

**ITEM 14.** *PRINCIPAL ACCOUNTANT FEES AND SERVICES*

Information appearing under this Item is incorporated herein by reference to our proxy statement for the 2023 annual meeting of stockholders.

**PART IV**

**ITEM 15.** *EXHIBITS AND FINANCIAL STATEMENT SCHEDULES*

The following documents are filed as a part of this Annual Report on Form 10-K filed with the Securities and Exchange Commission:

1. *Financial Statements:*

| | Page |
|---|---|
| Reports of Ernst & Young LLP, Independent Registered Public Accounting Firm (PCAOB ID: 42) | 66 |
| Consolidated Balance Sheets (as restated) | 69 |
| Consolidated Statements of Operations (as restated) | 70 |
| Consolidated Statements of Comprehensive Income (Loss) (as restated) | 71 |
| Consolidated Statements of Equity (Deficit) (as restated) | 72 |
| Consolidated Statements of Cash Flows (as restated) | 74 |
| Notes to Consolidated Financial Statements (as restated) | 75 |

*Table of Contents*

2. *Financial Statement Schedule:*

All financial statement schedules are omitted as the required information is inapplicable or the information is presented in the Consolidated Financial Statements or Notes to Consolidated Financial Statements under Item 8 of this Annual Report on Form 10-K filed with the Securities and Exchange Commission.

3. *Exhibits:*

**EXHIBIT INDEX**

| Exhibit Number | Description |
| --- | --- |
| 4.1 | Separation and Distribution Agreement, dated November 8, 2019, by and between SunPower Corporation and Maxeon Solar Technologies, Ltd. (incorporated by reference to Exhibit 2.1 to the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on November 12, 2019) |
| 4.2 | Restated Certificate of Incorporation of SunPower Corporation (incorporated by reference to Exhibit 3.1 to the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on November 16, 2011). |
| 4.3 | Amended and Restated By-Laws of SunPower Corporation (incorporated by reference to Exhibit 3.1 to the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on November 7, 2017). |
| 4.4 | Specimen Common Stock Certificate (incorporated by reference to Exhibit 4.1 to the Registrant's Annual Report on Form 10-K filed with the Securities and Exchange Commission on February 29, 2012). |
| 4.8* | Description of securities registered under Section 12 of the Securities Exchange Act (Regulation S-K, Item 601(b)(4)(vi) and accompanying instructions) |
| 10.1 | Affiliation Agreement, dated April 28, 2011, between SunPower Corporation and Total Gas & Power USA, SAS (incorporated by reference to Exhibit 99.6 to the Registrant's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on May 12, 2011). |
| 10.2 | Amendment to Affiliation Agreement, dated April 28, 2011, between SunPower Corporation and Total Gas & Power USA, SAS (incorporated by reference to Exhibit 10.2 of Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on June 7, 2011). |
| 10.3 | Second Amendment to Affiliation Agreement, dated December 23, 2011, by and between Total G&P and SunPower Corporation (incorporated by reference to Exhibit 10.4 of Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on December 23, 2011). |
| 10.4 | Amendment No. 3 to Affiliation Agreement, dated February 28, 2012, by and between SunPower Corporation and Total Gas & Power USA, SAS (incorporated by reference to Exhibit 10.91 to the Registrant's Annual Report on Form 10-K filed with the Securities and Exchange Commission on February 29, 2012). |
| 10.5 | Amendment No. 4 to Affiliation Agreement, dated August 10, 2012, by and between SunPower Corporation and Total Gas & Power USA, SAS (incorporated by reference to Exhibit 10.2 to the Registrant's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on November 2, 2012). |
| 10.6 | Amendment No. 5 to Affiliation Agreement, dated April 19, 2021, by and among SunPower Corporation, TotalEnergies Solar INTL SAS, and TotalEnergies Gaz & Électricité Holdings SAS (incorporated by reference to Exhibit 10.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on April 20, 2021). |
| 10.7 | Amendment No. 6 to Affiliation Agreement, dated October 29, 2021, by and among SunPower Corporation, TotalEnergies Solar INTL SAS, and TotalEnergies Gaz & Électricité Holdings SAS (incorporated by reference to Exhibit 10.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on November 3, 2021). |
| 10.8 | Affiliation Agreement Guaranty, dated April 28, 2011, between SunPower Corporation and Total S.A. (incorporated by reference to Exhibit 99.7 to the Registrant's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on May 12, 2011). |
| 10.9 | Transition and Retirement Letter Agreement, dated April 19, 2021, by and between SunPower Corporation and Thomas H. Werner (incorporated by reference to Exhibit 10.2 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on April 20, 2021). |
| 10.10^ | SunPower Corporation 2015 Omnibus Incentive Plan (incorporated by reference to Exhibit 10.1 to the Registrant's Registration Statement on Form S-8 (File No. 333-205207), filed with the Securities and Exchange Commission on June 25, 2015). |

