# EXHIBIT 29

5/21/25, 9:18 AM    SunPower Secures More Than $300M in Project Financing Commitments for Industry-Leading Residential Solar and Storage Leas…

Case 3:23-cv-05544-RFL   Document 111-28   Filed 05/27/25   Page 2 of 3

# SunPower Secures More Than $300M in Project Financing Commitments for Industry-Leading Residential Solar and Storage Lease Programs

*Builds on the recent capital raise to provide SunPower with access to more than half a billion dollars in financing*

RICHMOND, Calif., Feb. 23, 2024 /PRNewswire/ -- SunPower Corp. (NASDAQ:SPWR), (the "Company" or "SunPower"), a leading residential solar technology and energy services provider, today announced that it has secured over $300 million in project financing commitments from funds managed by Apollo (NYSE: APO) (the "Apollo Funds"), ATLAS SP Partners, ("ATLAS SP") and Hannon Armstrong Sustainable Infrastructure Capital, Inc. (NYSE: HASI) ("HASI") for its residential solar and storage lease programs, which will be paid upon installation. The transaction supports SunPower's ability to offer a variety of attractive financing options to its customers, advancing its mission to change the way our world is powered.

"SunPower's financing agnostic model is a differentiator in the industry and gives customers the ability to choose the best financing product for their needs," said Peter Faricy, SunPower CEO. "We believe this new commitment will enable us to better serve our growing base as we can now provide significantly more customers with leases for solar and storage solutions, meet the strong demand for our fastest growing financial product and ultimately expand access to clean energy at scale."

Olivia Wassenaar, Head of Sustainability and Infrastructure at Apollo, said, "We are pleased to support SunPower with this innovative financing solution, which strengthens its ability to deliver solar and storage solutions to customers across the country. This transaction demonstrates Apollo's integrated and holistic approach to clean energy investing, leveraging cross-platform expertise from our infrastructure and tax teams, as well as ATLAS SP's origination and financing capabilities, to help drive the energy transition."

Together with its recent capital raise, the Company now has access to more than half a billion dollars of capital, provided the Company meets certain funding conditions. This includes amendments to its existing first lien financing and a second lien term loan from Sol Holding LLC.

Since 2010, SunPower has provided solar lease financing options to customers through its network of residential solar dealers across the U.S., new home builders where the company holds a market-leading position and direct sales teams. SunPower lease contracts made up 73% of SunPower Financial originated volume in the fourth quarter of 2023 compared to 26% in the fourth quarter of 2022.

**About SunPower**
SunPower (NASDAQ:SPWR) is a leading residential solar, storage and energy services provider in North America. SunPower offers solar + storage solutions that give customers control over electricity consumption and resiliency during power outages while providing cost savings to homeowners. For more information, visit www.sunpower.com.

**Forward Looking Statements**
This release includes information that constitutes forward-looking statements. All statements, other than statements of historical fact, are forward-looking statements for purposes of the U.S. federal and state securities laws. Forward-looking statements often address expected future business and financial performance, and often contain words such as "believe," "expect," "anticipate," "intend," "plan," or "will" or the negative thereof or other variations thereof or comparable terminology. By their nature, forward-looking statements address matters that are subject to risks and uncertainties. Any such forward-looking statements may involve risk and uncertainties that could cause actual results to differ materially from any future results encompassed within the

Case 3:23-cv-05544-RFL    Document 111-28    Filed 05/27/25    Page 3 of 3

forward-looking statements. Examples of such forward-looking statements include, but are not limited to, statements regarding the Company's ability to offer attractive financing options to its customers and to expand access to clean energy at scale; expectations regarding growth, demand, and the Company's future performance and ability to capture or meet consumer demand; and the Company's expectations for industry trends and factors, and the impact on our business and strategic plans. Factors that could cause actual results to differ materially from any future results encompassed within the forward-looking statements include, but are not limited to, the Company's ability to comply with its financing arrangements, including debt covenants, or cure any defaults; the Company's ability to repay its obligations as they come due; the Company's ability to realize the anticipated benefits of capital received or project financings; the Company's liquidity and indebtedness; and the risks and other important factors discussed under the caption "Risk Factors" in the Company's Annual Report on Form 10-K/A for the fiscal year ended January 1, 2023 and the Quarterly Report on Form 10-Q for the quarterly period ended October 1, 2023, and the Company's other filings with the SEC. The Company cautions you that the list of important factors included in the Company's filings with the SEC may not contain all of the material factors that are important to you. In addition, in light of these risks and uncertainties, actual results may differ materially from those expressed in the forward-looking statements contained in this release. These forward-looking statements speak only as of the date they are made and should not be relied upon as representing the Company's views as of any subsequent date, and the Company is under no obligation to, and expressly disclaims any responsibility to, update or alter its forward-looking statements, whether as a result of new information, future events, or otherwise, except as required by applicable law.

SOURCE SunPower Corp.

For further information: Investors, Mike Weinstein, 510-260-8585, Mike.Weinstein@sunpowercorp.com; Media, Sarah Spitz, 832-444-7151, Sarah.Spitz@sunpowercorp.com