# EXHIBIT 34

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## Form 8-K

### Current Report
**Pursuant to Section 13 or 15(d) of the
Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): May 30, 2024**

# SunPower Corporation
**(Exact name of registrant as specified in its charter)**

**001-34166**
**(Commission File Number)**

| **Delaware** | | **94-3008969** |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | | **(I.R.S. Employer Identification No.)** |

**880 Harbour Way South, Suite 600, Richmond, California 94804**
**(Address of principal executive offices, with zip code)**

**(408) 240-5500**
**(Registrant's telephone number, including area code)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value per share | SPWR | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 1.01        Entry into a Material Definitive Agreement.**

As previously disclosed, in connection with SunPower Corporation's (the "Company") entry into the Second Lien Credit Agreement (as defined below), the Company agreed to issue to Sol Holding, LLC (the "Warrantholder") warrants to purchase up to approximately 75.2 million shares of the Company's common stock, $0.001 par value per share ("Common Stock"), consisting of two tranches: (i) the first tranche (the "First Tranche Warrant") consisting of a warrant exercisable for 41,752,640 shares of Common Stock (the "First Tranche Warrant Shares") and (ii) the second tranche (the "Second Tranche Warrant") consisting of an additional warrant exercisable for an aggregate of 33,402,112 shares of Common Stock (the "Second Tranche Warrant Shares" and together with the First Tranche Warrant Shares, the "Warrant Shares"). The First Tranche Warrant was issued on February 14, 2024 in connection with the Tranche 1 Second Lien Loans (as defined below) and, as of the date hereof, the Warrantholder has exercised such First Tranche Warrant in its entirety.

As a result of the Company drawing upon the Tranche 2 Second Lien Loans (as defined below) under the Second Lien Credit Agreement, the Company issued the Second Tranche Warrant to the Warrantholder under the Warrant to Purchase Common Stock, dated May 30, 2024 (the "Second Tranche Warrant to Purchase"). The Second Tranche Warrant is exercisable in whole or in part for Second Tranche Warrant Shares at an exercise price of $0.01 per share and expires on the tenth anniversary of issuance. The Warrantholder may pay the exercise price in cash or elect to exercise the Second Tranche Warrant on a "cashless" basis.

As previously disclosed, on February 14, 2024, in connection with the Second Lien Credit Agreement and the issuance of the First Tranche Warrant, the Company also entered into a registration rights agreement with the Warrantholder (the "Registration Rights Agreement"), pursuant to which the Company agreed to prepare and file with the U.S. Securities and Exchange Commission (the "SEC") a registration statement on Form S-1 or such other form as required on or prior to the date that is five (5) business days following the date on which the Company files its Annual Report on Form 10-K for the fiscal year ended December 31, 2023, to register for resale the Warrant Shares issuable upon the exercise of the First Tranche Warrant and the Second Tranche Warrant.

The terms of the Second Tranche Warrant, including rights associated with the Registration Rights Agreement, are substantially similar to the First Tranche Warrant, which such terms are more fully described in the Current Report on Form 8-K filed by the Company on February 15, 2024.

The foregoing descriptions of the Second Tranche Warrant and Registration Rights Agreement are qualified in their entirety by reference to the full text of the Second Tranche Warrant to Purchase, a copy of which is filed as Exhibit 10.1 hereto and is incorporated herein by reference and the Registration Rights Agreement, a copy of which is filed as Exhibit 10.4 to the Company's Current Report on Form 8-K, filed with the SEC on February 15, 2024, and is incorporated herein by reference.

**Item 2.03        Creation of a Direct Financial Obligation or an Obligation under an Off-Balance Sheet Arrangement of a Registrant.**

As previously disclosed, on February 14, 2024, the Company entered into the Second Lien Credit Agreement, by and among the Company, certain of its subsidiaries as guarantors party thereto, the lenders party thereto, GLAS USA LLC, as Administrative Agent, and GLAS Americas, LLC, as Collateral Agent (the "Second Lien Credit Agreement"). Capitalized terms used but not defined in this section shall have the meanings given to such terms in the Second Lien Credit Agreement. The Second Lien Credit Agreement provides for an approximately $175.5 million term loan facility comprised of: (i) an approximately $125.5 million tranche of second lien term loans ("Tranche 1 Second Lien Loans"), which was borrowed on the closing date of the Second Lien Credit Agreement; and (ii) a second tranche of $50 million of second lien term loans ("Tranche 2 Second Lien Loans").

On May 30, 2024, the Company borrowed $50 million of Tranche 2 Second Lien Loans, which consisted of all Tranche 2 Term Loan Commitments. The Second Lien Credit Agreement and loans thereunder are more fully described in the Current Report on Form 8-K filed by the Company on February 15, 2024.

The foregoing descriptions of the Tranche 2 Second Lien Loans and the terms of the Second Lien Credit Agreement do not purport to be complete and are subject to, and qualified in their entirety by, reference to the Second Lien Credit Agreement, which is filed as Exhibit 10.2 hereto and is incorporated herein by reference.

