# EXHIBIT 36

# Media Advisory: SunPower to hire new independent registered public accounting firm

SunPower confirms that it is working to secure a new independent registered public accounting firm, both as a result of Ernst & Young's resignation and a conflict of interest that would have presented following BlackRock's proposed acquisition of Global Infrastructure Partners. This development has no material impact on SunPower's current cash position or continued focus on delivering for its customers.

*Additional information is available in the Company's latest disclosure.*