# EXHIBIT 39

KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: khenderson@wsgr.com
        dsavage@wsgr.com

JOHN I. KARIN (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jkarin@wsgr.com

*Attorneys for Defendants*
*Peter Faricy, Elizabeth Eby,*
*and Thomas Werner*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SECURITIES LITIGATION | Case No.: 3:23-cv-05544-RFL |
| | CLASS ACTION |
| This Document Relates to: | DECLARATION OF JULIE HENSEL |
| ALL ACTIONS | Dept.: Courtroom 15, 18th Floor |
| | Judge: Hon. Rita F. Lin |

Hensel Declaration

Case No.: 3:23-cv-05544-RFL

I, Julie Hensel, declare:

1.     I was previously employed by SunPower Corporation ("SunPower") as an Executive Assistant and Office Manager supporting multiple senior vice presidents from February 2009 to August 2020, as Executive Assistant to the CFO from August 2020 to August 2022, and as Executive Assistant to the CEO from August 2022 to November 2024. I have personal knowledge about the facts contained herein and could and would testify competently as to these facts if asked to do so. The following statements are true to the best of my recollection.

2.     I have reviewed the Consolidated Third Amended Class Action Complaint (the "Complaint") in full, and believe that I am FE9 in the Complaint.

3.     I spoke with an individual who identified himself as an investigator. He did not tell me that he worked for the Plaintiffs in this case or their counsel. The Complaint presents a misleading impression that I am some kind of whistleblower and appears to have misconstrued my responses to the investigator to fit the Complaint's narrative.

4.     The investigator asked me about SunPower's July 3, 2024 press release. I told him that I had no idea who approved the press release. I also stated specifically that I had no idea if Thomas Werner or Elizabeth Eby approved the press release.

5.     Paragraph 192 of the Complaint alleges that I "confirmed that 'either the CFO or the CEO' would personally review and approve all such press releases related to the Company's financial condition." This is not an accurate description. I told the investigator that there was no requirement that particular officers approve press releases.

6.     Paragraph 192 of the Complaint also alleges that I "explained that the Company's communications team would email the draft[] release to CEO Werner, and [I] typically was on the chain of emails convey[ing] these releases to CEO Werner for approval and would ensure that CEO Werner approved them in a timely manner for release." This is also not an accurate description. As an initial matter, Mr. Werner was not the CEO—he was the Principal Executive Officer. Additionally, I told the investigator that, based on my experience, SunPower did not have a general process for drafting or approving press releases. Different people reviewed

Hensel Declaration                                    2                              Case No.: 3:23-cv-05544-RFL
                                                     - -

different press releases. I received some press releases before they were issued, and I did not receive other press releases before they were issued.

7.    Paragraph 193 of the Complaint alleges that I conveyed that Mr. Werner "would have 'definitely wanted to review [the July 3, 2024 press release]' before it was released to the public," and that "it is extremely likely Werner would have reviewed this release." I did not make either statement; they have been incorrectly attributed to me.

8.    To be clear, I have no reason to believe that any of the Defendants lied to investors and I do not support the claims alleged in Plaintiffs' Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of April 2025 in Fairview Oregon

Julie Hensel

Hensel Declaration                                    3                              Case No.: 3:23-cv-05544-RFL