# EXHIBIT 40

KATHERINE L. HENDERSON, State Bar No. 242676
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: khenderson@wsgr.com
      dsavage@wsgr.com

JOHN I. KARIN (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jkarin@wsgr.com

*Attorneys for Defendants*
*Peter Faricy, Elizabeth Eby,*
*and Thomas Werner*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SECURITIES LITIGATION | Case No.: 3:23-cv-05544-RFL |
| | CLASS ACTION |
| This Document Relates to: | DECLARATION OF MATT BROST |
| ALL ACTIONS | Dept.: Courtroom 15, 18th Floor<br>Judge: Hon. Rita F. Lin |

Brost Declaration                                      Case No.: 3:23-cv-05544-RFL

I, Matt Brost, declare:

1.  I was previously employed by SunPower Corporation ("SunPower") from November 2006 to June 2024, concluding my career at SunPower as Vice President of Sales, New Homes. The following statements are true to the best of my recollection.

2.  I have reviewed certain portions of the Consolidated Third Amended Class Action Complaint (the "Complaint"), and believe that I am FE10 in the Complaint.

3.  I spoke with an individual who identified them self as an investigator. The Complaint inaccurately reports some of my statements to the investigator and takes other statements of mine out of context.

4.  Paragraph 150 of the Complaint alleges that I "worked for SunPower from November 2006 to August 2024". That is not true. I left SunPower in June 2024. I told the investigator that I left SunPower in June 2024 and had no insight into SunPower's press releases or financial position after June 2024. I was not at SunPower in July or August 2024 and have no basis to say what happened at SunPower at any time following my departure in June 2024.

5.  Paragraph 196 alleges that I "related that [the] press release review process was coordinated by the Public Relations/Communications team and typically involved sending those releases to the CEO for approval." This allegation misconstrues my statement. I told the investigator that the Public Relations/Communications team coordinated press releases, and it was my understanding that Peter Faricy was to review press releases before they were issued. I shared that I did not know whether SunPower had a policy governing whose review and approval was required before press releases could be issued after Mr. Faricy's departure.

6.  Paragraph 196 also alleges that "FE10 thinks CFO Elizabeth Eby would have been involved in approving press releases that were 'finance-related'; 'I would imagine if it was finance-related that they [CFO Eby] were involved.'" This allegation omits important context as I was only generally commenting on what I imagine happens at most companies. As noted above, I was not privy to the press release process after Mr. Faricy left the Company and I was not at SunPower when the July 3, 2024 press release was issued. I was very clear to the

Brost Declaration                                3                         Case No.: 3:23-cv-05544-RFL
                                                - -

investigator that I have no basis to say who reviewed or approved it, and that I did not know whether Thomas Werner or Elizabeth Eby reviewed or approved it, or any other press release during this period.

7.    To be clear, I have no knowledge that any of the Defendants lied to investors. I asked the investigator if they would be referencing or citing me and they said no, unless "super material" to the investigation. I believe I asked them to notify me if they planned to cite me specifically, which they never did.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __2__ day of May 2025 in __Applegate__, __CA__.

Matt Brost