# EXHIBIT 42

**FASB Codification: Combine Subsections Result**

Copyright © 2025 by Financial Accounting Foundation, Norwalk, Connecticut

Presentation

    205 Presentation of Financial Statements

        205-40 Going Concern

            205-40-00 Status

                General

            205-40-05 Overview and Background

                General

            205-40-15 Scope and Scope Exceptions

                General

            205-40-50 Disclosure

                General

            205-40-55 Implementation Guidance and Illustrations

                General

            205-40-65 Transition Date and Open Effective Date Information

                General

# 205-40-00 Status

**General Note:** The Status Section identifies changes to this Subtopic resulting from Accounting Standards Updates. The Section provides references to the affected Codification content and links to the related Accounting Standards Updates. Nonsubstantive changes for items such as editorial, link and similar corrections are included separately in Maintenance Updates.

# General

# >

**00-1** The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| **Financial Statements Are Available to Be Issued** | Added | Accounting Standards Update No. 2014-15 | 08/27/2014 |

| | | | |
|---|---|---|---|
| **Financial Statements Are Issued** | Added | Accounting Standards Update No. 2014-15 | 08/27/2014 |
| **Liquidation** | Added | Accounting Standards Update No. 2014-15 | 08/27/2014 |
| **Probable** (2nd def) | Added | Accounting Standards Update No. 2014-15 | 08/27/2014 |
| **Substantial Doubt about an Entity's Ability to Continue as a Going Concern** | Added | Accounting Standards Update No. 2014-15 | 08/27/2014 |
| 205-40-05-1 through 05-3 | Added | Accounting Standards Update No. 2014-15 | 08/27/2014 |
| 205-40-05-3 | Amended | Maintenance Update 2016-11 | 06/27/2016 |
| 205-40-15-1 | Added | Accounting Standards Update No. 2014-15 | 08/27/2014 |
| 205-40-50-1 through 50-14 | Added | Accounting Standards Update No. 2014-15 | 08/27/2014 |
| 205-40-55-1 through 55-3 | Added | Accounting Standards Update No. 2014-15 | 08/27/2014 |
| 205-40-50-12 | Amended | Maintenance Update 2016-11 | 06/27/2016 |
| 205-40-50-13 | Amended | Maintenance Update 2016-11 | 06/27/2016 |
| 205-40-55-1 | Amended | Maintenance Update 2016-11 | 06/27/2016 |
| 205-40-55-3 | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| 205-40-65-1 | Added | Accounting Standards Update No. 2014-15 | 08/27/2014 |

# 205-40-05 Overview and Background

General Note: The Overview and Background Section provides overview and background material for the guidance contained in the Subtopic. It does not provide the historical background or due process. It may contain certain material that users generally consider useful to understand the typical situations addressed by the standards. The Section does not summarize the accounting and reporting requirements.

## General

**>**

05-1 [ Continuation of an entity as a going concern is presumed as the basis for financial reporting unless and until the entity's **liquidation** becomes imminent. Preparation of financial statements under this presumption is commonly referred to as the going concern basis of accounting. If and when an entity's liquidation becomes imminent, financial statements are prepared under the liquidation basis of accounting in accordance with Subtopic 205-30 on the liquidation basis of accounting. [ASU 2014-15, paragraph 3 ] ]

05-2 [ Even if an entity's liquidation is not imminent, there may be conditions and events, considered in the aggregate, that raise **substantial doubt about the entity's ability to continue as a going concern**. In those

situations, financial statements continue to be prepared under the going concern basis of accounting, but the guidance in this Subtopic should be followed to determine whether to disclose information about the relevant conditions or events. [ASU 2014-15, paragraph 3 ] ]

05-3 [ This Subtopic provides guidance for evaluating whether there is substantial doubt about an entity's ability to continue as a going concern and about related note disclosures. [ASU 2014-15, paragraph 3 ] ]

## 205-40-15 Scope and Scope Exceptions

> **General Note:** The Scope and Scope Exceptions Section outlines the items (for example, the entities, transactions, instruments, or events) to which the guidance in the Subtopic does or does not apply. In some cases, the Section may contain definitional or other text to frame the scope.

