**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
Austin P. Van
(*pro hac vice*)
Samantha Daniels
(*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
avan@pomlaw.com
sdaniels@pomlaw.com

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE SUNPOWER CORPORATION SECURITIES LITIGATION** | **Case No.:  3:23-cv-05544-RFL** |
| | **CLASS ACTION** |
| **This Document Relates to:** | |
| ***ALL ACTIONS*** | **PLAINTIFFS' MOTION TO STRIKE APPENDIX A TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** |

[Additional counsel on signature page]

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that on September 2, 2025, at 10:00am, or as soon thereafter as may be heard, before the Honorable Rita F. Lin of the U.S. District Court for the Northern District of California, San Francisco Division, Courtroom 15, 18th Floor, 450 Golden Gate Avenue, an Francisco, CA 94102, Lead Plaintiff Bezeyem Lemou and Plaintiffs Daniel Suarez and Charles Orr (collectively "Plaintiffs"), will and do move to strike Appendix A to Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint.

This Motion to Strike is based on this notice, the memorandum of points and authorities submitted in support of the motion, the files and pleadings in this action and upon such other and further information as may be presented to the Court before or during the hearing on this matter.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Before the Court is Defendants' Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint ("Complaint") (Dkt. 110) ("Defs' Brief" or "Motion to Dismiss Brief"). In support of their Motion to Dismiss, Defendants attach a document labeled "Appendix A to Defendants' Motion to Dismiss Plaintiffs' Third Amended Complaint." Dkt. 110-3. This 22-page document is a chart containing single-spaced text supplementing the arguments in Defendants' Motion to Dismiss Brief and setting forth information from many of the 44 extrinsic documents Defendants seek to be either judicially noticed or incorporated-by-reference (Plaintiffs are filing an opposition to that request contemporaneously herewith). Defendants' submission of this 22-page Appendix A in addition to their 25-page memorandum in support of their motion to dismiss is in clear violation of the agreed-upon and court ordered 25-page limit applicable to their brief. Dkt. 105 ("Defendants are permitted to file an opening motion to dismiss brief not to exceed 25 pages."). As such, Plaintiffs, by this Motion, move this Court for an Order striking Appendix A from Defendants' motion to dismiss.

1

This Court may strike a document filed in violation of the Court's local procedural rules. *Smith v. Frank*, 923 F.3d 139, 142 (9th Cir. 1991) ("For violations of the local rules, sanctions may be imposed including . . . striking the offending pleading."); *Think Village-Kiwi, LLC v. Adobe Sys., Inc.*, No. C 08-04166 SI, 2009 U.S. Dist. LEXIS 106687, *20 (N.D. Cal. Nov. 16, 2009) (striking a chart for violating the local rule's page limitation because "defense counsel was required to include all argument with the text" of his papers).

Local Rule 7-2 provides that "except as otherwise ordered or permitted by the assigned judge or these Local Rules" a motion consisting of a notice of motion and points and authorities shall be "[i]n one filed document not exceeding 25 pages in length." This Court further limits the length of briefs to 15 pages.[1] Pursuant to a Joint Stipulation and Order for Motion to Dismiss Briefing Schedule and Page Limitations entered on April 22, 2025 (Dkt. 105), this Court granted the parties' request for Defendants to file an opening motion to dismiss brief "not to exceed 25 pages." Dkt. 105 ("Defendants shall file their motion to dismiss by May 27, 2025. Defendants are permitted to file an opening motion to dismiss brief not to exceed 25 pages.").

Here, Defendants' Motion to Dismiss Brief is 25 pages long. The Appendix A submitted in support of Defendants' Motion to Dismiss Brief is *22 single-spaced* pages (this is in an addition to the *44 extraneous exhibits* for which they seek judicial notice or incorporation by reference). Appendix A quotes liberally from the 44 exhibits and is offered in support of Defendants' attempt to show that the alleged misstatements are purportedly not actionable. Indeed, Defendants' characterization of Appendix A in their brief reveals their intention: " . . . the TAC paints a misleading picture that the Company made only rosy statements to an unwitting investing public. Defendants encourage the Court to review the actual disclosures, which are subject to judicial notice and/or incorporated by reference, as summarized in

---

[1] Standing Order for Civil Cases Before Judge Rita F. Lin at 6.

Appendix A." Defs' Brief at fn. 2. "It is difficult to view this appendix as anything other than an unsubtle vehicle for deliberately circumventing the page limits imposed on the parties' briefing." *Todd v. Tempur-Sealy Int'l, Inc.*, No. 13-CV-04984-JST, 2016 U.S. Dist. LEXIS 136135, at *12 n. 3 (N.D. Cal. Sept. 30, 2016), *reconsideration denied*, No. 13-CV-04984-JST, 2017 U.S. Dist. LEXIS 102385 (N.D. Cal. June 30, 2017). In striking a similar chart in *Tempur-Sealy*, District Judge Tigar held that "[t]hese stratagems violate the Court's rules and diminish the effectiveness of the parties' advocacy." *Id.*

## **CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to Strike Defendants' Appendix A.

3

DATED: July14, 2025

Respectfully submitted,

**POMERANTZ LLP**

/s/ Austin P. Van

Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
Austin P. Van
(*pro hac vice*)
Samantha Daniels
(*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
avan@pomlaw.com
sdaniels@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiffs*

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Daniel Suarez*

David N. Lake
LAW OFFICES OF DAVID N. LAKE, APC
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Tel: (818) 788-5100
Fax: (818) 479-9990
Email: david@lakelawpc.com

PASKOWITZ LAW FIRM PC
Laurence D. Paskowitz
(*pro hac vice*)

4

PLAINTIFFS' MOTION TO STRIKE

97-45 Queens Blvd., Ste. 1202
Rego Park, New York 11374
Telephone: (212) 685-0969
Facsimile: (718) 275-1338
lpaskowitz@pasklaw.com

LAW OFFICES OF BETH A. KELLER, P.C.
Beth A. Keller
(*pro hac vice*)
118 N. Bedford Road, Ste. 100
Mount Kisco, New York 10549
Telephone: (914) 752-3040
Facsimile: (914) 752-3041
bkeller@keller-lawfirm.com

*Additional Counsel for Charles Orr*

5

PLAINTIFFS' MOTION TO STRIKE