**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
Austin P. Van
(*pro hac vice*)
Samantha Daniels
(*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
avan@pomlaw.com
sdaniels@pomlaw.com

[*Additional Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SECURITIES LITIGATION | Case No.:  3:23-cv-05544-RFL <br><br> <u>CLASS ACTION</u> |
| This Document Relates to: <br><br> *ALL ACTIONS* | **PLAINTIFFS' REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO STIRKE APPENDIX A TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT** |

[Additional counsel on signature page]

**ARGUMENT**

Plaintiffs respectfully submit this reply in response to Defendants' Opposition to Plaintiffs' Motion to Strike Appendix A to Defendants' Motion to Dismiss Plaintiffs' Consolidated Third Amended Class Action Complaint ("Defs' Opp. to MTS") (Dkt. 115).[1]

In seeking dismissal of Plaintiffs' TAC, Defendants rely not just on the arguments contained in their Motion to Dismiss (Dkt. 110), but also on a nine-page request for judicial notice and incorporation by reference (Dkt. 110-1) of *forty-four* documents outside Plaintiffs' TAC—half of which consist of analyst reports and earnings call transcripts not cited in the TAC, never-seen-before corporate internal emails, and declarations of former SunPower employees questioned by Defendants in an effort to undermine Plaintiffs' confidential witness allegations. Defendants' hand-selected extracts of certain of these extrinsic documents are summarized in a *twenty-two* page Appendix A (Dkt. 110-3) supplied by Defendants in support of their Motion to Dismiss. Plaintiffs filed an opposition to Defendants' request for judicial notice and incorporation by reference (Dkt. 113) and a Motion to Strike Appendix A (Dkt. 114) to preserve their objection to Defendants' voluminous filings which were supplemental to their motion to dismiss.

While Defendants claim the "Appendix provides the Court a convenient way to keep track of the various disclosures" (Defs' Opp. to MTS at 5) it references primarily the statements Defendants selectively extracted from their exhibits and appears intended to supplant the chart supplied by Plaintiffs pursuant to this Court's Standing Order, which chart is carefully tailored to the TAC. The chart in *Tadros v. Celladon Corp.*, 2016 U.S. Dist. LEXIS 139956, *23-24 (S.D. Ca. Oct. 7, 2016), on which Defendants rely in opposing Plaintiffs' Motion to Strike, is therefore inapposite. In *Tadros*, "Defendants' chart

---

[1] All capitalized terms herein shall have the same meanings set forth in Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Third Amended Complaint for Violations of Federal Securities Laws ("Plaintiffs' Opp. Br.") (Dkt. 112) unless otherwise stated.

1

compile[d] the allegedly misleading statements together with a reference to where it appears in Plaintiffs' and Defendants' Motions." *Tadros*, 2016 U.S. Dist. LEXIS 139956 at *24.  Appendix A here, rather, contains only scant references to the TAC and selectively quotes passages from Defendants' proffered exhibits which they contend show that "they made various disclosures regarding the very topics Plaintiffs complain were omitted throughout the Class Period." Defs' Opp. to MTS at 3.  This belies Defendants' claim that "there is no argument contained in the Appendix" (*id.* at 1) and encapsulates Defendants' attempt to have the extrinsic materials accepted either for the truth of the matters they assert or to present a new and different version of the facts pled by Plaintiffs.  Moreover, Defendants are flatly mistaken to suggest that Plaintiffs "neglect[ed] to respond to Defendants' point" that they made the required disclosures Plaintiffs complain were omitted.  Defs' Opp. to MTS at 3.  As set forth in the TAC and discussed throughout Plaintiffs' opposition to the Motion to Dismiss, Defendants narrowly construe the alleged misstatements about SunPower's financial health in a way in which no reasonable investor would, and the purported cautionary language was insufficient given the magnitude of the risks facing SunPower during the Class Period.  Accordingly, Appendix A is improper and should not be considered.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to Strike Defendants' Appendix A.

PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION TO STRIKE DEFENDANTS' APPENDIX A
CASE No. 3:23-cv-05544-RFL

DATED: August 4, 2025                    Respectfully submitted,

                                        **POMERANTZ LLP**

                                        */s/ Austin P. Van*

                                        Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
Austin P. Van
(*pro hac vice*)
Samantha Daniels
(*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
avan@pomlaw.com
sdaniels@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiffs*

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Daniel Suarez*

David N. Lake
LAW OFFICES OF DAVID N. LAKE, APC
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Tel: (818) 788-5100
Fax: (818) 479-9990
Email: david@lakelawpc.com

PASKOWITZ LAW FIRM PC

3

Laurence D. Paskowitz
(*pro hac vice*)
97-45 Queens Blvd., Ste. 1202
Rego Park, New York 11374
Telephone: (212) 685-0969
Facsimile: (718) 275-1338
lpaskowitz@pasklaw.com

LAW OFFICES OF BETH A. KELLER, P.C.
Beth A. Keller
(*pro hac vice*)
118 N. Bedford Road, Ste. 100
Mount Kisco, New York 10549
Telephone: (914) 752-3040
Facsimile: (914) 752-3041
bkeller@keller-lawfirm.com

*Additional Counsel for Charles Orr*

4