KATHERINE L. HENDERSON, State Bar No. 242676
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: khenderson@wsgr.com

JOHN I. KARIN (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
31 W 52nd Street, Fifth Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jkarin@wsgr.com

*Attorneys for Defendants Peter Faricy,*
*Elizabeth Eby, and Thomas Werner*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.: 3:23-cv-05544-RFL<br><br>CLASS ACTION<br><br>DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Hearing: February 24, 2026, 10 am<br>Dept.: Courtroom 15, 18th Floor<br>Judge: Hon. Rita F. Lin |

DEFS' STATEMENT OF NON-
OPPOSITION

Case No.: 3:23-cv-05544-RFL

Defendants Peter Faricy, Elizabeth Eby, and Thomas Werner ("Defendants") respectfully submit this Statement of Non-Opposition in response to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval") dated January 9, 2026 (ECF. No. 132), presenting for the preliminary approval of the Court the parties' Stipulation of Settlement (ECF No. 132-1, Ex. I). Defendants agree with Plaintiffs that preliminary approval of the settlement is appropriate and believe that a decision on the motion would be appropriate on the papers, should the Court so desire.

In addition, pursuant to Paragraph 41 of the Stipulation of Settlement (ECF No. 132-1, Ex. I), Defendants caused the notice contemplated by the Class Action Fairness Act, 28 U.S.C. § 1715 et seq. ("CAFA"), to be timely sent on January 16, 2026, to the United States Attorney General Pamela Bondi, and the attorneys general of each of the 50 states, the District of Columbia, the United States Virgin Islands, Puerto Rico, American Samoa, Guam, and the Northern Mariana Islands. Defendants will file a declaration confirming CAFA notice compliance prior to the Settlement Hearing (as defined in Paragraph 1(vv) of the Stipulation of Settlement) (ECF No. 132-1, Ex. I).

Dated: January 23, 2026

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

*/s/ Katherine L. Henderson*

Katherine L. Henderson, SBN 242676
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
Email: khenderson@wsgr.com

John I. Karin (*pro hac vice*)
31 W 52nd Street, Fifth Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jkarin@wsgr.com

*Attorneys for Defendants Peter Faricy, Elizabeth Eby, and Thomas Werner*

DEFS' STATEMENT OF NON-OPPOSITION                    -1-                    Case No.: 3:23-cv-05544-RFL