# Exhibit II

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE SUNPOWER CORPORATION SECURITIES LITIGATION | CASE NO.  3:23-cv-05544-RFL |
| | Class Action |
| | Judge: Hon. Rita F. Lin |

**DECLARATION OF DAWN M. CODY IN RESPONSE TO ORDER REQUESTING SUPPLEMENTAL SUBMISSIONS**

I, Dawn M. Cody, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am a Project Manager at the class action notice and claims administration firm, Angeion Group, LLC ("Angeion"). Angeion's primary business address is located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 and not a party to the above-captioned action (the "Action").

2.      The purpose of this declaration is to provide confirmation of addressing issues enumerated in the Order Requesting Supplemental Submissions dated January 26, 2026 (ECF 135).

> **ORDER REQUEST: The Recognized Loss calculation is complex. At the end of the section in the Long Notice discussing the calculation, please include a note that the claimant may contact the administrator with questions about the calculation and how it applies to them, along with the administrator's contact information.**

3.      Language has been added to the Long Notice calculation section that directs Settlement Class Members who have questions regarding the Recognized Loss calculation to contact the Claims Administrator by email at info@SunPowerSecuritiesSettlement.com or by phone at (888) 771-4249.

4.      Angeion is prepared to answer any questions about the Long Notice, the proposed Settlement, or the eligibility to participate in the Settlement.

**ORDER REQUEST: Please confirm that the operative complaint and all supplemental filings provided in response to this Order will be available on the settlement website.**

5.      The operative complaint and all supplemental filings provided in response to the Order Requesting Supplemental Submissions will be available on the Settlement Website.

**ORDER REQUEST: Please confirm that an electronic form to request exclusion will be available on the settlement website.**

6.      The Settlement Website will contain an online portal where Settlement Class Members may submit a claim or request to be excluded. A Request for Exclusion / Opt-Out Form will also be available for download on the Settlement Website in the form of Exhibit II-A submitted with this declaration.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: February 10, 2026

_____/s/ Dawn Cody_____
DAWN M. CODY

DECLARATION OF DAWN M. CODY IN RESPONSE TO
ORDER REQUESTING SUPPLEMENTAL SUBMISSIONS; CASE NO.  3:23-cv-05544-RFL

# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE SUNPOWER CORPORATION SECURITIES LITIGATION** | Case No. 3:23-cv-05544-RFL <br><br> <u>**CLASS ACTION**</u> <br><br> Judge: Hon. Rita F. Lin |

### REQUEST FOR EXCLUSION / OPT-OUT FORM

**THIS FORM EXCLUDES YOU FROM THE CLASS ACTION**

This **is not** a claim form. **If you complete this form, you will be choosing not to participate in the class action.** However, you will keep your right to pursue your own litigation with your own lawyer at your expense.

**To opt out of this class action, you must do one of the following:**
complete the form online at www.SunPowerSecuritiesSettlement.com, or  complete the form below and submit it to the Claims Administrator by U.S. mail to:

> SunPower Securities Litigation
> ATTN: Exclusion Requests
> P.O. Box 58220
> Philadelphia, PA 19102

Your request for exclusion **must be** *received* online or via U.S. Mail no later than _____, **2026**.

### A.  SETTLEMENT CLASS MEMBER INFORMATION

| | | |
|---|---|---|
| Beneficial Owner Name | | |
| Co-Beneficial Owner Name | | |
| Entity Name (if claimant is not an individual) | | |
| Address 1 (Street Name and Number) | | |
| Address 2 (Apartment, unit, or box number) | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | Postal Code |
| Telephone Number (cell or home) | Telephone Number (work) | |
| Email Address | | |

Questions? Visit www.SunPowerSecuritiesSettlement.com
Email info@SunPowerSecuritiesSettlement.com or call (888) 771-4249

