# Exhibit III

**SunPower Corp. (SPWR)**

Summary of Aggregate Damages

Damage Periods:  8/2/2023 - 11/15/2023; 7/5/2024 - 7/18/2024

| | Common Stock (NASDAQ Ticker Symbol: SPWR) | |
| --- | --- | --- |
| | **Retained Shares** | **Damages** |
| **Damage Period 1: 8/2/2023 - 11/15/2023**<br>**Institutional Trading Model - FIFO[3]** | 25.4 million | $4.0 million |
| **Damage Period 2: 7/5/2024 - 7/18/2024**<br>**One-Trader Model[1]** | 55.3 million | $76.8 million |
| **Damage Period 2: 7/5/2024 - 7/18/2024**<br>**80/20 Multi-Trader Model[2]** | 31.1 million | $46.5 million |

**General Assumptions**

• Constant $ price inflation is measured using the company-specific returns observed on the following dates:

| Allegd Corrective Disclosure Impact Date | Scenario 1 | Scenario 2 | Previous Closing Price | Actual Return | Company-Specific Return | Contribution to Price Inflation |
| --- | --- | --- | --- | --- | --- | --- |
| 7/26/2023 | | | $11.22 | -15.78% | -15.82% | $1.78 |
| 7/27/2023 | | | $9.45 | -2.33% | 0.41% | -$0.04 |
| 11/16/2023 | X | | $4.67 | -7.28% | -3.67% | $0.17 |
| 12/12/2023 | | | $4.80 | -7.61% | -4.22% | $0.20 |
| 12/18/2023 | | | $6.14 | -31.27% | -29.71% | $1.82 |
| 2/15/2024 | | | $4.27 | 0.35% | -1.96% | $0.08 |
| 2/16/2024 | | | $4.28 | -15.42% | -13.64% | $0.58 |
| 2/20/2024 | | | $3.62 | -4.14% | -0.65% | $0.02 |
| 2/21/2024 | | | $3.47 | -1.15% | 0.70% | -$0.02 |
| 2/22/2024 | | | $3.43 | -7.87% | -1.61% | $0.06 |
| 2/23/2024 | | | $3.16 | 0.63% | 4.32% | -$0.14 |
| 4/23/2024 | | | $2.14 | -8.41% | -10.95% | $0.23 |
| 7/5/2024 | | | $2.43 | -22.39% | -21.36% | $0.57 |
| 7/18/2024 | | X | $2.52 | -40.08% | -37.73% | $0.95 |
| 7/19/2024 | | X | $1.51 | -55.01% | -51.82% | $0.78 |
| | | | | | **Total Damage Period 1:** | **$0.17** |
| | | | | | **Total Damage Period 2:** | **$1.73** |

• This analysis assumes that 100% of the company-specific returns used to measure price inflation were *caused* by the revelation of the alleged fraud.  No effort has been made to disentangle any non-fraud-related company-specific information that may have been disclosed contemporaneously.

• In accordance with *Dura,* no damages are incurred on shares sold before the first corrective disclosure date, or on shares purchased and sold between two consecutive corrective disclosure dates.

• For conservatism, the proportional trading models presented above withhold the minimum number of shares held by each institution during the Damage Period, assuming these shares were not traded, and thereby restricting the number of shares allowed to become damaged.  Collectively, the minimum number of SPWR shares held by institutions was 4.3 million shares for the Damage Period 7/5/2024 - 7/18/2024.

• Changes in reported short interest are applied to increase or decrease shares available to trade in the one-trader and multi-trader models.  An increase in short interest increases the number of shares which can and do trade; a decrease in short interest withdraws tradable shares from the market.

• The average closing price of SPWR stock during the PSLRA 90-Day Lookback Period is $4.10 for Damage Period 1 ending 11/15/2023, and $0.22 for the Damage Period 2 ending 7/18/2024.  The 90-Day Lookback provision constrains damages on 12.0% of the trading days for Damage Period 1 and 0.0% for Damage Period 2.

## SunPower Corp. (SPWR)

Summary of Aggregate Damages

Damage Periods:  8/2/2023 - 11/15/2023; 7/5/2024 - 7/18/2024

### Notes Regarding Section 10(b) Trading Models

**1.**  The proportional **One-Trader Model** posits that each share purchased during the Damage Period has the same chance of being sold on a subsequent day of the Damage Period as any other share in the float, and that shares purchased on day one of the Damage Period have, on average, a probability of being sold on day two equal to the adjusted volume-to-float ratio on day two.

**2.** The proportional **80/20 Multi-Trader Model** posits two active traders (e.g., institutions and individuals) with different holdings and propensities to trade. The so-called "80/20" split between the two sets of traders specifies a large set of "slow" traders (i.e., they hold 80% of shares available, but trade 20% of the volume) and a small set of "fast" traders (i.e., they hold 20% of shares available, but trade 80% of the volume).  This model has been advocated by representative authors from Cornerstone Research, an economic consulting firm frequently engaged by defendants in class action securities litigation. (See William H. Beaver, James K. Malernee and Michael C. Keeley, "Stock Trading Behavior and Damage Estimation in Securities Cases," Cornerstone Research working paper, 1993.)

**3.** The **Institutional Trading Model** ("ITM") estimates aggregate damages from the reported quarterly holdings of institutions, which filed an SEC Form 13-F during the Damage Period, under the assumption that increases in institutional holdings represent share purchases and that decreases represent share sales.  Non-institutional damages are estimated by analyzing the quarterly changes in shares held by non-institutions (i.e., shares outstanding + short interest - insider holdings - institutional holdings) during the Damage Period.  For both institutions and non-institutions, daily holdings, purchases and sales are estimated by interpolation using the observed exchange trading volume in SPWR stock between the reported quarterly positions.  The 13-F institutions reportedly held between 60% and 93% of the public float (i.e., shares outstanding + short interest - insider holdings) during the Damage Period 1.  Under "FIFO," the "first-in-first-out" method is used for matching sales with prior purchases.

### Inputs and Further Assumptions:

i. SPWR's closing stock price and U.S. trading volume as reported by Bloomberg (SPWR US Equity);

ii. Outstanding shares of SPWR stock as reported by Bloomberg;

iii. Monthly short interest in SPWR stock as reported by Bloomberg;

iv. Institutional and insider holdings data for SPWR stock as reported by LSEG Data & Analytics;

v. Trading volume has been reduced by 31% to correct for the typical level of dealer-intermediated trading. Note that approximately 27% of SPWR's trading volume was on the NASDAQ, while the remaining 73% occurred on the NYSE and various Alternative Trading Systems (ATSs).