*Table of Contents*

| | |
|---|---|
| 10.11^ | Forms of agreements under SunPower Corporation 2015 Omnibus Incentive Plan (incorporated by reference to Exhibit 10.60 to the Registrant's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on May 6, 2016). |
| 10.12* | Outside Director Compensation Policy, as amended on October 21, 2020. |
| 10.13^ | Form of Indemnification Agreement for Directors and Officers (incorporated by reference to Exhibit 10.24 to the Registrant's Annual Report on Form 10-K filed with the Securities and Exchange Commission on February 19, 2016). |
| 10.14 | Purchase and Sale Agreement, dated as of November 5, 2018, by and between SunPower Corporation and HA SunStrong Capital LLC (incorporated by reference to Exhibit 10.1 to the Registrants Current Report on Form 8-K filed with the Securities and Exchange Commission on November 5, 2018). |
| 10.15† | Master Supply Agreement, dated as of August 9, 2018, by and between SunPower Corporation and Enphase Energy, Inc. (incorporated by reference to Exhibit 99.1 to Amendment No. 1 of Enphase Energy, Inc.'s Current Report on Form 8-K/A filed with the Securities and Exchange Commission on October 23, 2018). |
| 10.16† | Amendment No. 1 to Master Supply Agreement, dated as of December 18, 2018, by and between SunPower Corporation and Enphase Energy, Inc. (incorporated by reference to Exhibit 10.74 to the Registrant's Annual Report on Form 10-K filed with the Securities and Exchange Commission on February 14, 2019). |
| 10.17 | Amendment No. 2 to Master Supply Agreement, dated October 15, 2020, by and between Enphase Energy, Inc. and SunPower Corporation. |
| 10.18 | Amendment No. 3 to Master Supply Agreement, dated October 28, 2020, by and between Enphase Energy, Inc. and SunPower Corporation. |
| 10.19 | Amendment No. 4 to Master Supply Agreement, dated January 4, 2021, by and between Enphase Energy, Inc. and SunPower Corporation. |
| 10.20 | Amendment No. 5 to Master Supply Agreement, dated July 6, 2022, by and between Enphase Energy, Inc. and SunPower Corporation (incorporated by reference to Exhibit 10.2 of the Quarterly Report on Form 10-Q for Enphase Energy, Inc. filed with the Securities and Exchange Commission on July 26, 2022). |
| 10.21* | Amendment No. 6 to Master Supply Agreement, dated July 27, 2022, by and between Enphase Energy, Inc. and SunPower Corporation. |
| 10.22^ | Equity Agreement and Release, dated as of June 25, 2018, by and between SunPower Corporation and Charles D. Boynton (incorporated by reference to Exhibit 10.2 to the Registrant's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on August 1, 2018). |
| 10.23 | Membership Interest Purchase Agreement, dated as of March 26, 2019, by and among SunPower Corporation, SunPower AssetCo, LLC, and Elizabeth Cady Lessee Holdco LLC (incorporated by reference to Exhibit 10.4 to the Registrant's Quarterly Report on Form 10-Q filed with the Securities Exchange Commission on May 10, 2019). |
| 10.24^ | Manavendra Sial - Final Letter Agreement (incorporated by reference to Exhibit 10.4 to the Registrant's Quarterly Report on Form 10-Q filed with the Securities Exchange Commission on August 1, 2019). |
| 10.25 | Investment Agreement, dated November 8, 2019, among SunPower Corporation, Maxeon Solar Technologies, Pte. Ltd., Tianjin Zhonghuan Semiconductor Co., Ltd. and, for the limited purposes set forth therein, TotalEnergies Solar INTL SAS (incorporated by reference to Exhibit 10.1 to the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on November 12, 2019) |
| 10.26^ | Form of Executive Employment Agreement (incorporated by reference to Exhibit 99.1 to the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on July 27, 2020). |
| 10.27^ | 2019 Management Career Transition Plan as amended May 1, 2021 (incorporated by reference to Exhibit 10.1 to the Registrant's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on August 4, 2021). |
| 10.28 | Letter Agreement regarding Consent and Waiver Relating to Replacement Financing and Certain Other Matters, dated as July 9, 2020, by and among SunPower Corporation, Maxeon Solar Technologies, Pte. Ltd. and Tianjin Zhonghuan Semiconductor Co., Ltd (incorporated by reference to Exhibit 10.7 to the Registrant's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on August 5, 2020). |
| 10.29 | Letter Agreement Related to Purchase Price Deposit, dated as July 31, 2020, by and among SunPower Corporation, Maxeon Solar Technologies, Ltd. and Tianjin Zhonghuan Semiconductor Co., Ltd. (incorporated by reference to Exhibit 4.11 of the Registration Statement on Form 20-F filed by Maxeon Solar Technologies, Ltd. with the Securities and Exchange Commission on July 31, 2020). |
| 10.30 | Tax Matters Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.2 to the Report on Form 6-K filed by Maxeon Solar on August 27, 2020 (the "Maxeon Solar Form 6-K")) |
| 10.31 | Employee Matters Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.3 to the Maxeon Solar Form 6-K) |