**Item 3.02        Unregistered Sale of Equity Securities.**

The information contained above in Item 1.01 relating to the Second Tranche Warrant is hereby incorporated by reference into this Item 3.02. Such Second Tranche Warrant was offered and sold in reliance upon the exemption from registration provided by Section 4(a)(2) under the Securities Act of 1933, as amended (the "Securities Act") and Rule 506

promulgated thereunder as transactions not involving a public offering, in reliance upon the following facts: no general solicitation was used in the offer or sale of such securities; the recipients of the securities had adequate access to information about the Company; each recipient of such securities represented its acquisition thereof as principal for its own account and its lack of any arrangements or understandings regarding the distribution of such securities; each recipient of such securities represented its capability of evaluating the merits of an investment in the Company's securities due to its knowledge, sophistication and experience in business and financial matters; and such securities were issued as restricted securities with restricted legends referring to the Securities Act. No such securities may be offered or sold in the United States in the absence of an effective registration statement or exemption from applicable registration requirements. No statement in this document or the attached exhibits is an offer to purchase or sell or a solicitation of an offer to sell or buy the Company's securities, and no offer, solicitation or sale will be made in any jurisdiction in which such offer, solicitation or sale is unlawful.

Neither this Current Report on Form 8-K nor any exhibit attached hereto is an offer to sell or the solicitation of an offer to buy shares of Common Stock or other securities of the Company.

**Item 7.01        Regulation FD.**

On June 3, 2024, the Company issued a press release announcing the transactions described herein. A copy of the press release is furnished hereto as Exhibit 99.1 to this Current Report on Form 8-K and is incorporated herein by reference.

The information in Item 7.01 of this Current Report on Form 8-K, including the press release incorporated herein by reference, is being furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, and it shall not be deemed incorporated by reference in any filing under the Securities Act or under the Exchange Act, whether made before or after the date hereof, except as expressly set forth by specific reference in such filing to this Item 7.01 of this Current Report on Form 8-K.

**Item 9.01.        Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
| --- | --- |
| 10.1 | Second Tranche Warrant to Purchase |
| 10.2 | Second Lien Credit Agreement |
| 99.1 | Press Release, dated June 3, 2024 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**SUNPOWER CORPORATION**

June 3, 2024

By:      /S/ ELIZABETH EBY

Name:    **Elizabeth Eby**

Title:   **Executive Vice President and**
         **Chief Financial Officer**

**Exhibit 99.1**

**SunPower Announces $50 Million Draw on Previously Announced Second Lien Term Loan to Further Business Operations as Company Executes Business Plan**

RICHMOND, Calif., June 3, 2024 -- Today, SunPower (NASDAQ: SPWR) announced it has drawn upon the $50 million second tranche of the $175 million second lien term loan from Sol Holding, LLC ("Sol Holding") that it announced in February 2024. Sol Holding, which is owned jointly by affiliates of TotalEnergies SE and Global Infrastructure Partners, is the majority owner of SunPower's common stock.

"Today's announcement demonstrates the continued support of our majority shareholders in the long-term value proposition of residential solar and SunPower's commitment to operating a financially sound business," said Tom Werner, Principal Executive Officer at SunPower. "In addition to this funding, in recent months, we have worked to reduce overall costs and increase the proportion of our costs that vary with changes in volume as we aim to build a more resilient business that can deliver consistent positive free cash flow in the future."

As a result of drawing upon the second tranche under the second lien term loan, SunPower agreed to issue warrants to Sol Holding to purchase up to approximately 33.4 million shares of common stock at an exercise price of $0.01 per share. SunPower also continues to work diligently to finalize its restated 2022 10-K, its 2023 10-K, and its first quarter 2024 10-Q filings.

**About SunPower**
SunPower is the highest-rated solar company in the U.S.[†] providing customized, high-quality, renewable home energy solutions to meet the unique needs of each family. Since 1985, SunPower has changed the way our world is powered by helping homeowners generate, store, and manage their own sustainable energy. Today, SunPower furthers its mission by helping more Americans gain energy independence through a curated selection of affordable products and flexible financing options. With its high product quality and reliability standards, it's easy to see why homeowners trust SunPower. For more information visit www.sunpower.com

**Forward Looking Statements**
This release includes information that constitutes forward-looking statements. All statements, other than statements of historical fact, are forward-looking statements for purposes of the U.S. federal and state securities laws. Forward-looking statements often address expected future business and financial performance, and often contain words such as "believe," "expect," "anticipate," "intend," "plan," or "will" or the negative thereof or other variations thereof or comparable terminology. By their nature, forward-looking statements address matters that are subject to risks and uncertainties. Any such forward-looking statements may involve risk and uncertainties that could cause actual results to differ materially from any future results encompassed within the forward-looking statements. Factors that could cause or contribute to such differences include, but are not limited to, the Company's ability to comply with debt covenants; the Company's ability to repay our obligations as they come due; and the risks and other important factors discussed under the caption "Risk Factors" in the Company's Annual Report on Form 10-K/A for the fiscal year ended January 1, 2023 and the Quarterly Report on Form 10-Q for the quarterly period ended October 1, 2023, and the Company's other filings with the SEC. The Company cautions you that the list of important factors included in the Company's filings with the SEC may not contain all of the material factors that are important to you. In addition, in light of these risks and uncertainties, the matters referred to in the forward-looking statements contained in this press release may not in fact occur. These forward-looking statements should not be relied upon as representing the Company's views as of any subsequent date, and the Company is under no obligation to, and expressly disclaims any responsibility to, update or alter its forward-looking statements, whether as a result of new information, future events, or otherwise, except as required by applicable law.

For further information: CONTACTS: Investors: Mike Weinstein, 510-260-8585, Mike.Weinstein@sunpowercorp.com; Media: Sarah Spitz, 512-953-4401 X 11929, Sarah.Spitz@sunpowercorp.com

[†] Based on public solar providers in the U.S. Includes averages of BBB, Yelp, Consumer Affairs, BestCompany, Google, SolarReviews and EnergySage review scores as of 3/31/24