## General

## > Entities

15-1 [ The guidance in this Subtopic applies to all entities. [ASU 2014-15, paragraph 3 ] ]

## 205-40-50 Disclosure

> **General Note:** The Disclosure Section provides guidance regarding the disclosure in the notes to financial statements. In some cases, disclosure may relate to disclosure on the face of the financial statements.

## General

## > Evaluating Conditions and Events That May Raise Substantial Doubt

50-1 [ In connection with preparing financial statements for each annual and interim reporting period, an entity's management shall evaluate whether there are conditions and events, considered in the aggregate, that raise **substantial doubt about an entity's ability to continue as a going concern** within one year after the date that the **financial statements are issued** (or within one year after the date that the **financial statements are available to be issued** when applicable). [ASU 2014-15, paragraph 3 ] ]

50-2 [ Ordinarily, conditions or events that raise substantial doubt about an entity's ability to continue as a going concern relate to the entity's ability to meet its obligations as they become due. Accordingly, management's evaluation of an entity's ability to continue as a going concern ordinarily is based on conditions and events that are relevant to an entity's ability to meet its obligations as they become due within one year after the date that the financial statements are issued. [ASU 2014-15, paragraph 3 ] ]

50-3 [ Management's evaluation shall be based on relevant conditions and events that are known and reasonably knowable at the date that the financial statements are issued. [ASU 2014-15, paragraph 3 ] ]

50-4 [ Management shall evaluate whether relevant conditions and events, considered in the aggregate, indicate that it is probable that an entity will be unable to meet its obligations as they become due within one year after the date that the financial statements are issued. The evaluation initially shall not take into consideration the potential mitigating effect of management's plans that have not been fully implemented as of the date that the financial statements are issued (for example, plans to raise capital, borrow money, restructure debt, or dispose of an asset that have been approved but that have not been fully implemented as of the date that the financial statements are issued). [ASU 2014-15, paragraph 3 ] ]

50-5 [ When evaluating an entity's ability to meet its obligations, management shall consider quantitative and qualitative information about the following conditions and events, among other relevant conditions and events known and reasonably knowable at the date that the financial statements are issued: [ASU 2014-15, paragraph 3 ] ]

a. [ The entity's current financial condition, including its liquidity sources at the date that the financial statements are issued (for example, available liquid funds and available access to credit) [ASU 2014-15, paragraph 3 ] ]

b. [ The entity's conditional and unconditional obligations due or anticipated within one year after the date that the financial statements are issued (regardless of whether those obligations are recognized in the entity's financial statements) [ASU 2014-15, paragraph 3 ] ]

c. [ The funds necessary to maintain the entity's operations considering its current financial condition, obligations, and other expected cash flows within one year after the date that the financial statements are issued [ASU 2014-15, paragraph 3 ] ]

d. [ The other conditions and events, when considered in conjunction with (a), (b), and (c) above, that may adversely affect the entity's ability to meet its obligations within one year after the date that the financial statements are issued. See paragraph 205-40-55-2 for examples of those conditions and events. [ASU 2014-15, paragraph 3 ] ]

> **Consideration of Management's Plans When Substantial Doubt Is Raised**

50-6 [ When relevant conditions or events, considered in the aggregate, initially indicate that it is **probable** that an entity will be unable to meet its obligations as they become due within one year after the date that the **financial statements are issued** (and therefore they raise **substantial doubt about the entity's ability to continue as a going concern**), management shall evaluate whether its plans that are intended to mitigate those conditions and events, when implemented, will alleviate substantial doubt about the entity's ability to continue as a going concern. [ASU 2014-15, paragraph 3 ] ]