## B. TRANSACTIONS IN SUNPOWER COMMON STOCK

| 1. | **TOTAL NUMBER OF SHARES PURCHASED OR ACQUIRED DURING THE CLASS PERIOD** <br> From May 3, 2023, through and including July 19, 2024 | **TOTAL NUMBER OF SHARES** |
|---|---|---|
| 2. | **TOTAL NUMBER OF SHARES SOLD DURING THE CLASS PERIOD** <br> From May 3, 2023, through and including July 19, 2024 | **TOTAL NUMBER OF SHARES** |

**3. PURCHASES/ACQUISITIONS FROM MAY 3, 2023 THROUGH JULY 19, 2024, INCLUSIVE**
– Separately list each and every purchase or acquisition of SunPower Corporation common stock from May 3, 2023 through July 19, 2024, inclusive

| Trade Date of Purchase/Acquisition | Number of Shares Purchased/Acquired | Purchase/Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding any taxes, commissions, and fees) |
|---|---|---|---|
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |

**4. SALES FROM MAY 3, 2023 THROUGH JULY 19, 2024, INCLUSIVE**
– Separately list each and every sale or disposition of SunPower common stock from May 3, 2023 through July 19, 2024, inclusive.

| Trade Date of Sale/Disposition | Number of Shares Sold/Disposed | Sale Price Per Share | Total Sale Price (excluding any taxes, commissions, and fees) |
|---|---|---|---|
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |
| /    / | | $ | $ |

## C. TRANSACTIONS IN SUNPOWER CALL OPTIONS

| 1. | **HOLDINGS AS OF THE CLOSE OF TRADING ON MAY 2, 2023** <br> – Separately list all positions in SunPower Call Option contracts in which you had an open interest as of the close of trading on May 2, 2023. (Must be documented.) | **IF NONE CHECK HERE** ☐ |
|---|---|---|

| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest (Including any short holdings) |
|---|---|---|
| $ | /    / | |
| $ | /    / | |

**CONTINUED ON NEXT PAGE**

Questions? Visit www.SunPowerSecuritiesSettlement.com
Email info@SunPowerSecuritiesSettlement.com or call (888) 771-4249

Page 2 of 5

**1. PURCHASES/ACQUISITIONS FROM MAY 3, 2023 THROUGH JULY 19, 2024, INCLUSIVE**

– Separately list each and every purchase/acquisition (including free receipts) of SunPower Call Option contracts from May 3, 2023 through July 19, 2024, inclusive. (Must be documented.)

| Date of Purchase/ Acquisition (List Chronologically) (Month/Day/Year | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/ Year | Number of Call Option Contracts Purchased/ Acquired | Purchase/ Acquisition Price Per Call Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised / Insert an "A" if Assigned / Insert an "X" if Expired | Exercised Date (Month/Day/ Year) |
|---|---|---|---|---|---|---|---|
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |

**2. SALES FROM MAY 3, 2023 THROUGH JULY 19, 2024, INCLUSIVE**

– Separately list each and every sale/disposition (including free deliveries) of SunPower Call Options from May 3, 2023 through July 19, 2024, inclusive. (Must be documented.)

| Date of Sale (List Chronologically) (Month/Day/Year | Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/ Year | Number of Call Option Contracts Sold | Sale Price Per Call Option Contract | Total Sale Price (excluding taxes, commissions, and fees) | Insert an "E" if Exercised / Insert an "A" if Assigned / Insert an "X" if Expired | Assignment Date (Month/Day/ Year) |
|---|---|---|---|---|---|---|---|
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |

**3. ENDING HOLDINGS AS OF JULY 19, 2024** – Separately list all positions in SunPower Call Option contracts in which you had an open interest as of the close of trading on July 19, 2024

**IF NONE CHECK HERE** ☐

| Strike Price of Call Option Contract | Expiration Date of Call Option Contract (Month/Day/Year) | Number of Call Option Contracts in Which You Had an Open Interest (Including any short holdings) |
|---|---|---|
| $ | / / | |
| $ | / / | |