Table of Contents

| | |
|---|---|
| 10.32 | Transition Services Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.4 to the Maxeon Solar Form 6-K) |
| 10.33 | Supply Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.5 to the Maxeon Solar Form 6-K) |
| 10.34 | First Amendment to Supply Agreement, dated February 25, 2021, by and between SunPower Corporation and Maxeon Solar Technologies, Ltd. (incorporated by reference to Exhibit 10.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on March 3, 2021). |
| 10.35 | Back-to-Back Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.6 to the Maxeon Solar Form 6-K) |
| 10.36 | Brand Framework Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.7 to the Maxeon Solar Form 6-K) |
| 10.37 | Cross-License Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.8 to the Maxeon Solar Form 6-K) |
| 10.38 | First Amendment to the Cross License Agreement, dated June 8, 2022, by and between SunPower Corporation and Maxeon Solar Pte. Ltd. (incorporated by reference to Exhibit 10.1 of Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on June 14, 2022). |
| 10.39 | Collaboration Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.9 to the Maxeon Solar Form 6-K) |
| 10.40^ | Employment Agreement, dated March 20, 2021, by and between SunPower Corporation and Peter Faricy (incorporated by reference to Exhibit 10.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on March 25, 2021). |
| 10.41 | Securities Purchase Agreement, dated October 4, 2021, by and among SunPower Corporation, Falcon Acquisition HoldCo, Inc., Peterson Partners VII, L.P., Jenny Lynn Lee, as Trustee of The Keyhole Canyon Trust, dated July 28, 2021, Michael R. Cahill, as Trustee of The Skein Trust, dated July 13, 2021, Michael R. Cahill, as Trustee of The Gosling Trust, dated July 13, 2021, Jeffrey Lee, Benjamin Peterson, Michael Rands, The Church of Jesus Christ of Latter-day Saints, and Peterson Partners VII, L.P., solely in its capacity as Sellers' representative (incorporated by reference to Exhibit 10.1 to the Registrant's Quarterly Report on Form 10-Q filed with the Securities and Exchange Commission on November 4, 2021). |
| 10.42 | Amendment to Securities Purchase Agreement, dated June 29, 2022, by and among SunPower Corporation, Falcon Acquisition HoldCo, Inc., and Peterson Partners VII, L.P. |
| 10.43 | Equity Purchase Agreement, dated as of February 6, 2022, by and between SunPower Corporation, Systems and TotalEnergies Renewables USA, LLC (incorporated by reference to Exhibit 2.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchanges Commission on February 10, 2022). |
| 10.44† | Master Supply Agreement, dated as of February 14, 2022 (incorporated by reference to Exhibit 10.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on February 16, 2022). |
| 10.45 | Amendment No. 1 to Master Supply Agreement, dated as of December 31, 2022, between the Company and Maxeon (incorporated by reference to Exhibit 10.1 of Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on January 5, 2023). |
| 10.46 | Letter Agreement, dated as of May 31, 2022, by and among SunPower Corporation, SunPower Corporation, Systems, TotalEnergies Renewables USA, LLC and TotalEnergies Distributed Generation USA, LLC (incorporated by reference to Exhibit 2.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on May 31, 2022). |
| 10.47 | Credit Agreement, dated as of September 12, 2022, among SunPower Corporation, certain of its subsidiaries as guarantors, the Lenders (as defined therein) from time to time party thereto, the L/C Issuers (as defined therein) from time to time party thereto and Bank of America, N.A., as Administrative Agent, Collateral Agent, Swingline Lender and L/C Issuer (incorporated by reference to Exhibit 10.1 of Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on September 15, 2022). |
| 10.48 | First Amendment to Credit Agreement, dated as of January 26, 2023, by and among the Lenders and L/C Issuers (as defined therein), SunPower Corporation, certain of its subsidiaries as guarantors, and Bank of America, N.A., as Administrative Agent and the Swingline Lender (incorporated by reference to Exhibit 10.1 of the Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on January 31, 2023). |
| 10.49 | Master Supply Agreement, dated as of December 31, 2022, between the Company and Maxeon (incorporated by reference to Exhibit 10.2 of Registrant's Current Report on Form 8-K filed with the Securities and Exchange Commission on January 5, 2023). |
| 21.1* | List of Subsidiaries. |
| 23.1* | Consent of Ernst & Young LLP, Independent Registered Public Accounting Firm. |
| 24.1* | Power of Attorney. |