50-7 [ The mitigating effect of management's plans shall be considered in evaluating whether the substantial doubt is alleviated only to the extent that information available as of the date that the financial statements are issued indicates both of the following: [ASU 2014-15, paragraph 3 ] ]

a. [ It is probable that management's plans will be effectively implemented within one year after the date that the financial statements are issued. [ASU 2014-15, paragraph 3 ] ]

b. [ It is probable that management's plans, when implemented, will mitigate the relevant conditions or events that raise substantial doubt about the entity's ability to continue as a going concern within one year after the date that the financial statements are issued. [ASU 2014-15, paragraph 3 ] ]

50-8 [ The evaluation of whether it is probable that management's plans will be effectively implemented within one year after the date that the financial statements are issued shall be based on the feasibility of implementation of management's plans in light of an entity's specific facts and circumstances. Generally, to be considered probable of being effectively implemented, management (or others with the appropriate authority) must have approved the plan before the date that the financial statements are issued. Paragraph 205-40-55-3 provides examples of plans that management may implement and information that management should consider for each plan in evaluating the feasibility of the plans. [ASU 2014-15, paragraph 3 ] ]

50-9 [ The mitigating effect of management's plans that are not probable of being effectively implemented within one year after the date that the financial statements are issued shall not be considered in evaluating whether substantial doubt about an entity's ability to continue as a going concern is alleviated. [ASU 2014-15, paragraph 3 ] ]

50-10 [ As required in paragraph 205-40-50-7, management shall further assess its plans that are probable of being effectively implemented to determine whether it is probable that those plans will mitigate the conditions or events that raise substantial doubt about an entity's ability to continue as a going concern. In this assessment, management shall consider the expected magnitude and timing of the mitigating effect of its plans in relation to the magnitude and timing of the relevant conditions or events that those plans intend to mitigate. [ASU 2014-15, paragraph 3 ] ]

50-11 [ A plan to meet an entity's obligations as they become due through **liquidation** (as defined in Subtopic 205-30 on the liquidation basis of accounting) shall not be considered as part of management's plans in evaluating whether substantial doubt is alleviated even if liquidation is probable of occurring. [ASU 2014-15, paragraph 3 ] ]

## > Disclosures When Substantial Doubt Is Raised but Is Alleviated by Management's Plans (Substantial Doubt Does Not Exist)

50-12 [ If, after considering management's plans, **substantial doubt about an entity's ability to continue as a going concern** is alleviated as a result of consideration of management's plans, an entity shall disclose in the notes to financial statements information that enables users of the financial statements to understand all of the following (or refer to similar information disclosed elsewhere in the notes): [ASU 2014-15, paragraph 3 ] ]

a. [ Principal conditions or events that raised substantial doubt about the entity's ability to continue as a going concern (before consideration of management's plans) [ASU 2014-15, paragraph 3 ] ]

b. [ Management's evaluation of the significance of those conditions or events in relation to the entity's ability to meet its obligations [ASU 2014-15, paragraph 3 ] ]

c. [ Management's plans that alleviated substantial doubt about the entity's ability to continue as a going concern. [ASU 2014-15, paragraph 3 ] ]

## > Disclosures When Substantial Doubt Is Raised and Is Not Alleviated (Substantial Doubt Exists)

**50-13** [ If, after considering management's plans, **substantial doubt about an entity's ability to continue as a going concern** is not alleviated, the entity shall include a statement in the notes to financial statements indicating that there is substantial doubt about the entity's ability to continue as a going concern within one year after the date that the **financial statements are issued**. Additionally, the entity shall disclose information that enables users of the financial statements to understand all of the following: [ASU 2014-15, paragraph 3 ] ]

    a. [ Principal conditions or events that raise substantial doubt about the entity's ability to continue as a going concern [ASU 2014-15, paragraph 3 ] ]

    b. [ Management's evaluation of the significance of those conditions or events in relation to the entity's ability to meet its obligations [ASU 2014-15, paragraph 3 ] ]

    c. [ Management's plans that are intended to mitigate the conditions or events that raise substantial doubt about the entity's ability to continue as a going concern. [ASU 2014-15, paragraph 3 ] ]