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS/HOLDINGS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THE BOX TO THE RIGHT. IF YOU DO NOT CHECK THE BOX TO THE RIGHT, THESE ADDITIONAL PAGES WILL NOT BE REVIEWED. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE.** ☐

Questions? Visit www.SunPowerSecuritiesSettlement.com
Email info@SunPowerSecuritiesSettlement.com or call (888) 771-4249

## D.  TRANSACTIONS IN SUNPOWER PUT OPTIONS

**1.  HOLDINGS AS OF THE CLOSE OF TRADING ON MAY 2, 2023** – Separately list all positions in SunPower Call Option contracts in which you had an open interest as of the close of trading on May 2, 2023. (Must be documented.)

**IF NONE CHECK HERE** ☐

| Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Number of Put Option Contracts in Which You Had an Open Interest (Including any short holdings) |
|---|---|---|
| $ | / / | |
| $ | / / | |

**2.  SALES (WRITING) FROM MAY 3, 2023 THROUGH JULY 19, 2024, INCLUSIVE** – Separately list each and every sale (writing) (including free receipts) of SunPower Put Option contracts from May 3, 2023 through July 19, 2024, inclusive. (Must be documented.)

| Date of Sale (Writing) (List Chronologically) (Month/Day/Year | Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year | Number of Put Option Contracts Purchased/ Acquired | Sale Price Per Put Option Contract | Total Sale Price (excluding taxes, commissions, and fees) | Insert an "A" if Assigned / Insert an "E" if Exercised / Insert an "X" if Expired | Assignment Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |

**3.  PURCHASE/ACQUISITIONS FROM MAY 3, 2023 THROUGH JULY 19, 2024, INCLUSIVE** – Separately list each and every purchase/acquisition (including free receipts) of SunPower Put Options from May 3, 2023 through July 19, 2024, inclusive. (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year | Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year | Number of Put Option Contracts Purchase/ Acquired | Purchase/ Acquisition Price Per Put Option Contract | Total Purchase/ Acquisition Price (excluding taxes, commissions, and fees) | Insert an "A" if Assigned / Insert an "E" if Exercised / Insert an "X" if Expired | Exercise Date (Month/Day/Year) |
|---|---|---|---|---|---|---|---|
| ./ / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |
| / / | $ | / / | | $ | $ | | / / |

**4.  ENDING HOLDINGS AS OF JULY 19, 2024** – Separately list all positions in SunPower Put Option contracts in which you had an open interest as of the close of trading on July 19, 2024

**IF NONE CHECK HERE** ☐

| Strike Price of Put Option Contract | Expiration Date of Put Option Contract (Month/Day/Year) | Number of Put Option Contracts in Which You Had an Open Interest (Including any short holdings) |
|---|---|---|
| $ | / / | |
| $ | / / | |

**IF YOU NEED ADDITIONAL SPACE TO LIST YOUR TRANSACTIONS/HOLDINGS YOU MUST PHOTOCOPY THIS PAGE AND CHECK THE BOX TO THE RIGHT. IF YOU DO NOT CHECK THE BOX TO THE RIGHT, THESE ADDITIONAL PAGES WILL NOT BE REVIEWED. PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE.** ☐

Questions? Visit www.SunPowerSecuritiesSettlement.com
Email info@SunPowerSecuritiesSettlement.com or call (888) 771-4249

## E.  SIGNATURE

I have received notice of the class action *In re SunPower Corporation Securities Litigation.*

I am a Settlement Class Member, and I wish to be excluded from the Settlement Class in *In re SunPower Corporation Securities Litigation*, Case No. 3:23-cv-05544.

I understand that by submitting this form I am requesting exclusion from the Settlement, and that I will <u>not</u> receive a payment from the Settlement.

_____          _____
**Signature**                                                                   **Date**

Questions? Visit www.SunPowerSecuritiesSettlement.com
Email info@SunPowerSecuritiesSettlement.com or call (888) 771-4249
Page 5 of 5