*Table of Contents*

| 31.1* | Certification by Chief Executive Officer Pursuant to Rule 13a-14(a)/15d-14(a). |
| 31.2* | Certification by Chief Financial Officer Pursuant to Rule 13a-14(a)/15d-14(a). |
| 32.1** | Certification by Chief Executive Officer Pursuant to 18 U.S.C. Section 1350 as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2** | Certification by Chief Financial Officer Pursuant to 18 U.S.C. Section 1350 as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101.SCH* | XBRL Taxonomy Schema Document. |
| 101.CAL* | XBRL Taxonomy Calculation Linkbase Document. |
| 101.LAB* | XBRL Taxonomy Label Linkbase Document. |
| 101.PRE* | XBRL Taxonomy Presentation Linkbase Document. |
| 101.DEF* | XBRL Taxonomy Definition Linkbase Document. |
| 104 | The cover page from the Company's Annual Report on Form 10-K for the fiscal year ended January 1, 2023 is formatted in Inline XBRL. |

^ Director and/or officer compensatory arrangements.

* Filed herewith.

** Furnished herewith.

† Subject to a request for confidential treatment filed with the Securities and Exchange Commission.

**ITEM 16.** *FORM 10-K SUMMARY*

None.

138

*Table of Contents*

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereto duly authorized.

|  | **SUNPOWER CORPORATION** |
|---|---|
| Dated: December 18, 2023 | By: _____ /S/ ELIZABETH EBY |
|  | **Elizabeth Eby** |
|  | **Executive Vice President and Chief Financial Officer** |

Pursuant to the requirements of the Securities Exchange Act of 1934, this Report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /S/ PETER FARICY | Chief Executive Officer and Director | December 18, 2023 |
| Peter Faricy | (Principal Executive Officer) | |
| /S/ ELIZABETH EBY | Chief Financial Officer | December 18, 2023 |
| Elizabeth Eby | (Principal Financial Officer and Principal Accounting Officer) | |
| * | Director | December 18, 2023 |
| Nathalie Portes-Laville | | |
| * | Director | December 18, 2023 |
| Vincent Stoquart | | |
| * | Director | December 18, 2023 |
| Jonathan Fieldsend | | |
| * | Director | December 18, 2023 |
| Jonathan Bram | | |
| * | Director | December 18, 2023 |
| Nathaniel Anschuetz | | |
| * | Director | December 18, 2023 |
| Vinayak Hegde | | |
| * | Director | December 18, 2023 |
| Audrey Zibelman | | |
| * | Director | December 18, 2023 |
| Steven Louden | | |

\* By: /S/ ELIZABETH EBY
    Elizabeth Eby
    Power of Attorney

139