**50-14** [ If conditions or events continue to raise substantial doubt about an entity's ability to continue as a going concern in subsequent annual or interim reporting periods, the entity shall continue to provide the required disclosures in paragraphs 205-40-50-12 through 50-13 in those subsequent periods. Disclosures should become more extensive as additional information becomes available about the relevant conditions or events and about management's plans. An entity shall provide appropriate context and continuity in explaining how conditions or events have changed between reporting periods. For the period in which substantial doubt no longer exists (before or after consideration of management's plans), an entity shall disclose how the relevant conditions or events that raised substantial doubt were resolved. [ASU 2014-15, paragraph 3 ] ]

# 205-40-55 Implementation Guidance and Illustrations

**General Note:** The Implementation Guidance and Illustrations Section contains implementation guidance and illustrations that are an integral part of the Subtopic. The implementation guidance and illustrations do not address all possible variations. Users must consider carefully the actual facts and circumstances in relation to the requirements of the Subtopic.

## General

## > Implementation Guidance

## >> Decision Flowchart

**55-1** [ The following flowchart depicts the decision process to follow for evaluating whether there is substantial doubt about an entity's ability to continue as a going concern and determining related disclosure requirements. [ASU 2014-15, paragraph 3 ] ]

Start

Are the criteria met for the liquidation basis of accounting? (Subtopic 205-30)

— Yes → Apply the liquidation basis of accounting. (Subtopic 205-30)

No

Are there conditions or events, considered in the aggregate, that raise substantial doubt about an entity's ability to continue as a going concern within one year after the date the financial statements are issued (or available to be issued)? (paragraphs 205-40-50-01 through 50-5)

— No → No disclosures are required specific to going concern uncertainties under Subtopic 205-40. See Topics 275 and 450 for other disclosures about risks, uncertainties, and contingencies, as applicable.

Yes

Consider management's plans intended to mitigate the adverse conditions or events. (paragraphs 205-40-50-6 through 50-11)

Is it probable that management's plans will be effectively implemented? (paragraphs 205-40-50-7 through 50-8)

— Yes → Is it probable that management's plans will mitigate the relevant conditions or events that raise substantial doubt? (paragraph 205-40-50-10)

— Yes → An entity shall disclose information to help users understand the following when substantial doubt is alleviated by management's plans:

1. Principal conditions or events that raised substantial doubt, before consideration of management's plans

2. Management's evaluation of the significance of those conditions or events

3. Management's plans that alleviated substantial doubt.

(paragraph 205-40-50-12)

No

No

An entity shall disclose information to help users understand the following when substantial doubt is not alleviated:

1. Principal conditions or events that raise substantial doubt

2. Management's evaluation of the significance of those conditions or events

3. Management's plans that are intended to mitigate the conditions or events that raise substantial doubt.

The entity also should include in the notes to financial statements a statement indicating that there is substantial doubt about the entity's ability to continue as a going concern within one year after the date that the financial statements are issued (or available to be issued).

(paragraph 205-40-50-13)

[ASU 2014-15, paragraph 3 ]

## >> Examples of Adverse Conditions and Events

55-2 [ The following are examples of adverse conditions and events that may raise **substantial doubt about an entity's ability to continue as a going concern**. The examples are not all-inclusive. The existence of one or more of these conditions or events does not determine that there is substantial doubt about an entity's ability to continue as a going concern. Similarly, the absence of those conditions or events does not determine that there is no substantial doubt about an entity's ability to continue as a going concern. Determining whether there is substantial doubt depends on an assessment of relevant conditions and events, in the aggregate, that are known and reasonably knowable at the date that the **financial statements are issued** (or at the date the **financial statements are available to be issued** when applicable). An entity should weigh the likelihood and magnitude of the potential effects of the relevant conditions and events, and consider their anticipated timing. [ASU 2014-15, paragraph 3 ] ]

a. [ Negative financial trends, for example, recurring operating losses, working capital deficiencies, negative cash flows from operating activities, and other adverse key financial ratios [ASU 2014-15, paragraph 3 ] ]

b. [ Other indications of possible financial difficulties, for example, default on loans or similar agreements, arrearages in dividends, denial of usual trade credit from suppliers, a need to restructure debt to avoid default, noncompliance with statutory capital requirements, and a need to seek new sources or methods of financing or to dispose of substantial assets [ASU 2014-15, paragraph 3 ] ]

c. [ Internal matters, for example, work stoppages or other labor difficulties, substantial dependence on the success of a particular project, uneconomic long-term commitments, and a need to significantly revise operations [ASU 2014-15, paragraph 3 ] ]

d. [ External matters, for example, legal proceedings, legislation, or similar matters that might jeopardize the entity's ability to operate; loss of a key franchise, license, or patent; loss of a principal customer or supplier; and an uninsured or underinsured catastrophe such as a hurricane, tornado, earthquake, or flood. [ASU 2014-15, paragraph 3 ] ]

55-3 [ The following are examples of plans that management may implement to mitigate conditions or events that raise substantial doubt about an entity's ability to continue as a going concern. The examples are not all-inclusive. Below each example is a list of the types of information that management should consider at the date that the financial statements are issued in evaluating the feasibility of the plans to determine whether it is **probable** that the plan will be effectively implemented within one year after the date that the financial statements are issued. [ASU 2014-15, paragraph 3 ] ]

a. [ Plans to dispose of an asset or business: [ASU 2014-15, paragraph 3 ] ]

1. [ Restrictions on disposal of an asset or business, such as covenants that limit those transactions in loan or similar agreements, or encumbrances against the asset or business [ASU 2014-15, paragraph 3 ] ]

2. [ Marketability of the asset or business that management plans to sell [ASU 2014-15, paragraph 3 ] ]

3. [ Possible direct or indirect effects of disposal of the asset or business [ASU 2014-15, paragraph 3 ] ]

b. [ Plans to borrow money or restructure debt: [ASU 2014-15, paragraph 3 ] ]

1. [ Availability and terms of new debt financing, or availability and terms of existing debt refinancing, such as term debt, lines of credit, or arrangements for factoring receivables or sale and leaseback of assets [ASU

2014-15, paragraph 3 ] ]

2. [ Existing or committed arrangements to restructure or subordinate debt or to guarantee loans to the entity [ASU 2014-15, paragraph 3 ] ]

3. [ Possible effects on management's borrowing plans of existing restrictions on additional borrowing or the sufficiency of available collateral [ASU 2014-15, paragraph 3 ] ]

c. [ Plans to reduce or delay expenditures: [ASU 2014-15, paragraph 3 ] ]

1. [ Feasibility of plans to reduce overhead or administrative expenditures, to postpone maintenance or research and development projects, or to lease rather than purchase assets [ASU 2014-15, paragraph 3 ] ]

2. [ Possible direct or indirect effects on the entity and its cash flows of reduced or delayed expenditures [ASU 2014-15, paragraph 3 ] ]

d. [ Plans to increase ownership equity: [ASU 2014-15, paragraph 3 ] ]

1. [ Feasibility of plans to increase ownership equity, including existing or committed arrangements to raise additional capital [ASU 2014-15, paragraph 3 ] ]

2. [ Existing or committed arrangements to reduce current dividend requirements or to accelerate cash infusions from affiliates or other investors. [ASU 2014-15, paragraph 3 ] ]

# 205-40-65 Transition Date and Open Effective Date Information

**General Note:** The Transition Section contains a description of the required transition provisions and a list of the related paragraphs that have been modified. This Section will retain the transition content during the transition period. After the transition period, the transition content will be removed yet will be available in archived versions of the Section.

## General

>

**65-1** Paragraph superseded on 06/20/2018 after the end of the transition period stated in Accounting Standards Update No. 2014-15, *Presentation of Financial Statements—Going Concern (Subtopic 205-40): Disclosure of Uncertainties about an Entity's Ability to Continue as a Going Concern*.

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.